1  ADRIENNE C. PUBLICOVER  (SBN #161432)
   DENNIS J. RHODES  (SBN 168417)
2  WILSON, ELSER, MOSKOWITZ,
      EDELMAN& DICKER LLP
3  525 Market Street, 17th Floor
   San Francisco, CA  94105
4  Telephone:     (415) 433-0990
   Facsimile:     (415) 434-1370
5
   Attorneys for Defendants
6  LIFE INSURANCE COMPANY
   OF NORTH AMERICA and
7  FUJITSU BUSINESS COMMUNICATION
   SYSTEMS, INC. LONG TERM DISABILITY PLAN
8

9

10                  UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12

13  ANDY E. CHAN,                              )  Case No.:     CV07-06214 JL
                                               )
14            Plaintiff,                        )  **STIPULATION EXTENDING TIME TO**
                                               )  **ANSWER OR OTHERWISE RESPOND**
15       v.                                    )  **TO COMPLAINT**
                                               )  **[Civil L.R. 6-1(a)]**
16  LIFE INSURANCE COMPANY OF NORTH            )
    AMERICA; and FUJITSU BUSINESS              )
17  COMMUNICATION SYSTEMS, INC. LONG           )
    TERM DISABILITY PLAN,                      )  Courtroom:     F
18                                             )  Magistrate Judge James Larson
              Defendants.                       )
19  _____)

20

21       **IT IS HEREBY STIPULATED**, by and between the parties to this action, through their

22  attorneys of record, pursuant to Local Rule 6.1(a), as follows:

23       1.    The response of defendant Fujitsu Business Communication Systems, Inc. Long

24  Term Disability Plan and Life Insurance Company of North America (collectively "defendants"),

25  to plaintiff Andy E. Chan's Complaint, filed on December 7, 2007, currently is due on or before

26  January 6, 2008; and

27

28  _____
                                       1
    **STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**
    USDC NDCA No. CV07-06214 JL
    CAPTION PAGE
    318995.1

1    2.    The parties have agreed that defendants shall have an extension until and including

2    January 26, 2008 to answer or otherwise respond to the Complaint herein.

3    **IT IS SO STIPULATED.**

4

5    Date: January 4, 2008                                    WILSON, ELSER, MOSKOWITZ,
                                                                 EDELMAN & DICKER LLP
6

7

8    By:_____*/s/ Dennis J. Rhodes*_____
                                                                 Adrienne C. Publicover
                                                                 Dennis J. Rhodes
9                                                                Attorneys for Defendants
                                                                 LIFE INSURANCE COMPANY OF NORTH
10                                                               AMERICA and FUJITSU BUSINESS
                                                                 COMMUNICATION SYSTEMS, INC. LONG
11                                                               TERM DISABILITY PLAN

12

13   Date: January 4, 2008                                    KANTOR & KANTOR, LLP

14

15   By:_____*/s/ Glenn R. Kantor*_____
                                                                 Glenn R. Kantor, Esq.
16                                                               Alan E. Kassan, Esq.
                                                                 Attorneys for Plaintiff
17                                                               ANDY E. CHAN

18

19

20

21

22

23

24

25

26

27

28

---

2

**STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**
USDC NDCA No. CV07-06214 JL
CAPTION PAGE
318995.1

**CERTIFICATE OF SERVICE**
*Andy E. Chan v. Life Insurance Company of North America, et al.*
*USDC NDCA Case #CV07-06214 JL*

I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address are 525 Market Street, 17th Floor, and San Francisco, California 94105-2725.

On this date I served the following document(s):

**STIPULATION EXTENDING TIME TO ANSWER OR
OTHERWISE RESPOND TO COMPLAINT**

on the part(y)(ies) identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

→      : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

: **By Personal Service** -- I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

: **By Overnight Courier** -- I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the addressee on the next business day.

: **Facsimile** -- (Only where permitted. Must consult CCP §1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.CA.)

Glenn R. Kantor, Esq.
Alan E. Kassan, Esq.
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA  91324
Tel:    (818) 886-2525
Fax:    (818) 350-6272

*Attorneys for Plaintiff*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED on **January 4, 2008**, at San Francisco, California,

_____
Nancy Li

STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT
USDC NDCA No. CV07-06214 JL
CAPTION PAGE
318995.1