1  Glenn R. Kantor, Esq. - State Bar No. 122643
     E-mail: gkantor@kantorlaw.net
2  Alan E. Kassan, Esq. - State Bar No. 113864
     E-mail: akassan@kantorlaw.net
3  Peter S. Sessions, Esq. - State Bar No. 193301
     E-mail: psessions@kantorlaw.net
4  KANTOR & KANTOR, LLP
   19839 Nordhoff Street
5  Northridge, CA 91324
   (818) 886-2525 (TEL)
6  (818) 350-6272  (FAX)

7  Attorneys for Plaintiff,
   Andy E. Chan
8

9              UNITED STATES DISTRICT COURT

10        NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

11

| | |
|---|---|
| Andy E. Chan | CASE NO: CV07-6214 JL |
| Plaintiff, | |
| VS. | NOTICE OF PLAINTIFF'S ASSOCIATION OF COUNSEL |
| Life Insurance Company of North America; and Fujitsu Business Communication Systems, Inc. Long Term Disability Plan, | |
| Defendants. | |

        TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

        PLEASE BE ADVISED THAT Plaintiff is also represented by attorney Peter S. Sessions of the law firm of Kantor & Kantor, LLP

DATED: February 20, 2008                    KANTOR & KANTOR, LLP

                                    By:     /s/ Peter S. Sessions
                                            Peter S. Sessions
                                            Attorney for Plaintiff
                                            Andy E. Chan

                                    1