1
2
3
4
5
6
7
8                         UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10

11  ANDY E. CHAN,                                  No.   CV07-06214 JL

12          Plaintiff(s),
                                                   **DECLINATION TO PROCEED BEFORE**
13     v.                                          **A MAGISTRATE JUDGE**
    LIFE INSURANCE COMPANY OF NORTH AMERICA; and                **AND**
14  FUJITSU BUSINESS COMMUNICATIONS SYSTEMS, INC.  **REQUEST FOR REASSIGNMENT TO A**
    LONG TERM DISABILITY PLAN,                     **UNITED STATES DISTRICT JUDGE**
15          Defendant(s).
    _____/
16

17      REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

18      The undersigned party hereby declines to consent to the assignment of this case to a United

19  States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to

20  a United States District Judge.

21                                             WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

22  Dated: February 27, 2008                   _____
                                               Dennis J. Rhodes, Esq.
23                                             Attorney for Defendant
                                               LIFE INSURANCE COMPANY OF NORTH
24                                             AMERICA

25
26
27
28

NDC-06

**CERTIFICATE OF SERVICE**
*Andy E. Chan v. Life Insurance Company of North America, et al.*
*USDC NDCA Case #CV07-06214 JL*

I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address are 525 Market Street, 17th Floor, and San Francisco, California 94105-2725.

On this date I served the following document(s):

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

on the part(y)(ies) identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

→    : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

: **By Personal Service** -- I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

: **By Overnight Courier** -- I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the addressee on the next business day.

: **Facsimile** -- (Only where permitted. Must consult CCP §1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.CA.)

Alan E. Kassan, Esq.
Peter S. Sessions, Esq.
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA  91324
Tel:   (818) 886-2525
Fax:   (818) 350-6272

***Attorneys for Plaintiff***

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED on **February 27, 2008**, at San Francisco, California.

_____
Nancy Li

USDC NDCA No. CV07-06214 JL
318990.1