

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Andy E. Chan,

                Case No. CV 07-6214 JL

        Plaintiff(s),

    v.                        ADR CERTIFICATION BY PARTIES
                                          AND COUNSEL

Life Ins. Co. of North
America & Fujitsu Bus. Comm.
Systems, Inc. LTD Plan,
              Defendant(s).
_____/

       Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

       **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

       **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

       **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 2/25/08

                                                                     [Party]
                                                                     Andy E. Chan

Dated: 2/28/08

                                                                     [Counsel]
                                                                     Peter S. Sessions

> When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 12/05                                                                                                                    NDC-17A