UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ANDY E. CHAN,

               Plaintiff(s),

v.

LIFE INSURANCE COMPANY OF NORTH AMERICA; and FUJITSU BUSINESS COMMUNICATION SYSTEMS, INC. LONG TERM DISABILITY PLAN,    Defendant(s).
_____/

Case No. CV07-06214 JL

ADR CERTIFICATION BY PARTIES AND COUNSEL

     Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

     **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

     **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

     **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: February 26, 2008

                                                              [Party] Defendant LIFE INSURANCE COMPANY OF NORTH AMERICA

Dated: February __, 2008

                                                              [Counsel]
                                                               Dennis J. Rhodes, Esq.

---

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

---

Rev. 12/05                                                                                                                      NDC-17A

**CERTIFICATE OF SERVICE**
*Andy E. Chan v. Life Insurance Company of North America, et al.*
*USDC NDCA Case #CV07-06214 JL*

I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address are 525 Market Street, 17th Floor, and San Francisco, California 94105-2725.

On this date I served the following document(s):

**ADR CERTIFICATION BY PARTIES AND COUNSEL**

on the part(y)(ies) identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

→    : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

: **By Personal Service** -- I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

: **By Overnight Courier** -- I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the addressee on the next business day.

: **Facsimile** -- (Only where permitted. Must consult CCP §1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.CA.)

Glenn R. Kantor, Esq.
Alan E. Kassan, Esq.
Peter S. Sessions, Esq.
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Tel:    (818) 886-2525
Fax:    (818) 350-6272

***Attorneys for Plaintiff***

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED on **February 29, 2008**, at San Francisco, California.

_____
Nancy Li