Glenn R. Kantor, Esq. - State Bar No. 122643
E-mail: gkantor@kantorlaw.net
Alan E. Kassan, Esq. - State Bar No. 113864
E-mail: akassan@kantorlaw.net
Peter S. Sessions, Esq. - State Bar No. 193301
E-mail: psessions@kantorlaw.net
Brent D. Brehm, Esq. - State Bar No. 248983
E-Mail: bbrehm@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
(818) 886-2525 (TEL)
(818) 350-6272 (FAX)

Attorneys for Plaintiff,
Andy E. Chan

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| Andy E. Chan, <br><br> Plaintiff, <br><br> VS. <br><br> Life Insurance Company of North America; and Fujitsu Business Communication Systems, Inc. Long Term Disability Plan, <br><br> Defendants. | CASE NO: CV07-6214 JL <br><br> NOTICE OF PLAINTIFF'S ASSOCIATION OF COUNSEL |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE BE ADVISED THAT Plaintiff is also represented by attorney Brent D. Brehm of the law firm of Kantor & Kantor, LLP

DATED: March 11, 2008                    KANTOR & KANTOR, LLP


                                        By:    */s/ Brent D. Brehm*
                                        Brent D. Brehm
                                        Attorney for Plaintiff
                                        Andy E. Chan

1