**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: March 13, 2008

Case No.  C 07-6214WHA

Title: ANDY E. CHAN v. LIFE INS CO. OF NORTH AMERICA

Plaintiff Attorneys:    Brent Brehm

Defense Attorneys:    Dennis Rhodes

Deputy Clerk: Frank Justiliano

Court Reporter: Sahar McVickar

**PROCEEDINGS**

1)    Initial Case Management Conference - Held.

2)

Continued to **9/4/08 at 11:00 a.m.**   for Further Case Management Conference

Continued to    for Pretrial Conference

Continued to    for Trial

**ORDERED AFTER HEARING:**    Court to issue a scheduling order.