1  ADRIENNE C. PUBLICOVER  (SBN #161432)
   DENNIS J. RHODES  (SBN 168417)
2  WILSON, ELSER, MOSKOWITZ,
       EDELMAN& DICKER LLP
3  525 Market Street, 17th Floor
   San Francisco, CA  94105
4  Telephone:    (415) 433-0990
   Facsimile:    (415) 434-1370
5
   Attorneys for Defendants
6  LIFE INSURANCE COMPANY
   OF NORTH AMERICA and
7  FUJITSU BUSINESS COMMUNICATION
   SYSTEMS, INC. LONG TERM DISABILITY PLAN
8

9

10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12

13  ANDY E. CHAN,                          )  Case No.:    CV07-06214 WHA
                                           )
14         Plaintiff,                      )  **STATEMENT OF DEFENDANTS RE**
                                           )  **STANDARD OF REVIEW AND**
15     v.                                  )  **SUBMISSION OF ADMINISTRATIVE**
                                           )  **RECORD**
16  LIFE INSURANCE COMPANY OF NORTH        )
    AMERICA; and FUJITSU BUSINESS          )
17  COMMUNICATION SYSTEMS, INC. LONG       )
    TERM DISABILITY PLAN,                  )
18                                         )
           Defendants.                     )
19  _____)

20         Defendants LIFE INSURANCE COMPANY OF NORTH AMERICA; and FUJITSU

21  BUSINESS COMMUNICATION SYSTEMS, INC. LONG TERM DISABILITY PLAN

22  ("Defendants"), hereby submit this statement in accordance with the Courts Case Management

23  Order.

24  1.     **Standard of Review**

25         Defendants stipulate that the appropriate standard of review in this instance is de novo.

26  Because the standard of review is de novo, Defendants did not submit a motion for summary

27

28
                                          1
          STATEMENT OF DEFENDANTS RE STANDARD OF REVIEW
            AND SUBMISSION OF ADMINISTRATIVE RECORD
    USDC NDCA No. CV07-06214 WHA
    366129.1

1  judgment on this issue.  As such, Defendants believe this matter should be set for a bench trial.  On

2  de novo review, the court's only task is to evaluate whether the plan administrator correctly or

3  incorrectly denied benefits.  *Abatie v. Alata Health & Life Ins. Co.*, 458 F.3d 955, 963 (9th Cir.

4  2006); *Opeta v. Northwest Airlines Pension Plan*, 484 F.3d 1211, 1217 (9th Cir. May 2007);

5  *Gardner v. Bear Creek Corp.*, 2007 U.S. Dist. LEXIS 58615, *52 (N.D. Cal. 2007).  Defendants

6  propose the Court set a date for a bench trial at the next case management conference set for

7  September 4, 2008.

8  **2.      Submission of the Administrative Record**

9         Defendants have prepared the Administrative Record consisting of 478 pages for

10 production and filing with the Court and will have the record submitted by August 1, 2008.

11 Defendant's apologize to this Court and to counsel for inadvertently failing to submit the record on

12 July 3, 2008, pursuant to the Court's Case Management Order.

13

14 RESPECTFULLY SUBMITTED:

15

   Date: July 28, 2008              WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
16

17

18                           By:   */s/ Dennis J. Rhodes*
                                   Adrienne C. Publicover
19                                 Dennis J. Rhodes
                                   Attorneys for Defendants
20                                 LIFE INSURANCE COMPANY OF NORTH AMERICA
                                   and FUJITSU BUSINESS COMMUNICATION SYSTEMS,
21                                 INC. LONG TERM DISABILITY PLAN

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**
*Andy E. Chan v.Life Insurance Company of North America, et al.*
*USDC NDCA Case #CV07-06214 JL*

I am over the age of eighteen years and am not a party to the within cause.  I am employed in the City and County of San Francisco, California and my business address are 525 Market Street, 17th Floor, and San Francisco, California 94105-2725.

On this date I served the following document(s):

**STATEMENT OF DEFENDANTS RE STANDARD OF REVIEW AND SUBMISSION OF ADMINISTRATIVE RECORD**

on the part(y)(ies) identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

→    : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

: **By Personal Service** -- I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

: **By Overnight Courier** -- I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the addressee on the next business day.

: **Facsimile** -- (Only where permitted.  Must consult CCP §1012.5 and California Rules of Court 2001-2011.  Also consult FRCP Rule 5(e).  Not currently authorized in N.D.CA.)

Glenn R. Kantor, Esq.
Alan E. Kassan, Esq.
Peter S. Sessions, Esq.
Brent D. Brehm, Esq.
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA  91324
Tel:    (818) 886-2525
Fax:    (818) 350-6272

*Attorneys for Plaintiff*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED on **July 28, 2008**, at San Francisco, California.

_____
Nancy Li

STATEMENT OF DEFENDANTS RE STANDARD OF REVIEW
AND SUBMISSION OF ADMINISTRATIVE RECORD
USDC NDCA No. CV07-06214 WHA
366129.1