IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDY E. CHAN,<br><br>    Plaintiff,<br><br>  v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA and FUJITSU BUSINESS COMMUNICATIONS SYSTEMS, INC. LONG TERM DISABILITY PLAN,<br><br>    Defendants.<br>_____/ | No. C 07-06214 WHA<br><br><br>**REQUEST FOR RESPONSE** |

       The Court has received plaintiff's request for leave to conduct further discovery. Plaintiff also pointed out that defendants had failed to submit the administrative record, as previously ordered by the case management scheduling order. Specifically, plaintiff seeks discovery regarding LINA's purported conflict of interest, such as LINA's claims approval/denial history, the structure and organization of LINA's claims department, claims manuals, policies, procedures, guidelines, or other similar documents that explain how LINA claims personnel are instructed to evaluate and make decisions on claims (*i.e.*, how LINA uses and relies on the reports of reviewing physicians), and the depositions of those individuals at LINA who made the decision to terminate plaintiff's benefits.

       Three days after the filing of plaintiff's request, defendants filed a "statement of defendants re standard of review and submission of administrative record" (Dkt. No. 21). In their statement, defendants assert that they did not file a motion for summary judgment and

1  believe that the matter should be set for bench trial. They submitted the administrative record
2  and said that the appropriate standard of review was *de novo*.
3      In light of defendants' stipulation that the appropriate standard of review is *de novo*
4  rather than abuse of discretion, this order requests that both parties advise the Court whether or
5  not further discovery is needed. The request may or may not be granted, depending on the
6  breadth and necessity of the request. Responses are due by **THURSDAY, AUGUST 14, 2008.**

8  **IT IS SO ORDERED.**

10 Dated: August 1, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE