1  ADRIENNE C. PUBLICOVER (State Bar No. 161432)
   DENNIS J. RHODES (State Bar No. 168417)
2  WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
3  525 Market Street, 17th Floor
   San Francisco, California 94105
4  Telephone:    (415) 433-0990
   Facsimile:    (415) 434-1370
5
   Attorneys for Defendants
6  LIFE INSURANCE COMPANY OF
   NORTH AMERICA; and FUJITSU
7  BUSINESS COMMUNICATION
   SYSTEMS, INC. LONG TERM
8  DISABILITY PLAN

9

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12

13  ANDY E. CHAN,                    )  Case No.: CV07-06214 WHA
                                     )
14           Plaintiff,              )  **DECLARATION OF RENEE WORST IN**
                                     )  **SUPPORT OF FILING OF THE**
15      v.                           )  **ADMINISTRATIVE RECORD**
                                     )
16  LIFE INSURANCE COMPANY OF        )
    NORTH AMERICA; and FUJITSU       )
17  BUSINESS COMMUNICATION           )
    SYSTEMS, INC. LONG TERM          )
18  DISABILITY PLAN,                 )
                                     )
19                                   )
             Defendants.             )
20  _____)

21       I, Renee Worst declare as follows:

22       1.    I am an individual employed by Life Insurance Company of North America

23  ("LINA") and am authorized to make this declaration in accordance with this Court's order to

24  submit the administrate record. in this action. Unless stated on information and belief, I have

25  personal knowledge of the facts declared herein and, if called upon to testify, can and will

26  competently testify to these facts.

27

28  _____
                                         1
    DECLARATION OF RENEE WORST IN SUPPORT OF FILING OF THE ADMINISTRATIVE RECORD
    USDC NDCA Case # CV07-06214 WHA
    366110.1

1.     2.    My title at LINA is Technical Specialist. I have access to and have reviewed the administrative record pertaining to the claim of plaintiff, Andy Chan ("Plaintiff"), for long term disability benefits which he contends are payable pursuant to the terms of the Group Insurance Policy which provides benefits for this employee welfare benefit plan.

2.     3.    The records pertaining to Plaintiff's claim for long term disability benefits under the Plan constitute business records that were maintained in the ordinary course of business by LINA, and were created on or about the dates reflected in the records. These documents, which constitute the administrative record in this ERISA matter, were produced to plaintiff in this action and have been marked as LINA 0001-0478.

3.     4.    Attached as **Exhibit A** to this declaration is a true and correct copy of LINA's administrative record relating to Plaintiff's claim for long term disability benefits under the Plan. Private information, such as the plaintiff's social security number and birth date has been redacted.

4.     5.    The administrative record consists of documents received, created and maintained by LINA during the course of its handling and review of the claim for long term disability benefits submitted by plaintiff. These documents include correspondence from LINA to plaintiff's medical providers; correspondence to and from plaintiff; correspondence to and from plaintiff's attorneys; correspondence to and from plaintiff's employer; requests from LINA's Claims Department for medical records; plaintiff's medical records;

The file is maintained in reverse chronological order and spans the time from the inception of the claim to the denial of the claim and in order according to receipt by LINA. These documents include the medical records, employment description, physicians' assessments, and correspondence from plaintiff and her attorneys.

According to LINA's standard practice, as documents are received, they are placed in the claim file. The claim file is thereby compiled over time and each document that is received and each document that is generated in the process of the claim is contained in the administrative record.

1     There are not documents that have been withheld on the ground of privilege.

2     I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct and that this declaration was executed in Pittsburgh, Pennsylvania on July 30, 2008.

*/s/ Renee Worst*
Renee Worst

---

DECLARATION OF RENEE WORST IN SUPPORT OF FILING OF THE ADMINISTRATIVE RECORD

3

USDC NDCA Case # **cv07-06214 WHA**

366110.1