```
                    ┌─────────────────────┐
                    │  JOB STATUS REPORT  │
                    └─────────────────────┘

                              TIME  : 04/18/2007 09:53
                              NAME  : CIGNA WAIVER FAX
                              FAX#  : 412-402-3506
                              TEL#  :
                              SER.# : BRO5J1511532

    ┌──────────────────────────────────────────────────────┐
    │   DATE,TIME          04/18  09:50                      │
    │   FAX NO./NAME       915106756701                      │
    │   DURATION           00:02:38                          │
    │   PAGE(S)            09                                │
    │   RESULT             OK                                │
    │   MODE               STANDARD                          │
    │                      ECM                               │
    └──────────────────────────────────────────────────────┘
```



# *Facsimile Transmission Cover Sheet*

CIGNA

| Transmit to FAX number | | Date | Total number of pages |
|---|---|---|---|
| 510-675-6701 | 1st request | 04/18/07 | (including this sheet): |

**To:** Dr. Lisker

**From:** Derek Brown

**Department/** Life and Accident Claim Services

**Phone**

510-675-6700

**Phone**

1800.238.2125 X3352 / Fax 412.402.3506

**Address**

CIGNA Group Insurance
P.O. Box 22326
Pittsburgh, PA 15222

| | |
|---|---|
| **Claimant Name:** | **Andy Chan** |
| **Date of Birth:** | ████1949 |
| **Policy Number:** | **GL-13814** |
| **Policy Holder:** | **Fujitsu Business Communication** |
| **Underwriting Company:** | **Life Insurance Company of North America** |

REDACTED

Dear Dr. Lisker,

We are currently evaluating a benefit claim for the above named patient. We recently received results from an Independent Medical Evaluation that the above named patient took part in. We ask that you review the enclosed copy of this evaluation to determine if you agree or disagree with the findings. If you do not agree with the findings, we ask that you please provide medical records, consultation reports, operative reports, hospital admission and discharge summaries, test, x-rays, and lab results and therapy notes from **January 2006** to the **present**, to support your patient's disability.

In order to prevent any delay in the processing of your patient's claim, we would greatly appreciate your response by **April 25, 2007.** If we do not receive a response from your office by **April 25, 2007,** we will



*Facsimile Transmission Cover Sheet*

**CIGNA**

| Transmit to FAX number | | Date | Total number of pages |
|---|---|---|---|
| 510-675-6701 | **1ˢᵗ request** | 04/18/07 | (including this sheet): |

**To**: Dr. Lisker

**From**: Derek Brown

**Department/** Life and Accident Claim Services

**Phone**

510-675-6700

**Phone**

1800.238.2125 X3352 / **Fax** 412.402.3506

**Address**

CIGNA Group Insurance
P.O. Box 22326
Pittsburgh, PA 15222

| | |
|---|---|
| **Claimant Name:** | **Andy Chan** |
| **Date of Birth:** | ████ 1949    REDACTED |
| **Policy Number:** | **GL-13814** |
| **Policy Holder:** | **Fujitsu Business Communication** |
| **Underwriting Company:** | **Life Insurance Company of North America** |

Dear Dr. Lisker,

We are currently evaluating a benefit claim for the above named patient. We recently received results from an Independent Medical Evaluation that the above named patient took part in. We ask that you review the enclosed copy of this evaluation to determine if you agree or disagree with the findings. If you do not agree with the findings, we ask that you please provide medical records, consultation reports, operative reports, hospital admission and discharge summaries, test, x-rays, and lab results and therapy notes from **January 2006** to the **present**, to support your patient's disability.

In order to prevent any delay in the processing of your patient's claim, we would greatly appreciate your response by **April 25, 2007**. If we do not receive a response from your office by **April 25, 2007**, we will assume that you are in agreement with the findings in the Independent Medical Evaluation.

Thank you for your time and consideration in this matter. Should you have any questions, please feel free to contact me at my direct number 1800.238.2125 X 3352.

Sincerely,

*Derek Brown*

Waiver Claim Specialist

CONFIDENTIALITY NOTICE: If you have received this facsimile in error, please immediately notify the sender by telephone at the number above. The documents accompanying this facsimile transmission contain confidential information. This information is intended only for the use of the individual(s) or entity named above. Thank you for your compliance.

"CIGNA" and "CIGNA Group Insurance" are registered service marks and refer to various operating subsidiaries of CIGNA Corporation. Products and services are provided by operating subsidiaries and contracted companies and not by CIGNA Corporation. Operating subsidiaries include Life Insurance Company of North America, CIGNA Life Insurance Company of New York, and Connecticut General Life Insurance Company.

LINA 0077

```
                    ┌─────────────────────┐
                    │  JOB STATUS REPORT  │                    REDACTED
                    └─────────────────────┘

                                    TIME  : 04/18/2007 09:49
                                    NAME  : CIGNA WAIVER FAX
                                    FAX#  : 412-402-3506
                                    TEL#  :
                                    SER.# : BRO5J1511532

    ┌──────────────────────────────────────────────────────────────────┐
    │                                                                    │
    │   DATE,TIME              04/18  09:46                               │
    │   FAX NO./NAME           915102483375                              │
    │   DURATION               00:02:33                                  │
    │   PAGE(S)                09                                         │
    │   RESULT                 OK                                         │
    │   MODE                   STANDARD                                  │
    │                          ECM                                       │
    │                                                                    │
    └──────────────────────────────────────────────────────────────────┘
```



## *Facsimile Transmission Cover Sheet*

**CIGNA**

| Transmit to FAX number | | Date | Total number of pages |
|---|---|---|---|
| 510-248-3375    **1ˢᵗ request** | | 04/18/07 | (including this sheet): |

**To:** Dr. Bharadhwaj

**Phone**

510-795-3088

**From:** Derek Brown

**Department/** Life and Accident Claim Services

**Phone**

1800.238.2125 X3352 / **Fax** 412.402.3506

**Address**

CIGNA Group Insurance
P.O. Box 22326
Pittsburgh, PA 15222

| | |
|---|---|
| **Claimant Name:** | **Andy Chan** |
| **Date of Birth:** | ████1949 |
| **Policy Number:** | **GL-13814** |
| **Policy Holder:** | **Fujitsu Business Communication** |
| **Underwriting Company:** | **Life Insurance Company of North America** |

Dear Dr. Bharadhwaj,

We are currently evaluating a benefit claim for the above named patient. We recently received results from an Independent Medical Evaluation that the above named patient took part in. We ask that you review the enclosed copy of this evaluation to determine if you agree or disagree with the findings. If you do not agree with the findings, we ask that you please provide medical records, consultation reports, operative reports, hospital admission and discharge summaries, test, x-rays, and lab results and therapy notes from **January 2006** to the **present,** to support your patient's disability.

In order to prevent any delay in the processing of your patient's claim, we would greatly appreciate your response by **April 25, 2007.** If we do not receive a response from your office by **April 25, 2007,** we will

*Facsimile Transmission Cover Sheet*

® **CIGNA**

| Transmit to FAX number | | Date | Total number of pages |
|---|---|---|---|
| 510-248-3375 | 1ˢᵗ request | 04/18/07 | (including this sheet): |

**To:** Dr. Bharadhwaj

**From:** Derek Brown

**Department/** Life and Accident Claim Services

**Phone**

510-795-3088

**Phone**

1800.238.2125 X3352 / **Fax** 412.402.3506

**Address**

CIGNA Group Insurance
P.O. Box 22326
Pittsburgh, PA 15222

| | |
|---|---|
| **Claimant Name:** | **Andy Chan** |
| **Date of Birth:** | ██-1949    REDACTED |
| **Policy Number:** | **GL-13814** |
| **Policy Holder:** | **Fujitsu Business Communication** |
| **Underwriting Company:** | **Life Insurance Company of North America** |

Dear Dr. Bharadhwaj,

We are currently evaluating a benefit claim for the above named patient. We recently received results from an Independent Medical Evaluation that the above named patient took part in. We ask that you review the enclosed copy of this evaluation to determine if you agree or disagree with the findings. If you do not agree with the findings, we ask that you please provide medical records, consultation reports, operative reports, hospital admission and discharge summaries, test, x-rays, and lab results and therapy notes from **January 2006** to the **present**, to support your patient's disability.

In order to prevent any delay in the processing of your patient's claim, we would greatly appreciate your response by **April 25, 2007**. If we do not receive a response from your office by **April 25, 2007**, we will assume that you are in agreement with the findings in the Independent Medical Evaluation.

Thank you for your time and consideration in this matter. Should you have any questions, please feel free to contact me at my direct number 1800.238.2125 X 3352.

Sincerely,

*Derek Brown*

Waiver Claim Specialist

CONFIDENTIALITY NOTICE: If you have received this facsimile in error, please immediately notify the sender by telephone at the number above. The documents accompanying this facsimile transmission contain confidential information. This information is intended only for the use of the individual(s) or entity named above. Thank you for your compliance.

"CIGNA" and "CIGNA Group Insurance" are registered service marks and refer to various operating subsidiaries of CIGNA Corporation. Products and services are provided by operating subsidiaries and contracted companies and not by CIGNA Corporation. Operating subsidiaries include Life Insurance Company of North America, CIGNA Life Insurance Company of New York, and Connecticut General Life Insurance Company.

Kenneth J. Hammerman, M.D
Gastroenterology
2100 Webster Street
Suite 423
San Francisco, CA 94115

March 23, 2007

Cigna
1600 Gateway View Plaza, Suite 300
W. Carson Street
Pittsburgh, Pennsylvania 15219

Attention:  Ms. Jean Kozik-Kulis
            NCM

RE:  Mr. Andy Chan
     File #207020755
     Date of Incident:  November 4, 1995

Dear Ms. Kozik-Kulis:

At your request, Mr. Andy Chan was seen for an independent medical evaluation on March 22, 2007.

Prior to evaluation, it was explained to the examinee that this appointment was for purposes of evaluation only - not for care, treatment or consultation - and therefore, no doctor-patient relationship would result.  The examinee has also been advised that I am an independent doctor and have been requested to conduct this evaluation by the individual noted above.

HISTORY

Mr. Chan is a 57-year-old male disabled since 1994.  The patient has an extremely complex medical history with numerous medical problems consisting of the following:

1.   Renal failure secondary to polycystic kidney disease.  He developed progressive renal failure and was placed on dialysis in 1994.  In 1998 he had a renal transplant and has done generally well since. He remains on immunosuppressive therapy with prednisone 5 mg and Prograf .5 bid.  In December his BUN was 34 and his creatinine was 0.9.  He had some ongoing problems

LINA 0080

Page 2

RE: Mr. Andy Chan
File #CHAN207020755

with edema. He has not had any events related to immunocompromise.

2. In 2002, he developed diabetes. He currently is on insulin NPH 12 units in the morning. He does fractional blood sugars and takes additional regular insulin based on blood sugars. In addition, he takes Glyburide 2.5 mg bid. Other than possible cataracts, there has been no known diabetic eye complication. No neuropathy. His last hemoglobin in December 2006, was 6.2%.

3. Gout. He has had multiple episodes of acute gout involving toe, knee, heel, and elbow. He takes colchicin on a daily basis. Currently he is experiencing acute gouty flare on his right elbow and has been advised to increase his Prednisone to 80 mg per day.

4. Chronic hepatitis B. He was diagnosed with hepatitis B prior to his transplant. He had a liver biopsy in 1992 and another biopsy in 1998. He was initially placed on lamivudine and developed resistance to lamivudine and was changed to Hepsera and had been on Hepsera since his hepatitis B. Viral DNA was undetectable in December and in December his AST was 15 and ALT was 14.

5. Atrial fibrillation. He has atrial fibrillation. He is on Sotalol for rate control. He was on Coumadin but apparently after trying for several months his pro time could not be stabilized. Coumadin was discontinued and he is now on aspirin alone. He does have chronic edema, which varies. He has no complaints of chest pain.

6. Hypertension. He is hypertensive. He currently takes Lisinopril 40 mg bid and Norvasc 5 mg daily.

7. Duodenal carcinoid. He underwent an endoscopy for dyspepsia in approximately 2004 and was felt to have a carcinoid in his duodenum. This was followed periodically with endoscopy and he had an endoscopic ultrasound and in November 2006 had mucosal resection. His last endoscopy in December showed a small polyp lesion of the duodenum, which was biopsied. No carcinoid tumor was identified on the pathology. He has never had symptoms of carcinoid syndrome such as flushing or diarrhea. His plan is to have another endoscopy soon. He has no complaints of nausea, vomiting and swallows without difficulty. No problems with

LINA 0081

Page 3

RE: Mr. Andy Chan
File #CHAN207020755

bowels other than some occasional constipation. No abdominal
pain and no bleeding. His medical history is otherwise
remarkable for pneumonia. No other surgeries, no injuries and
no allergies. Current medications are as noted above.

## SOCIAL AND PERSONAL HISTORY

He is married.

He formerly worked as a computer equipment installer for Fujitsu. He
held this position from 1978 to 1994. He has been on disability
since 1994.

He does not smoke. He drinks alcohol rarely.

He is active in his church, reads and does some minimal work around
the house helping his wife who still works. He does some shopping,
cooking and light cleaning.

## FAMILY HISTORY

Non-contributory.

## REVIEW OF SYSTEMS

Weight is stable. No chills, fevers.

## Central Nervous System

He recently developed some headaches. As noted above his cataract
extraction will be pending in the not so distant future. No focal
neurologic episodes. No CVA.

## Respiratory

Some dyspnea on exertion. No chest pain.

## Cardiac

See present illness.

## GI

See present illness.

LINA 0082

Page 4

RE: Mr. Andy Chan
File #CHAN207020755

## GU

See present illness.

## Musculoskeletal

See present illness.

## Skin

Negative.

## PHYSICAL EXAMINATION

On physical exam, his blood pressure was 150/96. Heart rate was
irregular at 90 to 100. He was afebrile. Respirations 20. Head was
unremarkable. Eyes: conjunctiva and sclera clear. Fundi: Not well
seen due to bilateral cataracts. Ears: Canals and tympanic
membranes clear. Oral cavity was negative. Neck was supple and no
jugular venous distention. Carotids are 2+. Trachea midline.
Thyroid is not palpable. No lymphadenopathy. Chest was clear.
Cardiac exam unremarkable, except for rate and rhythm. Abdomen was
soft and non-tender. I could not feel the liver or spleen. There
was a well-healed surgical scar in the lower abdomen and palpable
renal explant in the right lower quadrant. There was no bruit over
the kidney. Extremities showed intact peripheral pulses. There was
1+ edema with mild stasis change. The skin showed no rashes. Major
joints: Right elbow was tender, red, inflamed consistent with acute
gout. The skin showed no focal lesions. Neurologic: Cranial nerve
function and motor function, deep tendon reflexes intact.

## DIAGNOSTIC STUDIES

No diagnostic studies were requested.

## DIAGNOSES

1.   Polycystic Kidney Disease, Status Post Renal Transplant in 1998.

2.   Diabetes Mellitus, insulin dependent.

3.   Recurrent Acute Gout.

LINA 0083

Page 5

RE: Mr. Andy Chan
File #CHAN207020755

4.    Chronic Hepatitis B.

5.    Chronic Atrial Fibrillation.

6.    Hypertension.

7.    Status Post Resection of Duodenal Carcinoid.

REVIEW OF RECORDS

Medical records reviewed include records from Kaiser Hospital in
Fremont. Laboratory data was as quoted above and diagnoses and
medications are as noted above.  As noted above, data from Kaiser
records was consistent with that reported by Mr. Chan.

OPINION

Mr. Chan has multiple medical problems. On exam he did demonstrate
generalized weakness. He walked slowly. He was minimally dyspneic on
walking. He was able to sit without difficulty.  He was alert and
oriented and quite cooperative through the interview and exam
process.
Mr. Chan is mildly Cushingoid on exam secondary to his chronic
steroid use and does have some evidence of some mild muscle atrophy.

In my opinion, because of his multiple medical problems and multiple
medications, I would consider Mr. Chan physically impaired. He does
exhibit significant generalized weakness, lack of stamina, and
dyspnea on exam. Please review the enclosed Physical Ability
Assessment form for any restrictions and/or limitations.

Thank you for allowing me to evaluate Mr. Andy Chan.  If you have
further questions, please do not hesitate to contact me.

I declare that the information contained within this document was
prepared and is the work product of the undersigned, and is true to
the best of my knowledge and information.

LINA 0084

Page 6

RE:  Mr. Andy Chan
File #CHAN207020755

Sincerely,

Kenneth J. Hammerman, M.D.

Dictated, reviewed, and opinion verified.

KJH/et

*Physical Ability Assessment Form*



CIGNA Gro.   .surance
Life • Accident • Disability
Life Insurance Company of North America
Connecticut General Life Insurance Company
CIGNA Life Insurance Company of New York

**CIGNA**

We are evaluating your patient's disability claim in order to determine functional impairment. Please check the boxes corresponding to the patient's level of physical functioning.    Please substantiate your findings with medical documentation. (Failure to provide the requested reports / data may result in delay in claim determinations).

Patient Name _____    Date of Birth _____ /49

**REDACTED**

Diagnosis(es)/ICD-9 Code _____

*Throughout* an 8-hour workday, the patient can tolerate, *with positional changes and meal breaks*, the following activities for the specific durations:

| | | Not applicable to diagnosis(es) | Continuously (67 – 100%) (5.5 + hrs) | Frequently (14 – 66%) (2.5 - 5.5 hrs) | Occasionally (1 - 33%) (<2.5 hrs) | Check if supported by objective findings |
|---|---|---|---|---|---|---|
| Sitting: | | | | ✓ | | |
| Standing: | | | | | ✓ | |
| Walking: | | | | | ✓ | |
| Reaching: | Overhead | | | ✓ | | |
| | Desk Level | | | ✓ | | |
| | Below Waist | | | ✓ | | |
| Fine Manipulation: | Right: | | ✓ | | | |
| | Left: | | ✓ | | | |
| Simple Grasp: | Right: | | ✓ | | | |
| | Left | | ✓ | | | |
| Firm Grasp: | Right: | | | ✓ | | |
| | Left: | | | ✓ | | |
| Lifting: | 10 lbs. | | | | ✓ | |
| | 11 - 20 lbs. | | | | | |
| | 21 - 50 lbs. | | | | | |
| | 51 - 100 lbs. | | | | | |
| | 100+ lbs. | | | | ✓ | |
| Carrying: | 10 lbs. | | | | ✓ | |
| | 11 - 20 lbs. | | | | | |
| | 21 - 50 lbs. | | | | | |
| | 51 - 100 lbs. | | | | | |
| | 100+ lbs. | | | | | |

**LINA 0086**

| | Not applicable to diagnosis(es) | Continuously (67 - 100%) (5.5 + hrs) | Frequently (34 - 66%) (2.5 - 5.5 hrs) | Occasionally (1 - 33%) (<2.5 hrs) | Check if supported by objective findings |
|---|---|---|---|---|---|
| Pushing      (Max. Wt.: _10_ ) | | | | ✓ | |
| Pulling:      (Max. Wt.: _10_ ) | | | | ✓ | |
| Climbing:     Regular Stairs | | | | ✗ ~~yes~~ | |
| Regular Ladders | | | | | |
| Balancing: | | | | — | |
| Stooping: | | | | — | |
| Kneeling: | | | | — | |
| Crouching: | | | | — | |
| Crawling: | | | | — | |
| Seeing: | | ✓ | | | |
| Hearing: | | ✓ | | | |
| Smell/Taste: | | ✓ | | | |
| Enviromental Conditions: Exposure to extremes in heat | | | | | |
| Exposure to extremes in cold | | | | | |
| Exposure to wet / humid conditions | | | | | |
| Exposure to vibration: | | | | | |
| Exposure to odors / fumes / particles | | | | | |
| Can work around machinery | | | | | |
| Ability to work extended shifts / overtime: | | | | ╱ | |
| Use lower extremities for foot controls | | | | ✓ | |

*Please use this space to elaborate on ANY of the above categories:*

_____

_____

_____

Name:  KENNETH J. HAMMERMAN*          Signature: _____

Medical Specialty:  Gastroenterology          Date:  3/22/07

Address:  2100 Webster St  #421          Phone:  415 - 923  3/22

Feaderal ID Tax Number:  ~~9~~ 94 - 120 6576

## Please include any objective test or narrative if available
## Thank you for your time.

Please return this form in the enclosed addressd envelope.

LINA 0087

## DISCLOSURE AUTHORIZATION

Claimant's Name (Please Print): _ANDY E. CHAN_

AUTHORIZE: any doctor, physician, healer, health care practitioner, hospital, clinic, other medical facility, professional, or provider of health care, medically related facility or association, medical examiner, pharmacy, employee assistance plan, insurance company, health maintenance organization or similar entity to provide access to or to give the company named below (Company) or the Plan Administrator or their employees and authorized agents or authorized representatives, any medical and nonmedical information or records that they may have concerning my health condition, or health history, or regarding any advice, care or treatment provided to me. This information and/or records may include, but is not limited to: cause, treatment, diagnoses, prognoses, consultations, examinations, tests, prescriptions, or advice regarding my physical or mental condition, or other information concerning me. This may also include, but is not limited to, information concerning: mental illness, psychiatric, drug or alcohol use and any disability, and also HIV related testing, infection, illness, and AIDS Acquired Immune Deficiency Syndrome), as well as communicable diseases and genetic testing. If my plan administrator sponsors both a disability plan underwritten or administered by Company and a medical plan of any type written by another CIGNA company, the information and records described in this form may also be given to any CIGNA Company which administers such medical or disability benefits for the purpose of evaluating any claim that may be submitted by me or on my behalf for benefits, for evaluating return to employment opportunities, and for administering any feature described in the plan. This information may also be extracted for use in audits or for statistical purposes.

AUTHORIZE: any financial institution, accountant, tax preparer, insurance company or reinsurer, consumer reporting agency, insurance support organization, Claimant's agent, employer, group policyholder, business associate, benefit plan administrator, family members, friends, neighbors or associates, governmental agency including the Social Security Administration or any other organization or person having knowledge of me to give the Company or the Plan Administrator or their employees and authorized agents, or authorized representatives, any information or records that they have concerning me, my occupation, my activities, employee/employment records, earnings or finances, applications for insurance coverage, prior claim files and claim history, work history and work related activities.

UNDERSTAND: the information obtained will be included as part of the proof of claim and will be used to determine eligibility for claim benefits, any amounts payable, return to employment opportunities, and to administer any other feature described in the plan with respect to the Claimant. This authorization shall remain valid and apply to all records, information and events that occur over the duration of the claim, but not to exceed 24 months. A photocopy of this form is as valid as the original and I or my authorized representative may request one. I or my representative may revoke this authorization at any time as it applies to future disclosures by writing the Company. The information obtained will not be disclosed to anyone EXCEPT: a)reinsuring companies; b)the Medical Information Bureau, Inc., which operates Health Claim Index (HCI); c)fraud or overinsurance detection bureaus; d)anyone performing business, medical or legal functions with respect to the claim or the plan, including any entity providing assistance to the Company under its Social Security Assistance Program and employers involved in return to employment discussions; e)for audit or statistical purposes; f)as may be required or permitted by law; g) as I may further authorize. A valid authorization or court order for information does not waive other privacy rights.

If my medical information contains information regarding drug or alcohol abuse, I understand that my records may be protected under federal (42 CFR Part 2) and some state laws. To the extent permitted under law, I can ask the party that disclosed information to the Company to permit me to inspect and copy the information it disclosed. I understand that I can refuse to sign this disclosure authorization; however, if I do so, Company may deny my claim for benefits pursuant to the plan. The use and further disclosure of information disclosed hereunder may not be subject to the Health Insurance Portability and Accountability Act (HIPAA).

Signature of Claimant or
Claimant's Authorized Representative: _[signature]_          Date: _9-15-06_

Relationship,
If other than Claimant: _____

Company Name: _FUJITZU BUSINESS COMMUNICATION SYSTEM_

## PROHIBITION ON RE-DISCLOSURE

If the medical information contains information regarding drug or alcohol abuse, it may be protected under federal law. Federal regulations (42 CFR Part 2) prohibit any person or entity who receives such protected information from the Company from making any further disclosure of it without the specific written consent of the person to whom it pertains, or as otherwise permitted by such regulation. A general authorization for the release of medical or other information is not sufficient for this. The federal rules restrict any use of such protected information to criminally investigate or prosecute any alcohol or

LINA 0088



**KAISER PERMANENTE®**

Fremont/Hayward Medical Centers

**PROCEDURE AND/OR SEDATION NURSING ASSESSMENT AND DOCUMENTATION FORM**

**REDACTED**

03440340 _ ■ 49

ANDY E CHAN                    M

IMPRINT AREA

## ☑ ENTIRE TEAM TIME OUT IMMEDIATELY PRIOR TO PROCEDURE

All staff involved in the procedure actively participated while the surgeon or assigned licensed team member verified the following:
- VERIFIED patient, procedure, plan, and position
- SITE(S): _____ SIDE(S): ☐ RIGHT ☐ LEFT ☐ BILATERAL ☑ OTHER: _EGD_ ☐ NA
- Cleared to receive sedation/anesthesia if necessary
- Each team member, including vendors, agreed on the procedure to be performed; reviewed roles, needs, and equipment
- Availability of correct implants and any special equipment/requests as well as relevant images properly labeled and displayed

**RN OR MD INITIALS:** _JL_

SCOPE # _742_ | ELECTROSURGICAL UNIT / SETTINGS | GROUNDING PAD SITE

**INTRAPROCEDURE** – Vital Signs every 15 minutes for Moderate Sedation OR every 5 minutes for Deep Sedation.

**VITAL SIGNS:** ☑ SEE MONITOR STRIP | PROCEDURE START TIME: _1105_ | PROCEDURE END TIME: _1120_

| TIME | 11:00 | BASE LINE | 1105 | 1110 | 1115 | 1120 | 1125 | 1130 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BP | 14/90 | | 145/90 | 120/83 | 110/74 | 110/74 | 120/76 | | | | | | |
| PULSE | 61 | | 87 | 81 | 84 | 87 | 74 | | | | | | |
| RR | 18 | | 20 | 16 | 17 | 17 | 14 | | | | | | |
| PAIN/SCORE | 0/10 | | 2/10 | 2/10 | 2/10 | 2/10 | 0/10 | | | | | | |
| O₂ SAT | 100 | | 103 | 100 | 103 | 90 | 99 | | | | | | |
| CO₂ READING | | | | | | | | | | | | | |
| LOC | 2 | | 2 | 2 | 1.5 | 1.5 | 1.5 | | | | | | |

**MEDICATIONS ORDERED AND GIVEN** ☐ SEE MAR

| TIME | DRUG | DOSE | METHOD | GIVEN BY |
|---|---|---|---|---|
| 1105 | Cetacaine | 2 PO | Spray | JL |
| 1105 | Versed | 1 mg | IVP | JL |
| 1105 | Fentanyl | 50 mcg | IVP | JL |
| 1108 | Versed | 1 mg | IVP | JL |
| 1109 | Fentanyl | 50 mcg | IVP | JL |
| 1111 | Versed | 1 mg | IVP | JL |
| | Total 3 mg Versed | | | |
| | 100 mcg Fentanyl | | | |
| | | | | |
| IV FLUID | 1 R | 300 ml IV | JL | |

**O₂ THERAPY**
☐ MASK    ☐ MIST _____ %
☒ NC _____ L/M    ☐ VENT
☐ DISCONTINUED @ _____

**COMPLICATIONS DURING PROCEDURE:**
☑ NONE

By initialing this, I am stating that I have verified this verbal order by reading it back to the practitioner and have verified the patient's allergies against the medical record. X _JL_

MD SIGNATURE _[signature]_  1130 am  DATE AND TIME 11-13-06
☑ SEDATION NOT REQUIRED

**INTRAPROCEDURE NOTES:**
1100 Abd Soft - denies pain. VSS. Pt lateral position for EGD = JL
Bed Nasop duodenal bulb end stomach. VSS.
Rails up. Abd Soft - JL

TRANSFER _PACU Recovery_ TIME _1155_ REPORT TO _Ardoi RN_ _JL_

**NAMES BELOW OF PERSONS INVOLVED IN INTRAPROCEDURAL PATIENT CARE**

CIRCULATING _none_ | ASSISTANT _S Mahal LVN_
MD _G Bhardwaj_ |
ANESTHESIOLOGIST _none_ |
RN SIGNATURE _[signature] RN_ | _[signature]_

LINA 0089



**KAISER PERMANENTE®**

Fremont/Hayward Medical Centers

## PROCEDURE AND/OR SEDATION
## NURSING ASSESSMENT AND DOCUMENTATION FORM

REDACTED

03940340 __ █ .49.

ANDY E CHIN

IMPRINT AREA

| | ☐ TRANSFER REPORT COMPLETE | POSTPROCEDURE RECOVERY<br>☐ NA | | RECOVERY START TIME: | | | | |
|---|---|---|---|---|---|---|---|---|
| TIME | 115-150 | | | | | | | |
| BP | 121/80 | | | | | | | |
| PULSE | 74 | 55 | | | | | | |
| RR | 11 | 11 | | | | | | |
| PAIN/SCORE | 0 | 0 | | | | | | |
| O₂ SAT | 99 | 99% | | | | | | |
| CO₂ READING | NA | NA | | | | | | |
| LOC | 1 | 3 | | | | | | |

| ALDRETE<br>SCORING | PACU<br>ADMIT<br>SCORE | SCORE<br>ON<br>DISCHARGE | MEDICATIONS ☐ SEE MAR | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | TIME | DRUG | DOSE | METHOD | GIVEN BY | RESPONSE |
| ACTIVITY | 1 | 2 | | | | | | |
| RESPIRATION | 2 | 2 | | | | | | |
| CIRCULATION | 2 | 2 | | | | | | |
| CONSCIOUSNESS | 2 | 2 | | | | | | |
| O₂ SATURATION | 2 | 2 | | | | | | |
| TOTALS | 9 | 10 | | | | | | |

| O₂ THERAPY | DRESSING ☐ Dry and intact | | INTAKE | | | OUTPUT |
|---|---|---|---|---|---|---|
| | IV LA | | | PO | IV | FOLEY/URINE |
| ☐ MASK   ☐ MIST ___% | IV FLUID   LR | PROC | — | 300ml | |
| ☒ NC 2   ☐ LM | | RECOVERY | 163 | 50 | |
| ☐ VENT 1140 | | | | | |
| ☐ DISCONTINUED @ | IV DC'D @ | TOTAL | 163ml+350 ml | | |

| DISCHARGE CRITERIA | YES | NO | NA | | YES | NO | NA |
|---|---|---|---|---|---|---|---|
| Aldrete Score of 10 or meets the pre-op score | ✓ | | | Tolerating PO fluids if ordered | ✓ | | |
| A minimum of 30 minutes have passed since last dose of sedation medication | ✓ | | | Absence of vomiting or dizziness | ✓ | | |
| Demonstrates the ability to perform movement consistent with age and surgical procedure or meets pre-op status | ✓ | | | Free of excessive pain, pain scale ___ | ✓ | | |
| Void if ordered by physician or at the discretion of nursing staff | | | | Other: | | | |
| Demonstrates orientation to time, place, and person or meets pre-op status | ✓ | | | | | | |

Discharged to: ☒ Home  ☐ Hosp. Rm. _____  via  ☐ Gurney  ☒ W/C  ☐ Ambulatory  at (time): ___

☒ Discharged with all personal belongings          ✓ Instructions explained and copy given

Return Appointment: ☐ Yes, Date: _____  Time: _____  ☒ No

Discharge Meds: ☒ None  ☐ Rx to Pharmacy  ☐ ERx

**LINA 0090**

Signature of Responsible Person at Discharge: _Allan_

| ☐ Patient has been evaluated and can be discharged   OR   ☐ Discharge when criteria met | | |
|---|---|---|
| DATE 1-13-06 | TIME 11³⁰ | MD SIGNATURE |

SIGNATURES BELOW OF PERSONS INVOLVED IN POSTPROCEDURAL PATIENT CARE

SIGNATURE/TITLE  S Scott G RN          TIME 1135



**KAISER PERMANENTE**®

Fremont/Hayward Medical Centers

PROCEDURE AND/OR SEDATION
NURSING ASSESSMENT AND DOCUMENTATION FORM

REDACTED

0394 0340    .49.

ANDY E CHEN
IMPRINT AREA

| ADDITIONAL NURSING NOTES: (REMEMBER TO SIGN, DATE, AND TIME EACH ENTRY) | |
|---|---|
| TIME | |
| 1135 | *illegible handwritten note* |
| 1145 | Taking fluids po ē difficulty. Discharge instructions given — *illegible* |
| 12 | Discharged via w/c to car — *illegible* |

ECG STRIPS:

11-13-06

MR 0394 0340
Andy Chan


KAISER PERMANENTE®

Fremont/Hayward Medical Centers

## PROCEDURE AND/OR SEDATION
## NURSING ASSESSMENT AND DOCUMENTATION FORM



03440340    49
ANDY E CHEN         H
**REDACTED**
IMPRINT AREA

### PREPROCEDURE

| PROCEDURE  ECi) | ☐ INPATIENT  ☑ OUTPATIENT | LOCATION  ☐ HAYWARD  ☑ FREMONT |
|---|---|---|

PROVIDER PERFORMING PROCEDURE  *Bharadthieaj*

| DATE 1/13/06 | TIME 1050 | HEIGHT 5'2 | WEIGHT 174 ☐ Stated ☑ Actual | AGE 60 | PAIN LEVEL (0-10) 0/10 | COMFORT ZONE (0-10) 5/10 | NPO SINCE 11/12 |
|---|---|---|---|---|---|---|---|

| TEMP 98.4 | PULSE 77 | RR 14 | O₂ SAT ☐ Rm Air ☐ O₂ | BP 143/78 | SMOKE  Yes  No | ALCOHOL  Yes  No | Advance Directives: ☐ Yes ☐ No  Chart Copy ☐ Yes ☐ No  Advised to Provide Chart Copy? ☐ Yes ☐ No |
|---|---|---|---|---|---|---|---|

| PRIMARY LANGUAGE ☐ English ☐ Spanish ☐ ASL ☐ Other: | LOC/TASKS  Appropriate for  Developmental Age?  Yes  No | Pregnant?  Yes  No  Breastfeeding?  Yes  No | Previous Sedation/Anesthesia? ☐ Yes ☐ No  Problems with Previous Sedation/Anesthesia? ☐ Yes ☐ No |
|---|---|---|---|

IV *Ringerslac*    Site *Rhand*    Gauge 22    Initials TMC    ☐ None ☐ Existing Site
☐ Patent and Infusing Well    520

TRANSPORTATION ARRANGED WITH
Name: *Hannah Chan*    Relationship: *wife*    Phone: 449-3580    ☐ NA

ALLERGIES (MEDICATIONS, FOOD, LATEX)
AICDF   PCN

CURRENT MEDICATIONS
☐ Aspirin  ☐ Anticoagulant  ☑ Cardiac Medications  ☐ NSAIDs  ☐ Pain Medication  ☐ Herbals

| MEDICATIONS/DOSE | USUAL TIMES | LAST TIME TAKEN | PREPROCEDURE MEDS/IV |
|---|---|---|---|
| See Admission Medication Reconciliation (Outpatient) Form attached | | | Finger Stick Blood Sugar = 159  Date: 1/13/06   Time: 1055  Nurse's name: ___  Normal Values= Fasting 60-115mg/dL  Random 60-159mg/dL |

MEDICAL HISTORY (CHECK IF YES)
☐ Bleeding Disorder    ☐ Cancer    ☑ Diabetes    ☐ Heart Disease    ☐ Hypertension    ☐ Kidney Disease
☐ Implantable Devices    ☐ Liver Disease    ☐ Lung Disease    ☐ Seizures    ☐ Sleep Apnea    ☐ Snoring    ☐ Stroke

NOTES:  *Follow-up ECi)*

| Score | ALDRETE SCORING | PATIENT BASELINE SCORE | |
|---|---|---|---|
| **ACTIVITY** | Able to move 4 extremities voluntarily or on command  2  Able to move 2 extremities voluntarily or on command  1  Able to move 0 extremities voluntarily or on command  0  (Exception: Patient who is immobile preoperatively) | 2 | |
| **RESPIRATION** | Able to breathe deeply and cough freely  2  Dyspnea or limited breathing  1  Apnea (needs ventilator or assistance)  0 | 2 | |
| **CIRCULATION** | BP +/- 20 mmHg preanesthesia level  2  BP +/- 20-49 mmHg preanesthesia level  1  BP +/- 50 mmHg preanesthesia level  0  (Exception: Patient may be released by anesthesiologist after drug therapy) | 2 | |
| **CONSCIOUSNESS** | Fully awake  2  Arousable on calling  1  Not responding  0 | 2 | |
| **O₂ SATURATION** | Able to maintain O₂ saturation > 92% on room air  2  Needs O₂ inhalation to maintain O₂ saturation > 90%  1  O₂ saturation < 90% even with O₂ supplement  0 | 2 | **LINA 0092** |
| **Total:** | | 10 | |
| SIGNATURE/TITLE | | | TIME 1100 |

**KAISER PERMANENTE** - Fremont

**39400 Paseo Padre Parkway**
**Fremont, CA  94538**

OPERATIVE PROCEDURE REPORT

| | | | |
|---|---|---|---|
| **NAME:** | Chan, Andy | **DATE:** | 11/13/2006 |
| **ID#:** | 03940340 | **ENDOSCOPIST:** | Gayatri Bharadhwaj, MD |
| **DOB:** | ▮▮▮1949 | **HOME FACILITY:** | 1) Fremont |
| **SEX:** | male | | |

**ASA:** Class II,        **HEART:** normal,        **LUNGS:** normal

~~REDACTED~~

**PROCEDURE:**                  EGD with biopsy

**INDICATIONS:**              follow up of duodenal carcinoid
**MEDICATION:**              See Doctor's Orders.
**TOPICAL ANESTHETIC:**  Cetacaine Spray
**EXTENT OF PROCEDURE:**  second portion of the duodenum

**DESCRIPTION OF PROCEDURE:** The procedure, indications, potential complications (including bleeding, perforation, infection, adverse medication reaction), and available alternatives were explained to the patient. All of the patient's questions were answered. Informed consent was obtained. There was no significant interval change in the patient's medical history or clinical condition since the pre-procedural assessment. The patient had continuous pulse oximetry as well as vital sign monitoring throughout the procedure. After placing the patient in the left lateral decubitus position, the A110742, EG-2970K endoscope was introduced through the mouth and advanced to the second portion of the duodenum. The instrument was slowly withdrawn as the mucosa was fully examined. Retroflexion was performed. The scope was then completely withdrawn from the patient and the procedure terminated.

**FINDINGS:** Other, see comments. Polyp in stomach, biopsied.
Small polyp in duodenal bulb, biopsy.





| | | |
|---|---|---|
| **COMPLICATIONS:** | None | |
| **ENDOSCOPIC IMPRESSION:** | 1) Other, see comments. | |
| | No ASA, MOtrin for 10 days | |
| **RECOMMENDATIONS:** | 1) await biopsy results | |
| **REPEAT EXAM:** | No | |

_Gayatri Bharadhwaj, MD_

CC:  Wes Lisker, M.D.

**LINA 0093**

Chan, Andy 03940340

**KAISER PERMANENTE®**

USE BALL POINT PEN. PRESS FIRMLY.

ROOM #

ROOM #

ROOM #

Name:
03940340    49
ANDY E CHAN                M

REDACTED

IMPRINT AREA

## DOCTOR'S ORDER SHEET

DOCTOR: Bharadhwaj

SERVICE: GI

Dispensing By Non-Proprietary Name
Is Authorized Unless Checked Here.

| DATE | HOUR | Allergies: | NO KNOWN ALLERGIES | ↓ | ✓ BY |
|------|------|-----------|---------------------|---|------|
| 11/13/06 | | **PRE-ENDOSCOPY ORDERS** | | | |
| | 0800 | Vitals upon admission | | | |
| | 1000 | NPO | | | |
| | | Activity ad lib | | | |
| | | Start IV: heplock or lactated ringers 50 ml/hr | | | |
| | | **PROCEDURAL MEDICATIONS** | | | |
| | | Versed _____ mg | IVP for sedation | | |
| | | Fentanyl _____ mcgm | IVP for sedation | | |
| | | Benedryl _____ mg | IVP for sedation prn | | |
| | | Narcan _____ mg | IVP for Fentanyl reversal prn | | |
| | | Romazicon _____ mg | IVP for Versed reversal prn | | |
| | | Cetacaine _____ sprays | PO Oral anesthesia | | |
| | | | | | |
| | | **POST-ENDOSCOPY ORDERS** | | | |
| | | BP and Pulse every 15 minutes until stable. | | | |
| | | Clear liquids when patient alert and gag reflex present, and no | | | |
| | | abdominal distention. | | | |
| | | DC IV and discharge patient by discharge criteria to home when alert, | | | |
| | | vitals are stable, no abdominal pain or distention | | | |
| | | Zofran 4 mg IV x 1 prn nausea (Notify GI room or MD as soon as possible) | | | |

FAXED

| DATE | TIME | SIGNATURE / TITLE 11/13/06 | | |
|------|------|---------------------------|---|---|

LINA 0094



**KAISER PERMANENTE®**
Fremont/Hayward Medical Center

Chan, Andy
03940340

## ADMISSION MEDICATION RECONCILIATION
## (OUTPATIENT)

| THIS IS NOT A PRESCRIPTION. | IMPRINT AREA |

Data source (Check ALL that apply)   ☐ Patient   ☐ Family   ☐ Medication container   ☑ CIPS   ☐ e-Rx
☑ Outpatient Chart   ☐ Admit H&P   ☐ ED record   ☐ Other

Allergies _____ 

Pregnant ☐ Yes ☐ No ☐ NA          Lactating ☐ Yes ☐ No ☐ NA

| Medications Patient Was Taking Prior to Admission (Include OTC medications, herbals, vitamins, inhalers, eye drops, supplements) (Include dose, frequency and route) "NON-MEDICAL TERMS" | Date Time of Last Dose | ADMISSION Physician/L.I.P. Review and Reconciliation | DISCHARGE INSTRUCTIONS |
|---|---|---|---|
| Hepsera 10mg | 11/2 | ☑ Hold for now<br>☐ To be given – See Orders<br>☐ Different dose to be given - See Orders | ☑ continue as before ☐ continue, but must contact your provider within 3 days<br>☐ stop and contact your provider<br>☐ change - per instructions |
| Glyburide 5mg | 11/2 | ☑ Hold for now<br>☐ To be given – See Orders<br>☐ Different dose to be given - See Orders | ☐ continue as before ☐ continue, but must contact your provider within 3 days<br>☐ stop and contact your provider<br>☐ change - per instructions |
| Felodipine 5mg | 11/2 | ☑ Hold for now<br>☐ To be given – See Orders<br>☐ Different dose to be given - See Orders | ☐ continue as before ☐ continue, but must contact your provider within 3 days<br>☐ stop and contact your provider<br>☐ change - per instructions |
| Sotalol 80mg | 11/2 | ☑ Hold for now<br>☐ To be given – See Orders<br>☐ Different dose to be given - See Orders | ☐ continue as before ☐ continue, but must contact your provider within 3 days<br>☐ stop and contact your provider<br>☐ change - per instructions |
| Insulin Syringes | 11/12 | ☐ Hold for now<br>☐ To be given – See Orders<br>☐ Different dose to be given - See Orders | ☐ continue as before ☐ continue, but must contact your provider within 3 days<br>☐ stop and contact your provider<br>☐ change - per instructions |
| Lisinopril 40mg | 11/12 | ☑ Hold for now<br>☐ To be given – See Orders<br>☐ Different dose to be given - See Orders | ☑ continue as before ☐ continue, but must contact your provider within 3 days<br>☐ stop and contact your provider<br>☐ change - per instructions |
|  |  | ☐ Hold for now<br>☐ To be given – See Orders<br>☐ Different dose to be given - See Orders | ☐ continue as before ☐ continue, but must contact your provider within 3 days<br>☐ stop and contact your provider<br>☐ change - per instructions |

## BASED ON TODAY'S EVALUATION AND TREATMENT:

☐ New medications need to be taken – PER INSTRUCTIONS          ☐ No new medications to be taken

| x _____ | _____ | 11/15/06 | 105 |
| RN SIGNATURE (OBTAINED MEDICATION HISTORY) | PRINT NAME | DATE | TIME |
| x _____ | _____ | | |
| RN SIGNATURE (VALIDATING RN) (IF LIST PREVIOUSLY CREATED) | PRINT NAME | DATE | TIME |
| x _____ | PHARAOHWA | 11-13-06 | 11 am |
| ADMISSION PHYSICIAN/L.I.P. SIGNATURE | PRINT NAME | DATE | TIME |
| x _____ | _____ | 11-13-06 | |
| DISCHARGE PHYSICIAN/L.I.P. SIGNATURE | PRINT NAME | DATE | TIME |

LINA 0095

**KAISER PERMANENTE**

MR# REDACTED
03940340 49
Name ANDY E CHAN
IMPRINT AREA

**FREMONT / HAYWARD MEDICAL CENTERS**

**PROCEDURE AND/OR SEDATION**
**PHYSICIAN ASSESSMENT AND DOCUMENTATION FORM**

### PHYSICIAN PROCEDURAL SEDATION ASSESSMENT AND DOCUMENTATION FORM

**American Society of Anesthesiologist Classification (ASA):**
Physician scheduling the case will be responsible for assessing the patient's class and, as appropriate, the consultation with Anesthesia.

| Class I | Normal healthy patient | Class IV | Patient with severe systemic disease that is a constant threat to his/her life |
| Class II | Patient with mild systemic disease | | |
| Class III | Patient with severe systemic disease | Class V | Moribund patient not expected to survive 24 hours |

### PRE-INDUCTION ASSESSMENT

☐ History and Physical completed within 7 days and attached or completed below.

☑ Interval note (If H&P not done in last 24 hours)

☐ See Anesthesia Assessment Form for current assessment and procedural sedation consent (ASC ONLY)

### Pertinent History and Physical

Provisional diagnosis:

11-13-06

EGD 7/0
Carcinoma

AIRWAY ASSESSMENT:

CARDIAC ASSESSMENT:

LUNG ASSESSMENT:

| ☑ RN ASSESSMENT REVIEWED | ALLERGIES PCN ☐ NO KNOWN ALLERGIES | ASA CLASS: 1 ②③ 4 5 |

### PROCEDURAL SEDATION PLAN AND INFORMED CONSENT FOR PROCEDURAL SEDATION

**PROCEDURAL SEDATION PLAN:**

☑ THE PATIENT HAS BEEN ASSESSED FOR THE PROCEDURE AND USE OF PROCEDURAL SEDATION, IS A SUITABLE CANDIDATE AND IS APPROVED FOR SEDATION AS PLANNED

**INTENDED LEVEL OF SEDATION**

☑ II (MODERATE/CONSCIOUS SEDATION)
☐ III (DEEP SEDATION) PHYSICIAN MUST HAVE PRIVILEGES AND BE IN CONSTANT ATTENDANCE

☐ **INFORMED CONSENT – THE FOLLOWING ELEMENTS WERE DISCUSSED WITH THE PATIENT:**

- THE NATURE OF THE PROPOSED CARE, TREATMENT, SERVICES, MEDICATIONS, INTERVENTIONS OR PROCEDURES
- POTENTIAL BENEFITS, RISKS OR SIDE EFFECTS, INCLUDING POTENTIAL PROBLEMS RELATED TO RECUPERATION
- THE LIKELIHOOD OF ACHIEVING CARE, TREATMENT AND SERVICE GOALS
- REASONABLE ALTERNATIVES TO THE PROPOSED CARE, TREATMENT AND SERVICE
- RELEVANT RISKS, BENEFITS AND SIDE EFFECTS RELATED TO ALTERNATIVES, INCLUDING THE POSSIBLE RESULTS OF NOT RECEIVING CARE, TREATMENT, AND SERVICES
- WHEN INDICATED, ANY LIMITATIONS ON THE CONFIDENTIALITY OF INFORMATION LEARNED FROM OR ABOUT THE PATIENT

AND
✓ I HAVE ANSWERED ALL QUESTIONS. PATIENT WISHES TO UNDERGO PROCEDURE AND HAS RECEIVED THE CONSENT FORM FOR THE PROCEDURE.

| DATE 11-13-06 | TIME 11:08 | PHYSICIAN SIGNATURE: |

LINA 0096

**KAISER PERMANENTE** - Fremont

**39400 Paseo Padre Parkway**
**Fremont, CA 94538**

## POST-ENDOSCOPY PATIENT INSTRUCTIONS

**FINDINGS:**
1) Other, see comments.
No ASA, MOtrin for 10 days

_____

1. Do not drive or operate machinery for 12 hours. These tasks require concentration and the ability to respond rapidly; the sedative adversely affects both. California state law prohibits driving under the influence of drugs. If you have an engagement that cannot be cancelled, we advise that you have someone drive you.

2. Do not drink any alcoholic beverages for 24 hours. Alcohol increases the effect of the sedatives given. The combination has an unpredictable effect that is potentially dangerous to your health.

3. During your procedure you were given sedatives that may make you feel tired; plan to rest for at least several hours after you return home.

4. Do not sign contracts or legal documents for 24 hours, since your ability to objectively evaluate them may be impaired.

5. Call the medical center if you notice any of these symptoms: severe abdominal pain, significant bleeding or black stools, repeated vomiting, fevers, pain or redness at the site where the intravenous needle was placed. During the day, call our Advice Nurse at 510-784-4813 (Hayward) or 510-248-3088 (Fremont); after 5pm, call 510-675-4010. If bleeding or other symptoms are severe and you cannot wait, then you should go directly to the Emergency Room.

6. Your throat may be a little sore for a few hours. If this occurs, gargle with warm water or any mouthwash a few times during the day.

7. If you had biopsies done, the results from pathology will take 10-14 days, we will mail or call you with the results.

8. Unless instructed otherwise, rest today and resume normal activity tomorrow. Resume your regular diet and all medications. Follow-up with Wes Lisker, M.D. as needed.

**FOLLOW-UP:** No

**OTHER INSTRUCTIONS:**
1) await biopsy results

The instructions above have been reviewed with me. I have read and understood them.

_____
Signature of Patient/Responsible Adult

_____          Date 11-13-06
Signature of Discharge Nurse

_____          Date 11.13.06
Gayatri Bharadhwaj, MD              Date

NAME: Chan, Andy, ID#: 03940340                              LINA 0097

REDACTED


**KAISER PERMANENTE**

Fremont / Hayward Medical Center

03940340 ▪ 49

ANDY E CHAN                M

*(Kaiser Member Card Imprint)*

## PRE-PROCEDURE CHECK LIST& MONITOR
□ HAYWARD          □ FREMONT
□ RADIOLOGY      □ GI      □ ED      □ PULMONARY PROCEDURE RM          □ Other _____
            □ Inpatient            □ Outpatient

| PROCEDURE: | _ECD_ | | |
|---|---|---|---|
| PHYSICIAN: | _Bhurndheng_ | DATE: | 11/13/06 |

1) Patient was identified by using TWO identifiers. Please (√) check 2 boxes.
   □ MR #   □ Name   ☑ ID Wrist band   □ Other _____
2) The two identifiers above were verified from TWO pieces of information.
   Please (√) check 2 boxes.
   □ ID Wristband   □ Consent   □ Procedure Schedule   □ Addressograph Plate
   □ Drivers License   ☑ Patient/Family Stating   □ Other _____
3) Correct site/side; □ Right   □ Left   □ Bilateral   □ Other _____   ☑ N/A
   a) The patient was involved with the marking process.   □ Yes   □ No   □ N/A
   b) Patient did not participate, state reason:   □ Narcotics administered   □ ALOC
                                                  □ Emergent Care Required   □ Other _____
   c) Consent, schedule, H&P, & imaging studies reviewed and are consistent. □ Yes □ No □ N/A

| Yes | NA | PLEASE INITIAL APPROPRIATE BOXES (Yes; No; NA) |
|---|---|---|
| ✓ | | Reviewed Physician's Orders |
| ✓ | | History and Physical completed within 7 days OR completed on Physician assessment form 11/13/06 |
| ✓ | | Procedure Consent  Signed, Correct, Witnessed, Dated and Timed, appropriate language |
| | ✓ | Informed Consent: Signed, Correct, Witnessed, Dated, appropriate language |
| ✓ | | Pre-Op Labs / X-Rays / EKG Result on Chart |
| | | Pre Sedation Nursing Assessment completed |
| ✓ | | Patient Assigned ASA Score by Licensed independent Practitioner (MD/DO/CRNA) |
| | | Voided or Catheterized   Time: _Pm_ |

### INTRARROCEDURE MONITOR

| | | |
|---|---|---|
| | ✓ | Prep: Shave and/or Skin Prep Done |
| ✓ | | Patient is re-evaluated immediately before sedation by Licensed Independent Practitioner (MD/DO/CRNA) |
| | ✓ | Briefing-Time-Out/Surgical pause completed per policy |
| | | Surgical site marking visible after prep |
| ✓ | | Medications recorded with time, dosage, route in the procedure document or MAR |
| ✓ | | Vital signs and O2 sat recorded at least every 15 minutes (EVERY 5 FOR DEEP SEDATION) during the procedure |

### POST-PROCEDURE MONITOR

| | | |
|---|---|---|
| AF | | Post procedure vital signs and O2 sat recorded at least every 15 minutes X 2 (if sedation was given) or X 1 (if no sedation was given) or until patient returns to baseline |
| AF | | Pain scale assessed with vital signs post procedure |
| AF | | Patient status scored using ALDRETE scale upon admission and prior to discharge from recovery |
| AF | | Patient discharged to a responsible adult |

UNIT/ADMITTING NURSE (print and sign) _____
PROCEDURE NURSE (print and sign) _NG McClain RN_
PACU/DISCHARGE NURSE (print and sign) _A Tomaleta RN_
Other _____

ORIGINAL ON CHART
COPY TO DEPARTMENT MANAGER

LINA 0098


KAISER
PERMANENTE®

**REDACTED**

Name: _____

MR#: _____ 03540340 _____ 4

ANDY E CHAN

IMPRINT AREA

*G. Bhuddhwaj M.D.*

**INFORMED CONSENT FOR**
**UPPER GASTROINTESTINAL ENDOSCOPY**

In order to get a more definitive diagnosis of your problem, and to aid in the treatment, an upper gastrointestinal endoscopy has been ordered. This procedure involves placing a tube in your mouth and passing it down your esophagus into your stomach and the upper part of your small intestine. Through this scope, the physician can usually see any growth, inflammation or ulcers that may be present. In addition, a biopsy (a small piece of tissue) can be taken for examination under the microscope.

In addition to taking biopsies, other interventions during endoscopy can include dilating the esophagus, injecting medicines into esophageal varicose veins or rubber-banding esophageal varicose veins and/or electrocautery to control bleeding. To keep you relaxed and comfortable during the procedure, medication is usually given before the procedure to make you drowsy. You may also be given a medicine that numbs the back of your throat.

During your procedure you will be receiving sedating and/or pain relieving medications.

Although this procedure is usually safe and performed without difficulty, like any procedure there are potential complications that may occur. These are rare but you should be aware of them.

1. Perforation of the throat, esophagus, stomach, or small intestine. If severe, may require surgery to repair.
2. Bleeding: May require surgery or transfusions if severe.
3. Pneumonia: If stomach contents regurgitate into the lungs during the procedure.
4. Drug reaction: It is possible, though extremely unlikely, that you might develop a reaction to one of the medications.
5. Dental damage.

At a very small risk, upper gastrointestinal endoscopy provides much valuable information, which may be helpful in your treatment. If you have any further questions about the procedure, please discuss them with the doctor.

Your signature below indicates you have read and understand the above information, and you have been explained the risks, alternatives, benefits and possible complications of the procedure and wish to proceed.

DATE 11.13.06  11:W        SIGNATURE OF PATIENT X _____
SIGNATURE OF WITNESS _____        SIGNATURE OF RELATIVE (if patient is unable to sign or is a minor)
SIGNATURE OF PHYSICIAN _____

Your signature below indicates you agree to receive sedating and/or pain relieving medications and have been explained the risks, benefits, alternatives, and possible complications associated with the sedation and wish to proceed.

DATE 11.13.06  11:W        SIGNATURE OF PATIENT X _____
SIGNATURE OF WITNESS _____        SIGNATURE OF RELATIVE (if patient is unable to sign or is a minor)
SIGNATURE OF PHYSICIAN _____

07514-005 (6-01)        DISTRIBUTION: WHITE = MEDICAL RECORD • CANARY = PATIENT

LINA 0099



**KAISER
PERMANENTE ®**

Kaiser Foundation Health Plan, Inc.
Kaiser Foundation Hospitals
The Permanente Medical Group, Inc

REDACTED



03940340    49.

ANDY E CHAN                    R

*IMPRINT AREA*

## AUTHORIZATION FOR USE AND/OR DISCLOSURE OF MEMBER/PATIENT HEALTH INFORMATION

I understand that Kaiser Permanente will not condition treatment, payment, enrollment, or eligibility for benefits on my providing or refusing to provide this authorization.

**I hereby authorize:**                                    **to disclose to:**

_Dr. Braradhuaj_                              _Hannah Chan_
Name of Disclosing Party                              Name of Recipient

_wife_
Address                                               Address

City            State        ZIP                     City            State        ZIP

**records and information pertaining to:**

Name of Member/Patient (List Other Names Used)        Medical Record Number        Date of Birth

Address                                               Telephone Number

**DURATION:** This authorization shall become effective immediately and shall remain in effect for one year from the date of signature unless a different date is specified here _____ (Date).

**REVOCATION:** This authorization is also subject to written revocation by the member/patient at any time. The written revocation will be effective upon receipt, except to the extent that the disclosing party or others have acted in reliance upon this authorization.

**REDIS-CLOSURE:** I understand that the recipient may not lawfully further use or disclose the health information unless another authorization is obtained from me or unless such use or disclosure is specifically required or permitted by law.

**SPECIFY RECORDS:** Check the box, initial and/or sign to specify which type of information is to be disclosed.

☐ **MEDICAL INFORMATION**
☐ **PSYCHIATRIC INFORMATION**                    _____ (Initial)

☐ **DRUG/ALCOHOL INFORMATION**                  Signature                    Date

☐ **RESULTS OF AN HIV TEST**                    Signature                    Date

☐ **GENETIC RECORDS**                           Signature                    Date

☐ **OTHER HEALTH INFORMATION**                  Signature                    Date
                                                X _(initial)_ (specify below)

Specify the records to be disclosed: _____ EGI)

The recipient may use the health information authorized on this form for the following purposes:

_____

_____

A copy of this authorization is as valid as the original.
Member/Patient has a right to a copy of this authorization.                    **LINA 0100**

11-B06            X _____
Date              Signature                    If Signed by Other than Member/Patient, Indicate Relationship



**KAISER PERMANENTE**

Kaiser Foundation Hospitals
The Permanente Medical Group, Inc.

REDACTED

## HOSPITAL CONDITIONS OF ADMISSION
## (INPATIENT/OUTPATIENT SERVICES)

03910340 ████ 49

ARCY E████ IMPRINT AREA

8. **FACILITY DIRECTORY:** Hospital staff may disclose the patient's name, room location/telephone number, and general condition to visitors who ask for the patient by name. In addition, we may provide the patient's religious affiliation, if any, to clergy. The patient may object to the disclosure of some or all of this information. In that event, we will not disclose it to visitors or other members of the public. **Any information you wish withheld will be withheld from all visitors, including florists, family, and anyone inquiring about you. Please indicate any information you wish to be withheld from inquiring visitors:**

☐ Name                           ☐ Telephone Number or Room Location in Hospital
☐ General Condition              ☐ Religious Affiliation

**ADVANCE DIRECTIVE:** Is patient/representative able to respond? ☒ Yes  ☐ No

Does the patient have an Advance Directive? ☐ Yes ☒ No  If yes, location: _____

If no, Advance Directive brochure provided by: _Tych_

10. **ACKNOWLEDGMENT OF RECEIPT (for Medicare patients only):** My signature below acknowledges my receipt of "An Important Message from Medicare" from Kaiser Foundation Hospitals.

**THE UNDERSIGNED CERTIFIES THAT HE OR SHE HAS READ AND UNDERSTANDS THIS FORM, HAS RECEIVED A COPY OF IT, AND ACCEPTS AND AGREES TO ABIDE BY ITS TERMS.**

Signature: _____  11-13-06
                        PATIENT/PARENT/CONSERVATOR/GUARDIAN/AGENT

Relationship: _____

Witness: _J. H.Parekh_          Date: _11/13/06_   Time: _9:45_

**Financial Responsibility Agreement by Person Other than the Patient or the Patient's Legal Representative:**

I agree to accept financial responsibility for services rendered to the patient and to accept the terms of the Financial Agreement and Assignment of Benefits provisions above.

Signature: _____
                        FINANCIALLY RESPONSIBLE PARTY

Relationship: _____

Witness: _____  Date: _____  Time: _____

LINA 0101

**FRAUD WARNING** Any person who, knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading information concerning any material fact thereto, commits a fraudulent insurance act. For residents of the following states, please see the reverse side of this form: California, Colorado, District of Columbia, Florida, Kentucky, Maryland, Minnesota, New Jersey, New York, Pennsylvania, Oregon, Tennessee, Texas or Virginia.

## TO BE COMPLETED BY THE CLAIMANT

NAME OF CLAIMANT (Last Name) (First Name) (Middle Initial) | CERTHOLDER DOB | TELEPHONE NUMBER
ANDY E CHAN | 1949 | (510) 793-479.

ADDRESS (Street) (City) (State) (Zip Code)
5955 CENTRAL AVE    NEWARK    CA    94560

LIST STATES IN WHICH YOU MAY BE LIABLE FOR FILING TAX RETURNS
CALIFORNIA

**REDACTED**

NAME OF EMPLOYER/ASSOCIATION
FUJITSU BUSINESS COMMUNICATION SYSTEM

POLICY NUMBER
GL 0013814

Date of Birth of your youngest dependent
APRIL 28-1980

NAME OTHER SOURCES OF INCOME TO WHICH YOU AND YOUR DEPENDENTS ARE ENTITLED BY CHECKING THE APPROPRIATE SOURCES LISTED BELOW. SHOW AMOUNTS RECEIVED AND INDICATE PAYMENT FREQUENCY. IF YOU HAVE NOT PREVIOUSLY PROVIDED US WITH A COPY OF THE AWARD LETTER, PLEASE ATTACH A COPY. INDICATE "NONE" IN THE APPROPRIATE BLOCKS IF YOU DO NOT RECEIVE INCOME FROM A NAMED SOURCE

☐ Social Security | ☐ Pension | ☐ Governmental | ☐ Workers' Compensation | ☐ Other, Identify
$ 1436⁰⁰ | $ 21328 | $ | $ | $ 73834

ARE YOU CURRENTLY WORKING?  ☐ YES  ☒ NO
If yes, please provide name and address of employer, job title, number of hours worked per week, and wage rate.

ARE YOU INTERESTED IN A VOLUNTARY REHABILITATION/RETRAINING PROGRAM?
☒ YES    ☐ No

## TO BE COMPLETED BY ATTENDING PHYSICIAN

The claimant is responsible for the completion of this form without expense to the company

### 1. PRESENT CONDITION

DIAGNOSIS | DATE OF LAST VISIT | FREQUENCY OF VISITS

SUBJECTIVE SYMPTOMS | OBJECTIVE FINDINGS
 | (X-RAYS, E.K.G.'S, LABORATORY DATA AND ANY CLINICAL FINDINGS)

### 2. PROGRESS

(a) Has patient  ☐ Recovered?  ☐ Improved?  ☐ Retrogressed?  ☐ Unchanged?

(b) Is patient  ☐ Bed Confined?  ☐ Hospital Confined?  ☐ Ambulatory?  ☐ House Confined?

(c) Has patient been hospital confined?  ☐ Yes  ☐ No  If yes, give Name and Address of Hospital

Confined From ......... through .........

### 3. CARDIAC (If Applicable)

(a) Functional capacity ........  ☐ Class 1 (No limitation)  ☐ Class 2 (Slight limitation)
(American Heart As'n)  ☐ Class 3 (Marked limitation)  ☐ Class 4 (Complete limitation)

(b) Blood Pressure (last visit) .........
SYSTOLIC          DIASTOLIC

### 4. LIMITATION (If there is a limitation, check and describe below)

Standing ......  Climbing ......  Bending ......  Use of hands ......  Sitting ......

Walking ......  Stooping ......  Lifting ......  Psychological ......  Other (state which) ......

(GR-608067a)  05-05-2004 Page 3 of 5  (0015)

**LINA 0102**

## 5. PHYSICAL IMPAIRMENT (* as defined in Federal Dictionary of Occupational T

- ☐ Class 1 - No limitation of functional capacity; capable of heavy work* No restrictions (0 - 10%)
- ☐ Class 2 - Medium manual activity* (15 - 30%)
- ☐ Class 3 - Slight limitation of functional capacity, capable of light work* (35 - 55%)
- ☐ Class 4 - Moderate limitation of functional capacity; capable of clerical/administrative (sedentary)* activity (60 - 70%)
- ☐ Class 5 - Severe limitations of functional capacity; incapable of minimal (sedentary)* activity (75 - 100%)
- ☐ Remarks:

## 6. MENTAL/NERVOUS IMPAIRMENT (if applicable)

(a) Please define "stress" as is applicable to this claimant

- ☐ Class 1 - Patient is able to function under stress and engage in interpersonal relations (no limitations)
- ☐ Class 2 - Patient is able to function in most stress situations and engage in most interpersonal relations (slight limitation)
- ☐ Class 3 - Patient is able to engage in only limited stress situations and engage in only limited interpersonal relations (moderate limitations)
- ☐ Class 4 - Patient is unable to engage in stress situations or engage in interpersonal relations (marked limitations)
- ☐ Class 5 - Patient has significant loss of psychological, physiological, personal and social adjustment (severe limitations)
- ☐ Remarks:

## 7. EXTENT OF DISABILITY

Patient's regular Occupation          Other Occupation

When was patient able to go to work?    Mo. _____  Day _____  Yr. _____    Mo. _____  Day _____  Yr. _____

## 8. REHABILITATION

(a) Is patient a suitable candidate for further rehabilitation services?    ☐ YES    ☐ NO

(b) Can present job be modified to allow for handling with impairment?    ☐ YES    ☐ NO

(c) When could trial employment commence? _____    ___ / ___ / ___  PATIENT'S JOB    ___ / ___ / ___  ANY OTHER WORK
Mo.  Day  Yr.  ☐ Full-time    Mo.  Day  Yr.  ☐ Full-time
☐ Part-time    ☐ Part-time

(d) Would vocational counseling and/or retraining be recommended?    ☐ YES    ☐ NO

## 9. REMARKS

| DATE | PRINT NAME | SIGNATURE (ATTENDING PHYSICIAN | DEGREE | TELEPHONE |
|---|---|---|---|---|
|  |  |  |  |  |

| STREET ADDRESS | CITY OR TOWN | STATE (OR PROVINCE) | ZIP CODE |
|---|---|---|---|
|  |  |  |  |

(GB-608067e)   04-17-2003
Page 3 of 5 (G2402E)

LINA 0103

 **KAISER PERMANENTE**

Hayward Medical Center
27400 Hesperian Blvd
Hayward, CA 94545

Insurance Company:
**CIGNA GROUP**
**PO BOX 22325**
**PITTSBURGH, PA 15222-0325**



| Insurance Long Form | | | | Attending Physician's Statement | |
|---|---|---|---|---|---|
| **CHAN, ANDY** <br> Last Name, first, middle initial | | | | **000003940340** <br> Med. Rec. No. | |
| **5955 CENTRAL AVE** <br> Address | **NEWARK** <br> City | **CA** <br> State | **94560** <br> Zip Code | | S. S. A. No. |

Employer                                     Employer Address

1. Diagnosis and Complications, if any:
   **585 CHRONIC RENAL FAILURE\*, 235.2 UNC BEHAV NEO INTESTINE, V42.0 KIDNEY**
   **TRANSPLANT STATUS, 401.9 HYPERTENSION NOS**
   If condition due to injury or sickness arising out of patient's employment, explain
   ☐ YES  ☒ NO
   **DUODENUM CARINOID, CHRONIC RENAL FAILURE, S/P KIDNEY TRANSPLANT**
   If condition due to pregnancy, give approximate LMP date:  __/__/__

2. When did symptoms first appear or accident happen?
   **11/14/1998**
   When did patient first consult you for this condition?
   **11/14/1998**
   Has patient ever had same or similar condition?
   ☐ YES – STATE WHEN AND DESCRIBE:
   ☒ NO

3. Nature of surgical or obstetrical procedure, if any:

   Date performed: __/__/____      Admit: __/__/____      Discharge: __/__/____
   ☐ In patient
   ☒ Out patient

4. Give dates of other medical (non-surgical) treatment, if any since last report:
   **CONTINUE MEDICATIONS AND FOLLOW-UP VISITS**

5. Is patient still under your care for this condition?
   ☒ YES  ☐ NO

6. How long was or will patient be totally disabled?
   From: **11/14/1998**          To: **Perm. Disabled**
   How long was or will patient be partially disabled?
   From:  __/__/____          To:  __/__/____

7. Remarks:

| 6/26/2006 <br> Date | Physician's Signature <br> License #: <br> 042699G | **WESLEY LISKER MD** <br> _Wesley Lisker, MD_ |
|---|---|---|

Tax ID:94-1105628

KXB



**KAISER PERMANENTE** ®

Fremont/Hayward Medical Centers



03940340

ANDY E CH__

REDACTED

## PROCEDURE AND/OR SEDATION
## NURSING ASSESSMENT AND DOCUMENTATION FORM

IMPRINT AREA

### ✓ ENTIRE TEAM TIME OUT IMMEDIATELY PRIOR TO PROCEDURE

All staff involved in the procedure actively participated while the surgeon or assigned licensed team member verified the following:
- VERIFIED patient, procedure, plan, and position
- SITE(S): _____ SIDE(S): ☐ RIGHT ☐ LEFT ☐ BILATERAL ☐ OTHER: _____ ☐ NA
- Cleared to receive sedation/anesthesia if necessary
- Each team member, including vendors, agreed on the procedure to be performed; reviewed roles, needs, and equipment
- Availability of correct implants and any special equipment/requests as well as relevant images properly labeled and displayed

RN OR MD INITIALS: _F_

| SCOPE #: 027 | ELECTROSURGICAL UNIT #, SETTINGS | GROUNDING PAD SITE |

### INTRAPROCEDURE – Vital Signs every 15 minutes for Moderate Sedation OR every 5 minutes for Deep Sedation.

VITAL SIGNS: ☐ SEE MONITOR STRIP    PROCEDURE START TIME: 1155    PROCEDURE END TIME: 1203

| TIME | 1146 BASE LINE | 1155 | | | | | |
|------|------|------|------|------|------|------|------|
| BP | 150/82 | 141/91 | 133/79 | 120/74 | | | |
| PULSE | 71 | 84 | 86 | 84 | | | |
| RR | 18 | 12 | 18 | 18 | | | |
| PAIN/SCORE | 0 | 44 | 44 | | | | |
| O₂ SAT | 90 | 97 | 97 | 97 | | | |
| CO₂ READING | — | | | | | | |
| LOC | — | | | | | | |

### MEDICATIONS ORDERED AND GIVEN    ☐ SEE MAR

| TIME | DRUG | DOSE | METHOD | GIVEN BY |
|------|------|------|--------|----------|
| 1152 | Versed | 1 mg | IV | F |
| 1152 | Fentanyl | 50 mcg | IV | F |
| 1155 | Versed | 1 mg | IV | F |
| 1155 | Fentanyl | 50 mcg | IV | F |

1150 Lidocaine Spray Mouth F

### O₂ THERAPY

☐ MASK    ☐ MIST _____ %
☑ NC _2_ L/M    ☐ VENT
☑ DISCONTINUED @ 1204

### COMPLICATIONS DURING PROCEDURE:
☑ NONE

By initialing this, I am stating that I have verified this verbal order by reading it back to the practitioner and have verified the patient's allergies against the medical record. X _F_

IV FLUID
MD SIGNATURE: _____    DATE AND TIME 2306 12 PM
☐ SEDATION NOT REQUIRED

INTRAPROCEDURE NOTES    Medical Carcinoid

EGD

Total IV _____ Versed 2 mg / Fentanyl 100 mcg

| TRANSFER TO: RR | TIME 1212 | REPORT TO: Jane RN | INITIAL F |

### NAMES BELOW OF PERSONS INVOLVED IN INTRAPROCEDURAL PATIENT CARE

| CIRCULATING | ASSISTANT J. Mahal LVN |
| MD | |
| ANESTHESIOLOGIST Chivadray | |
| RN SIGNATURE | F = Franz RN |

**KAISER PERMANENTE®**

ANDY E CHA

Fremont/Hayward Medical Centers

## PROCEDURE AND/OR SEDATION
## NURSING ASSESSMENT AND DOCUMENTATION FORM

IMPRINT AREA

### POSTPROCEDURE RECOVERY

☐ TRANSFER REPORT COMPLETE   ☐ NA    RECOVERY START TIME: 12/2

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| TIME | 12/5 | 1230 | 12:45 | | | | | |
| BP | 108 | 49 | 51/45 | | | | | |
| PULSE | 73 | 78 | 79 | | | | | |
| RR | 12 | 13 | 17 | | | | | |
| PAIN/SCORE | 0 | 0 | 0 | | | | | |
| O₂ SAT | RA 95% | 98% | 99% | | | | | |
| CO₂ READING | N/A | N/A | N/A | | | | | |
| LOC | 2 | sleep 2 | 2 | | | | | |

| ALDRETE SCORING | PACU ADMIT SCORE | SCORE ON DISCHARGE | MEDICATIONS ☐ SEE MAR | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | TIME | DRUG | DOSE | METHOD | GIVEN BY | RESPONSE |
| ACTIVITY | 2 | 2 | | | | | | |
| RESPIRATION | 2 | 2 | | | | | | |
| CIRCULATION | 2 | 2 | | | | | | |
| CONSCIOUSNESS | 2 | 2 | | | | | | |
| O₂ SATURATION | 2 | 2 | | | | | | |
| TOTALS | 10/10 | 10/10 | | | | | | |

### O₂ THERAPY

☐ MASK        ☐ MIST ____%
☐ NC 2 L/M   ☐ VENT
☐ DISCONTINUED @ 1248

DRESSING ☑ Dry and intact
(R) WRIST
IV Fluid: C/C
IV DC'D @ 1255

| | INTAKE | | OUTPUT |
|---|---|---|---|
| | PO | IV | FOLEY/URINE |
| PROC | | 350 ML | |
| RECOVERY | H₂O | 350 | |
| TOTAL | 220 | 700 | |

| DISCHARGE CRITERIA | YES | NO | NA | | YES | NO | NA |
|---|---|---|---|---|---|---|---|
| Aldrete Score of 10 or meets the pre-op score | ✓ | | | Tolerating PO fluids if ordered | ✓ | | |
| A minimum of 30 minutes have passed since last dose of sedation medication | ✓ | | | Absence of vomiting or dizziness | ✓ | | |
| Demonstrates the ability to perform movement consistent with age and surgical procedure or meets pre-op status | ✓ | | | Free of excessive pain, pain scale ✓ | ✓ | | |
| Void if ordered by physician or at the discretion of nursing staff | | | ✓ | Other: | | | |
| Demonstrates orientation to time, place, and person or meets pre-op status | ✓ | | | | | | |

Discharged to: ☑ Home ☐ Hosp. Rm. _____ via ☐ Gurney ☑ W/C ☐ Ambulatory   at (time): 1301

☑ Discharged with all personal belongings        ☑ Instructions explained and copy given

Return Appointment: ☐ Yes, Date: _____   Time: _____   ☑ No

Discharge Meds: ☑ None ☐ Rx to Pharmacy ☐ ERx

Signature of Responsible Person at Discharge (X) _____

☐ Patient has been evaluated and can be discharged   OR   ☐ Discharge when criteria met

| DATE | TIME | MD SIGNATURE |
|---|---|---|
| 5-23-06 | 12:15 pm | G Brandt |

### SIGNATURES BELOW OF PERSONS INVOLVED IN POSTPROCEDURAL PATIENT CARE

SIGNATURE/TITLE: _____    TIME: 1212 →
                                                    DC

04379-011 (11-04) PAGE 3 OF 4



KAISER
PERMANENTE®

Fremont/Hayward Medical Centers

**PROCEDURE AND/OR SEDATION**
**NURSING ASSESSMENT AND DOCUMENTATION FORM**

REDACTED

IMPRINT AREA

**ADDITIONAL NURSING NOTES: (REMEMBER TO SIGN, DATE, AND TIME EACH ENTRY)**

| TIME | |
|------|--|
| | *Abd soft, rounded c̄ active bowel sounds.* |
| | *No c/o pain. IV infusing well to (R) wrist* |
| 1150 | *Pt tolen well - no complaints* ___ |
| | *offered 150s' Home c̄ spouse* ___ |

**ECG STRIPS:**

**KAISER PERMANENTE ®**

Fremont/Hayward Medical Centers

## PROCEDURE AND/OR SEDATION
## NURSING ASSESSMENT AND DOCUMENTATION FORM

IMPRINT AREA

ARDY E

### PREPROCEDURE

| PROCEDURE EGD | ☐ INPATIENT ☐ OUTPATIENT | LOCATION ☐ HAYWARD ☐ FREMONT |

PROVIDER PERFORMING PROCEDURE: Bhvradhwnij

| DATE 5/13/06 | TIME 1045 | HEIGHT 5'1 | WEIGHT 115 ☐Stated ☐Actual | AGE 57 | PAIN LEVEL (0-10) 0/10 | COMFORT ZONE (0-10) 5/10 | NEXT STATE 5/22 PM |

| TEMP 96.5 | PULSE 42 | RR 14 | O2 SAT ☐Rm Air ☐O2 | BP 154/107 | SMOKE ☐Yes ☑No | ALCOHOL ☐Yes ☑No | Advance Directives: ☐Yes ☑No  Chart Copy  Advised to Provide Chart Copy? ☐Yes ☐No  Previous Sedation/Anesthesia? ☐Yes ☐No  Problems with Previous ☐Yes ☐No Sedation/Anesthesia? |

| PRIMARY LANGUAGE ☑English ☐Spanish ☐ASL ☐Other | LOC/TASKS Appropriate for Developmental Age? ☑Yes ☐No | Pregnant? ☐Yes ☑No  Breastfeeding? N/A ☐Yes ☐No |

IV Kumudac

| Patient and Infusing Well | Site: L hand | Gauge: 22 | Initials: | ☐None ☐Existing Site |

TRANSPORTATION ARRANGED WITH

| Name: Hannah Chan | Relationship: wife | Phone: WR | ☐NA |

ALLERGIES (MEDICATIONS, FOOD, LATEX): PCN

CURRENT MEDICATIONS
☐Aspirin ☐Anticoagulant ☐Cardiac Medications ☐NSAIDs ☐Pain Medication ☐Herbals

| MEDICATIONS/DOSE | USUAL TIMES | LAST TIME TAKEN | PREPROCEDURE MEDS/IV |
|---|---|---|---|
| **See Admission Medication Reconciliation (Outpatient) Form attached** | | | |

MEDICAL HISTORY (CHECK IF YES)
☐Bleeding Disorder ☐Cancer ☑Diabetes ☐Heart Disease ☑Hypertension ☑Kidney Disease
☐Implantable Devices ☑Liver Disease ☐Lung Disease ☐Seizures ☐Sleep Apnea ☑Snoring ☐Stroke

NOTES: ASA - 81mg x 2d - 8 days ago

5mL Ca Cyst -
yearly monitoring for
growth.

| Score | ALDRETE SCORING | | PATIENT BASELINE SCORE |
|---|---|---|---|
| **ACTIVITY** | Able to move 4 extremities voluntarily or on command | 2 | 2 |
| | Able to move 2 extremities voluntarily or on command | 1 | |
| | Able to move 0 extremities voluntarily or on command | 0 | |
| | (Exception: Patient who is immobile preoperatively) | | |
| **RESPIRATION** | Able to breathe deeply and cough freely | 2 | 2 |
| | Dyspnea or limited breathing | 1 | |
| | Apneic (needs ventilator or assistance) | 0 | |
| **CIRCULATION** | BP +/- 20 mmHg preanesthesia level | 2 | 2 |
| | BP +/- 20-49 mmHg preanesthesia level | 1 | |
| | BP +/- 50 mmHg preanesthesia level | 0 | |
| | (Exception: Patient may be released by anesthesiologist after drug therapy) | | |
| **CONSCIOUSNESS** | Fully awake | 2 | 2 |
| | Arousable on calling | 1 | |
| | Not responding | 0 | |
| **O2 SATURATION** | Able to maintain O2 saturation > 92% on room air | 2 | 2 |
| | Needs O2 inhalation to maintain O2 saturation > 90% | 1 | |
| | O2 saturation < 90% even with O2 supplement | 0 | |
| **Total:** | | | 10 |

| SIGNATURE/TITLE | | TIME |
|---|---|---|
| 1045 | Fanny RN | 1145 |

04379-011 (1-5-04) PAGE 1 OF 4

**KAISER PERMANENTE** - Fremont

39400 Paseo Padre Parkway
Fremont, CA 94538

## POST-ENDOSCOPY PATIENT INSTRUCTIONS

**FINDINGS:**
**1) Other, see comments.**
**Await biopsy.**
**No ASA or other blood thinners for 14 days**

1. Do not drive or operate machinery for 12 hours. These tasks require concentration and the ability to respond rapidly; the sedative adversely affects both. California state law prohibits driving under the influence of drugs. If you have an engagement that cannot be cancelled, we advise that you have someone drive you.

2. Do not drink any alcoholic beverages for 24 hours. Alcohol increases the effect of the sedatives given. The combination has an unpredictable effect that is potentially dangerous to your health.

3. During your procedure you were given sedatives that may make you feel tired; plan to rest for at least several hours after you return home.

4. Do not sign contracts or legal documents for 24 hours, since your ability to objectively evaluate them may be impaired.

5. Call the medical center if you notice any of these symptoms: severe abdominal pain, significant bleeding or black stools, repeated vomiting, fevers, pain or redness at the site where the intravenous needle was placed. During the day, call our Advice Nurse at 510-784-4813 (Hayward) or 510-248-3088 (Fremont); after 5pm, call 510-675-4010. If bleeding or other symptoms are severe and you cannot wait, then you should go directly to the Emergency Room.

6. Your throat may be a little sore for a few hours. If this occurs, gargle with warm water or any mouthwash a few times during the day.

7. If you had biopsies done, the results from pathology will take 10-14 days, we will mail or call you with the results.

8. Unless instructed otherwise, rest today and resume normal activity tomorrow. Resume your regular diet and all medications. Follow-up with Wes Lisker, M.D. as needed.

**FOLLOW-UP:** No

**OTHER INSTRUCTIONS:**
1) await biopsy results

The instructions above have been reviewed with me. I have read and understood them.

(X) _Jillen_                              5 - 23 - 6
Signature of Patient/Responsible Adult    Date  5 - 23 - 6

_Pednej ru_                               Date   5·23·06
Signature of Discharge Nurse

Gayatri Bharadhwaj, MD                    Date

NAME: Chan, Andy, ID#: 03940340

**LINA 0109**

**KAISER PERMANENTE ®**

USE BALL POINT PEN. PRESS FIRMLY.

ROOM #

Name:

ROOM #

MR #:

**REDACTED**

03940340 ███ 49

ROOM #

ANDY E CHAN

IMPRINT AREA

## DOCTOR'S ORDER SHEET

DOCTOR _Bharadwaj_    SERVICE _GI_

Dispensing By Non-Proprietary Name
Is Authorized Unless Checked Here.

Allergies: _PCN_    ☐ NO KNOWN ALLERGIES    ↓    ✓ BY

| ORDERED | | |
|---|---|---|
| DATE | HOUR | |
| 5-23-06 | | **PRE-ENDOSCOPY ORDERS** |
| | 200 | Vitals upon admission |
| | 1048 | NPO |
| | | Activity ad lib |
| | | Start IV: heplock or lactated ringers 50 ml/hr |

**PROCEDURAL MEDICATIONS**

| | | |
|---|---|---|
| Versed | _____ mg | IVP for sedation |
| Fentanyl | _____ mcgm | IVP for sedation |
| Benedryl | _____ mg | IVP for sedation prn |
| Narcan | _____ mg | IVP for Fentanyl reversal prn |
| Romazicon | _____ mg | IVP for Versed reversal prn |
| Cetacaine | _____ sprays | PO Oral anesthesia |

**POST-ENDOSCOPY ORDERS**

BP and Pulse every 15 minutes until stable.

Clear liquids when patient alert and gag reflex present, and no

abdominal distention.

DC IV and discharge patient by discharge criteria to home when alert,

vitals are stable, no abdominal pain or distention

Zofran 4 mg IV x 1 pm nausea (Notify GI room or MD as soon as possible)

SCANNED 5/23

DATE    TIME    SIGNATURE / TITLE

06298-1001 (REV. 7-03)

LINA 0110

## GSAA Gastroenterology Pre-Sedation Questionaire

Please answer the questions below prior to arriving for your gastroenterology procedure and hand
the completed form to the receptionist when you arrive for your procedure so that we can expedite
your appointment and provide you with the very best care possible. Thank you.

1. Name: __Andy E. Chan__    Med Rec#: __0 3 9 4 0 3 4 0__

2. Age: __57__ Height: (ft,inches) __5'7__ Weight:(lbs) __175__ MD Seeing You: __Dr. Bharadhwaj__

3. Last time you ate or drank anything prior to procedure: __8:00 pm  5/22/06__

4. Do you smoke? If yes, how many packs per day: __No__

5. When was the last time you drank any alcohol? __long time__

6. Do you have an Advanced Directive? (Legal document giving someone authority to
   make medical decisions for you): __No__    If yes, is there a copy in your
   medical records? _____

7. If female, are you pregnant? _____ Are you breast feeding? _____

8. Have you ever had any previous sedation or anesthesia? __Yes__
   If yes, have you had any problems with the sedations? __No__

9. Name of person giving you transportation home after the procedure:
   __Hannah Chan__
   Their relationship to you: __spouse__
   Their phone number if they are not waiting for you while you are having the
   procedure done: _____

10. List any allergies to medications, foods or latex:
    __penecillin__

11. List your current medications that you are taking:

| Medication | Dose | Usual Times Taken | Last Time Taken |
|---|---|---|---|
| Adefavir | 10 mg. | i daily | 5/22/06 |
| Sotalol | 80 mg. | 2 x daily | 5/22/06 |
| Prednisone | 5 mg. | i daily | 5/22/06 |
| Lisinopril | 40 mg. | 2 x daily | 5/22/06 |
| Omeprazole | 20 mg. | i daily | 5/22/06 |
| prograf | 0.5 mg. | 2 x daily | 5/22/06 |
| | | | |
| | | | |

12. Please check off if you have any of the following medical conditions:

| | | | | | |
|---|---|---|---|---|---|
| Bleeding disorder | | High blood pressure | ✓ | Lung disease | |
| Cancer | | Kidney disease | | Seizures | ✓ |
| Diabetes | ✓ | Implantable devices | | Sleep apnea | |
| Heart Disease | | Liver disease | | Snoring | ✓ sometimes |
| Stroke | | | | | |

LINA 0111



**REDACTED**

03940340

ANDY E CHEN
*(Kaiser Member Card Imprint)*

**KAISER PERMANENTE**

## Fremont / Hayward Medical Center

### PRE-PROCEDURE CHECK LIST & MONITOR
☐ HAYWARD          ☐ FREMONT
☐ RADIOLOGY    ☐ GI    ☐ ED    ☐ PULMONARY PROCEDURE RM          ☐ Other _____
              ☐ Inpatient          ☐ Outpatient

**PROCEDURE:** EU

**PHYSICIAN:** Bharadwa          **DATE:** 5/23/06

1) Patient was identified by using TWO identifiers:   Please (√) check 2 boxes.
   ☑ MR #   ☐ Name   ☑ ID Wrist band    ☐ Other

2) The two identifiers above were verified from TWO pieces of information.
   Please (√) check 2 boxes.
   ☑ ID Wristband   ☐ Consent   ☐ Procedure Schedule   ☐ Addressograph Plate
   ☐ Drivers License   ☐ Patient/Family Stating   ☐ Other

3) Correct site/side: ☐ Right   ☐ Left   ☐ Bilateral   ☐ Other          ☑ N/A
   a) The patient was involved with the marking process.   ☐ Yes   ☐ No   ☐ N/A
   b) Patient did not participate, state reason:   ☐ Narcotics administered   ☐ ALOC
                                                    ☐ Emergent Care Required   ☐ Other
   c) Consent, schedule, H&P, & imaging studies reviewed and are consistent. ☐ Yes ☐ No ☐ N/A

| Yes | NA | PLEASE INITIAL APPROPRIATE BOXES (Yes, No, NA) |
|---|---|---|
| | | Reviewed Physician's Orders |
| | | History and Physical completed within 7 days OR completed on Physician assessment form  5/23/06 |
| | | Procedure Consent:  Signed, Correct, Witnessed, Dated and Timed, appropriate language |
| | | Informed Consent: Signed, Correct, Witnessed, Dated, Timed, appropriate language |
| | | Pre-Op Labs / X-Rays / EKG Result on Chart |
| | | Pre Sedation Nursing Assessment completed |
| | | Patient Assigned ASA Score by Licensed Independent Practitioner (MD/DO/CRNA) |
| | | Voided or Catheterized    Time: |

**INTRAPROCEDURE MONITOR**

| | | |
|---|---|---|
| | | Prep: Shave and/or Skin Prep Done |
| | | Patient is re-evaluated immediately before sedation by Licensed Independent Practitioner (MD/DO/CRNA) |
| | | Briefing/Time-Out/Surgical pause completed per policy |
| | | Surgical site marking visible after prep |
| | | Medications recorded with time, dosage, route in the procedure document or MAR |
| | | Vital signs and O2 sat recorded at least every  15 minutes (EVERY 5 FOR DEEP SEDATION) during the procedure |

**POST-PROCEDURE MONITOR**

| | | |
|---|---|---|
| | | Post procedure vital signs and O2 sat recorded at least every  15 minutes X 2 (if sedation was given) or X 1 (if no sedation was given) or until patient returns to baseline |
| | | Pain scale assessed with vital signs post procedure. |
| | | Patient status scored using ALDRETE scale upon admission and prior to discharge from recovery |
| | | Patient discharged to a responsible adult |

UNIT/ADMITTING NURSE (print and sign) _____
PROCEDURE NURSE (print and sign) _____  RN
PACU/DISCHARGE NURSE (print and sign) _____  RODRIGUEZ RN
Other _____

ORIGINAL ON CHART
COPY TO DEPARTMENT MANAGER



Name:

MR#: _____ 03940340 ▮

ANDY E CHAN

INFORMED CONSENT FOR
UPPER GASTROINTESTINAL ENDOSCOPY

IMPRINT AREA    REDACTED

In order to get a more definitive diagnosis of your problem, and to aid in the treatment, an upper gastrointestinal endoscopy has been ordered. This procedure involves placing a tube in your mouth and passing it down your esophagus into your stomach and the upper part of your small intestine. Through this scope, the physician can usually see any growth, inflammation or ulcers that may be present. In addition, a biopsy (a small piece of tissue) can be taken for examination under the microscope.

In addition to taking biopsies, other interventions during endoscopy can include dilating the esophagus, injecting medicines into esophageal varicose veins or rubber-banding esophageal varicose veins and/or electrocautery to control bleeding. To keep you relaxed and comfortable during the procedure, medication is usually given before the procedure to make you drowsy. You may also be given a medicine that numbs the back of your throat.

During your procedure you will be receiving sedating and/or pain relieving medications.

Although this procedure is usually safe and performed without difficulty, like any procedure there are potential complications that may occur. These are rare but you should be aware of them.

1. Perforation of the throat, esophagus, stomach, or small intestine. If severe, may require surgery to repair.
2. Bleeding: May require surgery or transfusions if severe.
3. Pneumonia: If stomach contents regurgitate into the lungs during the procedure.
4. Drug reaction: It is possible, though extremely unlikely, that you might develop a reaction to one of the medications.
5. Dental damage.

At a very small risk, upper gastrointestinal endoscopy provides much valuable information, which may be helpful in your treatment. If you have any further questions about the procedure, please discuss them with the doctor.

Your signature below indicates you have read and understand the above information, and you have been explained the risks, alternatives, benefits and possible complications of the procedure and wish to proceed.

DATE  5.23.06                    SIGNATURE OF PATIENT  X _____
SIGNATURE OF WITNESS  5 KMhaud ~ 11:50Am    SIGNATURE OF RELATIVE (if patient is unable to sign or is a minor)
SIGNATURE OF PHYSICIAN  G Bhandel

Your signature below indicates you agree to receive sedating and/or pain relieving medications and have been explained the risks, benefits, alternatives, and possible complications associated with the sedation and wish to proceed.

DATE  5.23.06                    SIGNATURE OF PATIENT  X _____
SIGNATURE OF WITNESS  5 KMhaud ~ 11:50Am    SIGNATURE OF RELATIVE (if patient is unable to sign or is a minor)
SIGNATURE OF PHYSICIAN  G Bhandel

LINA 0113

**KAISER PERMANENTE**

MR#_____

Name_____ REDACTED

IMPRINT AREA

FREMONT / HAYWARD MEDICAL CENTERS

## PROCEDURE AND/OR SEDATION
## PHYSICIAN ASSESSMENT AND DOCUMENTATION FORM

### PHYSICIAN PROCEDURAL SEDATION ASSESSMENT AND DOCUMENTATION FORM

**American Society of Anesthesiologist Classification (ASA):**
Physician scheduling the case will be responsible for assessing the patient's class and, as appropriate, the consultation with Anesthesia.

| Class I | Normal healthy patient | Class IV | Patient with severe systemic disease that is a constant threat to his/her life |
| Class II | Patient with mild systemic disease | | |
| Class III | Patient with severe systemic disease | Class V | Moribund patient not expected to survive 24 hours |

### PRE-INDUCTION ASSESSMENT

☐ History and Physical completed within 7 days and attached or completed below.

☑ Interval note (If H&P not done in last 24 hours)

☐ See Anesthesia Assessment Form for current assessment and procedural sedation consent (ASC ONLY)

### Pertinent History and Physical

Provisional diagnosis:

5·23·06

EGD 70

Cavanorel

AIRWAY ASSESSMENT:   clear

CARDIAC ASSESSMENT:   S₁ S₂

LUNG ASSESSMENT:   clear

☑ RN ASSESSMENT REVIEWED

ALLERGIES   PCN
☐ NO KNOWN ALLERGIES

ASA CLASS:   1  (2)  3  4  5

### PROCEDURAL SEDATION PLAN AND INFORMED CONSENT FOR PROCEDURAL SEDATION

**PROCEDURAL SEDATION PLAN:**

☑ THE PATIENT HAS BEEN ASSESSED FOR THE PROCEDURE AND USE OF PROCEDURAL SEDATION, IS A SUITABLE CANDIDATE AND IS APPROVED FOR SEDATION AS PLANNED

**INTENDED LEVEL OF SEDATION**

☑ II (MODERATE/CONSCIOUS SEDATION)

☐ III (DEEP SEDATION) PHYSICIAN MUST HAVE PRIVILEGES AND BE IN CONSTANT ATTENDANCE

☑ INFORMED CONSENT – THE FOLLOWING ELEMENTS WERE DISCUSSED WITH THE PATIENT:

• THE NATURE OF THE PROPOSED CARE, TREATMENT, SERVICES, MEDICATIONS, INTERVENTIONS OR PROCEDURES

• POTENTIAL BENEFITS, RISKS OR SIDE EFFECTS, INCLUDING POTENTIAL PROBLEMS RELATED TO RECUPERATION

• THE LIKELIHOOD OF ACHIEVING CARE, TREATMENT AND SERVICE GOALS

• REASONABLE ALTERNATIVES TO THE PROPOSED CARE, TREATMENT AND SERVICE

• RELEVANT RISKS, BENEFITS AND SIDE EFFECTS RELATED TO ALTERNATIVES, INCLUDING THE POSSIBLE RESULTS OF NOT RECEIVING CARE, TREATMENT, AND SERVICES

• WHEN INDICATED, ANY LIMITATIONS ON THE CONFIDENTIALITY OF INFORMATION LEARNED FROM OR ABOUT THE PATIENT

AND

✓ I HAVE ANSWERED ALL QUESTIONS. PATIENT WISHES TO UNDERGO PROCEDURE AND HAS RECEIVED THE CONSENT FORM FOR THE PROCEDURE.

| DATE | TIME | PHYSICIAN SIGNATURE: |
| 5·23·06 | | |

**KAISER PERMANENTE®**
Fremont/Hayward Medical Center

REDACTED



03940340

## ADMISSION MEDICATION RECONCILIATION (OUTPATIENT)

ANDY F. CELE
IMPRINT AREA

| Data source (Check ALL that apply): | ☐ Patient | ☐ Family | ☐ Medication container | ☑ CIPS | ☐ e-Rx |
| | ☐ Outpatient Chart | ☐ Admit H&P | ☐ ED record | ☐ Other | |

Allergies _____ PCN

Pregnant ☐ Yes ☐ No ☑ NA     Lactating ☐ Yes ☐ No ☑ NA

| Medications Patient Was Taking Prior to Admission (Include OTC medications, herbals, vitamins, inhalers, eye drops, supplements) (Include dose, frequency and route) "NON-MEDICAL TERMS" | Date Time of Last Dose | ADMISSION Physician/L.I.P. Review and Reconciliation | DISCHARGE INSTRUCTIONS |
|---|---|---|---|
| adelarir 10mg | 5/22 | ☑ Hold for now ☐ To be given – See Orders ☐ Different dose to be given - See Orders | ☑ continue as before ☐ continue, but must contact your provider within 3 days ☐ stop and contact your provider ☐ change - per instructions |
| Sotalol 80mg | 5/22 | ☑ Hold for now ☐ To be given – See Orders ☐ Different dose to be given - See Orders | ☑ continue as before ☐ continue, but must contact your provider within 3 days ☐ stop and contact your provider ☐ change - per instructions |
| Prednisone 5mg | 5/22 | ☐ Hold for now ☐ To be given – See Orders ☐ Different dose to be given - See Orders | ☑ continue as before ☐ continue, but must contact your provider within 3 days ☐ stop and contact your provider ☐ change - per instructions |
| Lisinopril 10mg | 5/22 | ☐ Hold for now ☐ To be given – See Orders ☐ Different dose to be given - See Orders | ☑ continue as before ☐ continue, but must contact your provider within 3 days ☐ stop and contact your provider ☐ change - per instructions |
| Omeprazole 20mg | 5/22 | ☑ Hold for now ☐ To be given – See Orders ☐ Different dose to be given - See Orders | ☑ continue as before ☐ continue, but must contact your provider within 3 days ☐ stop and contact your provider ☐ change - per instructions |
| Prograf 0.5 mg | 5/22 | ☐ Hold for now ☐ To be given – See Orders ☐ Different dose to be given - See Orders | ☑ continue as before ☐ continue, but must contact your provider within 3 days ☐ stop and contact your provider ☐ change - per instructions |
| Hepsera 10mg | 5/22 | ☐ Hold for now ☐ To be given – See Orders ☐ Different dose to be given - See Orders | ☑ continue as before ☐ continue, but must contact your provider within 3 days ☐ stop and contact your provider ☐ change - per instructions |

## BASED ON TODAY'S EVALUATION AND TREATMENT:

☐ New medications need to be taken – **PER INSTRUCTIONS**     ☐ No new medications to be taken

| | | | |
|---|---|---|---|
| Yuma | ☑ | 5/23/06 | 10:45am |
| RN SIGNATURE/OBTAINED MEDICATION HISTORY | PRINT NAME GBHARADHWAJ | DATE 5.23.06 | TIME 11:44 am |
| ADMISSION PHYSICIAN L.I.P SIGNATURE | PRINT NAME (BHARADHWAJ) | DATE 5.23.06 | TIME 12:15 pm |
| DISCHARGE PHYSICIAN L.I.P SIGNATURE | PRINT NAME | DATE | TIME |

**THIS IS NOT A PRESCRIPTION.**

**KAISER PERMANENTE** - Fremont

39400 Paseo Padre Parkway
Fremont, CA 94538

OPERATIVE PROCEDURE REPORT

NAME:   Chan, Andy
ID#:    03940340
DOB:    ████████1949
SEX:    male

DATE:           05/23/2006
ENDOSCOPIST:    Gayatri Bharadhwaj, MD
HOME FACILITY:  1) Fremont

REDACTED

ASA:  Class II,          HEART: normal.        LUNGS: normal

PROCEDURE:                  EGD with biopsy

INDICATIONS:                follow-up of duodenal mass History of duodenia carcinoid
MEDICATION:                 See Doctor's Orders.
TOPICAL ANESTHETIC:         Cetacaine Spray
EXTENT OF PROCEDURE:        second portion of the duodenum

DESCRIPTION OF PROCEDURE: The procedure, indications, potential complications (including bleeding, perforation, infection, adverse medication reaction), and available alternatives were explained to the patient. All of the patient's questions were answered. Informed consent was obtained. There was no significant interval change in the patient's medical history or clinical condition since the pre-procedural assessment. The patient had continuous pulse oximetry as well as vital sign monitoring throughout the procedure. After placing the patient in the left lateral decubitus position, the A111027, EG-2970K endoscope was introduced through the mouth and advanced to the second portion of the duodenum. The instrument was slowly withdrawn as the mucosa was fully examined. Retroflexion was performed. The scope was then completely withdrawn from the patient and the procedure terminated.

FINDINGS:  Other, see comments. polyps in the duodenia bulb. small biopsiesd. the largest appeared to be 4 mm in size at the base of the bulb, was biopsied.
Second polypoid area was in the second portion of the duodenum and was biopsied and removed.
gastritis.
Proximal esophageal diverticulum.

  

COMPLICATIONS:          None
ENDOSCOPIC IMPRESSION:  1) Other, see comments.
                        Await biopsy.
                        No ASA or other blood thinners for 14 days

RECOMMENDATIONS:        1) await biopsy results
REPEAT EXAM:            No

Gayatri Bharadhwaj, MD

CC:  Wes Lisker, M.D.

**LINA 0116**



REDACTED

...ent, ... ...horization, enrollment, or eligibility

...ose to:

...tress

City

Date Birth

Medical Record Number

Telephone Number

...effect for one year

(Date).

...fective immediately and shall remain in ...s a different date is specified here

...bject to written revocation by the member / patient at any ...on will be effective upon receipt, except to the extent that ...thers have acted in reliance upon this authorization.

...ient may not lawfully further use or disclose the health ...er authorization is obtained from me or unless such use or ...r required or permitted by law. ...ation is to be disclosed.

...d/or sign to specify which type of information

(Initial)

Signature                    Date

Signature                    Date

Signature                    Date

Signature  (Initial)  (specify below)    Date

...MATION
...FORMATION
...INFORMATION
...OL INFORMATION
...AN HIV TEST
...ECORDS
...EALTH INFORMATION

...be disclosed:
...e the health information authorized on this form for the following purposes:

...orization is as valid as the original.
...ght to a copy of this authorization.

LINA 0117

If Signed by Other than Member/Patient, indicate Relationship
FORM NOT TO BE USED FOR RECORD

CANARY - MEMBER/PATIENT

**KAISER PERMANENTE** ®

Kaiser Foundation Hospitals
The Permanente Medical Group, Inc.

REDACTED

**AUTHORIZATION FOR USE AND/OR DISCLOSURE OF MEMBER/PATIENT HEALTH INFORMATION**

03940340 

ANDY E CHEN

IMPRINT AREA

I understand that Kaiser Permanente will not condition treatment, payment, enrollment, or eligibility for benefits on my providing or refusing to provide this authorization.

**I hereby authorize:** Dr Bharadhwaj

Name of Disclosing Party

Address

City                State        ZIP

**to disclose to:** Hannah Chen
wife

Name of Recipient

Address

City                State        ZIP

**records and information pertaining to:**

Name of Member/Patient (List Other Names Used)

Medical Record Number            Date of Birth

Address

Telephone Number

**DURATION:** This authorization shall become effective immediately and shall remain in effect for one year from the date of signature unless a different date is specified here _____ (Date).

**REVOCATION:** This authorization is also subject to written revocation by the member/patient at any time. The written revocation will be effective upon receipt, except to the extent that the disclosing party or others have acted in reliance upon this authorization.

**REDIS-CLOSURE:** I understand that the recipient may not lawfully further use or disclose the health information unless another authorization is obtained from me or unless such use or disclosure is specifically required or permitted by law.

**SPECIFY RECORDS:** Check the box, initial and/or sign to specify which type of information is to be disclosed.

☐ **MEDICAL INFORMATION**
☐ **PSYCHIATRIC INFORMATION**

_____ (Initial)

Signature _____ Date _____

☐ **DRUG/ALCOHOL INFORMATION**

Signature _____ Date _____

☐ **RESULTS OF AN HIV TEST**

Signature _____ Date _____

☐ **GENETIC RECORDS**

Signature _____ Date _____

☐ **OTHER HEALTH INFORMATION**

✗ (Initial) (specify below)

Specify the records to be disclosed: ____ ECG ____

The recipient may use the health information authorized on this form for the following purposes:

... authorization is as valid as the original.
... a right to a copy of this authorization.

Signature            If Signed by Other than Member/Patient, Indicate Relationship

DISTRIBUTION: WHITE = CHART • CANARY = MEMBER/PATIENT      FORM NOT TO BE USED FOR RESEARCH

LINA 0118

**KAISER PERMANENTE**

Kaiser Foundation Health Plan, Inc.
Kaiser Foundation Hospitals
The Permanente Medical Group, Inc

REDACTED

03940340 ██ 49

ANDY E C-A-    M

| FOR OFFICE USE ONLY: |
|---|
| Does patient have an Advance Directive (if yes, patient requested to have copy brought in) ............ ☐ Yes ☑ No |
| Location: _____ |
| Does the patient want to discuss with physician ............ ☐ Yes ☑ No |
| Patient unable to respond because: _____ |
| Asked by: _____ ☐ Pamphlet given date 5/23/06 |
| INITIALS |

INPATIENT AREA

## TERMS AND CONDITIONS OF ADMISSION

Please read and sign the following necessary permits, releases and agreements so that we may proceed with the care and treatment ordered by your physician.

1. **MEDICAL AND SURGICAL TREATMENT PERMIT:** Permission is hereby given for any medical treatment including any X-ray examinations, injections and blood transfusions, as may be deemed advisable or necessary by the attending physicians and / or his associates, assistants of his choice, including medical students and physician residents, and personnel assigned by the Hospital.

2. **RELEASE OF INFORMATION:** The hospital is authorized by law to furnish from patient's record requested information or excerpts to any insurer of patient to ascertain responsibility for payment. In accordance with California state law, the hospital is authorized to release the patient's name, sex, city of residence, and a statement of general condition to persons who inquire, including representatives of the media unless otherwise requested. Callers will not be told of any admission to the hospital for treatment of alcohol or drug abuse, or for psychiatric care. Pursuant to the federal medical device requirements, I authorize release of the member's/patient's social security number for the purposes of filing a report to the manufacturer, if I am provided a device specified by the regulations.

3. **PERSONAL VALUABLES:** It is understood and agreed that the hospital maintains a safe for the safekeeping of money and valuables and the hospital shall not be liable for the loss or damage to any money, jewelry, glasses, dentures, documents, furs or other articles of unusual value and small size unless placed in the safe, and shall not be liable for loss or damage to any other personal property including clothing, radios and television sets unless deposited with the hospital for safekeeping.

4. **FINANCIAL AGREEMENT:** In consideration of hospital and medical services rendered to the patient, the undersigned, whether she/he signs as patient, parent, spouse or personal representative of patient, agrees to pay any and all non-covered charges for such services upon presentation of a statement of charges. Should the account be referred for collection, the undersigned hereby agrees to pay reasonable collection costs, including attorney's fees, together with interest at the legal rate.

5. **ASSIGNMENT OF BENEFITS:** PATIENTS COVERED BY ANOTHER HEALTH PLAN.
   I am assigning benefits to KFHP for the service provided. I also authorize release of information concerning all claims pertinent to this treatment and permit a copy of this authorization to be used in lieu of the original.

   This authorization will be valid for up to one (1) year from the date of signature.

6. **DISCHARGE AGREEMENT:** In order to permit the hospital to properly prepare the bed and room for another patient on the day of my discharge, I agree to abide by the Hospital Discharge Hour of 11 a.m. and to vacate the room by that time. If I hold the room beyond the Discharge Hour, I agree to pay the room rate charges as established by the hospital.

7. **MEDICARE PATIENTS:** Patient's Certification, Authorization to Release Information, and Payment Request.
   I certify that the information given by me in applying for payment under Title XVIII of the Social Security Act is correct. I authorize any holder of medical or other information about me to release to the Social Security Administration and / or the Medicare program or its intermediaries or carriers any information needed for this or related Medicare claim. I request that payment of authorized benefit be made on my behalf. I have received the information "An Important Message from Medicare."

**THE UNDERSIGNED CERTIFIES THAT SHE/HE HAS READ AND UNDERSTOOD THE FOREGOING, HAS RECEIVED A COPY THEREOF, ACCEPTS AND AGREES TO ABIDE BY ITS TERMS.**

| DATE 5/23/06 | HOUR 10:00 | SIGNATURE OF PATIENT X _____ |
|---|---|---|
| WITNESS _____ | | SIGNATURE OF PATIENT'S PARENT OR REPRESENTATIVE |
| REASON PATIENT DID NOT SIGN RELEASE | | RELATIONSHIP TO PATIENT |

**IF MEDICARE PATIENT is unable to sign:** In order to process a Medicare Claim, the signature below, on behalf of the patient, pertains ONLY to the Patient's Certification, Authorization to Release Information and Payment Request, specified in Paragraph 7, above.

| DATE | HOUR | SIGNATURE OF ADMITTING DESIGNEE | TITLE |
|---|---|---|---|
| | | | |

90442 (REV. 6-03) HIPAA COMPLIANT

DISTRIBUTION: WHITE = INPATIENT CHART • PINK = PATIENT

LINA 0119

| PATIENT NAME | | DATE | MR# | PHYSICIAN |
|---|---|---|---|---|

## EXAM

Checking the box indicates that the exam was performed and within normal limits – circle abnormals. Exclude items in brackets from element count.

1. **Constitutional** ☐ No acute distress ☐ Well nourished ☐ Hydrated ☐ Ill-appearing ☐ Cachectic ☐ Other: _____

**Pertinent Findings**

2. **Respiratory**
   ☐ Assessment of respiratory effort
   ☐ Auscultation of lungs

3. **Cardiovascular**
   ☐ Auscultation of heart with notation of abnormal sounds and murmurs
   ☐ Examination of extremities for edema and/or varicosities

4. **Gastrointestinal**
   ☐ Examination of abdomen with notation of presence of masses or tenderness
   ☐ Examination of liver and spleen

5. **Skin**
   ☐ Inspection of skin and subcutaneous tissue
   ☐ Palpation of skin and subcutaneous tissue

6. **Psychiatric**
   ☐ Judgement and insight   ☐ Mood/affect
   ☐ Orientation: time, place, person

7. **Neck**
   ☐ Masses/tenderness
   ☐ Thyroid

8. **Lymphatic System**  Palpation of lymph nodes in 2 or more areas:
   ☐ Neck   ☐ Groin
   ☐ Axillae   ☐ Other: _____

9. **Musculoskeletal**
   ☐ Examination of gait and station
   ☐ Inspection and/or palpation with notation of presence of any misalignment,
      asymmetry, crepitation, defects, tenderness, masses, effusions

PF (1-5 bullets), EPF (6-11 bullets), Detailed (2+ bullets from 6 area/sys or 12+ bullets from 2+ area/sys), Comprehensive (2+ bullets from 9+ area/sys)

## ASSESSMENT AND PLAN

☐ Ed materials given/discussed

**Diagnosis(es):**
☐ Labs Reviewed from Date(s): _____
☐ X-ray Results Reviewed from Date(s): _____

*[handwritten:]*
Chronic
1) Hep b — on Hepera
2) Duodenal Carcinoma
   ? will call re m
   Path is CT up date
   — or imate

**Data ordered**
☐ CBC
☐ Lytes
☐ LFTs
☐ Other: _____

**Procedures:**
☐ Colonoscopy
☐ Sigmoidoscopy
☐ Upper Endoscopy
☐ Dilation _____
☐ Polypectomy
☐ ERCP
☐ Liver Biopsy
☐ PEG
☐ Other: _____

**X-rays:**
☐ BaS
☐ UGIS
☐ BE
☐ CT abd
☐ US abd
☐ Other: _____

☐ CC Requesting M.D.

☐ SBE Prophylactic   ☐ GANN Act discussed   ☐ ASA class  I  II  III  IV   ☐ PSA Information given
☐ Procedure(s), conscious sedation, benefits, alternatives, risks, complications discussed and Pt. accepts
Pt. has an Advance Directive: ☐ Yes ☐ No   If yes, location/name of designated party: _____
☐ Pt. understands DNR is suspended during the procedure ☐ Please book a follow-up appointment with me in _____ appointment type _____

**New Meds:**

I spent approximately _____ (%) / (minutes) in counseling and/or coordination of care during this encounter, which included discussion of the following

Total visit time: _____

COMPLETED BY _____   M.D./D.O./N.P./P.A.   DATE _____

LINA 0120

**KAISER PERMANENTE**

**TELEPHONE REQUEST, MESSAGE OR PRESCRIPTION REFILL**

NAME _Andy E. Chon_

MEDICAL RECORD NUMBER _03940340_

Rx: ☐ URGENT
☐ Advice/M.D.
☐ Routine
☐ "0" Refill Recorder

IMPRINT AREA

ADDRESS (NO., STREET, CITY, ZIP)

DAY PHONE _510-676-1818_    EVE. PHONE    BIRTH DATE    ORDERED    PRIORITY

NOT FOR OUTSIDE PHARMACY USE    RX #    Yes (MAG)    Yes (CAT)    No

1. Rx    SIGNED OUT (LOCATION)

QUANTITY  4  6  8 oz   30  50  100

Sig:    REFILL X    PRICE    _Pharadhway_ M.D.

RX #    DEPT.

2. Rx

QUANTITY  4  6  8 oz   30  50  100   DATE _2/21_

Sig:    REFILL X    PRICE    TIME _3:57_  ☐ A.M.  ☒ P.M.

AUTHORIZATION IS GIVEN FOR DISPENSING BY
☐ NEAREST PACKAGE SIZE UNLESS CHECKED HERE.    M.D.    MESSAGE TAKEN BY _Claudia_

OUTSIDE PHARMACY TELEPHONE NO    ALLERGIES?

SEX: F ☐  M ☐

AGE    DIAGNOSIS    Last Visit Date: _____

MEDICATIONS    Next Appt. Date: _____

Pt Sts She would like to see you on either Feb 27 or 28. No appt. available. He is only going to be here these 2 days. He is in New Jersey @ the moment. He would like to know if you could squeeze him in on any of those days.

M.D. MESSAGE TO PATIENT

2/21/06 Can he come in at 1:30 pm on 2/27/06

2-22-06 1054A LMOR D2A    9P 2/23 Pt.

2/23/06 @ 11:39am    Informed

LMOR msPgs    booked appt. 2/27

CN/MA @ 11:48

M.D. SIGNATURE    CALL TO BE RETURNED BY
☐ M.D.  ☐ Advice Nurse  ☐ Module Staff  ☐ Clerk

ADVICE DOCUMENTATION OR DISPOSITION (INCLUDE DATE, TIME AND SIGNATURE)    ADVICE DOCUMENTATION

☐ Appt. Date:

Signature    ☐ Other

07263-5 (REV. 6-99)

LINA 0121

**PERMANENTE**

**PATIENT TELEPHONE MSG/CHART REQ.**

TELEPHONE NO.
Home: _676-1818_    Work:

NAME (LAST, FIRST, INITIAL) _Chan, Andy_

REQUEST FOR DOCTOR _Lister_

MESSAGE TO

PHARM. REQ | LAST REFILL | TUBE STATION #

MEDICAL RECORD NUMBER _3940340_

COVERAGE & GROUP

**PATIENT WILL PICK RX UP**
6 p.m. SAME DAY | 12 NEXT DAY

ADDRESS (NO., STREET, CITY, ZIP)

☐ New Pt.    ☐ No Chart

| AGE | LMP | GR | PARA | AB | BCM | EDC | DRUG ALLERGIES | M.R # | DATE |
|-----|-----|----|----|----|-----|-----|----------------|-------|------|

PATIENT'S MESSAGE

_insists that you can work him
in  2/27 or 2/28_

_AC_

CALL REC'D BY _B. Cabegal mo_

**PHARMACY PRESCRIPTION (NOT FOR OUTSIDE PHARMACY USE)**

OTHER PHARM | DATE

RX

QUANTITY
30  50  C  3 MOS  7 MOS

SIG:

REFILL X

☐ Unless checked, authorization given to include this Rx in all approved refill programs

RX

QUANTITY
30  50  C  3 MOS  7 MOS

SIG:

REFILL X

☐ Unless checked, authorization given to include this Rx in all approved refill programs

☐ NUMBER OF ITEMS PRESCRIBED

**AUTHORIZATION IS GIVEN FOR DISPENSING BY:**
☐ NEAREST STANDARD SIZE UNLESS CHECKED HERE
☐ NON PROPRIETARY NAME UNLESS CHECKED HERE

**IF DELIVERY REQUESTED CHECK HERE** ☐

SIGNATURE

MD

MESSAGE TO PATIENT | DATE

_1/27/06 @ 932am - NMTRC K Black/MA_

_1/30/06 booked on 2/27 @ 8:30am
& Consult with Dr Lister 2/09 @ 11:00am
R Muller_

SIGNATURE | TIME CALL RET'D | DR #
MD | SIGNATURE

☐ MD RETURNED CALL   ☐ PHARMACY CALLED BY:
☐ PATIENT CALLED BY:

NURSE'S ADVICE ACCORDING TO PROTOCOL ON | MR # | DATE

NURSE'S SIGNATURE

64570-31 (REV. 5-98)    DISTRIBUTION: WHITE = PHARMACY • CANARY = CHART ROOM • PINK = CHART
BLUE = CLINIC ASST. COPY • GOLDENROD = PHONE ROOM

LINA 0122

**KAISER PERMANENTE** ®

USE BALL POINT PEN. PRESS FIRMLY.

Fremont/Hayward Medical Center

## DISCHARGE ORDERS/HBS
## PATIENT DISCHARGE INSTRUCTIONS – Page 2 of 2

IMPRINT AREA ▶

Allergies: ☐ NKDA _____

| (DISPENSE) NEW MEDICATIONS ADDED DURING HOSPITALIZATION | # | INSTRUCTIONS | INDICATIONS |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| 7. | | | |

☐ NON APPLICABLE OR ☐ FOR POST HEART ATTACK/HEART FAILURE DISCHARGE MEDS

☑ Enteric-coated Aspirin: _____ # ☐ ACE Inhibitor/ARB: _____ #
Not prescribed due to: _____ Not prescribed due to: _____

☐ Beta Blocker: _____ # ☐ Statin/Lipid-Lowering: _____ #
Not prescribed due to: _____ Not prescribed due to: _____

☐ Nitroglycerin 0.4 mg sublingually every 5 minutes in case of chest pain. Call 911 if not relieved after 3 doses. | 25 x 4
(Do not use erectile dysfunction medications if nitroglycerin or nitrates are prescribed.)

| (UPDATE) MEDICATIONS FROM BEFORE HOSPITALIZATION NOW AT DIFFERENT DOSE | INSTRUCTIONS | INDICATIONS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

Continue these outpatient medications prescribed before admission: _____

### MEDICATIONS TO STOP TAKING

| | |
|---|---|
| 1. | 4. |
| 2. | 5. |
| 3. | 6. |

LINA 0123

**PATIENT/FAMILY/CAREGIVER VERBALIZES UNDERSTANDING OF AND DEMONSTRATES ABILITY TO FOLLOW INSTRUCTIONS**

| DATE 4/11/06 | RN SIGNATURE | PATIENT/CAREGIVER SIGNATURE |
|---|---|---|
| MEDICATIONS REVIEWED WITH: ☑ Patient ☑ Family | SIGNATURE/TITLE | PRINT NAME/TITLE | DATE |

05856-570 (REV. 2-05)    DISTRIBUTION: WHITE = INPATIENT CHART • CANARY = OUTPATIENT CHART • PINK = PATIENT

**KAISER PERMANENTE**

**TELEPHONE REQUEST, MESSAGE OR PRESCRIPTION REFILL**

NAME: *Andy Chan*

MEDICAL RECORD NUMBER: *03940340*

IMPRINT AREA

Rx: ☐ URGENT
☐ Advice/M.D.
☐ Routine
☐ "0" Refill Recorder

ADDRESS (NO., STREET, CITY, ZIP)

DAY PHONE (510) 676-1818   EVE PHONE

NOT FOR OUTSIDE PHARMACY USE

BIRTH DATE

RX #

ORDERED   Yes (Mfr)   Yes (CRT)   No

PRIORITY

1. Rx

Sig:

QUANTITY   4  6  8 oz   30  50  100

REFILL X    PRICE

SIGNED OUT (LOCATION)

TO *Bharadhwaj* M.D.

DEPT *GI*

2. Rx

Sig:

QUANTITY   4  6  8 oz   30  50  100

REFILL X    PRICE

DATE *8/29/05*

TIME *(20)* ☐ A.M. ☐ P.M.

☐ AUTHORIZATION IS GIVEN FOR DISPENSING BY
☐ NEAREST PACKAGE SIZE UNLESS CHECKED HERE

MESSAGE TAKEN BY *DPA*

M.D.

OUTSIDE PHARMACY TELEPHONE NO.

ALLERGIES?

SEX F ___ M ___

AGE ___   DIAGNOSIS

MEDICATIONS

Last Visit Date: ___

Next Appt. Date: ___

Pt clg reg fu appt on 9-23-05 / sts is only day he can come in / will go to any facility to see you. Pls advise

9/1/05 - Pt open my am schedule for 9/23/05 as chun

& pt √ keep pm as

9-2-05 959A Booked 9-23-05 930A. / pls inform pt. DPA

SL

Let Darween know. Thanks

M.D. MESSAGE TO PATIENT

9/9/05 this message already taken care of.

M.D. SIGNATURE

ADVICE DOCUMENTATION OR DISPOSITION (INCLUDE DATE, TIME AND SIGNATURE)

CALL TO BE RETURNED BY
M.D.   Advice Nurse   Module Staff   Clerk

ADVICE DOCUMENTATION

Appt. Date: ___

Signature ___   Other ___

07263-5 (REV. 6-99)

LINA 0124

KAISER PERMANENTE ®

APPOINTMENT
INTERNAL MEDICINE-FREMONT
SEP 23 2005
G. BHARADHWAJ

REDACTED

IMPRINT AREA

SMART TOOL –
GASTROENTEROLOGY – 3 PART

☐ New Patient   ☒ Established Patient   ☐ 2nd Opinion
☐ Consultation: Requesting M.D. _____
Drug Allergy: _____ PCN _____   ☐ NKDA  Age: 56
Weight: _____  Height: 5'7"  Vitals: BP 130/04  Temp ___  Pulse 82  Resp ___
Presenting problem: _____ F/U _____
RN/LVN/MA Signature: ___ Cmonis ma ___   Interpreter's name: _____

Scheduling. Proc type: _____   Date: _____
Loc: _____   Endoscopist: _____
Colonoscope prep. _____ colyte _____ phosphosod
Language: _____

## HISTORY

**1. CC / HPI:** (Location, Quality, Timing, Severity, Duration, Context, Modifying Factors, Associated signs /symptoms) (1-3 PF/EPF, 4+ Detailed)  OR  Status of 3 Chronic / Inactive Conditions = Detailed/Comprehensive

Here for f/u
Hep B / Incidenal
Carcinoid
He d EOS recently +
has seen Dr Dutta
already

**2. Medication(s) (drugs, pills):**
☐ See visit
☐ Refer to chart chronic med list
☐ ASA/NSA
☐ Coumadin
☐ Other bleeding risks:
☐ OTC / Herbal meds

Hepsera
lisinopril
glyburide
warfarin
Prednisone
insulin
~~sotalol~~
Prosfot

☐ Meds reviewed on CIPS

**3. Review of Systems – Check if addressed, document if abnormal**   ROS: (1 EPF, 2-9 detailed, 10+ comprehensive)

☐ Constitutional        ☐ Neurological
☐ Eyes                  ☐ All / Immunol
☐ Skin                  ☐ GU
☐ ENT                   ☐ Endocrine
☐ GI                    ☐ Psychiatric
☐ Respiratory           ☐ Hem / lymph
☐ CV                    ☐ Other _____
☐ Musculoskeletal       ☐ All other systems negative

**4. pertinent past medical, family, social history (Circle all that apply)**

CODING:   NEW | 0 Expanded, 1 Detailed, 3 Comprehensive
ESTABLISHED | 0 Expanded, 1 Detailed, 2 Comprehensive

**PMH:** ☐ No serious illness
**Immune status:** HIV   Steroids   CA
**CV HX:** HTN   A-fib   CHF   CAD   CABG   Pacemaker   Heart valve replacement   PVD
**Neuro HX:** CVA   TIA   Seizures
**Pulmonary HX:** Asthma   COPD   Sleep apnea
**GI HX:** PUD   Colon cancer   Polyps   Liver disease   Biliary disease
          IBD   GI bleed
**Bleeding Tendency:** Coagulopathy   Thrombocytopenia
**Cancer HX:** Lung   Breast   Melanoma
**Renal Disease:** Chronic renal failure   ESRD
**Endocrine Disease:** Hypothyroidism   Diabetes
**Surgical HX:** Appy   Cholecyst   AAA   T&A   Fundoplication   BSO   TAH
            PUD surgery   Colon resection   Ing. hernia
**Liver Risk Factors:** IVDA   Blood transfusion   Body piercing
            Toxic exposure   Sexual exposure   Nasal cocaine
            Tattoos   Liver disease
**FAMILY HX:** Colon cancer   IBD   Family h/o liver disease
**SOCIAL HX:** Tobacco _____   ETOH _____   Domestic violence   Birthplace

Stp Meding
morphin

LINA 0125

| PATIENT NAME | DATE | MR# | PHYSICIAN |
|---|---|---|---|

## EXAM

Checking the box indicates that the exam was performed and within normal limits – **circle abnormals**. Exclude items in [brackets] from element count.

**1. Constitutional** ☐ No acute distress ☐ Well nourished ☐ Hydrated ☐ Ill-appearing ☐ Cachectic ☐ Other: _____

**2. Respiratory**
☐ Assessment of respiratory effort
☐ Auscultation of lungs

**Pertinent Findings**

**3. Cardiovascular**
☑ Auscultation of heart with notation of abnormal sounds and murmurs
☐ Examination of extremities for edema and/or varicosities

**4. Gastrointestinal**
☑ Examination of abdomen with notation of presence of masses or tenderness
☑ Examination of liver and spleen

**5. Skin**
☐ Inspection of skin and subcutaneous tissue
☑ Palpation of skin and subcutaneous tissue

**6. Psychiatric**
☐ Judgement and insight      ☐ Mood/affect
☐ Orientation: time, place, person

**7. Neck**
☐ Masses/tenderness
☐ Thyroid

**8. Lymphatic System**   Palpation of lymph nodes in 2 or more areas:
☐ Neck        ☐ Groin
☐ Axillae     ☐ Other:

**9. Musculoskeletal**
☐ Examination of gait and station
☐ Inspection and/or palpation with notation of presence of any misalignment, asymmetry, crepitation, defects, tenderness, masses, effusions

PF (1-5 bullets), EPF (6-11 bullets), Detailed (2+ bullets from 6 area/sys or 12+ bullets from 2+ area/sys), Comprehensive (2+ bullets from 9+ area/sys)

## ASSESSMENT AND PLAN

**Diagnosis(es):**                                                   ☐ Ed materials given/discussed
☐ Labs Reviewed from Date(s): _____                               **Data ordered**
☐ X-ray Results Reviewed from Date(s): _____                      ☐ CBC
                                                                     ☐ Lytes
                                                                     ☐ LFTs
                                                                     ☐ Other: _____
                                                                     **Procedures:**
                                                                     ☐ Colonoscopy
                                                                     ☐ Sigmoidoscopy
                                                                     ☐ Upper Endoscopy
                                                                     ☐ Dilation: _____
                                                                     ☐ Polypectomy
                                                                     ☐ ERCP
                                                                     ☐ Liver Biopsy
                                                                     ☐ PEG
                                                                     ☐ Other: _____
                                                                     **X-rays:**
                                                                     ☐ BaS
                                                                     ☐ UGIS
                                                                     ☐ BE
                                                                     ☐ CT abd
                                                                     ☐ US abd
                                                                     ☐ Other: _____

                                                                     ☐ CC Requesting M.D.

☐ SBE Prophylactic   ☐ GANN Act discussed   ☐ ASA class  I  II  III  IV  ☐ PSA information given
☐     Procedure(s) conscious sedation, benefits, alternatives, risks, complications discussed and Pt. accepts
Pt. has an Advance Directive: ☐ Yes ☐ No   If yes, location/name of designated party: _____
☐ Pt. understands DNR is suspended during the procedure ☐ Please book a follow-up appointment with me in _____ appointment type _____

**New Meds:** _____

I spent approximately _____ (%) / (minutes) in counseling and/or coordination of care during this encounter, which included discussion of the following:

Total visit time. _____

COMPLETED BY _____                                    M.D./D.O./N.P./P.A.        DATE _____

LINA 0126

**KAISER PERMANENTE**®

**SMART TOOL –**
**OPTOMETRY SHORT**

Reason for your visit today:
History of Present Illness: *(Lis...*

IMPRINT AREA

Language
*:/symptoms)* (1-3 brief, 4+ extended)

| Significant Chronic/Inactive Conditions: Mark + or – (Comment on status if +) | Past Ocular History: |
|---|---|
| (Extended HPI consists of the status of at least 3 chronic or inactive conditions) | |

☐ Diabetes mellitus    ☐ Cardiovascular disease
☐ Hypertension    ☐ Asthma/COPD

| Medication(s): | | Allergies:   NKDA | Family History: Mark + or – |
|---|---|---|---|
| Ophthalmic | ☐ CIPS meds reviewed | | ☐ Glaucoma   ☐ ARMD |
| | Systemic: | | ☐ RD    ☐ OM |

## EXAM

• VA

Dist CC: R 20/ ___   PH: R 20/____   Near R _____
CL SC L 20/ ___    L 20/ ___     L _____
• EOM: ☐ WNL    • CT: D ____   N _____
    • CF _____   FDT _____

**Refraction**
☐ Auto   R · 500 – 100 ~ ... 20/ ___
☐ Cyclo
☐ Subj   L – 475 ... – 135 20/ ___
          ADD: ____

| | Current Rx | R | | Add |
|---|---|---|---|---|
| | | L | | Add |
| | Ret | R | | |
| | | L | | |
| | Ks | R | | @ |
| | | L | | @ |

• IOP   R   15   L   A/TP/NCT
• Dil. 2.5% Neo 10% ___ 1% Myd   1% Cyclo
   Time: _____     DO / BIO / 78 / 90

**Document all items NOT marked WNL (within normal limits).**

| | WNL | R | L | B |
|---|---|---|---|---|
| • Conf. V | | | | |
| • Pupils | | | | |
| • Adnexae & lids | | | | |
| • Conjunctiva | | | | |
| • Cornea | | | | |
| • Iris | | | | |
| • Anterior Chamber | | | | |
| • Lens | | | | |
| **Posterior segment** | | | | |
| • Optic discs | | | | |
| • Vessels | | | | |
| • Macula | | | | |
| • Periphery | | | | |
| • Vitreous | | | | |

## ASSESSMENT/PLAN

☐ Myopia   ☐ Hyperopia   ☐ Astigmatism   ☐ Presbyopia
☐ Other

| Rx | R | |
|---|---|---|
| | L | |
| | **ADD:** | |

Next Appointment _____   ☐ IOP first   ☐ FDT   Dilate OD / OS OU   ☐ Myd / Neo   ☐ Cyclo 1%
I spent approximately _____ (%) / (minutes) in counseling and/or coordination of care during this encounter, which included discussion of the following:
Total visit time: _____

Dr. _____       Date: _____

00055-006 (2-01)

LINA 0127

**KAISER PERMANENTE®**

**SMART TOOL –**
**INTERNAL MEDICINE**

NEPHROLOGY
HAYWARD

SEP 2 1 2005

C. REDDY, M.D.

ANDY   ~~CRAS~~
03940340

**REDACTED**

IMPRINT AREA

Drug Allergy: pcn    ☑ NKDA  Age: 54

Wt: 178  Ht:____  BMI:____  BP: 142/98  R:____  P: 82  PEFR:____

O₂ Sat:____  VA: OS____  OU____  OD____

☐ Current Smoker  ☐ Recent quit/Last 12 mos  ☐ Nonsmoker

Presenting problems:  Kaiser Black  flu appt

RN/LVN/MA Signature:____  interpreter's name:____  Language:____

## HISTORY

**1. CC / HPI:**

ABS. 134.

**4. Medications:**
☐ Agree with CIPS
☐ See visit ____
☐ Refer to chart chronic med list

_(handwritten medication list, illegible)_

☐ SESS/CIPS Reviewed  ☐ SESS updated    Advance Directive information given to patient  ☐ Yes  ☐ No

**2. Review of Systems – Check for neg or norm**

☐ Constitutional  ☐ ENT  ☐ GI  ☐ Resp  ☐ GU  ☐ Hem/lymph  ☐ Neuro  ☐ All others neg
☐ Eyes  ☐ Skin  ☐ All/immunol  ☐ CV  ☐ Endo  ☐ M/S  ☐ Psych  ☐ See above

**3. Past, Family, Social History:** Marital status, employment hx, family hx.  ☐ Domestic violence

| | Dependence | | Abuse |
|---|---|---|---|
| Alcohol | ☐ | ☐ | |
| Substance | ☐ | ☐ | |

## EXAM
(Check if wnl)

**Constitutional** ☐ No acute distress  ☐ WD/WN  ☐ Obese  ☐ Ill-appearing  ☐ Cachectic

**Pertinent Findings**

**1. Eyes**
☐ Conjunctivas / lids                    ☐ Pupils / irises (reaction, size & symmetry)
☐ Ophthal exam disks/post segments  ☐ Visual fields

**2. ENMT (Ear, Nose, Mouth & Throat)**
☐ Hearing                    ☐ Lips, teeth and gums    ☐ Otoscopic exam
☐ Oropharynx                ☐ TMJ                     EACs, tympanic
☐ Nasal mucosa / septum / turbinates  ☐ External ears, nose    membranes

**3. Neck** ☐ Masses, appearance, symmetry  ☐ Thyroid

**4. Respiratory** ☐ Respiratory effort           ☐ Percussion
☐ Auscultation/breath sounds  ☐ Palpation

**5. Cardiovascular**
☐ PMI                        ☐ JVP                  ☐ Pedal pulses
☐ Auscultation of heart      ☐ Abdominal aorta      ☐ Extremity edema / Varicose veins
☐ Carotid arteries           ☐ Femoral arteries     ☐ BP recheck

**6. Breasts** ☐ Insp (sym, nipple discharge)  ☐ Masses/lumps, tender  ☐ Axillae

90560 (REV. 11-03)

| To: | Lisker, Wesley, M.D ; Hayward Medical Center, MEDICINE; TST | MR#: | 03940340 |
| From: | AACC Vallejo Call Center; TSR | Ref#: | VO10712545 |
| Med/Ped Provider: | Lisker, Wesley, M.D ; Hayward Medical Center; MEDICINE | Time Sent: | 11/03/2005, 02:56 pm |

| Patient: | **CHAN, ANDY E** | **Call Back Permission:** | OK to leave information on voicemail | | |
| MR#: | 03940340 | Contact: | CHAN, ANDY E; Patient | | |
| Gender: | M | Day: | (510) 676-1818 c | Eve: | (510) 676-1818 c |
| Age: | 56:04 | Within 4 Hrs: | cell | | |
| DOB: | ███ 1949 | | | | |
| Language: | English | | | | |
| Alert: | Yes | | *REDACTED* | | |
| Address: | 5955 CENTRAL AVENUE, NEWARK, CA 94560 | | | | |

**Message from AACC:**

MEMBER WANTS:   Member wants an appointment.
Member wants provider to know: wants appt wk of 11/21 thru 11/26
Member wants to ask provider about: pt will be in the area  wk of 11/21

**Provider/Office Response:**
 Diana Caldwell 11/04/2005 09.30 am **
msg printed and given to md

*11/4/05 @ 3:31pm - LMTRC K BLACK/MA*

*11/7/05 @ 4:41 pm - LMTRC K BLACK/MA*

*11/8/05 @ 4:10 pm appt given to pt - K. Phelps c RK*

☐ Order chart      ☐ TST/MA/RN to call member      ☐ MD called member      ☐ File in chart      ☐ OK to close

| **Medication:** | Verification:   Agent unable to confirm meds |
| INSULIN SYR U100 0.5CC BD-UF 30GX.5" / HEPSERA 10MG TABLETS / NOVOLIN N 100U/ML VIAL (NPH) / ONE TOUCH **ULTRA** TEST STRIPS / DESONIDE 0.05% CREAM | |
| **Allergies:** | Verification:   Allergies confirmed |
| PENICILLINS | |

| **Prescription:** | Pharmacy:   Hayward Medical Center, Union City, Building B |

☐ generic unless checked          ☐ nearest std size unless checked          ☐ unless checked, include Rx in all approved refill programs          ☐ covering MD

Medication:                                                                                                    Refills:

_____        _____

_____        _____

_____        _____

| Signature: | Cal Lic#: | DEA#: |

**Script & Protocol:**
Script Used  Adult Medicine, CARE REFERRAL INSTRUCTIONS (CRI), Script Answer  V - All other issues

**LINA 0129**

**KAISER PERMANENTE ®**

NEPHROLOGY
HAYWARD

NOV 2 1 2005

W. LISKER, M.D.

REDACTED

IMPRINT AREA

**SMART TOOL –
INTERNAL MEDICINE**

Drug Allergy: _Penicilin_    ☐ NKDA Age: 27  03940340   ⬛ 49    N

Wt: 177  Ht: 5'5"  BMI: ____  BP 163/110  T: ____  R: ____  P: 79  PEFR: ____

O₂ Sat: ____  VA: OS ____  OU ____  OD ____

☐ Current Smoker  ☐ Recent quit (Last 12 mos) ☒ Nonsmoker

Presenting problems: _Follow-up_

RN/LVN/MA Signature: _Giorgean_    Interpreter's name ____  Language ____

## HISTORY

**1. CC / HPI:**

**4. Medications:**
☐ Agree with CIPS
☐ See visit ____
☐ Refer to chart chronic med list

☐ SESS/CIPS Reviewed   ☐ SESS updated    Advance Directive information given to patient: ☐ Yes  ☐ No

**2. Review of Systems – Check for neg or norm**

☐ Constitutional  ☐ ENT  ☐ GI  ☐ Resp  ☐ GU  ☐ Hem/lymph  ☐ Neuro  ☐ All others neg
☐ Eyes  ☐ Skin  ☐ All/immunol  ☐ CV  ☐ Endo  ☐ M/S  ☐ Psych  ☐ See above

**3. Past, Family, Social History:** Marital status, employment hx, family hx.  ☐ Domestic violence

|  | Dependence | | Abuse |
|---|---|---|---|
| Alcohol |  | ☐ |  |
| Substance |  | ☐ |  |

## EXAM
(Check if wnl)

**Constitutional** ☐ No acute distress  ☐ WD/WN  ☐ Obese  ☐ Ill-appearing  ☐ Cachectic | **Pertinent Findings**

**1. Eyes**
☐ Conjunctivas / lids  ☐ Pupils / irises (reaction, size & symmetry)
☐ Ophthal exam disks/post segments  ☐ Visual fields

**2. ENMT (Ear, Nose, Mouth & Throat)**
☐ Hearing  ☐ Lips, teeth and gums  ☐ Otoscopic exam
☐ Oropharynx  ☐ TMJ    EACs, tympanic
☐ Nasal mucosa / septum / turbinates  ☐ External ears, nose  membranes

**3. Neck** ☐ Masses, appearance, symmetry  ☐ Thyroid

**4. Respiratory** ☐ Respiratory effort  ☐ Percussion
☐ Auscultation / breath sounds  ☐ Palpation

**5. Cardiovascular**
☐ PMI  ☐ JVP  ☐ Pedal pulses
☐ Auscultation of heart  ☐ Abdominal aorta  ☐ Extremity edema / Varicose veins
☐ Carotid arteries  ☐ Femoral arteries  ☐ BP recheck

**6. Breasts** ☐ Insp (sym, nipple discharge)  ☐ Masses/lumps, tender  ☐ Axillae

LINA 0130

90588 (REV. 11-03)

Kaiser Foundation Hospital

27400 HESPERIAN BLVD.

Outpatient Anticoagulation Service

Outpatient Anticoagulation Service (OACS)

PHONE: (510) 784-2722

Dear:   Andy Chan
Kaiser #:  3940340
Date: 09/15/2005

***SECOND NOTICE***

This letter is in regard to the routine PT/ INR blood testing that needs to be done in order to monitor the effectiveness and safety of your warfarin (Coumadin®) therapy.

In order for us to accurately regulate your warfarin dose, it is necessary for you to have your blood drawn at the intervals prescribed.  You are at risk for potentially dangerous and even life threatening conditions as a result of formation of blood clots or excessive bleeding without the appropriate monitoring.

We have attempted multiple times to contact you via phone and letter, but have been unsuccessful.  Please contact us at (510) 784-2722 by _____ .  If you do not have your lab test done by _____ we will return your care to your personal provider, _____ for management of your medical condition.

If you are no longer taking warfarin for any reason or are no longer a Kaiser member, please inform us at (510) 784-2722.

Sincerely,


The Anticoagulation Service

Cc HAY Chart
Cc PCP  _Wiley H. Liker_

Andy Chan
5955 CENTRAL AVE.
NEWARK
CA   94560

LINA 0131

KAISER PERMANENTE

**PATIENT TELEPHONE MSG/CHART REQ.**

| | |
|---|---|
| TODAY'S DATE 11/03/05 | TIME THE CALL REC'D |
| TELEPHONE NO. Home: 674 1818 | Work: |
| REQUEST FOR DOCTOR *Lisker* | MESSAGE TO *Lisker* |

NAME (LAST, FIRST, INITIAL): Chan, Andy

MEDICAL RECORD NUMBER: 03940340

ADDRESS (NO., STREET, CITY, ZIP):

| PHARM REQ | LAST REFILL | TUBE STATION # |
|---|---|---|
| COVERAGE & GROUP | | |

**PATIENT WILL PICK RX UP**
6 p.m. SAME DAY   12 NEXT DAY

☐ New Pt.   ☐ No Chart

| AGE | LMP | GR | PARA | AB | BCM | EDC | DRUG ALLERGIES | M.R. # | DATE |
|---|---|---|---|---|---|---|---|---|---|

PATIENT'S MESSAGE:

pt is in town for the holiday week 11/18/05 – 11/26/05 he would like to see you for a follow up appt. Now I if you could to set him up if possible. He is doing well. pt states no problems. pt would like a call CALL REC'D BY K. Ph....

**PHARMACY PRESCRIPTION (NOT FOR OUTSIDE PHARMACY USE)**   OTHER PHARM.   DATE

RX: 
SIG: 
QUANTITY  30  50  C  3 MOS  7 MOS   REFILL X
☐ Unless checked, authorization given to include this Rx in all approved refill programs.

RX: 
SIG: 
QUANTITY  30  50  C  3 MOS  7 MOS   REFILL X
☐ Unless checked, authorization given to include this Rx in all approved refill programs.

| NUMBER OF ITEMS PRESCRIBED | **AUTHORIZATION IS GIVEN FOR DISPENSING BY:** ☐ NEAREST STANDARD SIZE UNLESS CHECKED HERE ☐ NON-PROPRIETARY NAME UNLESS CHECKED HERE | **IF DELIVERY REQUESTED CHECK HERE** ☐ SIGNATURE |
|---|---|---|

,MD

MESSAGE TO PATIENT:   DATE

please set up.

SIGNATURE   ,MD   TIME CALL RET'D   MR #

SIGNATURE

☐ MD RETURNED CALL   ☐ PHARMACY CALLED BY:
☐ PATIENT CALLED BY:

NURSE'S ADVICE ACCORDING TO PROTOCOL ON   MR #   DATE

11/10/05 @ 9:09a per CRT already booked - K.Ph...scrn

NURSE'S SIGNATURE

04570-31 (REV. 5-98)   DISTRIBUTION: WHITE = PHARMACY • CANARY = CHART ROOM • PINK = CHART

LINA 0132

**KAISER PERMANENTE**

**TELEPHONE REQUEST,
MESSAGE OR
PRESCRIPTION REFILL**

NAME: CHAN, Andy E

MEDICAL RECORD NUMBER: # 03940340.

Rx: ☐ URGENT
☐ Advice/M.D.
☐ Routine
☐ "0" Refill Reorder

IMPRINT AREA

ADDRESS (NO., STREET, CITY, ZIP)

DAY PHONE 510-676-1818    EVE PHONE

NOT FOR OUTSIDE PHARMACY USE

1. Rx

Sig:

**REDACTED**

2. Rx

Sig:

BIRTH DATE: ~~REDACTED~~

RX #

QUANTITY: 4 6 8 oz   30 50 100
REFILL X         PRICE

RX #

QUANTITY: 4 6 8 oz   30 50 100
REFILL X         PRICE

ORDERED    PRIORITY

SIGNED OUT (LOCATION)

TO: Dr Bhangadia, M.D.

DEPT: G I

DATE: 11-08-05

TIME: 16.20  ☐ AM ☑ PM

AUTHORIZATION IS GIVEN FOR DISPENSING BY
☐ NEAREST PACKAGE SIZE UNLESS CHECKED HERE

MESSAGE TAKEN BY: _____  M.D.

OUTSIDE PHARMACY TELEPHONE NO.        ALLERGIES?

SEX: F ☐ M ☑   AGE: 56   DIAGNOSIS: Duodenal Carcinoid, Hep B    Last Visit Date: 09/23/05

MEDICATIONS                          Next Appt. Date:

Pt. called at 16:20pm states he needs an appointment
for F/u EGD pt. states he will be in Bay area between
11/23 to 11/25/05. There are no open appoints. avaible.
You are in GIF on 11/23/05. Pt. states you will be able
to help him this contact # 510-676-1818.
Thank you                                    ~~Stephanie Lu~~
P.S. Pt currently in New Jersey _____  SLu

M.D. MESSAGE TO PATIENT

11.14.05  Schedule 11/23/05
no consecution
days before
per NP before

11/18/05 @ 9:15am
LMORTCB

M.D. SIGNATURE  11/15/05 @ 2:35p

ADVICE DOCUMENTATION AND DISPOSITION (INCLUDE DATE, TIME AND SIGNATURE)
Pt booked on 11/23/05

CALL TO BE RETURNED BY
☐ M.D.    ☐ Advice Nurse    ☑ Module Staff    ☐ Clerk

ADVICE DOCUMENTATION

☐ Appt. Date:

Signature    ☐ Other

07263-5 (REV. 6-99)

LINA 0133

**KAISER PERMANENTE®**

**SMART TOOL –**
**GASTROENTEROLOGY – 3 PART**

☐ New Patient   ☒ Established Patient   ☐ 2nd Opinion
☐ Consultation: Requesting M.D. _Lisker W._
Drug Allergy: _Rxy_                    ☐ NKDA  Age: _57_
Weight: _177_ Height: _5'1"_ Vitals: BP _198_ Temp _96.2_ Pulse _77_ Resp _14_
Presenting problem _F/U_
RN/LVN/MA Signature _SMahesh_                Interpreter's name _____  Language: _____

Scheduling: Proc type: _____ Date: _____
Loc: _____ Endoscopist: _____
Colonoscope prep: _____ colyte _____ phosphosoda

IMPRINT AREA

## HISTORY

**1. CC / HPI:** (Location, Quality, Timing, Severity, Duration, Context, Modifying Factors, Associated signs /symptoms)
(1-3 PF/EPF, 4+ Detailed)   OR   Status of 3 Chronic / Inactive Conditions = Detailed/Comprehensive

_Pt. here for the Hx of HepB on Hypertens keeping well c U A27 to 15. Here keeping evaluation for Cirrhosis_

**2. Medication(s) (drugs, pills):**
☐ See visit _____
☐ Refer to chart chronic med list
☐ ASA/NSA _____
☐ Coumadin
☐ Other bleeding risks _____

☐ OTC / Herbal meds: _____

_Prograf? Prednisone_

☐ Meds reviewed on CIPS

**3. Review of Systems – Check if addressed, document if abnormal**
☐ Constitutional   ☐ Neurological
☐ Eyes           ☐ All / Immunol
☐ Skin           ☐ GU
☐ ENT            ☐ Endocrine
☐ GI             ☐ Psychiatric
☐ Respiratory    ☐ Hem / lymph
☐ CV             ☐ Other _____
☐ Musculoskeletal ☐ All other systems negative

**ROS:** (1 EPF, 2-9 detailed, 10+ comprehensive)

_No specific Sx new_

**4. pertinent past medical, family, social history (Circle all that apply)**

CODING:   NEW | 0 Expanded, 1 Detailed, 3 Comprehensive
ESTABLISHED | 0 Expanded, 1 Detailed, 2 Comprehensive

| | |
|---|---|
| **PMH:** | No serious illness |
| **Immune status:** | HIV   Steroids   CA |
| **CV HX:** | HTN   A-fib   CHF   CAD   CABG   Pacemaker   Heart valve replacement   PVD |
| **Neuro HX:** | CVA   TIA   Seizures |
| **Pulmonary HX:** | Asthma   COPD   Sleep apnea |
| **GI HX:** | PUD   Colon cancer   Polyps   Liver disease   Biliary disease |
| | IBD   GI bleed |
| **Bleeding Tendency:** | Coagulopathy   Thrombocytopenia |
| **Cancer HX:** | Lung   Breast   Melanoma |
| **Renal Disease:** | Chronic renal failure   ESRD |
| **Endocrine Disease:** | Hypothyroidism   Diabetes |
| **Surgical HX:** | Appy.   Cholecyst   AAA   T&A   Fundoplication   BSO   TAH |
| | PUD surgery   Colon resection   Ing. hernia |
| **Liver Risk Factors:** | IVDA   Blood transfusion   Body piercing |
| | Toxic exposure   Sexual exposure   Nasal cocaine |
| | Tattoos   Liver disease |
| **FAMILY HX:** | Colon cancer   IBD   Family h/o liver disease |
| **SOCIAL HX:** | Tobacco _____ ETOH _____ Domestic violence _____ Birthplace _____ |

_Hx Related to right?_

**LINA 0134**

66055-057 (7-02) PAGE 1 of 2            DISTRIBUTION: ORIGINAL • CHART • COPY • REFERRING PROVIDER • COPY • DEPARTMENT

PATIENT NAME         DATE        BIRTH      PHYSICIAN

## EXAM

Checking the box indicates that the exam was performed and within normal limits – **circle abnormals**. Exclude items in brackets in element count.

**1. Constitutional**  ☐ No acute distress  ☐ Well nourished  ☐ Hydrated  ☐ Ill-appearing  ☐ Cachectic  ☐ Other: _____

**Pertinent Findings**

**2. Respiratory**
☐ Assessment of respiratory effort
☐ Auscultation of lungs

**3. Cardiovascular**
☐ Auscultation of heart with notation of abnormal sounds and murmurs
☐ Examination of extremities for edema and/or varicosities

**4. Gastrointestinal**
☐ Examination of abdomen with notation of presence of masses or tenderness
☐ Examination of liver and spleen

**5. Skin**
☐ Inspection of skin and subcutaneous tissue
☐ Palpation of skin and subcutaneous tissue

**6. Psychiatric**
☐ Judgement and insight   ☐ Mood/affect
☐ Orientation, time, place, person

**7. Neck**
☐ Masses/tenderness
☐ Thyroid

**8. Lymphatic System**  Palpation of lymph nodes in **2 or more areas**
☐ Neck   ☐ Groin
☐ Axillae  ☐ Other: _____

**9. Musculoskeletal**
☐ Examination of gait and station
☐ Inspection and/or palpation with notation of presence of any misalignment, asymmetry, crepitation, defects, tenderness, masses, effusions

*PF (1-5 bullets), EPF (6-11 bullets), Detailed (2+ bullets from 6 area/sys or 12+ bullets from 2+ area/sys), Comprehensive (2+ bullets from 9+ area/sys)*

## ASSESSMENT AND PLAN

**Diagnosis(es):**
☐ Labs Reviewed from Date(s): _____
☐ X-ray Results Reviewed from Date(s): _____

*[handwritten, illegible]*

☐ Ed materials given/discussed

**Data ordered**
☐ CBC
☐ Lytes
☐ LFTs
☐ Other: _____

**Procedures:**
☐ Colonoscopy
☐ Sigmoidoscopy
☐ Upper Endoscopy
☐ Dilation: _____
☐ Polypectomy
☐ ERCP
☐ Liver Biopsy
☐ PEG
☐ Other: _____

**X-rays:**
☐ BaS
☐ UGIS
☐ BE
☐ CT abd
☐ US abd
☐ Other: _____

☐ CC Requesting M.D.

☐ SBE Prophylactic  ☐ GANN Act discussed  ☐ ASA class  I  II  III  IV  ☐ PSA information given
☐ Procedure(s), conscious sedation, benefits, alternatives, risks, complications discussed and Pt. accepts
☐ Pt. has an Advance Directive:  ☐ Yes  ☐ No  If yes, location/name of designated party: _____
☐ Pt understands DNR is suspended during the procedure  ☐ Please book a follow-up appointment with me in _____ appointment type _____

**New Meds:**

*I spent approximately* _____ *(%) / (minutes) in counseling and/or coordination of care during this encounter, which included discussion of the following:*

Total visit time: _____

COMPLETED BY _____   M.D./D.O./N.P./P.A. _____  DATE _____

C0055-857 (7-02) PAGE 2 of 2

LINA 0135

KAISER PERMANENTE®

APPOINTMENT
INTERNAL MEDICINE-FREMONT
FEB 27 2006
G. BHARADHWAJ

[redacted]

REDACTED
IMPRINT AREA

# SMART TOOL – GASTROENTEROLOGY – 3 PART

☐ New Patient ☒ Established Patient ☐ 2nd Opinion

☐ Consultation: Requesting M.D. ______

Drug Allergy: non-smoker – pcn – ☐ NKDA Age: 57

Weight: 180 Height: 5'7 Vitals: BP 115/71 Temp: 97.7 Pulse: 92 Resp. ______

Presenting problem: ______

RN/LVN/MA Signature: [illegible]/MA Interpreter's name: ______ Language: ______

Scheduling: Proc type: ______ Date: ______

Loc. ______ Endoscopist ______

Colonoscope prep: ______ colyte ______ phosphosoda

## HISTORY

**1. CC / HPI:** *(Location, Quality, Timing, Severity, Duration, Context, Modifying Factors, Associated signs/symptoms)* *(1-3 PF/EPF, 4+ Detailed)* OR Status of 3 Chronic / Inactive Conditions = *Detailed/Comprehensive*

[illegible] 10 Hx
c/ Hep B. [illegible] Hepsera –
doing well [illegible]
[illegible] (P)
[illegible]
[illegible]

**2. Medication(s) (drugs, pills):**

☐ See visit
☐ Refer to chart chronic med list
☐ ASA/NSA ______
☐ Coumadin
☐ Other bleeding risks: ______
☐ OTC / Herbal meds: ______

Sotalol 80 bid
[illegible] bid
[illegible]

☐ Meds reviewed on CIPS

**3. Review of Systems – Check if addressed, document if abnormal**

☐ Constitutional
☐ Eyes
☐ Skin
☐ ENT
☐ GI
☐ Respiratory
☐ CV
☐ Musculoskeletal
☐ Neurological
☐ All / Immunol
☐ GU
☐ Endocrine
☐ Psychiatric
☐ Hem / lymph
☐ Other ______
☐ All other systems negative

ROS: (1 EPF, 2-9 detailed, 10+ comprehensive)

[illegible]
[illegible]

**4. pertinent past medical, family, social history (Circle all that apply)**

CODING: *NEW* | *0 Expanded, 1 Detailed, 3 Comprehensive*
*ESTABLISHED* | *0 Expanded, 1 Detailed, 2 Comprehensive*

**PMH:** ☐ No serious illness

**Immune status:** HIV Steroids CA

**CV HX:** HTN A-fib CHF CAD CABG Pacemaker Heart valve replacement PVD

[illegible] EGD

**Neuro HX:** CVA TIA Seizures

**Pulmonary HX:** Asthma COPD Sleep apnea

**GI HX:** PUD Colon cancer Polyps Liver disease Biliary disease
IBD GI bleed

[illegible]

**Bleeding Tendency:** Coagulopathy Thrombocytopenia

**Cancer HX:** Lung Breast Melanoma

**Renal Disease:** Chronic renal failure ESRD

**Endocrine Disease:** Hypothyroidism Diabetes

**Surgical HX:** Appy. Cholecyst AAA T&A Fundoplication BSO TAH
PUD surgery Colon resection Ing. hernia

**Liver Risk Factors:** IVDA Blood transfusion Body piercing
Toxic exposure Sexual exposure Nasal cocaine
Tattoos Liver disease

LINA 0136

**FAMILY HX:** Colon cancer IBD Family h/o liver disease

**SOCIAL HX:** Tobacco ____ ETOH ____ Domestic violence Birthplace

DISTRIBUTION: ORIGINAL • CHART • COPY • REFERRING PROVIDER • COPY • DEPARTMENT

KAISER PERMANENTE

**PATIENT TELEPHONE MSG/CHART REQ.**

NAME (LAST, FIRST, INITIAL)

MEDICAL RECORD NUMBER  03740340

ADDRESS (NO., STREET, CITY, ZIP)  REDACTED

| TODAY'S DATE | | |
|---|---|---|
| TELEPHONE NO | | |
| Home: | Work: | |
| REQUEST FOR DOCTOR | MESSAGE TO | |
| LISLE | | |
| PHARM REQ | LAST REFILL | TUBE STATION # |
| COVERAGE & GROUP | **PATIENT WILL PICK RX UP** | |
| | 6 p.m. SAME DAY | 12 NEXT DAY |
| ☐ New Pt.  ☐ No Chart | | |

| AGE | LMP | GR | PARA | AB | BCM | EDC | DRUG ALLERGIES | M.R. # | DATE |
|---|---|---|---|---|---|---|---|---|---|

PATIENT'S MESSAGE

Pt Just seen & wants

Flu shot

Temp. 97.4°

CALL REC'D BY  R

---

**PHARMACY PRESCRIPTION (NOT FOR OUTSIDE PHARMACY USE)**    OTHER PHARM    DATE

| RX | QUANTITY | ☐ |
|---|---|---|
| | 30  50  C  3 MOS  7 MOS | Unless checked, authorization |
| SIG: | REFILL X | given to include this Rx in all approved refill programs |
| RX | QUANTITY | ☐ |
| | 30  50  C  3 MOS  7 MOS | Unless checked, authorization |
| SIG: | REFILL X | given to include this Rx in all approved refill programs |

| ☐ NUMBER OF ITEMS PRESCRIBED | **AUTHORIZATION IS GIVEN FOR DISPENSING BY:** ☐ NEAREST STANDARD SIZE UNLESS CHECKED HERE ☐ NON-PROPRIETARY NAME UNLESS CHECKED HERE | **IF DELIVERY REQUESTED CHECK HERE** ☐ SIGNATURE _____ ,MD |
|---|---|---|

MESSAGE TO PATIENT

DATE

SIGNATURE _____ ,MD    TIME CALL RET'D    MR #

SIGNATURE

☐ MD RETURNED CALL    ☐ PHARMACY CALLED BY:
                       ☐ PATIENT CALLED BY:

NURSE'S ADVICE ACCORDING TO PROTOCOL ON

| MR #  03740340 | DATE  11/21/0? |
|---|---|

Flu shot  Ⓡ deltrid
                0.5 ml

NURSE'S SIGNATURE

04570-31 (REV. 5-98)    DISTRIBUTION: WHITE = PHARMACY • CANARY = CHART ROOM • PINK = CHART BLUE = CLINIC ASST. COPY • GOLDENROD = PHONE ROOM

LINA 0137

Care Referral Instructions, Urgent Clinic

| | |
|---|---|
| **To:** Lisker, Wesley, M.D.; Hayward Medical Center; MEDICINE; TST | **MR#:** 03940340 |
| **From:** AACC Vallejo; TSR | **Ref#:** V016241135 |
| **Med/Ped Provider:** Lisker, Wesley, M.D.; Hayward Medical Center; MEDICINE | **Time Sent:** 08/08/2006 04:17 PM |
| **Ob/Gyn Provider:** None | |

| | | |
|---|---|---|
| **Patient:** CHAN, ANDY E | **Call Back Permission:** OK to leave information on voicemail. | |
| **MR#:** 03940340 | **Contact:** | CHAN, ANDY E; Patient |
| **Gender:** Male | **Day:** | 510) 676-1818 W 830a-6p  Eve: | (510) 473-4798 H |
| **Age:** 57:01 | **Within 4 Hrs:** | work |
| **DOB:** ▮▮▮/1949 | | |
| **Language:** English | REDACTED | |
| **Alert:** Yes | | |
| **Address:** 5955 CENTRAL AVENUE, NEWARK, CA 94560 | | |

## Message From AACC:

iEMBER WANTS: Member wants an appointment.

Member wants to ask provider about: f/u appt

## Provider/Office Response:

**Kimberly Phillips 08/08/2006 04:50 PM** Message delivered to provider.

.Kimberly Phillips 08/08/2006 04:54 PM**

spoke with pt. he will call our office on Thursday when Dr. lisker is here at clinic so we can open MD schedule to book pt. Will forward msg to md

**Kimberly Phillips 08/08/2006 04:54 PM** Message closed by TST

*Handwritten:* UM100 8/9/06 12:32 Mari

*Handwritten:* 8/11 & Booked 10:30 am on 8/28/06. Donna

| | | | | |
|---|---|---|---|---|
| ☐ Order chart | ☐ TST/MA/RN to call member | ☐ Provider called member | ☐ File in chart | ☐ OK to close |

**Medications:** Verification: No meds.
PROGRAF **0.5MG** CAPSULES / SOTALOL 80MG TABLETS / PREDNISONE 5MG TABLETS / ONE TOUCH **ULTRA** TEST RIPS / INSULIN SYR U100 0.5CC BD-UF 30GX.5"

**Allergies:** Verification: No known allergies.
PENICILLINS

**Prescriptions:** Pharmacy: Fremont Medical Center, Niles West. 1st Floor
Phone:                           FAX:

| generic unless checked | ☐ nearest standard size unless checked | ☐ unless checked, include Rx in all approved refill programs | ☐ covering MD |
|---|---|---|---|

**Medication:**                                                                              **Refills:**

_____                    _____

_____                    _____

_____                    _____

**Signature:**                    **Cal Lic#:**                    **DEA#:**

## Script And Protocol:

Script Used: Adult Medicine, CARE REFERRAL INSTRUCTIONS (CRI); Script Answer: Y - All other issues ;

LINA 0138

```
| 03940340 |  __   __  |  VISIT____ | DETAIL___ | 08 / 01   05 | 01 / 17 / 07 |
'----------'-----------'-----------'-----------'-----------------'---------------'
```

Personal Physician : WESLEY H LISKER,M.D.      HAY
 @CHAN, ANDY                    57/M Visit Encounter Detail                Page 1
                                                                  Reg   1 of   1


   FREGXB  12/28/06   12:13   PROVIDER: BHARADHWAJ, GAYATRI M

          EGD with duodenal polyp, previous biopsy showed carcinoid,
          removed

          Visit Date: 12/28/2006
   ******************************** End of Report *********************************

VIS.DET                                     HAYSGK  01/17/07 10:09

Kaiser Permanente - Confidential Patient Information

LINA 0139

| 03940340 | | | VISIT | DETAIL | 08 / 01 | 5 | 01 / 17 / 07 |

Personal Physician : WESLEY H LISKER,M.D.      HAY
@CHAN,ANDY                     57/M Visit Encounter Detail                     Page 1
                                                                    Reg   1 of   1

FREGXB  11/13/06   11:28   PROVIDER: BHARADHWAJ, GAYATRI M

     EGD with small duodenal poly in bulb, biopsy.
     Antral polyp, biopsy

     Visit Date: 11/13/2006
****************************** End of Report ******************************

Kaiser Permanente - Confidential Patient Information

LINA 0140

| PATIENT | FP / PCA | ASSESSMENT VIEW | VISIT DETAIL | MED DATE | ADMIT DATE |
| 03940340 | __ ____ | VISIT____ | DETAIL___ | 08 / 01    5 | 01 / 17 / 07 |

Personal Physician : WESLEY H LISKER, M.D.     HAY
@CHAN, ANDY                    57/M Visit Encounter Detail                    Page 1
                                                         Reg   1 of   1

FREGXB  05/23/06   12:41    PROVIDER: BHARADHWAJ, GAYATRI N

        EGD with duodenal polyps in the bulb and the second portion,
        biopsy taken

        Visit Date: 05/23/2006
******************************** End of Report *********************************

VIS.DET                                      HAYSGE   01/17/07 10:09

Kaiser Permanente - Confidential Patient Information

LINA 0141

```
|  PATIENT |  FRM |  BUR  |            |        |  HC-DATE |  REG DATE |
|  03940340 |  __  |  ____ | VISIT____  | DETAIL____ | 08 / 01 . 5 | 01 / 17 / 07 |
'------------'-----------'-----------'----------'---------------'----------------'
```

Personal Physician : WESLEY H LISKER,M.D.      HAY
@CHAN,ANDY                        57/M Visit Encounter Detail
                                                         Page 1
                                                Reg   1 of   1


FREGXB  12/09/05   14:50   PROVIDER: GAYATRI BHARADHWAJ,M.

        I spoke with patient today. I reviwed his LFTs and HeP B test, pl
        an is to continue Hepsera for now, I have also left a message wit
        h Dr. Dutta re plan on carcinoid patient has in the small intesti
        ne
*************************** End of Report ********************************

```
| 03940340  |  __   _____  | VISIT_____ | DETAIL___  | 08 / 01   ·5 | 01 / 17 / 07 |
'-----------'-----------'-----------'-----------'-----------------'----------------'
```

Personal Physician : WESLEY H LISKER,M.D.       HAY
@CHAN,ANDY                        57/M Visit Encounter Detail                    Page 1
                                                                    Reg    1 of   1


    FREGXB  12/09/05   11:15   PROVIDER: GAYATRI BHARADHWAJ,M.

          left message for patient to call back
    ******************************* End of Report *****************************


VIS.DET                                    HAYSGK  01/17/07 10:10

Kaiser Permanente - Confidential Patient Information

LINA 0143

Personal Physician : WESLEY H LISKER,M.D.    HAY
@CHAN,ANDY                      57/M Visit Encounter Detail           Page 1
                                                                Reg  1 of  1

HAYWHL  11/21/05   11:13   PROVIDER: LISKER, WESLEY M.D.

          fu KTX -
          HAD 6 WK TRIP TO CHINA.  NO PROBLEMS.
          FEELING WELL.  BG 100-150 - CUT BACK ON STARCHES/RICE/PASTA.  BP
          IS TRENDING UP, AT HOME 149/90S.  NO ADDED SALT, BUT ATE TYPICAL
          FOODS ON TRIP.
          NO EDEMA, CAD SX.  HX OF DUOD BULB ? CARCINOID - HAS F/U WITH DR B
          THIS WEEK RE INTERVENTION OR SURVEILLANCE.
          NO GOUT ON TRIP.
          SLEEPING WELL.
          REV'D LABS - ALL STABLE.  CR 0.9, LDL SL OVER 100, TOTAL IS GOOD.

          OE WD USUAL AFFECT
          BP 150/98, HR REG 70
          L CLEAR
          H RRR, NO MR/G
          A SOFT, NONTENDER.  GRAFT W/O BRUIT.  NO RENAL BRUITS.
          E NO EDEMA
          IMP

          S/P TRX - STABLE FUNCTION.  PROGRAF LEVEL SL LOW - BUT DONE LATE
          MORNING.
          BP - OVER TARGET.
          AFIB - HX; IN NSR CLINICALLY.
          DM - CONTROLLED WITH DIET AND RX.
          KIDNEY CYSTS/PCK - STABLE AND ASX.
          HX HEP B - ON HEPSERA.

          PLAN INCREASE LISINOPRIL TO 30 MG BID

          Visit Date: 11/21/2005
****************************** End of Report ********************************

Kaiser Permanente - Confidential Patient Information

```
| 03940340 |  __  _____ |  VISIT____ |  DETAIL____ | 08 / 01  5 / 01 / 17 / 87 |
'--------------'-----------'----------'-----------'-------------------'---------------'
```

Personal Physician : WESLEY H LISKER,M.D.     HAY
  @CHAN,ANDY              57/M Visit Encounter Detail                      Page 1
                                                             Reg   1 of  1


HAYWHL  10/19/05   12:50   PROVIDER: WESLEY H LISKER,M.D.

        REC'D NOTE FROM ANTICOAG CLINIC THAT PT HASN'T HAD INR CHECKED.
        TC - HOME 10/17 AND 10/19 N/A.   LEFT MESSAGE TO RET CALL TO DIS-
        CUSS. (SUSPECT HE HAD STOPPED WARF DUE TO RECENT ENDOSCOPIES).
****************************** End of Report ******************************

Kaiser Permanente - Confidential Patient Information          LINA 0145

Personal Physician : WESLEY H LISKER,M.D.     HAY
@CHAN,ANDY                    57/M Visit Encounter Detail          Page 1
                                                          Reg   1 of   1

HAYSXY  09/21/05   17:35   PROVIDER: YEE, STEPHEN O.D.

     SUBJECTIVE // EYEGLASS PRESCRIPTION

     OD - 500 c - 100 x 090    20/30
     OS - 475 c - 100 x 135    20/40
     Add:
     OD +275
     OS +275
     ------------------------------------------------------------^
     Notes: DFE: no BDR...cataracts...pt feels vision is
     adequate...increased myopia by -075

     -------------------------------------------------------------

     Visit Date: 09/21/2005
******************************* End of Report **************************

Kaiser Permanente - Confidential Patient Information

LINA 0146

| 03940340 | VISIT | DETAIL | 08 / 01 | 15 / 01 / 17 / 97 |

Personal Physician : WESLEY H LISKER,M.D.        HAY
@CHAN,ANDY                    57/M Visit Encounter Detail

                                               Page 1
                                          Reg   1 of   1

HAYC4R  09/21/05   15:53   PROVIDER: REDDY, CHITRA M.D.

        f/u transplant,
        doing well,returned from New jersey this am,going back on sat.
        doing well,more relaxed,exercises regularly now,be better so also
        bp

        MEDS
        SOTALOL 80MG TABLETS                1 TAB BID
        LISINOPRIL 40MG TABLETS             1 TAB QD
        PROGRAF **0.5MG** CAPSULES          1 CAP BID
        OMEPRAZOLE 20MG DR CAPSULES         1 CAP QD
        WARFARIN 1MG TABLETS                2 TAB QD on hold for tests
        GLYBURIDE 5MG TABLETS               2 TAB BID
        PREDNISONE 5MG TABLETS              1 TAB QD
        HEPSERA 10MG TABLETS                1 TAB QD
        MAGNESIUM OXIDE 1 qday
        p/o
        nad
        bp 136/86 wt 178
        l cta
        h rrr
        e no edema
        A/P
        S/P transplant
        ck labs
        carcinoid await u/s
        afib stable
        dm ck labs
        rtc prn/fu pmd

        Visit Date: 09/21/2005
******************************* End of Report **********************************

Kaiser Permanente - Confidential Patient Information

LINA 0147

PATIENT   PROVIDER   CATEGORY   TYPE   ITEM DATE
03940340   1   A   RESULTS   08/09/07

*Personal Physician : WESLEY H LISKER,M.D.   HAY*
*@CHAN,ANDY          57/M Lab Results Summary*                    Page 1

-- Procedure -- ------- Results ------- ( Reference Range ) ---------
LOG#: FRES06005726 COL: 12/28/06 07:30 OUTPA FRE REQ: G BHARADHWAJ,M.D.
                      ** FREMONT MEDICAL CENTER        **

SP FINAL RPT

    Provider: GAYATRI BHARADHWAJ M.D.
    Collected: 12/28/2006                    Case #: FRES06-5726
                        Surgical Pathology Report
    FINAL PATHOLOGIC DIAGNOSIS
    A. CLINICALLY DUODENAL BIOPSY:
       - RESIDUAL CARCINOID TUMOR.
       - RESIDUAL TUMOR IS 0.09 CM (0.9 MM) IN MAXIMAL
    DIMENSION.

    B. CLINICALLY BIOPSIED AND REMOVED MUCOSA:
       - BENIGN DUODENAL MUCOSA.
       - NO CARCINOID TUMOR IDENTIFIED.
    LOG#: FRES06005726 COL: 12/28/06 07:30 OUTPA FRE REQ: G BHARADHWAJ,M.D.   CONT
                      ** FREMONT MEDICAL CENTER        **


                    FLOYD KANAME SUMIDA M.D.
                 ** Report Electronically Signed by FKS **
    Comment
    This specimen was diagnosed and signed out at the
    Kaiser Hayward Medical Center
    CLIA License # 05D0062842
    27400 Hesperian Blvd.
    Hayward, Ca. 94545
    510-784-4250

    Clinical History
    EGD.  Please see previous biopsy-carcinoid seen for bottle 1.
    A.  Biopsied carcinoid.
    B.  Biopsied and removed mucosa.
    LOG#: FRES06005726 COL: 12/28/06 07:30 OUTPA FRE REQ: G BHARADHWAJ,M.D.   CONT
                      ** FREMONT MEDICAL CENTER        **


    Gross Description
    The specimen is received in two parts both labeled Andy Chan.
    Part A consists of tan tissue fragments aggregating to 1.0 cm.  TE
    1.
    Part B consists of tan tissue fragment measuring 0.4 x 0.4 x 0.3
    cm.  TE 1.

    ayl/12/29/2006
    Specimen(s) Received
    A: DUODENAL BIOPSY - Site Not Specified
    B: DUODENAL BIOPSY - Site Not Specified

    Patient Name: CHAN, ANDY E
    Med. Rec #: 03940340   DOB/Age: 7/2/1949 (Age: 57)   Sex: M
    LOG#: FRES06005726 COL: 12/28/06 07:30 OUTPA FRE REQ: G BHARADHWAJ,M.D.   CONT
                      ** FREMONT MEDICAL CENTER        **
    Facility: Fremont Med Ctr
    Location: MEDICINE

    Fremont Pathology
    39400 Paseo Padre Parkway
    Fremont, CA 94538
    Tel: 510-784-4250   Fax: 510-784-2738
    John Metcalf, M.D. Laboratory Director

    LOG#: 160636001206 COL: 12/26/06 11:04 OUTPA HAY REQ: W H LISKER,M.D.
                      ** TPMG Regional Lab, Berkeley    **
U MICROALB
Alb/Creat Ratio      16.4 ug/mg        (   0.0 -    29.9)
Collection          RANDOM
    LOG#: 160636001220 COL: 12/26/06 11:04 OUTPA FRE REQ: S INOKUCHI,M.D.
                      ** FREMONT MEDICAL CENTER        **
Urinalysis
Culture?            NOT IND
Microscopic?        NOT IND
pH                  6.0              ( 4.5-8.0 -       )

LAB.RES  <SHIFT-F9> FOR COMPLETE LAB RESULTS          HAYSGR  01/17/07 10:12

           *Kaiser Permanente - Confidential Patient Information*

LINA 0148

*Personal Physician : WESLEY H LISKER,M.D.    HAY*
@CHAN,ANDY         57/M Lab Results Summary                    *Page 2*

```
  -- Procedure -- ------- Results ------- ( Reference Range  ) ----------
Sp. Gravity          1.010                  (1.010-30 -        )
Glucose            NEGATIVE                  (NEGATIVE -        )
Blood              NEGATIVE                  (NEGATIVE -        )
Nitrites           NEGATIVE                  (NEGATIVE -        )
Ketones            NEGATIVE                  (NEGATIVE -        )
Leuk Esterase      NEGATIVE                  (NEGATIVE -        )
Protein            NEGATIVE                  (NEGATIVE -        )
Bilirubin          NEGATIVE                  (NEGATIVE -        )
Urobilinogen       1.0EU/dL                  (  =<2.0 -         )
Urine Source        CLEAN
```

```
  LOG#: 160636001205 COL: 12/26/06 10:46 OUTPA FRE REQ: W H LISKER,M.D.
                ** MARINA WAY SOUTH             **
HGBA1C
  HGB A1C          H   6.2 %                 (    4.6 -       6.0)
```

```
  LOG#: 160636001215 COL: 12/26/06 10:46 OUTPA FRE REQ: S INOKUCHI,M.D.
                ** MARINA WAY SOUTH             **
Albumin              4.2 g/dL                (    3.3 -       4.7)
Alkaline Phos        76 U/L                  (     37 -       117)
Bili, Tot Adult      0.6 mg/dL               (    0.2 -       1.2)
Calcium              9.5 mg/dL               (    8.5 -      10.3)
LIPID
Cholesterol          196 mg/dL               (      -<        239)
Triglycerides   H    269 mg/dL               (      -<        199)
HDL Cholesterol L    35 mg/dL                (>   40 -          )
LDL Calculated       107 mg/dL               (      -<        129)
CK (CPK)             93 U/L                  (      0 -        200)
  LOG#: 160636001215 COL: 12/26/06 10:46 OUTPA FRE REQ: S INOKUCHI,M.D.    CONT
                ** MARINA WAY SOUTH             **
AFP, NonMaterna      2.9 ng/mL               (    0.0 -      15.0)
Phosphorus      L    2.4 mg/dL               (    2.7 -       4.5)
AST (SGOT)           15 U/L                  (     10 -        40)
ALT (SGPT)           14 U/L                  (      -<         36)
Uric Acid       H    9.8 mg/dL               (    2.0 -       8.5)
CHEM7
BUN             H    31 mg/dL                (     10 -        20)
Chloride             104 mEq/L               (    100 -       111)
CO2                  24 mEq/L                (     24 -        33)
Creatinine           0.87 mg/dL              (      -<       1.30)
Glucose Random  H    241 mg/dL               (     60 -       159)
Potassium            4.4 mEq/L               (    3.5 -       5.3)
Sodium               139 mEq/L               (    133 -       145)
```

```
  LOG#: 160636001216 COL: 12/26/06 10:46 OUTPA FRE REQ: S INOKUCHI,M.D.
                ** TPMG Regional Lab, Berkeley  **
Hep B e Ag         NEGATIVE
```

```
  LOG#: 160636001217 COL: 12/26/06 10:46 OUTPA FRE REQ: S INOKUCHI,M.D.
                ** MARINA WAY SOUTH             **
FK506
  Date LD FK506?    12-25-06 Hours
  Time LD FK506?    2330
  FK506           L   4.3 ng/mL              (    5.0 -      20.0)
```

```
  LOG#: 160636001218 COL: 12/26/06 10:46 OUTPA FRE REQ: S INOKUCHI,M.D.
                ** MARINA WAY SOUTH             **
CBC
  WBC                6.2 K/uL                (    3.5 -      12.5)
  RBC                4.66 M/uL               (   4.10 -      5.70)
  Hemoglobin         15.6 g/dL               (   13.0 -      17.0)
  LOG#: 160636001218 COL: 12/26/06 10:46 OUTPA FRE REQ: S INOKUCHI,M.D.    CONT
                ** MARINA WAY SOUTH             **
Hematocrit           45.0 %                  (   39.0 -      51.0)
MCV                  97 fL                   (     80 -       100)
RDW                  12.7 %                  (   11.9 -      14.3)
Plt                  144 K/uL                (    140 -       400)
ADIF
  Neutrophils        62 %                    (     50 -        70)
  Lymphocytes        26 %                    (     20 -        50)
  Monocyte           8 %                     (      1 -        14)
  Eosinophil      H  5 %                     (      0 -         4)
```

LAB.RES  <SHIFT-F9> FOR COMPLETE LAB RESULTS       HAYSGK  01/17/07 10:12

*Kaiser Permanente - Confidential Patient Information*

LINA 0149

```
    Personal Physician : WESLEY H LISKER,M.D.    HAY
    GCHAN,ANDY              57/M Lab Results Summary              Page 3


      -- Procedure --  ------ Results ------  ( Reference Range  ) ---------
      Basophil             1 %              (    0 -     2)


    LOG#: 160636001219 COL: 12/26/06 10:46 OUTPA FRE REQ: S INOKUCHI,M.D.
                        ** QUEST DIAGNOSTICS          **
    HBV QNP
    Hep B PCR            <100 IU/mL         (   <100 -      )
      LOG#: 160636001219 COL: 12/26/06 10:46 OUTPA FRE REQ: S INOKUCHI,M.D.    CONT
                        ** QUEST DIAGNOSTICS          **
    Hep B Copies         <160 #/mL          (   <160 -      )
    This test was developed and its performance characteristics determined
    by Quest Diagnostics Nichols Institute. It has not been cleared or
    approved by the U.S. Food and Drug Administration. The FDA has
    determined that such clearance or approval is not necessary.
    Performance characteristics refer to the analytical performance of the
    test.
    This test is performed pursuant to a license agreement with Roche
    Molecular Systems, Inc.
    Hepatitis B DNA * DETECTED             (NOT DET  -      )
    This test was developed and its performance characteristics determined
    by Quest Diagnostics Nichols Institute. It has not been cleared or
    approved by the U.S. Food and Drug Administration. The FDA has
    determined that such clearance or approval is not necessary.
    Performance characteristics refer to the analytical performance of the
      LOG#: 160636001219 COL: 12/26/06 10:46 OUTPA FRE REQ: S INOKUCHI,M.D.    CONT
                        ** QUEST DIAGNOSTICS          **
    test.
    This test is performed pursuant to a license agreement with Roche
    Molecular Systems, Inc.


    LOG#: 160631901604 COL: 11/15/06 10:36 OUTPA FRE REQ: W H LISKER,M.D.
                        ** MARINA WAY SOUTH           **
    HGBA1C
    HGB A1C              6.0 %              (    4.6 -     6.0)


    LOG#: 160631901631 COL: 11/15/06 10:36 OUTPA FRE REQ: S INOKUCHI,M.D.
                        ** MARINA WAY SOUTH           **
    Albumin              4.4 g/dL           (    3.3 -     4.7)
    Alkaline Phos        64 U/L             (     37 -     117)
    Bili, Tot Adult      0.7 mg/dL          (    0.2 -     1.2)
    Calcium              10.0 mg/dL         (    8.5 -    10.3)
      LOG#: 160631901631 COL: 11/15/06 10:36 OUTPA FRE REQ: S INOKUCHI,M.D.    CONT
                        ** MARINA WAY SOUTH           **
    LIPID
    Cholesterol          197 mg/dL          (       -<    239)
    Triglycerides    H   251 mg/dL          (       -<    199)
    HDL Cholesterol  L   33 mg/dL           (>    40 -        )
    LDL Calculated       114 mg/dL          (       -<    129)
    CK (CPK)             107 U/L            (      0 -     200)
    Phosphorus           3.1 mg/dL          (    2.7 -     4.5)
    AST (SGOT)           15 U/L             (     10 -      40)
    ALT (SGPT)           15 U/L             (       -<     36)
    Uric Acid        H   10.2 mg/dL         (    2.0 -     8.5)
    CHEM7
    BUN              H   22 mg/dL           (     10 -      20)
    Chloride             106 mEq/L          (    100 -     111)
    CO2                  24 mEq/L           (     24 -      33)
    Creatinine           0.88 mg/dL         (       -<   1.30)
      LOG#: 160631901631 COL: 11/15/06 10:36 OUTPA FRE REQ: S INOKUCHI,M.D.    CONT
                        ** MARINA WAY SOUTH           **
    Glucose Random       140 mg/dL          (     60 -     159)
    Potassium            4.1 mEq/L          (    3.5 -     5.3)
    Sodium               141 mEq/L          (    133 -     145)


    LOG#: 160631901632 COL: 11/15/06 10:36 OUTPA FRE REQ: S INOKUCHI,M.D.
                        ** MARINA WAY SOUTH           **
    FK506
    Date LD FK506?       11/14/06 Hours
    Time LD FK506?       2300
    Dose FK506?          .5MG
    FK506            L   2.7 ng/mL          (    5.0 -    20.0)


    LOG#: 160631901633 COL: 11/15/06 10:36 OUTPA FRE REQ: S INOKUCHI,M.D.


    LAB.RES  <SHIFT-F9> FOR COMPLETE LAB RESULTS          HAYSGK  01/17/07 10:12
```

*Kaiser Permanente - Confidential Patient Information*

LINA 0150