```
| 03940340 |  __   _____  |  LAB_____ |  RESULTS__ |  08 / 01    05 | 01 / 17 / 07 |
```

Personal Physician : WESLEY H LISKER, M.D.    HAY
@CHAN,ANDY              57/M Lab Results Summary                    Page 4

-- Procedure -- ------ Results ------ ( Reference Range ) ----------
            ** MARINA WAY SOUTH            **

   LOG#: 160631901633 COL: 11/15/06 10:36 OUTPA FRE REQ: S INOKUCHI,M.D.   CONT
            ** MARINA WAY SOUTH            **
CBC
   WBC            5.6 K/uL        (    3.5 -   12.5)
   RBC            4.70 M/uL       (    4.10 -   5.70)
   Hemoglobin     15.8 g/dL       (    13.0 -   17.0)
   Hematocrit     45.4 %          (    39.0 -   51.0)
   MCV            97 fL           (    80 -    100)
   RDW            13.0 %          (    11.9 -   14.3)
   Plt            151 K/uL        (    140 -    400)
ADIF
   Neutrophils  L  47 %           (    50 -     70)
   Lymphocytes     36 %           (    20 -     50)
   Monocyte        9 %            (    1 -      14)
   Eosinophil   H  7 %            (    0 -      4)
   Basophil        1 %            (    0 -      2)

   LOG#: 160631901660 COL: 11/15/06 10:36 OUTPA FRE REQ: G BHARADHWAJ,M.D.
            ** MARINA WAY SOUTH            **
   AFP, NonMaterna   3.0 ng/mL    (    0.0 -   15.0)

   LOG#: 160631901662 COL: 11/15/06 10:36 OUTPA FRE REQ: G BHARADHWAJ,M.D.
            ** QUEST DIAGNOSTICS            **
HBV QNP
   Hep B PCR      <100 IU/mL      (   <100 -       )
   Hep B Copies   <160 #/mL       (   <160 -       )
This test was developed and its performance characteristics determined
by Quest Diagnostics Nichols Institute. It has not been cleared or
approved by the U.S. Food and Drug Administration. The FDA has
determined that such clearance or approval is not necessary.
Performance characteristics refer to the analytical performance of the
test.
This test is performed pursuant to a license agreement with Roche
Molecular Systems, Inc.
   LOG#: 160631901661 COL: 11/15/06 10:35 OUTPA FRE REQ: G BHARADHWAJ,M.D.
            ** TPMG Regional Lab, Berkeley     **
   Hep B e Ag     NEGATIVE

   LOG#: 160631901634 COL: 11/15/06 10:24 OUTPA FRE REQ: S INOKUCHI,M.D.
            ** FREMONT MEDICAL CENTER         **
Urinalysis
   Culture?       NOT REQ
   Microscopic?   NOT IND
   pH             6.5             ( 4.5-8.0 -       )
   Sp. Gravity    1.010           (1.010-30 -       )
   Glucose        NEGATIVE        (NEGATIVE -       )
   Blood          NEGATIVE        (NEGATIVE -       )
   Nitrites       NEGATIVE        (NEGATIVE -       )
   Ketones        NEGATIVE        (NEGATIVE -       )
   Leuk Esterase  NEGATIVE        (NEGATIVE -       )
   Protein        NEGATIVE        (NEGATIVE -       )
   LOG#: 160631901634 COL: 11/15/06 10:24 OUTPA FRE REQ: S INOKUCHI,M.D.   CONT
            ** FREMONT MEDICAL CENTER         **
   Bilirubin      NEGATIVE        (NEGATIVE -       )
   Urobilinogen   1.0EU/dL        (  =<2.0 -       )
   Urine Source   CLEAN

   LOG#: HAYS06013062 COL: 11/13/06 07:37 OUTPA FRE REQ: G BHARADHWAJ,M.D.
            ** HAYWARD MEDICAL CENTER         **
SP FINAL RPT

   Provider: GAYATRI BHARADHWAJ M.D.
   Collected: 11/13/2006           Case #: HAYS06-13062
                  Surgical Pathology Report
   FINAL PATHOLOGIC DIAGNOSIS
   A. DUODENUM, BULB, POLYP, BIOPSY:
   - CARCINOID TUMOR; SEE COMMENT.
   LOG#: HAYS06013062 COL: 11/13/06 07:37 OUTPA FRE REQ: G BHARADHWAJ,M.D.  CONT
            ** HAYWARD MEDICAL CENTER         **
```

LAB.RES  <SHIFT-F9> FOR COMPLETE LAB RESULTS          HAYSGK  01/17/07 10:12

*Kaiser Permanente - Confidential Patient Information*

LINA 0151

```
| PATIENT    | F   TDER  | CATEGORY | VIEW    | FROM DATE | TO DATE   |
| 03940340   |           | LAB      | RESULTS | 08/01/05  | 01/17/07  |
```

Personal Physician : WESLEY H LISKER,M.D.     HAY
@CHAN,ANDY              57/M Lab Results Summary                    Page 5

-- Procedure -- ------- Results ------- ( Reference Range  ) ----------
B. STOMACH POLYP, BIOPSY:
- CONSISTENT WITH HYPERPLASTIC POLYP WITH FOCAL CHRONIC ACTIVE
INFLAMMATION AND REACTIVE SURFACE EPITHELIAL CHANGE.

                    AMIT LAMBA M.D.
               ** Report Electronically Signed by AL **

Comment

The tumor is present submucosally and approximately measures 2 mm.

Clinical History
EGD.  Biopsy polyps.

Gross Description
LOG#: HAYS06013062 COL: 11/13/06 07:37 OUTPA FRE REQ: G BHARADHWAJ,M.D.  CONT
               ** HAYWARD MEDICAL CENTER **
The specimens are received in two parts labeled Andy Chan.
Part A  also labeled #1  consists of a tan-white tissue fragment
measuring 0.3 x 0.1 cm.  TEA1.

Part B also labeled #2 consists of three tan-white tissue fragments
all measuring  approximately 0.2 x 0.1 cm.  TEB1.

1mr/11/14/2006
Specimen(s) Received
A: DUODENAL BIOPSY  - DUODENAL BULB POLYP
B: GASTRIC POLYP  - STOMACH POLYP

Patient Name: CHAN, ANDY E
Med. Rec #: 03940340   DOB/Age: 7/2/1949 (Age: 57)   Sex:  M
Facility: Fremont Med Ctr
LOG#: HAYS06013062 COL: 11/13/06 07:37 OUTPA FRE REQ: G BHARADHWAJ,M.D.  CONT
               ** HAYWARD MEDICAL CENTER      **
Location: MEDICINE

Hayward Pathology
27400 Hesperian Blvd.
Hayward, CA  94545
Tel: 510-784-4250  Fax: 510-784-2738
John Metcalf, M.D.  Laboratory Director

  LOG#: 160623301747 COL: 08/21/06 12:06 OUTPA FRE REQ: S INOKUCHI,M.D.
               ** FREMONT MEDICAL CENTER      **
Urinalysis
 Culture?          NOT IND
 Microscopic?      NOT IND
 pH                6.0          ( 4.5-8.0 -        )
  LOG#: 160623301747 COL: 08/21/06 12:06 OUTPA FRE REQ: S INOKUCHI,M.D.   CONT
               ** FREMONT MEDICAL CENTER      **
 Sp. Gravity       1.010        (1.010-30 -        )
 Glucose         * 500mg%       (NEGATIVE -        )
 Blood             NEGATIVE     (NEGATIVE -        )
 Nitrites          NEGATIVE     (NEGATIVE -        )
 Ketones           NEGATIVE     (NEGATIVE -        )
 Leuk Esterase     NEGATIVE     (NEGATIVE -        )
 Protein           NEGATIVE     (NEGATIVE -        )
 Bilirubin         NEGATIVE     (NEGATIVE -        )
 Urobilinogen      0.2EU/dL     ( =<2.0 -        )
 Urine Source      CLEAN

  LOG#: 160623301744 COL: 08/21/06 12:00 OUTPA FRE REQ: S INOKUCHI,M.D.
               ** MARINA WAY SOUTH            **
 Albumin           4.4 g/dL     (   3.3 -   4.7)
 Alkaline Phos     66 U/L       (    37 -   117)
  LOG#: 160623301744 COL: 08/21/06 12:00 OUTPA FRE REQ: S INOKUCHI,M.D.   CONT
               ** MARINA WAY SOUTH            **
 Bili, Tot Adult   0.6 mg/dL    (   0.2 -   1.2)
 Calcium           9.7 mg/dL    (   8.5 -  10.3)
LIPID
 Cholesterol       196 mg/dL    (      -< 239)
 Triglycerides     154 mg/dL    (      -< 199)
 HDL Cholesterol   41 mg/dL     (>    40 -      )

LAB.RES  <SHIFT-F9> FOR COMPLETE LAB RESULTS         HAYSGK  01/17/07 10:12
```

```
/ PATIENT    | P   DER   / CATEGORY  / VIEW     / FR DATE     / TO DATE    /
/ 03940340   |             / LAB         / RESULTS   / 08 / 01   05 / 01 / 17 / 07 /
```

Personal Physician : WESLEY H LISKER,M.D.    HAY
@CHAN,ANDY                    57/M Lab Results Summary                    Page 6

```
-- Procedure --  ------- Results ------- ( Reference Range ) ----------
   LDL Calculated        124 mg/dL       (       -<    129)
   CK (CPK)               93 U/L         (      0 -    200)
   Phosphorus     L       2.6 mg/dL      (     2.7 -    4.5)
   AST (SGOT)             15 U/L         (      10 -     40)
   ALT (SGPT)             15 U/L         (       -<     36)
   Uric Acid      H       9.2 mg/dL      (     2.0 -    8.5)
CHEM7
   BUN            H       24 mg/dL       (      10 -     20)
   Chloride              106 mEq/L       (     100 -    111)
   LOG#: 160623301744 COL: 08/21/06 12:00 OUTPA FRE REQ: S INOKUCHI,M.D.    CONT
                  ** MARINA WAY SOUTH                  **
   CO2            L       23 mEq/L       (      24 -     33)
   Creatinine            0.9 mg/dL       (       -<    1.3)
   Glucose Random H      221 mg/dL       (      60 -    159)
   Potassium             4.5 mEq/L       (     3.5 -    5.3)
   Sodium               140 mEq/L        (     133 -    145)

   LOG#: 160623301745 COL: 08/21/06 12:00 OUTPA FRE REQ: S INOKUCHI,M.D.
                  ** MARINA WAY SOUTH                  **
FK506
   Date LD FK506?     08/20/06 Hours
   Time LD FK506?     1130
   FK506          L       4.2 ng/mL      (     5.0 -    20.0)

   LOG#: 160623301746 COL: 08/21/06 12:00 OUTPA FRE REQ: S INOKUCHI,M.D.
                  ** MARINA WAY SOUTH                  **
CBC
   WBC                    6.6 K/uL       (     3.5 -    12.5)
   RBC                   4.85 M/uL       (    4.10 -    5.70)
   Hemoglobin            16.6 g/dL       (    13.0 -    17.0)
   Hematocrit            45.7 %          (    39.0 -    51.0)
   MCV                     94 fL         (      80 -    100)
   RDW                   12.6 %          (    11.9 -    14.3)
   Plt                    152 K/uL       (     140 -    400)
ADIF
   Neutrophils            61 %           (      50 -     70)
   Lymphocytes            27 %           (      20 -     50)
   Monocyte                8 %           (       1 -     14)
   Eosinophil              4 %           (       0 -      4)
   Basophil                1 %           (       0 -      2)

   LOG#: 160616301524 COL: 06/12/06 11:35 OUTPA FRE REQ: S INOKUCHI,M.D.
                  ** MARINA WAY SOUTH                  **
FK506
   Date LD FK506?     06/11/06 Hours
   Time LD FK506?     2330
   FK506          L       4.2 ng/mL      (     5.0 -    20.0)

   LOG#: 160616301525 COL: 06/12/06 11:35 OUTPA FRE REQ: S INOKUCHI,M.D.
                  ** MARINA WAY SOUTH                  **
CBC
   WBC                    6.0 K/uL       (     3.5 -    12.5)
   RBC                   4.79 M/uL       (    4.10 -    5.70)
   Hemoglobin            16.1 g/dL       (    13.0 -    17.0)
   Hematocrit            44.9 %          (    39.0 -    51.0)
   MCV                     94 fL         (      80 -    100)
   RDW                   12.8 %          (    11.9 -    14.3)
   Plt                    149 K/uL       (     140 -    400)
   LOG#: 160616301525 COL: 06/12/06 11:35 OUTPA FRE REQ: S INOKUCHI,M.D.    CONT
                  ** MARINA WAY SOUTH                  **
ADIF
   Neutrophils            63 %           (      50 -     70)
   Lymphocytes            25 %           (      20 -     50)
   Monocyte                8 %           (       1 -     14)
   Eosinophil              3 %           (       0 -      4)
   Basophil                0 %           (       0 -      2)

   LOG#: 160616301523 COL: 06/12/06 11:34 OUTPA FRE REQ: S INOKUCHI,M.D.
                  ** MARINA WAY SOUTH                  **
   Albumin                4.1 g/dL       (     3.3 -    4.7)
   Alkaline Phos          61 U/L         (      37 -    117)
   Bili, Tot Adult   TEST CANCELLED

LAB.RES  <SHIFT-F9> FOR COMPLETE LAB RESULTS          HAYSGK  01/17/07 10:12
```

LINA 0153

```
'----------------------------------------------------------------'
| PATIENT | F'  DER  | CATEGORY | RESULTS | PR DATE | PV DATE |
| 03960340 | _____ | LAB_____ | RESULTS_ | 08 / 01 | J5 | 01 / 17 / 07 |
'----------------------------------------------------------------'
```

Personal Physician : WESLEY H LISKER,M.D.    HAY
GCHAN,ANDY              57/M Lab Results Summary                    Page 7

```
-- Procedure -- ------- Results ------- ( Reference Range ) ----------
Calcium              10.0 mg/dL       (     8.5 -    10.3)
LIPID
  Cholesterol        196 mg/dL        (       -<    239)
    LOG#: 160616301523 COL: 06/12/06 11:34 OUTPA FRE REQ: S INOKUCHI,M.D.    CONT
                ** MARINA WAY SOUTH        **
  Triglycerides      176 mg/dL        (       -<    199)
  HDL Cholesterol L   39 mg/dL        (>  40 -      )
  LDL Calculated     122 mg/dL        (       -<    129)
  CK (CPK)            85 U/L          (     0 -     200)
  Phosphorus      L   2.5 mg/dL       (     2.7 -    4.5)
AST (SGOT)         TEST CANCELLED
  ALT (SGPT)          13 U/L          (       -<     36)
  Uric Acid       H   9.7 mg/dL       (     2.0 -    8.5)
CHEM7
  BUN             H   24 mg/dL        (    10 -      20)
  Chloride           106 mEq/L        (   100 -     111)
  CO2             L   22 mEq/L        (    24 -      33)
  Creatinine         0.8 mg/dL        (       -<    1.3)
  Glucose Random     143 mg/dL        (    60 -     159)
  Potassium          4.1 mEq/L        (     3.5 -    5.3)
    LOG#: 160616301523 COL: 06/12/06 11:34 OUTPA FRE REQ: S INOKUCHI,M.D.    CONT
                ** MARINA WAY SOUTH        **
  Sodium             139 mEq/L        (   133 -     145)


    LOG#: 160616301532 COL: 06/12/06 11:34 OUTPA FRE REQ: G BHARADHWAJ,M.D.
                ** MARINA WAY SOUTH        **
  Bili, Tot Adult    0.9 mg/dL        (     0.2 -    1.2)
  AFP, NonMaterna    2.7 ng/mL        (     0.0 -   15.0)
  AST (SGOT)          16 U/L          (    10 -      40)


    LOG#: 160616301533 COL: 06/12/06 11:34 OUTPA FRE REQ: G BHARADHWAJ,M.D.
                ** TPMG Regional Lab, Berkeley   **
  Hep B e Ag         NEGATIVE


    LOG#: 160616301534 COL: 06/12/06 11:33 OUTPA FRE REQ: G BHARADHWAJ,M.D.
                ** QUEST DIAGNOSTICS        **


    LOG#: 160616301534 COL: 06/12/06 11:33 OUTPA FRE REQ: G BHARADHWAJ,M.D.    CONT
                ** QUEST DIAGNOSTICS        **
HBV QNP
  Hep B PCR          <100 IU/mL       (   <100 -      )
  Hep B Copies       <160 #/mL        (   <160 -      )
This test was developed and its performance characteristics determined
by Quest Diagnostics Nichols Institute. It has not been cleared or
approved by the U.S. Food and Drug Administration. The FDA has
determined that such clearance or approval is not necessary.
Performance characteristics refer to the analytical performance of the
test.
This test is performed pursuant to a license agreement with Roche
Molecular Systems, Inc.


    LOG#: 160616301526 COL: 06/12/06 11:11 OUTPA FRE REQ: S INOKUCHI,M.D.
                ** FREMONT MEDICAL CENTER    **


    LOG#: 160616301526 COL: 06/12/06 11:11 OUTPA FRE REQ: S INOKUCHI,M.D.    CONT
                ** FREMONT MEDICAL CENTER    **
Urinalysis
  Culture?           NOT IND
  Microscopic?       NOT IND
  pH                 6.0              ( 4.5-8.0 -      )
  Sp. Gravity    *   <=1.005          (1.010-30 -      )
  Glucose            NEGATIVE         (NEGATIVE -      )
  Blood              NEGATIVE         (NEGATIVE -      )
  Nitrites           NEGATIVE         (NEGATIVE -      )
  Ketones            NEGATIVE         (NEGATIVE -      )
  Leuk Esterase      NEGATIVE         (NEGATIVE -      )
  Protein            NEGATIVE         (NEGATIVE -      )
  Bilirubin          NEGATIVE         (NEGATIVE -      )
  Urobilinogen       0.2EU/dL         (    =<2.0 -     )
  Urine Source       CLEAN

    LOG#: 160614800629 COL: 05/28/06 10:40 OUTPA HAY REQ: W H LISKER,M.D.

LAB.RES  <SHIFT-F9> FOR COMPLETE LAB RESULTS        HAYSGK  01/17/07 10:12
```

Kaiser Permanente - Confidential Patient Information

LINA 0154

```
.--------------.--------.---------.----------.---------.-------.-------.
|  PATIENT #   |  PGR   | CATEGORY | VIEW    | FRE DATE | FRE DATE | DATE |
| 03940340     | _____ | LAB_____ | RESULTS__ | 08 / 01 | 05 | 01 / 17 / 07 |
'--------------'--------'---------'----------'---------'-------'-------'
```

Personal Physician : WESLEY H LISKER,M.D.    HAY
@CHAN,ANDY              57/M Lab Results Summary                Page 8

    -- Procedure -- ------- Results ------- ( Reference Range ) ----------
                        ** MARINA WAY SOUTH            **
HGBA1C
 HGB A1C          H     6.8 %         (     4.6 -     6.0)

  LOG#: 160614800631 COL: 05/28/06 10:40 OUTPA FRE REQ: S INOKUCHI,M.D.
                    ** MARINA WAY SOUTH            **
FK506
Date LD FK506?    05-27-06 Hours
Time LD FK506?         2230
 FK506            L     3.8 ng/mL       (     5.0 -    20.0)

  LOG#: FRES06002288 COL: 05/23/06 07:35 OUTPA FRE REQ: G BHARADHWAJ,M.D.
                    ** FREMONT MEDICAL CENTER        **
SP FINAL RPT

  LOG#: FRES06002288 COL: 05/23/06 07:35 OUTPA FRE REQ: G BHARADHWAJ,M.D.  CONT
                    ** FREMONT MEDICAL CENTER        **
Provider: GAYATRI BHARADHWAJ M.D.
Collected: 5/23/2006                    Case #: FRES06-2288
                    Surgical Pathology Report
FINAL PATHOLOGIC DIAGNOSIS
A-C. DUODENAL BIOPSIES, BULB, SECOND PORTION AND BASE: DUODENUM
MUCOSA WITH MILD NONSPECIFIC CHRONIC INFLAMMATION.

                    XIANGPING LU M.D.
                ** Report Electronically Signed by XL **

   Comment

This specimen was diagnosed and signed out at the
Kaiser Hayward Medical Center
CLIA License # 05D0062842
27400 Hesperian Blvd.
LOG#: FRES06002288 COL: 05/23/06 07:35 OUTPA FRE REQ: G BHARADHWAJ,M.D.  CONT
                    ** FREMONT MEDICAL CENTER        **
Hayward, Ca. 94545
510-784-4250

Clinical History
EGD.

Gross Description
The specimens are received in three parts labeled Andy Chan.
Part A consists of two tan tissue fragments measuring 0.2 x 0.2 x
0.2 and 0.4 x 0.4 x 0.3 cm.  TEA.

Part B consists of a tan tissue fragment measuring 0.4 x 0.4 x 0.4
cm.  TEB.

Part C consists of two tan tissue fragments measuring 0.2 x 0.2 x
LOG#: FRES06002288 COL: 05/23/06 07:35 OUTPA FRE REQ: G BHARADHWAJ,M.D.  CONT
                    ** FREMONT MEDICAL CENTER        **
0.2 and 0.3 x 0.3 x 0.3 cm.  TEC.

lmr/5/24/2006
Specimen(s) Received
A: DUODENAL BIOPSY, (specify site)  - Bulb
B: DUODENAL BIOPSY, (specify site)  - 2nd portion
C: DUODENAL BIOPSY, (specify site)  - Base

Patient Name: CHAN, ANDY E
Med. Rec #: 03940340    DOB/Age: 7/2/1949 (Age: 56)    Sex:  M
Facility: Fremont Med Ctr
Location: MEDICINE

Fremont Pathology
39400 Paseo Padre Parkway
LOG#: FRES06002288 COL: 05/23/06 07:35 OUTPA FRE REQ: G BHARADHWAJ,M.D.  CONT
                    ** FREMONT MEDICAL CENTER        **
Fremont, CA 94538
Tel: 510-784-4250  Fax: 510-784-2738
John Metcalf, M.D. Laboratory Director


LAB.RES  <SHIFT-F9> FOR COMPLETE LAB RESULTS        HAYSGK 01/17/07 10:12

            Kaiser Permanente - Confidential Patient Information
```

LINA 0155

```
,----------,----------,----------,----------,----------,----------,
| PATIENT  | VER      | CATEGORY | VER      | THRU DAY | DATE     |
| 03940340 | _____ | LAB____  | RESULTS  | 08 / 01  05 01 / 17 / 07 |
`----------'----------'----------'----------'----------'----------'
```

Personal Physician : WESLEY N LISKER,M.D.     HAY
CHAN,ANDY               57/M Lab Results Summary                    Page 9

-- Procedure -- ------- Results ------- ( Reference Range ) ----------
LOG#: 16W006005494 COL: 05/18/06 11:36 OUTPA FRE REQ: S INOKUCHI,M.D.
               ** TPMG Regional Lab, Berkeley    **

Urine Culture
  SOURCE:         CLEAN CATCH URINE
--------------------- FINAL REPORT ----------------------
NO GROWTH AT 24 HOURS


   LOG#: 160613801420 COL: 05/18/06 11:01 OUTPA FRE REQ: S INOKUCHI,M.D.
               ** MARINA WAY SOUTH            **
  Albumin            3.9 g/dL        (    3.3 -   4.7)
   LOG#: 160613801420 COL: 05/18/06 11:01 OUTPA FRE REQ: S INOKUCHI,M.D.   CONT
               ** MARINA WAY SOUTH            **
  Alkaline Phos       68 U/L         (     37 -   117)
  Bili, Tot Adult    0.7 mg/dL       (    0.2 -   1.2)
  Calcium            9.5 mg/dL       (    8.5 -  10.3)
LIPID
  Cholesterol        178 mg/dL       (       -<  239)
  Triglycerides   H  224 mg/dL       (       -<  199)
  HDL Cholesterol L   37 mg/dL       (>    40 -      )
  LDL Calculated      96 mg/dL       (       -<  129)
  CK (CPK)            70 U/L         (      0 -   200)
  Phosphorus         2.9 mg/dL       (    2.7 -   4.5)
  AST (SGOT)          15 U/L         (     10 -    40)
  ALT (SGPT)          14 U/L         (       -<   36)
  Uric Acid       H  8.8 mg/dL       (    2.0 -   8.5)
CHEM7
  BUN             H   23 mg/dL       (     10 -    20)
   LOG#: 160613801420 COL: 05/18/06 11:01 OUTPA FRE REQ: S INOKUCHI,M.D.   CONT
               ** MARINA WAY SOUTH            **
  Chloride           104 mEq/L       (    100 -   111)
  CO2             L   21 mEq/L       (     24 -    33)
  Creatinine         0.8 mg/dL       (       -<   1.3)
  Glucose Random  H  236 mg/dL       (     60 -   159)
  Potassium          3.8 mEq/L       (    3.5 -   5.3)
  Sodium             137 mEq/L       (    133 -   145)


   LOG#: 160613801421 COL: 05/18/06 11:01 OUTPA FRE REQ: S INOKUCHI,M.D.
               ** MARINA WAY SOUTH            **
FK506
  Date LD FK506?     051706  Hours
  Time LD FK506?     2300
  FK506           L  2.5 ng/mL       (    5.0 -  20.0)


   LOG#: 160613801422 COL: 05/18/06 11:01 OUTPA FRE REQ: S INOKUCHI,M.D.
               ** MARINA WAY SOUTH            **
CBC
  WBC                7.0 K/uL        (    3.5 -  12.5)
  RBC               4.82 M/uL        (   4.10 -  5.70)
  Hemoglobin        16.4 g/dL        (   13.0 -  17.0)
  Hematocrit        46.7 %           (   39.0 -  51.0)
  MCV                 97 fL          (     80 -   100)
  RDW               13.3 %           (   11.9 -  14.3)
  Plt                179 K/uL        (    140 -   400)
ADIF
  Neutrophils         57 %           (     50 -    70)
  Lymphocytes         32 %           (     20 -    50)
  Monocyte             8 %           (      1 -    14)
  Eosinophil           3 %           (      0 -     4)
  Basophil             0 %           (      0 -     2)


   LOG#: 160613801423 COL: 05/18/06 10:45 OUTPA FRE REQ: S INOKUCHI,M.D.
               ** FREMONT MEDICAL CENTER       **
Urinalysis
  Culture?          INDICATD
  Microscopic?      INDICATD
  pH                 6.0            ( 4.5-8.0 -      )
  Sp. Gravity        1.010          (1.010-30 -      )
  Glucose           NEGATIVE        (NEGATIVE -      )
  Blood        *     TRACE          (NEGATIVE -      )
  Nitrites          NEGATIVE        (NEGATIVE -      )
  Ketones           NEGATIVE        (NEGATIVE -      )
  Leuk Esterase     NEGATIVE        (NEGATIVE -      )

LAB.RES   <SHIFT-F9> FOR COMPLETE LAB RESULTS          HAYSGK 01/17/07 10:12
```

```
,--------------.--------.---------.---------.--------.-------------,
|  PATIENT #   |  SITE  | CATEGORY | VER #  | REC DATE | REC DATE  |
| 03940360     |        |   LAB    | RESULTS| 08 / 01  05| 01 / 17 / 07 |
'--------------'--------'---------'---------'--------'-------------'
```

Personal Physician : WESLEY H LISKER,M.D.    HAY
@CHAN,ANDY          57/M Lab Results Summary                    Page 10

```
-- Procedure -- ------- Results ------- ( Reference Range  ) ----------
Protein          NEGATIVE              (NEGATIVE -          )
Bilirubin        NEGATIVE              (NEGATIVE -          )
Urobilinogen     0.2EU/dL              ( =<2.0 -           )
Urine Source     CLEAN
```

   LOG#: 160613801423 COL: 05/18/06 10:45 OUTPA FRE REQ: S INOKUCHI,M.D.    CONT
                   ** FREMONT MEDICAL CENTER          **

Urine Micro
```
 Culture?         INDICATD
 Urine WBC        NOT SEEN             ( 0-5/HPF -         )
 Urine RBC        0-2                  ( 0-2/HPF -         )
 Bacteria         NOT SEEN             ( 0-RARE -          )
```

   LOG#: 160606000566 COL: 03/01/06 07:38 OUTPA FRE REQ: S INOKUCHI,M.D.
                   ** TPMG Regional Lab, Berkeley     **

U PROTCREA
```
 U Protein, Rand  <6 mg/dL
 U Creatinine     34 mg/dL
 Pro/Creat Ratio  <0.18 mg/mg          (        -<   0.19)
```
                   ** FREMONT MEDICAL CENTER          **

Urinalysis
```
 Culture?         NOT IND
```
   LOG#: 160606000566 COL: 03/01/06 07:38 OUTPA FRE REQ: S INOKUCHI,M.D.    CONT
                   ** FREMONT MEDICAL CENTER          **
```
 Microscopic?     NOT IND
 pH               7.5                  ( 4.5-8.0 -        )
 Sp. Gravity      1.010                (1.010-30 -        )
 Glucose          NEGATIVE             (NEGATIVE -        )
 Blood            NEGATIVE             (NEGATIVE -        )
 Nitrites         NEGATIVE             (NEGATIVE -        )
 Ketones          NEGATIVE             (NEGATIVE -        )
 Leuk Esterase    NEGATIVE             (NEGATIVE -        )
 Protein          NEGATIVE             (NEGATIVE -        )
 Bilirubin        NEGATIVE             (NEGATIVE -        )
 Urobilinogen     0.2EU/dL             ( =<2.0 -         )
 Urine Source     CLEAN
```

   LOG#: 160606000563 COL: 03/01/06 07:35 OUTPA FRE REQ: S INOKUCHI,M.D.
                   ** MARINA WAY SOUTH             **
```
 Albumin          4.1 g/dL             (   3.3 -   4.7)
 Alkaline Phos    65 U/L               (   37 -   117)
 Magnesium     L  1.5 mg/dL            (   1.7 -   2.3)
 Amylase          64 U/L               (       -<   97)
 Bili, Tot Adult  0.6 mg/dL            (   0.2 -   1.2)
 Calcium          9.3 mg/dL            (   8.5 -  10.3)
```
LIPID
```
 Cholesterol      180 mg/dL            (       -<  239)
 Triglycerides    178 mg/dL            (       -<  199)
 HDL Cholesterol L 38 mg/dL            (>  40 -       )
 LDL Calculated   106 mg/dL            (       -<  129)
 Phosphorus       3.1 mg/dL            (   2.7 -   4.5)
```
                   ** TPMG Regional Lab, Berkeley  **
GPEP
```
 Albumin %        56.9 %               (  51.7 -  65.6)
```
   LOG#: 160606000563 COL: 03/01/06 07:35 OUTPA FRE REQ: S INOKUCHI,M.D.    CONT
                   ** TPMG Regional Lab, Berkeley  **
```
 Alpha-1 %        5.8 %                (   4.2 -   9.1)
 Alpha-2 %        11.8 %               (   7.4 -  14.4)
 Beta %           10.2 %               (   7.6 -  12.8)
 Gamma %          15.4 %               (   9.5 -  20.1)
 Albumin          3.9 g/dL             (   3.9 -   5.1)
 A-1 Globulin     0.4 g/dL             (   0.3 -   0.7)
 A-2 Globulin     0.8 g/dL             (   0.5 -   1.1)
 Beta Globulin    0.7 g/dL             (   0.6 -   1.0)
 Gamma Globulin   1.0 g/dL             (   0.7 -   1.7)
```
                   ** MARINA WAY SOUTH             **
```
 Protein, Total   6.8 g/dL             (   6.0 -   7.7)
```
                   ** TPMG Regional Lab, Berkeley  **

GPEP INTRP
```
 PEP INTERP       SEE NOTE
```
No Homogeneous Band or Spike Seen
   LOG#: 160606000563 COL: 03/01/06 07:35 OUTPA FRE REQ: S INOKUCHI,M.D.    CONT

LAB.RES  <SHIFT-F9> FOR COMPLETE LAB RESULTS          HAYSGK  01/17/07 10:12

*Kaiser Permanente - Confidential Patient Information*

LINA 0157

```
| PATTERN    | ORDER      | CATEGORY | RESULTS   | RX DATE | VB DATE |
| 03940340   | _____ | LAB      | RESULTS   | 08 / 01 | 05 | 01 / 17 / 07 |
```

        Personal Physician : WESLEY H LISKER,M.D.    HAY
        @CHAN,ANDY              57/M Lab Results Summary              Page 11

      -- Procedure -- ------ Results ------ ( Reference Range ) ----------
                       ** MARINA WAY SOUTH              **
      AST (SGOT)           15 U/L          (     10 -     40)
      ALT (SGPT)           25 U/L          (       -<     36)
      TSH                  2.6 uIU/mL      (    0.2 -    5.5)
      Uric Acid      H     9.2 mg/dL       (    2.0 -    8.5)
      CHEM7
      BUN            H     23 mg/dL        (     10 -     20)
      Chloride            104 mEq/L        (    100 -    111)
      CO2                  27 mEq/L        (     24 -     33)
      Creatinine          0.9 mg/dL        (       -<    1.3)
      Glucose Random H    173 mg/dL        (     60 -    159)
      Potassium           4.1 mEq/L        (    3.5 -    5.3)
      Sodium              141 mEq/L        (    133 -    145)

      LOG#: 160606000564 COL: 03/01/06 07:35 OUTPA FRE REQ: S INOKUCHI,M.D.
                       ** MARINA WAY SOUTH              **
      Vitamin B-12        310 pg/mL        (>   200 -        )
      Folate              15.5 ng/mL       (    3.0 -    17.0)

      LOG#: 160606000565 COL: 03/01/06 07:35 OUTPA FRE REQ: S INOKUCHI,M.D.
                       ** MARINA WAY SOUTH              **
      CBC
      WBC                 5.5 K/uL         (    3.5 -    12.5)
      RBC                 4.64 M/uL        (   4.10 -    5.70)
      Hemoglobin          15.8 g/dL        (   13.0 -    17.0)
      Hematocrit          44.6 %           (   39.0 -    51.0)
      MCV                 96 fL            (     80 -    100)
      RDW                 12.9 %           (   11.9 -    14.3)
      Plt            L    135 K/uL         (    140 -    400)
      ADIF
      Neutrophils         51 %             (     50 -     70)
      LOG#: 160606000565 COL: 03/01/06 07:35 OUTPA FRE REQ: S INOKUCHI,M.D.    CONT
                       ** MARINA WAY SOUTH              **
      Lymphocytes         33 %             (     20 -     50)
      Monocyte            11 %             (      1 -     14)
      Eosinophil     H    6 %              (      0 -      4)
      Basophil            1 %              (      0 -      2)

      LOG#: 160605800964 COL: 02/27/06 10:06 OUTPA FRE REQ: G BHARADHWAJ,M.D.
                       ** MARINA WAY SOUTH              **
      FK506
      Date LD FK506?      022606 Hours
      Time LD FK506?      2330
      FK506               6.6 ng/mL        (    5.0 -    20.0)

      LOG#: 160605800962 COL: 02/27/06 10:05 OUTPA FRE REQ: G BHARADHWAJ,M.D.
                       ** MARINA WAY SOUTH              **
      Alkaline Phos       63 U/L           (     37 -    117)
      LOG#: 160605800962 COL: 02/27/06 10:05 OUTPA FRE REQ: G BHARADHWAJ,M.D.    CONT
                       ** MARINA WAY SOUTH              **
      Bili, Tot Adult     0.7 mg/dL        (    0.2 -    1.2)
      COMMENT:        Test(s) Added: CK; Per: BHARADHWAJ ; Date/Time: 02/28/06
                      11:04, ID: RLAMAN
      CK (CPK)            95 U/L           (      0 -    200)
      AFP, NonMaterna     3.1 ng/mL        (    0.0 -    15.0)
      AST (SGOT)          21 U/L           (     10 -     40)
      ALT (SGPT)          28 U/L           (       -<     36)

      LOG#: 160605800963 COL: 02/27/06 10:05 OUTPA FRE REQ: G BHARADHWAJ,M.D.
                       ** TPMG Regional Lab, Berkeley   **
      Hep B e Ag          NEGATIVE

      LOG#: 160605800965 COL: 02/27/06 10:05 OUTPA FRE REQ: G BHARADHWAJ,M.D.
                       ** QUEST DIAGNOSTICS             **

      LOG#: 160605800965 COL: 02/27/06 10:05 OUTPA FRE REQ: G BHARADHWAJ,M.D.    CONT
                       ** QUEST DIAGNOSTICS             **
      HBV QNP
      Hep B PCR      H    457 IU/mL        (   <100 -        )
      Hep B Copies   H    804 #/mL         (   <160 -        )
      This test was developed and its performance characteristics determined
      by Quest Diagnostics Nichols Institute. It has not been cleared or

      LAB.RES  <SHIFT-F9> FOR COMPLETE LAB RESULTS        HAYSGK 01/17/07 10:12

Kaiser Permanente - Confidential Patient Information

LINA 0158

```
|----------------|-------|----------|-----------|----------|----------|
| 03940340       |       | LAB      | RESULTS   | 08 / 01  | 05  | 01 / 17 / 07 |
```

Personal Physician : WESLEY H LISKER, M.D.    HAY
@CHAN, ANDY              57/M Lab Results Summary                    Page 12

    -- Procedure -- ------ Results ------ ( Reference Range ) ----------
approved by the U.S. Food and Drug Administration. The FDA has
determined that such clearance or approval is not necessary.
Performance characteristics refer to the analytical performance of the
test.
This test is performed pursuant to a license agreement with Roche
Molecular Systems, Inc.

   LOG#: 160605800970 COL: 02/27/06 09:48 OUTPA FRE REQ: G BHARADHWAJ,M.D.
               ** FREMONT MEDICAL CENTER       **

   LOG#: 160605800970 COL: 02/27/06 09:48 OUTPA FRE REQ: G BHARADHWAJ,M.D.  CONT
               ** FREMONT MEDICAL CENTER       **
Urinalysis
  Culture?          NOT IND
  Microscopic?      NOT IND
  pH                6.5               ( 4.5-8.0 -       )
  Sp. Gravity       1.010             (1.010-30 -       )
  Glucose           NEGATIVE          (NEGATIVE -       )
  Blood             NEGATIVE          (NEGATIVE -       )
  Nitrites          NEGATIVE          (NEGATIVE -       )
  Ketones           NEGATIVE          (NEGATIVE -       )
  Leuk Esterase     NEGATIVE          (NEGATIVE -       )
  Protein           NEGATIVE          (NEGATIVE -       )
  Bilirubin         NEGATIVE          (NEGATIVE -       )
  Urobilinogen      0.2EU/dL          (  =<2.0 -       )
  Urine Source      CLEAN

   LOG#: 160605800969 COL: 02/27/06 09:23 OUTPA FRE REQ: G BHARADHWAJ,M.D.
CK (CPK)          TEST CANCELLED
COMMENT:          ADDED TO REGIONAL LAB 02/27/06 14:52

   LOG#: 160535701716 COL: 12/23/05 13:31 OUTPA FRE REQ: S INOKUCHI,M.D.
               ** FREMONT MEDICAL CENTER       **
Urinalysis
  Culture?          NOT IND
  Microscopic?      NOT IND
  pH                6.0               ( 4.5-8.0 -       )
  Sp. Gravity       1.020             (1.010-30 -       )
  Glucose        *  100mg%            (NEGATIVE -       )
  Blood             NEGATIVE          (NEGATIVE -       )
  Nitrites          NEGATIVE          (NEGATIVE -       )
  Ketones           NEGATIVE          (NEGATIVE -       )
  Leuk Esterase     NEGATIVE          (NEGATIVE -       )
  Protein           NEGATIVE          (NEGATIVE -       )
   LOG#: 160535701716 COL: 12/23/05 13:31 OUTPA FRE REQ: S INOKUCHI,M.D.   CONT
               ** FREMONT MEDICAL CENTER       **
  Bilirubin         NEGATIVE          (NEGATIVE -       )
  Urobilinogen      1.0EU/dL          (  =<2.0 -       )
  Urine Source      CLEAN

   LOG#: 160535701713 COL: 12/23/05 13:07 OUTPA FRE REQ: S INOKUCHI,M.D.
               ** MARINA WAY SOUTH            **
  Albumin           4.2 g/dL          (   3.3 -    4.7)
  Alkaline Phos     64 U/L            (    37 -   117)
  Bili, Tot Adult   0.7 mg/dL         (   0.2 -   1.2)
  Calcium           9.5 mg/dL         (   8.5 -  10.3)
LIPID
  Cholesterol       191 mg/dL         (       -<  239)
  Triglycerides  H  231 mg/dL         (       -<  199)
  HDL Cholesterol L 33 mg/dL          (>    40 -      )
  LDL Calculated    112 mg/dL         (       -<  129)
   LOG#: 160535701713 COL: 12/23/05 13:07 OUTPA FRE REQ: S INOKUCHI,M.D.   CONT
               ** MARINA WAY SOUTH            **
  Phosphorus     L  2.5 mg/dL         (   2.7 -   4.5)
  AST (SGOT)        15 U/L            (    10 -    40)
  ALT (SGPT)        17 U/L            (       -<   36)
  Uric Acid      H  10.3 mg/dL        (   2.0 -   8.5)
CHEM7
  BUN            H  22 mg/dL          (    10 -    20)
  Chloride          107 mEq/L         (   100 -   111)
  CO2            L  21 mEq/L          (    24 -    33)
  Creatinine        1.0 mg/dL         (       -<  1.3)

LAB.RES  <SHIFT-F9> FOR COMPLETE LAB RESULTS           HAYSGK  01/17/07 10:12
```

*Kaiser Permanente - Confidential Patient Information*

```
| PATIENT NUMBER | ACCOUNT #  | DATE       | RESULTS   | DATE     | DATE       |
| 03940340       |            | LAB        | RESULTS   | 08 / 01  05 | 01 / 17 / 07 |
```

Personal Physician : WESLEY H LISKER,M.D.    HAY
@CHAN,ANDY              57/M Lab Results Summary                    Page 13

```
-- Procedure -- ------ Results ------ ( Reference Range ) ---------
Glucose Random  H    167 mg/dL       (    60 -    159)
Potassium            4.2 mEq/L        (   3.5 -    5.3)
Sodium               138 mEq/L        (   133 -    145)
```

    LOG#: 160535701714 COL: 12/23/05 13:07 OUTPA FRE REQ: S INOKUCHI,M.D.
                  ** MARINA WAY SOUTH           **
FK506
Date LD FK506?    12/22/05 Hours
Time LD FK506?    2400
FK506         L    3.8 ng/mL          (    5.0 -    20.0)

    LOG#: 160535701715 COL: 12/23/05 13:07 OUTPA FRE REQ: S INOKUCHI,M.D.
                  ** MARINA WAY SOUTH           **
CBC
  WBC              5.6 K/uL           (   3.5 -    12.5)
  RBC              4.86 M/uL          (   4.10 -   5.70)
  Hemoglobin       16.6 g/dL          (   13.0 -   17.0)
  Hematocrit       46.5 %             (   39.0 -   51.0)
  MCV              96 fL              (    80 -    100)
  RDW              12.8 %             (   11.9 -   14.3)
  Plt              142 K/uL           (   140 -    400)
    LOG#: 160535701715 COL: 12/23/05 13:07 OUTPA FRE REQ: S INOKUCHI,M.D.   CONT
                  ** MARINA WAY SOUTH           **
ADIF
  Neutrophils      61 %               (    50 -    70)
  Lymphocytes      26 %               (    20 -    50)
  Monocyte         9 %                (    1 -     14)
  Eosinophil       4 %                (    0 -     4)
  Basophil         1 %                (    0 -     2)

    LOG#: 160532701815 COL: 11/23/05 12:41 OUTPA FRE REQ: G BHARADHWAJ,M.D.
                  ** MARINA WAY SOUTH           **
Alkaline Phos      71 U/L             (    37 -    117)
Bili, Tot Adult    0.8 mg/dL          (   0.2 -    1.2)
AST (SGOT)         18 U/L             (    10 -    40)
ALT (SGPT)         20 U/L             (         -<   36)

    LOG#: 160532701816 COL: 11/23/05 12:41 OUTPA FRE REQ: G BHARADHWAJ,M.D.
                  ** FREMONT MEDICAL CENTER     **
PT + APTT
Anticoag Ther?    NOT IND
APTT, Patient      27.1 Sec           (   23.4 -   33.6)
PT, Patient        11.1 Sec           (   9.2 -    11.6)
PT INR             1.1 Ratio          (   0.9 -    1.1)

    LOG#: 160532701817 COL: 11/23/05 12:41 OUTPA FRE REQ: G BHARADHWAJ,M.D.
                  ** TPMG Regional Lab, Berkeley **
Hep B e Ag        NEGATIVE

    LOG#: 160532701818 COL: 11/23/05 12:41 OUTPA FRE REQ: G BHARADHWAJ,M.D.
                  ** MARINA WAY SOUTH           **
CBC
  WBC              6.9 K/uL           (   3.5 -    12.5)
  RBC              4.95 M/uL          (   4.10 -   5.70)
    LOG#: 160532701818 COL: 11/23/05 12:41 OUTPA FRE REQ: G BHARADHWAJ,M.D.   CONT
                  ** MARINA WAY SOUTH           **
  Hemoglobin       16.8 g/dL          (   13.0 -   17.0)
  Hematocrit       47.7 %             (   39.0 -   51.0)
  MCV              96 fL              (    80 -    100)
  RDW              12.8 %             (   11.9 -   14.3)
  Plt              141 K/uL           (   140 -    400)

    LOG#: 160532701819 COL: 11/23/05 12:41 OUTPA FRE REQ: G BHARADHWAJ,M.D.
                  ** QUEST DIAGNOSTICS          **
HBV QNP
  Hep B PCR     H    10300 IU/mL       (   < 100 -       )
  Hep B Copies  H    22800 #/mL        (   < 160 -       )
This test was developed and its performance characteristics determined
by Quest Diagnostics Nichols Institute. It has not been cleared or
approved by the U.S. Food and Drug Administration. The FDA has
determined that such clearance or approval is not necessary.
    LOG#: 160532701819 COL: 11/23/05 12:41 OUTPA FRE REQ: G BHARADHWAJ,M.D.   CONT

LAB.RES  <SHIFT-F9> FOR COMPLETE LAB RESULTS         HAYSGK  01/17/07 10:12

        Kaiser Permanente - Confidential Patient Information
```

LINA 0160

```
| PATIENT | COLLECT | VISIT | REC DATE | REQ DATE |
| 03940340 | _____ | LAB_____ | RESULTS___ | 08 / 01 . 05 | 01 / 17 / 07 |
```

Personal Physician : WESLEY H LISKER,M.D.    HAY
@CHAN,ANDY         57/M Lab Results Summary                Page 14

-- Procedure -- ------- Results ------- ( Reference Range ) ----------
              ** QUEST DIAGNOSTICS              **
Performance characteristics refer to the analytical performance of the
test.
This test is performed pursuant to a license agreement with Roche
Molecular Systems, Inc.

  LOG#: 160532201914 COL: 11/18/05 15:48 OUTPA FRE REQ: S INOKUCHI,M.D.
                 ** FREMONT MEDICAL CENTER        **
Urinalysis
  Culture?          NOT IND
  Microscopic?      NOT IND
  pH                6.5              ( 4.5-8.0 -      )
  Sp. Gravity       1.015            (1.010-30 -      )
  Glucose       *   500mg%           (NEGATIVE -      )
  Blood             NEGATIVE         (NEGATIVE -      )
  Nitrites          NEGATIVE         (NEGATIVE -      )
  LOG#: 160532201914 COL: 11/18/05 15:48 OUTPA FRE REQ: S INOKUCHI,M.D.    CONT
                 ** FREMONT MEDICAL CENTER        **
  Ketones           NEGATIVE         (NEGATIVE -      )
  Leuk Esterase     NEGATIVE         (NEGATIVE -      )
  Protein           NEGATIVE         (NEGATIVE -      )
  Bilirubin         NEGATIVE         (NEGATIVE -      )
  Urobilinogen      0.2EU/dL         ( =<2.0 -       )
  Urine Source      CLEAN

  LOG#: 160532201911 COL: 11/18/05 13:07 OUTPA FRE REQ: S INOKUCHI,M.D.
                 ** MARINA WAY SOUTH              **
  Albumin           4.2 g/dL         (   3.3 -    4.7)
  Alkaline Phos     61 U/L           (   37 -    117)
  Bili, Tot Adult   0.9 mg/dL        (   0.2 -    1.2)
  Calcium           9.7 mg/dL        (   8.5 -   10.3)
LIPID
  Cholesterol       172 mg/dL        (      =<   239)
  LOG#: 160532201911 COL: 11/18/05 13:07 OUTPA FRE REQ: S INOKUCHI,M.D.    CONT
                 ** MARINA WAY SOUTH              **
  Triglycerides     181 mg/dL        (      =<   199)
  HDL Cholesterol L 34 mg/dL         (>  40 -       )
  LDL Calculated    102 mg/dL        (      =<   129)
  Phosphorus    L   2.5 mg/dL        (   2.7 -    4.5)
  AST (SGOT)        15 U/L           (   10 -     40)
  ALT (SGPT)        15 U/L           (      =<    36)
  Uric Acid     H   8.7 mg/dL        (   2.0 -    8.5)
CHEM7
  BUN               18 mg/dL         (   10 -     20)
  Chloride          105 mEq/L        (  100 -    111)
  CO2               27 mEq/L         (   24 -     33)
  Creatinine        0.9 mg/dL        (      =<    1.3)
  Glucose Random    158 mg/dL        (   60 -    159)
  Potassium         4.1 mEq/L        (   3.5 -    5.3)
  Sodium            138 mEq/L        (  133 -    145)
  LOG#: 160532201912 COL: 11/18/05 13:07 OUTPA FRE REQ: S INOKUCHI,M.D.
                 ** MARINA WAY SOUTH              **
FK506
  Date LD FK5067    111705 Hours
  Time LD FK5067    2300
  FK506         L   4.7 ng/mL        (   5.0 -    20.0)

  LOG#: 160532201913 COL: 11/18/05 13:07 OUTPA FRE REQ: S INOKUCHI,M.D.
                 ** MARINA WAY SOUTH              **
CBC
  WBC               6.1 K/uL         (   3.5 -    12.5)
  RBC               4.78 M/uL        (   4.10 -    5.70)
  Hemoglobin        16.4 g/dL        (   13.0 -    17.0)
  Hematocrit        46.7 %           (   39.0 -    51.0)
  MCV               98 fL            (   80 -    100)
  RDW               12.7 %           (   11.9 -    14.3)
  Plt               143 K/uL         (  140 -    400)
  LOG#: 160532201913 COL: 11/18/05 13:07 OUTPA FRE REQ: S INOKUCHI,M.D.    CONT
                 ** MARINA WAY SOUTH              **
ADIF
  Neutrophils   L   44 %            (   50 -     70)
  Lymphocytes       40 %            (   20 -     50)

LAB.RES  <SHIFT-F9> FOR COMPLETE LAB RESULTS          HAYSGK  01/17/07 10:12
```

```
| 03940340   |              | LAB        | RESULTS   | 08 / 01   05 / 01 / 17 / 07 |
```

Personal Physician : WESLEY H LISKER,M.D.    HAY
@CHAN,ANDY                57/M Lab Results Summary                    Page 15

```
-- Procedure -- ------ Results ------ ( Reference Range  ) ---------
Monocyte              10 %           (    1 -    14)
Eosinophil      H      5 %           (    0 -     4)
Basophil               1 %           (    0 -     2)
```

LOG#: 160526601382 COL: 09/23/05 11:47 OUTPA FRE REQ: W H LISKER,M.D.
            ** MARINA WAY SOUTH            **

HGBA1C
```
HGB A1C         H      7.9 %          (    4.6 -    6.0)
```

LOG#: 16W005008168 COL: 09/23/05 11:46 OUTPA FRE REQ: S INOKUCHI,M.D.
            ** TPMG Regional Lab, Berkeley    **

LOG#: 16W005008168 COL: 09/23/05 11:46 OUTPA FRE REQ: S INOKUCHI,M.D.    CONT
            ** TPMG Regional Lab, Berkeley    **
Urine Culture
  SOURCE:        CLEAN CATCH URINE
  ---------------------- FINAL REPORT ----------------------
  LESS THAN 10,000 COL/ML MIXED GRAM POSITIVE FLORA

LOG#: 160526601372 COL: 09/23/05 11:46 OUTPA FRE REQ: S INOKUCHI,M.D.
            ** MARINA WAY SOUTH            **
```
Albumin              4.2 g/dL         (    3.3 -    4.7)
Alkaline Phos        64 U/L           (    37 -    117)
Magnesium      L     1.4 mg/dL        (    1.7 -    2.3)
This Result was Repeated and Confirmed.
Bili, Tot Adult      1.0 mg/dL        (    0.2 -    1.2)
Calcium              9.7 mg/dL        (    8.5 -   10.3)
```
LIPID
```
Cholesterol          186 mg/dL        (    -<    239)
```
LOG#: 160526601372 COL: 09/23/05 11:46 OUTPA FRE REQ: S INOKUCHI,M.D.    CONT
            ** MARINA WAY SOUTH            **
```
Triglycerides        178 mg/dL        (    -<    199)
HDL Cholesterol L    37 mg/dL         (>   40 -      )
LDL Calculated       113 mg/dL        (    -<    129)
CK (CPK)             87 U/L           (    0 -    200)
Phosphorus           2.7 mg/dL        (    2.7 -    4.5)
AST (SGOT)           17 U/L           (    10 -     40)
ALT (SGPT)           20 U/L           (    -<     36)
Uric Acid            8.1 mg/dL        (    2.0 -    8.5)
```
CHEM7
```
BUN            H     24 mg/dL         (    10 -     20)
Chloride             103 mEq/L        (    100 -    111)
CO2                  28 mEq/L         (    24 -     33)
Creatinine           0.9 mg/dL        (    -<    1.3)
Glucose Random       144 mg/dL        (    60 -    159)
Potassium            4.1 mEq/L        (    3.5 -    5.3)
```
LOG#: 160526601372 COL: 09/23/05 11:46 OUTPA FRE REQ: S INOKUCHI,M.D.    CONT
            ** MARINA WAY SOUTH            **
```
Sodium               139 mEq/L        (    133 -    145)
```

LOG#: 160526601373 COL: 09/23/05 11:46 OUTPA FRE REQ: S INOKUCHI,M.D.
            ** MARINA WAY SOUTH            **
FK506
```
Date LD FK506?   09/22/05 Hours
Time LD FK506?   2330
FK506                5.6 ng/mL        (    5.0 -    20.0)
```

LOG#: 160526601374 COL: 09/23/05 11:46 OUTPA FRE REQ: S INOKUCHI,M.D.
            ** MARINA WAY SOUTH            **
CBC
```
WBC                  6.1 K/uL         (    3.5 -    12.5)
RBC                  5.01 M/uL        (    4.10 -    5.70)
Hemoglobin     H     17.1 g/dL        (    13.0 -   17.0)
```
LOG#: 160526601374 COL: 09/23/05 11:46 OUTPA FRE REQ: S INOKUCHI,M.D.    CONT
            ** MARINA WAY SOUTH            **
```
Hematocrit           49.9 %           (    39.0 -   51.0)
MCV                  100 fL           (    80 -    100)
RDW                  12.8 %           (    11.9 -   14.3)
Plt            L     135 K/uL         (    140 -    400)
```
ADIF
```
Neutrophils          58 %             (    50 -     70)
Lymphocytes          28 %             (    20 -     50)
```

LAB.RES  <SHIFT-F9> FOR COMPLETE LAB RESULTS          HAYSGK  01/17/07 10:12

Kaiser Permanente - Confidential Patient Information

LINA 0162

```
| 03940340  |              | LAB      | RESULTS   | 08 / 01   05 | 01 / 17 / 07 |
'-----------'-----------'-----------'-------------'-----------'---------------'
```

Personal Physician : WESLEY H LISKER,M.D.    HAY
@CHAN,ANDY         57/M Lab Results Summary                    Page 16

```
-- Procedure -- ------ Results ------ ( Reference Range ) ----------
Monocyte              8 %            (   1  -     14)
Eosinophil    H       5 %            (   0  -      4)
Basophil              1 %            (   0  -      2)
```

    LOG#: 160526601375 COL: 09/23/05 11:31 OUTPA FRE REQ: S INOKUCHI,M.D
                ** FREMONT MEDICAL CENTER        **
Urinalysis
Culture?            INDICATD
    LOG#: 160526601375 COL: 09/23/05 11:31 OUTPA FRE REQ: S INOKUCHI,M.D.    CONT
                ** FREMONT MEDICAL CENTER        **
Microscopic?        INDICATD
pH                  7.0              ( 4.5-8.0 -        )
Sp. Gravity    *    <=1.005          (1.010-30 -        )
Glucose             NEGATIVE         (NEGATIVE -        )
Blood               NEGATIVE         (NEGATIVE -        )
Nitrites            NEGATIVE         (NEGATIVE -        )
Ketones             NEGATIVE         (NEGATIVE -        )
Leuk Esterase  *    SMALL            (NEGATIVE -        )
Protein             NEGATIVE         (NEGATIVE -        )
Bilirubin           NEGATIVE         (NEGATIVE -        )
Urobilinogen        0.2EU/dL         (  =<2.0 -         )
Urine Source        CLEAN
Urine Micro
Urine WBC           0-2              ( 0-5/HPF -        )
Urine RBC           0-2              ( 0-2/HPF -        )
    LOG#: 160526601375 COL: 09/23/05 11:31 OUTPA FRE REQ: S INOKUCHI,M.D.    CONT
                ** FREMONT MEDICAL CENTER        **
Bacteria            RARE             ( 0-RARE -         )
Squamous Epith      0-2              (   0-2 -          )
***************************** End of Report *****************************
```

| | | | | |
|---|---|---|---|---|
| **Encounter Date** | **11/27/06** | | | |
| **Telephone Encounter Info** | Author | Note Status | Last Update User | Last Update Date/Time |
| | MARISOL PEREZ | Signed | MARISOL PEREZ | 12/1/2006 12:52 PM |

**Telephone Encounter:** Pt notified. Also he wants to make sure Dr. Dutta will be present day of procedure.

| | | | | |
|---|---|---|---|---|
| **Encounter Date** | **11/27/06** | | | |
| **Telephone Encounter Info** | Author | Note Status | Last Update User | Last Update Date/Time |
| | GAYATRI BHARADHWAJ MD | Signed | GAYATRI BHARADHWAJ MD | 11/30/2006 1:30 PM |

**Telephone Encounter:** I spoke with patient on Monday c results of the biopsy of the duodenia polyp, carcinoid. Have recommneded follow up EGD to look at area and possibly remove completly by biopsy.
I have also left a message for Dr. Dutta re procedure date.
Please book patient for EGD with me am of 12/28/06, please inform him of time and close encounter when done

| | | | | |
|---|---|---|---|---|
| **Encounter Date** | **11/16/06** | | | |
| **Progress Note Info** | Author | Note Status | Last Update User | Last Update Date/Time |
| | WESLEY H. LISKER MD | Signed | WESLEY H. LISKER MD | 11/16/2006 9:12 AM |

**Progress Note:** New grandfather - grandbaby with daughter Irene.

Trip to New Jersey to vist his sister, did well. She had a goiter removed and had trauma to her vocal cords and may have an implanted microchip to help her vocalize.

ETX - no sx or issues.
No gout.
HTN - added felod - home bp 131/82. Felod seems to be an effective sedative.
No sx from small carcinoid. Lfts have been good on the hepsera. No si/sx of hepatitis. See below
DM - sugars have been rising. This am was 102. Post prandial lunch 198; dinner 148. Takes glyburide in am. 12 u NPH am and he's started 12 u NPH after lunch based on post-prandial sugars of 197-200 for past 3 mo. Pre-prandial lunch sugars 140s.
Pre-dinner sugars 100-120 and similar hs is he exercises. If he doesn't exercise, 160s. No reactions.
Has a gastroscopy upcoming for a recheck of carcinoid. Taking omeprazole prn - but no sig heartburn or gi sx lately.
No new dm sx - no new neuropathic sx.
He is reluctant to take lipid agent due to worry about liver enz. But is on 400 U Vit E, cod liver oil 1 T, tomato juice 6 oz.
Medications the patient reported as taking as of 11/16/2006:
NOVOLIN N 100 UNIT/ML SUBQ SUSP, Inject subcutaneously as directed, Disp: 10, Rfl: 6
FELODIPINE 5 MG ORAL TB24, Take 1 tablet orally daily, Disp: 100, Rfl: 3
GLYBURIDE 5 MG ORAL TAB, Take 1 tablet orally 2 times a day for diabetes, Disp: 200, Rfl: 6
HEPSERA 10 MG ORAL TAB, Take 1 tablet orally daily, Disp: 60, Rfl: 3
SOTALOL 80 MG ORAL TAB, Take 1 tablet orally 2 times a day, Disp: 200, Rfl: 3
PREDNISONE 5 MG ORAL TAB, Take 1 tablet orally daily, Disp: 100, Rfl: 1
LISINOPRIL 40 MG ORAL TAB, Take 1 tablet orally 2 times a day, Disp: 200, Rfl: 6
OMEPRAZOLE 20 MG ORAL CPDR, Take 1 capsule orally daily, Disp: 100, Rfl: 3
PROGRAF 0.5 MG ORAL CAP, Take 1 capsule orally every morning and 1 capsule every evening, Disp: 200, Rfl: 6
COLCHICINE 0.6 MG ORAL TAB, Take 1 tablet orally daily for gout, Disp: 100, Rfl: 3

OE

**LINA 0164**

```
Wd sl ow
Nad
Ln neg
L clear
H rrr, no rub, gallop
A soft, nontender, no bruit
E no ccc
N intact
Imp
```

KIDNEY TRANSPLANT, STABLE FOLLOW-UP. (primary encounter diagnosis)
Note: doing well; continue your current meds

TRANSPLANT PATIENT, STATUS
Note: see above; forwarded labs to SFO TX

HX OF KIDNEY TRANSPLANT.
Note: see above

CARCINOID TUMOR, SMALL BOWEL & COLON.
Note: had bx - will f/u with dr b

PLANTAR FASCIITIS
Note: no sx now; probably related to change in his exercise equipment.

HYPERLIPIDEMIA
Note: monitor -

DIABETES MELLITUS W RENAL MANIFESTATIONS
Note: check hbalc. He needs to check his sugars pre-prandially.

ATRIAL FIBRILLATION
Note: on sotalol and aspirin. Clinically in sr now.

DIABETES MELLITUS TYPE 2
Note: see above

HYPERTENSION
Note: controlled with addn of felod.

CHRONIC TYPE B VIRAL HEPATITIS
Note: on hepsera. F/u dr b.  Other tests are pending

DIAGNOSES RECORDED FOR THIS VISIT WERE ADDRESSED AND ARE STABLE UNLESS OTHERWISE
INDICATED IN THIS NOTE.

---

**Encounter Date** 8/25/06

| Progress Note Info | Author | Note Status | Last Update User | Last Update Date/Time |
|---|---|---|---|---|
| | WESLEY H. LISKER MD | Addended | WESLEY H. LISKER MD | 8/25/2006 10:55 AM |

**Progress Note:**    Comment: bp recheck noted in vs

---

**Encounter Date** 8/25/06

| Progress Note Info | Author | Note Status | Last Update User | Last Update Date/Time |
|---|---|---|---|---|
| | WESLEY H. LISKER MD | Signed | WESLEY H. LISKER MD | 8/25/2006 10:53 AM |

**Progress Note:**  Trip upcoming to New Jersey to vist his sister.

KTX - no sx or issues.
No gout recently.  Advised on bland, low uric acid diet.  He had some shrimp on his
last.  His elbow was sorest.
HTN - added felod - home bp 138/88.

**LINA 0165**

No sx from small carcinoid.  Lfts have been good on the hepsera.  No si/sx of
hepatitis.
DM - sugars have been stable.  This am was 118.  Post prandial lunch 207; dinner
148.  Took 6 u NPH am and today 8.
No new dm sx - no new neuropathic sx.
He is reluctant to take lipid agent due to worry about liver enz.

He is a granddad - 5 lb, 13 oz - little girl - his first grandbaby
OE
Wd sl ow
Nad
Ln neg
L clear
H rrr, no rub, gallop
A soft, nontender, no bruit
E no cce
N intact
Imp

KIDNEY TRANSPLANT, STABLE FOLLOW-UP.  (primary encounter diagnosis)
Note: doing well; continue your current meds

TRANSPLANT PATIENT, STATUS
Note: see above

HX OF KIDNEY TRANSPLANT.
Note: see above

CARCINOID TUMOR, SMALL BOWEL & COLON.
Note: has f/u with dr b

PLANTAR FASCIITIS
Note: no sx now

HYPERLIPIDEMIA
Note: monitor - he doesn't want to rock the boat right now

DIABETES MELLITUS W RENAL MANIFESTATIONS
Note: sugars are better with lower hbalc

ATRIAL FIBRILLATION
Note: on sotalol and aspirin.  Clinically in sr now.

DIABETES MELLITUS TYPE 2
Note: see above

HYPERTENSION
Note: controlled with addn of felod.

CHRONIC TYPE B VIRAL HEPATITIS
Note: on hepsera.  F/u dr b.

**Encounter Date** 5/22/06

**Progress Note Info**

| Author | Note Status | Last Update User | Last Update Date/Time |
|---|---|---|---|
| WESLEY H. LISKER MD | Signed | WESLEY H. LISKER MD | 5/22/2006 10:55 PM |

**Progress Note:** FU for ktx, hb, dm.  Overall feeling well.  BP at home has been stable.  Had gout
on trip to New Jersey last month.  Took a prednisone burst with relief.  Has been
offered indomethacin in the past, but advised against this.  He is interested in
having colchicine handing.  NO OIs.

Has EGD pending tomorrow to f/u on ? Carcinoid.

7 U N for Glu > 140, and then 1 U more for each 40 mg.
Active Medications as of 05/22/2006:
PREDNISONE 5 MG TAB, Sig: Take 1 tablet orally daily

LINA 0166

HEPSERA 10 MG TAB,   Sig: Take 1 tablet orally daily
SOTALOL 80 MG TAB,   Sig: Take 1 tablet orally 2 times a day
NOVOLIN R 100 UNIT/ML SUSP, SUB-Q INJ,   Sig: Inject subcutaneously as directed
GLYBURIDE 5 MG TAB,   Sig: Take 1 tablet orally 2 times a day for diabetes
OMEPRAZOLE 20 MG CAP, DELAYED RELEASE,   Sig: Take 1 capsule orally daily
PROGRAF 0.5 MG CAP,   Sig: Take 1 capsule orally every morning and 1 capsule every
evening

GE
WD OW M NAD
LN neg. anicteric
L clear
H RRR, no sig gallop, rub
A soft, obese, graft nontender
E no edema

IMP
V42.0A HX OF KIDNEY TRANSPLANT - on rx, doing well
235.2E CARCINOID TUMOR, SMALL BOWEL & COLON - f/u EGD tomorrow.
401.9A HYPERTENSION - within range
070.32A CHRONIC TYPE B VIRAL HEPATITIS on hepsera
272.4C HYPERLIPIDEMIA - values within range
Diabetes - stable but need hgba1c 9 put on hc.

**Encounter Date** 5/15/06

| **Progress Note Info** | **Author** | **Note Status** | **Last Update User** | **Last Update Date/Time** |
|---|---|---|---|---|
| | GAYATRI BHARADHWAJ MD | Signed | GAYATRI BHARADHWAJ MD | 5/15/2006 2:56 PM |

**Progress Note:** Here for follow up. History of duodenal carcinoid, seen by Dr. Dutta, does not
think he needs surgery. Patient is doing well without any GI symptoms.

I have recommended follow up endoscopy to check duodenum.
It has been scheduled for May 23rd.

**Encounter Date** 3/16/06

**Progress Notes** S: Andy E Chan is a 56 Y male is a Type 2 diabetic complaining of Patient presents
with:
NAIL PROBLEM - bilateral


O: Diabetic Exam:
General: no abnormalities seen.
Pulses: dorsalis pedis - 1/4 bilateral , posterior tibial - 1/4 bilateral
Neurologic: normal and Semmes-Weinstein 5.07 absent in toes b/l.
Dermatologic: tyloma distal hallux right and distal 3rd toe left.  No ulceration.
onychomycosis of toenails


A: high diabetic risk

P:  Discussed proper diabetic foot care and referred to my Physician Home Page for
more details. Treatment: callus/corn trimmed. Follow-up: diabetic foot clinic 2 mo.

**Visit Notes** SOUZA, CHRISTINA A   3/16/2006  4:08 pm
the patient complains of hard, discolored and thick toe nails.

**Encounter Date** 2/28/06

**Progress Notes** FU PCK, HTN, PAF, GOUT, RTX, Ch Hep B
Prograf 0.5 mg BID, Prednisone 5 mg daily, Glyburide 5 mg bid, Lisinopril 30 mg BID,
Sotalol 80 mg BID, Hepsera 10 mg
daily, Omeprazole 20 mg qd - takes prn upset stomach, N 8 Units if BG 150 or over.
No ASA.

LINA 0167

Typical sugars in the 100 range. Fasting today 112. Highest rarely 218. He has changed his diet and increased salads, cut back on 1000 Island to oil/vinegar. Rare steak. 1/2 c oatmeal in am. Keeps starches including rice under control.

He uses a file to keep toenails under control. He has some chronic scars on his toes ends, uninfected but chronic appearing left 2nd, right 1st. Not aware of hypesthesia, but feels like a delay in pain or sensation compared to hands. No other diab sx.
Also complained of self-ltd mild left plantar fascial pain with standing for a long time with cooking.
No renal sx. NO recent gout. No CAD sx; active with walking TMST 30 min QOD to QD. Does upper body exercises. Notes some loss of muscle mass as he ages. Recommended continued aerobic program and care with diet.

No OI, bowel sx or si/sx of increasingly active carcinoid. Saw Dr. B yesterday and has a scope pending for April.
No gallstone sx.
NO arrhythmia sx. Has not been on coumadin or ASA.

OE

WD WN mild obese
HR 80 with occ PACs vs other
LN neg
L clear
H as noted, no MGR, lift
A soft, mild cinch from belt, no rash of concern. KTX no bruit
E no sig edema, pulses 1+
N dim vib, temp and touch to feet. Filament sensation is inconsistent and diminished on toes and ball of feet; got sides mixed up. Mild onychomycosis vs dystrophic nails.

IMP

V42.0B KIDNEY TRANSPLANT, STABLE FOLLOW-UP. (primary encounter diagnosis) - need full panel of labs; not done yesterday for some reason
250.40A DIABETES MELLITUS W RENAL MANIFESTATIONS - check urine protein/cre
427.31A ATRIAL FIBRILLATION - no sx and exam not suggestive, but will check ekg. Warned re potential for warf in future.
401.9A HYPERTENSION - controlled
070.32A CHRONIC TYPE B VIRAL HEPATITIS - on hepsera and tolerating well.
V42.89B TRANSPLANT PATIENT, STATUS - see above
728.71A PLANTAR FASCIITIS - self-limited
250.60C DIABETES MELLITUS, TYPE 2 , WITH NEUROLOGICAL MANIFESTATION - increasing signs of neurological impairment from diabetes. Will check vitamin levels, and SPEP, TSH. Due to toe lesions, made Podiatry referral.
V42.0A HX OF KIDNEY TRANSPLANT.
Carcinoid - not sxtic, has f/u endo.

LINA 0168



VICTORIA'S SECRET

THE VS FLANNEL PAJAMA
Cozy up in 22 colorful new prints.    ▶ SHOP


FREE SH
and handli
order of S
online. See

MSN Home | My MSN | Hotmail | Shopping | Money | People & Chat | Sign In | Web Search:

 **White Pages**

powered by 

White Pages | Yellow Pages | Reverse Phone | Reverse Address | Area Codes | ZIP & Postal Codes

## We're sorry. Your search returned no results.
Please verify that your information was entered correctly, or try again with a broader range of search information. More search tips

### Search Suggestions
- 39400 Paseo Padre, Fremont, CA and surrounding area
- 39400 Paseo Padre Pkwy, CA
- 39400 Paseo Padre, CA

1 non-published listing (more info at US Search)

---

Advertisement
**Address Search Results for**
**Powered by US SEARCH**
Use the same public records source as Fortune 500 companies.

Address
39400 Paseo Padre Parkway

City
Fremont

State
CA

[ Submit ]

» Search by Phone Number
» Search by Name
» Property Valuation on this Address

---

**Reverse Address Search**
Street Number
[ 39400 ]
(e.g. "742")

Street Name *
[ Paseo Padre Parkway ]
(e.g. "Evergreen Terrace")

City or ZIP/Area Code *
[ Fremont ]

State or Province
California

☑ Include surrounding area

[ Search ]

▸ Automate repetitive searches

VICTORIA'S S

THE VS FLANNEL PAJAMA
Cozy up in 22 colorful new prints.


FREE SHIPPING
and handlin
on U.S. order
of $100 or mor
online. See sit
for details.

▸ SHOP NOW

Copyright © 1996-2006 WhitePages.com. All rights reserved.

© 2005 Microsoft    MSN Privacy    Legal

LINA 0169

*Telephone Log*

Date In. _____ /Out _____

Time In:_____ /Out _____

Date Received from ST: _____

☐ Incoming From: _____  ☐ At Group

   ☐ Returning prior GLAD call   Phone # 510.795.3088  ☐ Claimant

☑ Outgoing To: Dr. Gayatri Bharadwaj  ☐ Other (See MATTER DISCUSSED)

**CALLED IN REFERENCE TO:**

Name of Claimant: Amy Chan          Claim/SS #: _____

Name of Policyholder: _____          Policy #: _____

REDACTED

**CALL TYPE:**   ☐ Status Inquiry      ☐ Clarification of Prior Letter      ☐ Appeal

           ☐ Request for Info      ☐ Past Due Benefit      ☐ Concern
                            (Where is check?)

**CALL REFERRED TO:**   ☐ None - Completed   ☐ BA   ☐ SM

                            ☐ Call Back   ☐ TC   ☐ Other (See MATTER DISCUSSED)

**MATTER DISCUSSED:** Phone # is disconnected.

**S. HAJBURA**

Initials: _____

*Telephone Log*

Date In: _____ /Out _____

Time In: _____ /Out _____

Date Received from ST: _____

☐ Incoming From: _____    ☐ At Group

   ☐ Returning prior GLAD call   Phone # _____    ☐ Claimant

☑ Outgoing To: Dr. Lisker    ☐ Other (See MATTER DISCUSSED)

**REDACTED**

**CALLED IN REFERENCE TO:**

Name of Claimant: Amy Chan    Claim/SS #: _____

Name of Policyholder: _____    Policy #: _____

**CALL TYPE:**

☐ Status Inquiry    ☐ Clarification of Prior Letter    ☐ Appeal

☐ Request for Info    ☐ Past Due Benefit    ☐ Concern
                    (Where is check?)

**CALL REFERRED TO:**    ☐ None - Completed    ☐ BA    ☐ SM

                      ☐ Call Back    ☐ TC    ☐ Other (See MATTER DISCUSSED)

**MATTER DISCUSSED:** lm re fax # to req med records

**S. HAJBURA**
Initials: _____

*Telephone Log*

Date In: _____ /Out _____

Time In: _____ /Out  *13:450*

Date Received from ST: _____

☐ Incoming From: _____     ☐ At Group

    ☐ Returning prior GLAD call    Phone #  *510 675 4010*     ☐ Claimant

☑ Outgoing To: *Dr. Lisker* _____     ☐ Other (See MATTER DISCUSSED)

**REDACTED**

**CALLED IN REFERENCE TO:**

Name of Claimant: *Amy Chan* _____     Claim/SS #: ___████████___

Name of Policyholder: _____     Policy #: _____

**CALL TYPE:**

☐ Status Inquiry          ☐ Clarification of Prior Letter          ☐ Appeal

☐ Request for Info        ☐ Past Due Benefit                      ☐ Concern
                        (Where is check?)

**CALL REFERRED TO:**     ☐ None - Completed     ☐ BA     ☐ SM

                             ☐ Call Back     ☐ TC     ☐ Other (See MATTER DISCUSSED)

**MATTER DISCUSSED:** *Slw Lori ~ Call 510 675 6700*

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**S. HAJBURA**

Initials: _____

DISCLOSURE AUTHORIZ...

Claimant's Name (Please Print) _____

I AUTHORIZE: any doctor, physician, healer, health care practitioner, hospital, clinic, other medical facility, professional, or provider of health care, medically related facility or association, medical examiner, pharmacy, employee assistance plan, insurance company, health maintenance organization or similar entity to provide access to or to give the company named below (Company) or the Plan Administrator or their employees and authorized agents or authorized representatives, any medical and nonmedical information or records that they may have concerning my health condition, or health history, or regarding any advice, care or treatment provided to me. This information and/or records may include, but is not limited to: cause, treatment, diagnoses, prognoses, consultations, examinations, tests, prescriptions, or advice regarding my physical or mental condition, or other information concerning me. This may also include, but is not limited to, information concerning mental illness, psychiatric, drug or alcohol use and and any disability, and also HIV related testing, infection, illness, and AIDS (Acquired Immune Deficiency Syndrome), as well as communicable diseases and genetic testing. If my plan administrator sponsors both a disability plan underwritten or administered by Company and a medical plan of any type written by another CIGNA company, the information and records described in this form may also be given to any CIGNA Company which administers such medical or disability benefits for the purpose of evaluating any claim that may be submitted by me or on my behalf for benefits, for evaluating return to employment opportunities, and for administering any feature described in the plan. This information may also be extracted for use in audits or for statistical purposes

I AUTHORIZE: any financial institution, accountant, tax preparer, insurance company or reinsurer, consumer reporting agency, insurance support organization, Claimant's agent, employer, group policyholder, business associate, benefit plan administrator, family members, friends, neighbors or associates, governmental agency including the Social Security Administration or any other organization or person having knowledge of me to give the Company or the Plan Administrator or their employees and authorized agents, or authorized representatives, any information or records that they have concerning me, my occupation, my activities, employee/employment records, earnings or finances, applications for insurance coverage, prior claim files and claim history, work history and work related activities

I UNDERSTAND, the information obtained will be included as part of the proof of claim and will be used to determine eligibility for claim benefits, any amounts payable, return to employment opportunities, and to administer any other feature described in the plan with respect to the Claimant. This authorization shall remain valid and apply to all records, information and events that occur over the duration of the claim, but not to exceed 24 months. A photocopy of this form is as valid as the original and I or my authorized representative may request one. I or my representative may revoke this authorization at any time as it applies to future disclosures by writing the Company. The information obtained will not be disclosed to anyone EXCEPT: a) reinsuring companies, b) the Medical Information Bureau, Inc., which operates Health Claim Index (HCI); c) fraud or overinsurance detection bureaus; d) anyone performing business, medical or legal functions with respect to the claim or the plan, including any entity providing assistance to the Company under its Social Security Assistance Program and employers involved in return to employment discussions; e) for audit or statistical purposes; f) as may be required or permitted by law; g) as I may further authorize. A valid authorization or court order for information does not waive other privacy rights.

If my medical information contains information regarding drug or alcohol abuse, I understand that my records may be protected under federal (42 CFR Part 2) and some state laws. To the extent permitted under law, I can ask the party that disclosed information to the Company to permit me to inspect and copy the information it disclosed. I understand that I can refuse to sign this disclosure authorization, however, if I do so, Company may deny my claim for benefits pursuant to the plan. The use and further disclosure of information disclosed hereunder may not be subject to the Health Insurance Portability and Accountability Act (HIPPA)

Signature of Claimant or
Claimant's Authorized Representative: _____  Date: _Jun 9-06_

Relationship,
if Other than Claimant _____    Claimant's Social Security Number _____

Company Name: _____

## PROHIBITION ON RE-DISCLOSURE

If the medical information contains information regarding drug or alcohol abuse, it may be protected under federal law. Federal regulations (42 CFR Part 2) prohibit any person or entity who receives such protected information from the Company from making any further disclosure of it without the specific written consent of the person to whom it pertains, or as otherwise permitted by such regulation. A general authorization for the release of medical or other information is not sufficient for this purpose. The federal rules restrict any use of such protected information to criminally investigate or prosecute any alcohol or drug abuse patient

LINA 0173

## 5. PHYSICAL IMPAIRMENT as defined in Federal Dictionary of Occupational Title

☐ Class 1 - No limitation of functional capacity; capable of heavy work. No restrictions (  10%)
☐ Class 2 - Medium manual activity* (15 - 30%)
☐ Class 3 - Slight limitation of functional capacity; capable of light work* (35 - 55%)
☐ Class 4 - Moderate limitation of functional capacity; capable of clerical/administrative (sedentary)* activity (60 - 70%)
☐ Class 5 - Severe limitations of functional capacity; incapable of minimal (sedentary)* activity (75 - 100%)
☐ Remarks:

## 6. MENTAL/NERVOUS IMPAIRMENT (If applicable)

(a) Please define "stress" as is applicable to this claimant

☐ Class 1 - Patient is able to function under stress and engage in interpersonal relations (no limitations)
☐ Class 2 - Patient is able to function in most stress situations and engage in most interpersonal relations (slight limitation)
☐ Class 3 - Patient is able to engage in only limited stress situations and engage in only limited interpersonal relations (moderate limitations)
☐ Class 4 - Patient is unable to engage in stress situations or engage in interpersonal relations (marked limitations)
☐ Class 5 - Patient has significant loss of psychological, physiological, personal and social adjustment (severe limitations)
☐ Remarks:

## 7. EXTENT OF DISABILITY

Patient's regular Occupation                    Other Occupation

When was patient able to go to work?    Mo _____ Day _____ Yr _____    Mo _____ Day _____ Yr _____

## 8. REHABILITATION

(a) Is patient a suitable candidate for further rehabilitation services?    ☐ YES  ☐ NO
(b) Can present job be modified to allow for handling with impairment?    ☐ YES  ☐ NO

(c) When could trial employment          ___/___/___  PATIENT'S JOB         ___/___/___  ANY OTHER WORK
                                          Mo.  Day  Yr.  ☐ Full-time          Mo.  Day  Yr.  ☐ Full-time
    commence?_____                             ☐ Part-time                         ☐ Part-time

(d) Would vocational counseling and/or retraining be recommended?    ☐ YES  ☐ NO

## 9. REMARKS

| DATE | PRINT NAME | SIGNATURE (ATTENDING PHYSICIAN) | DEGREE | TELEPHONE |
|---|---|---|---|---|
|  |  |  |  |  |

| STREET ADDRESS | CITY OR TOWN | STATE (OR PROVINCE) | ZIP CODE |
|---|---|---|---|
|  |  |  |  |

(GB-608067e)  04-17-2003
Page 3 of 5 (G2402E)

LINA 0174



**iod incorporated**
PO BOX 19058
GREEN BAY, WI 54307
TELEPHONE: 866-420-7455 · FACSIMILE: 920-406-3771
TAX I.D. No.: 65-0765287

**INVOICE**
0012-KH-809488



CIGNA GROUP INSURANCE
P.O. BOX 22328
PITTSBURGH, PA 15222

PAYMENT INFORMATION

Please submit your check or credit card (Mastercard, Visa, Discover)
payment by calling 1-800-584-1247 or visiting our website at
www.iodincorporated.com and selecting Medical Records.


PITTSBURGH
JAN 2 3 2007
GROUP LIFE & DISABILITY
BENEFITS OFFICE

Your Ref.:
Amount Due: 92.87
Total DUE UPON RECEIPT

--------------------------✂-------------------------------------------------------------------
PLEASE CUT ALONG THE DOTTED LINE AND RETURN THE ABOVE STUB WITH YOUR PAYMENT



**iod incorporated**
PO BOX 19058
GREEN BAY, WI 54307

TELEPHONE: 866-420-7455 · FACSIMILE: 920-406-3771
TAX I.D. No.: 65-0765287

**INVOICE**
0012-KH-809488

| | | |
|---|---|---|
| *Account :* 800238212508 | *Customer Ref. :* GL 13814 |
| *Facility :* Kaiser Hayward | *Price Class :* CA INSURANCE |
| *Patient :* ANDY CHAN | *Invoice Date :* 1/17/2007 |
| *S.S.N. :* ***-**- | *Request No. :* 903345 |

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Pages | 25 | 50.00 | 50.00 |
| Pages | 34 | 1.00 | 34.00 |
| | | Sub Total : | 84.00 |
| | | Tax : | 6.08 |
| | | Postage : | 2.79 |
| | | Prepayment : | 0.00 |
| | | AMOUNT DUE : | 92.87 |

TERMS: NET UPON RECEIPT, PAST DUE AFTER 30 DAYS. IN THE EVENT THAT THIS OBLIGATION IS TURNED OVER TO AN ATTORNEY TO
ENFORCE COLLECTION, THE PURCHASER AGREES TO PAY ALL REASONABLE FEES, INTEREST 1.5% PLUS OATH AND COST OF COLLECTION.
WE ACCEPT ALL MAJOR CREDIT CARDS.  U.S. FUNDS ONLY.

**CUSTOMER**

PLEASE RETURN THE TOP STUB WITH YOUR PAYMENT AND KEEP BOTTOM PART FOR YOUR RECORDS

LINA 0175



**iod incorporated**
PO BOX 19058
GREEN BAY, WI 54307
TELEPHONE: 866-420-7455 - FACSIMILE: 920-406-3771
TAX I.D. No.: 65-0765287



**INVOICE**
0012-KH-809488

PITTSBURGH

JAN 2 3 2007

GROUP LIFE & DISABILITY
BENEFITS OFFICE

CIGNA GROUP INSURANCE
P.O. BOX 22328
PITTSBURGH, PA 15222

### PAYMENT INFORMATION

Please submit your check or credit card (Mastercard, Visa, Discovery)
payment by calling 1-800-584-1217 or visiting our website at
www.iodincorporated.com and selecting Medical Record Payments.

Your Payment: _____
Amount Due: 92.87
Date Due: DUE UPON RECEIPT

✂ - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**PLEASE CUT ALONG THE DOTTED LINE AND RETURN THE ABOVE STUB WITH YOUR PAYMENT**

**iod incorporated**
PO BOX 19058
GREEN BAY, WI 54307

TELEPHONE: 866-420-7455 - FACSIMILE: 920-406-3771
TAX I.D. No.: 65-0765287

**INVOICE**
0012-KH-809488

*Account :* 800238212508
*Facility :* Kaiser Hayward
*Patient :* ANDY CHAN
*S.S.N. :* ***-**-

*Customer Ref. :* GL 13814
*Price Class :* CA INSURANCE
*Invoice Date :* 1/17/2007
*Request No. :* 903345

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Pages | 25 | 50.00 | 50.00 |
| Pages | 34 | 1.00 | 34.00 |
| | | Sub Total : | 84.00 |
| | | Tax : | 6.08 |
| | | Postage : | 2.79 |
| | | Prepayment : | 0.00 |
| | | AMOUNT DUE : | 92.87 |

TERMS: NET UPON RECEIPT, PAST DUE AFTER 30 DAYS. IN THE EVENT THAT THIS OBLIGATION IS TURNED OVER TO AN ATTORNEY TO
ENFORCE COLLECTION, THE PURCHASER AGREES TO PAY ALL REASONABLE FEES, INTEREST 1.5% PER MONTH AND COST OF COLLECTION.
WE ACCEPT ALL MAJOR CREDIT CARDS. U.S. FUNDS ONLY

### CUSTOMER

**PLEASE RETURN THE TOP STUB WITH YOUR PAYMENT AND KEEP BOTTOM PART FOR YOUR RECORDS**

LINA 0176



REDACTED

## *Facsimile Transmission Cover Sheet*

### **CIGNA** Group Insurance
Life • Accident • Disability

PITTSBURGH

JAN 2 3 2007

GROUP LIFE & DISABILITY
UNDERWRITERS OFFICE

| Transmit to FAX number 510-675-6701 | Date January 9, 2007 | Time | Total number of pages (including this sheet):5 |
|---|---|---|---|

| To | From |
|---|---|

| **Name** Records Release | **Name** Derek Brown |
|---|---|
| **Company** | **Underwriting Company** Life Insurance Company of North America |
| **Phone** 510-675-6700 | **Phone** (412) 402-3352   **Fax** (412) 402-3506 |
| **Address** | **Address** PO Box 22328 Pittsburgh, PA 15222-0328 |

RECEIVED

JAN 1 0 2007

RECORDS RELEASE DEPT.

Re: Andy Chan

**Re:** **Claimant's Name:** **Andy Chan**
**Date of Birth:** **1949**
**Policy Number:** **GL-13814**
**Policyholder:** **Fujitsu Business Communication**
**Underwriting Company:** **Life Insurance Company of North America**

Dear Records Release:

We are currently evaluating a benefit claim for the above named patient. In order to help us in our evaluation, we ask that you please provide medical records, consultation reports, operative reports, hospital admission and discharge summaries, test, x-rays, and lab results and therapy notes from **August 2005** to the **present**, to help us in our investigation.

**This is our final request.** If we do not receive the requested information by **January 21, 2007,** we will render a decision on this claim with the information currently on file.

We will honor a reasonable fee for your services. Please include a tax identification number and a bill.

Sincerely,

*Derek Brown*

Derek Brown

COPIED BY
SOURCECORP

JAN 1 7 2007

INT: ____  PGS: ___

*CONFIDENTIALITY NOTICE: If you have received this facsimile in error, please immediately notify the sender by telephone at the number above. The documents accompanying this facsimile transmission contain confidential information. This information is intended only for the use of the individual(s) or entity named above. Thank you for your compliance.*

CIGNA Group Insurance products and services are provided exclusively by underwriting subsidiaries of CIGNA Corporation, including Life Insurance Company of North America, CIGNA Life Insurance Company of New York, and Connecticut General Life Insurance Company. "CIGNA" is used to refer to these subsidiaries and is a registered service mark.

LINA 0177

*Disability Management Solutions*™
*Medical Request Form*

CIGNA Group Insurance
Life • Accident • Disability
Life Insurance Company of North America
Connecticut General Life Insurance Company
CIGNA Life Insurance Company of New York



CIGNA

We are evaluating your patient's disability claim. Please respond to the following questions.
Please provide copies of supporting reports, such as office notes/consultations/testing.
*(Failure to provide the reports may result in delay in the claim determination).*

| Claimant Name. | Date of Birth: |
|---|---|

What is the primary diagnosis responsible for your patient's impairment that – in your opinion – is preventing return to work?

What is the ICD-9 code for the above diagnosis?

What are the specific additional *(medical/non-medical)* factors impacting return to work, if any?

| When did you first treat your patient for this current impairment episode? | Have you treated your patient for this impairment prior to this episode? ☐ Yes ☐ No If yes, when? | Date of last visit. | When is your patient's next office visit? |
|---|---|---|---|

Does treatment plan for this impairment episode include any of the following? *(Please list as appropriate and provide supporting documentation)*

☐ Physical Therapy: _____       ☐ Electrodiagnostic Studies: _____
☐ Surgery: _____                       ☐ Imaging Studies: _____
☐ Specialty Referral: _____         ☐ Other: _____

Please list all current medications that are related to this impairment or impact return to work. *(Please include dosage and frequency)*

What are the specific restrictions that you have placed on your patient?

At Work:

At Home *(Activities of Daily Living)*:

Could your patient return to work at this time if accommodations were made for the listed restrictions? ☐ Yes ☐ No
If no, why not?

If no, based on your experience, what is your best estimate of when your patient can return to work?
With Restrictions: _____        Without Restrictions: _____

| Physician Name *(Please Print)*: | Degree & Specialty: |
|---|---|

| Address: *(Street, City, State, Zip Code)* | |
|---|---|

| Telephone Number: ( ) | Federal Tax ID #. |
|---|---|

| Physician Signature: | Date: |
|---|---|

615138  5-03

# PHYSICAL ABILITY ASSESSMENT

We are evaluating your patient's disability claim in order to determine functional impairment Please check the boxes corresponding to the patient's level of physical functioning.  **Please substantiate your findings with medical documentation.   (Failure to provide the requested reports/data may result in delay in claim determinations).**

Patient Name_____ Date of Birth_____

Diagnosis(es)/ICD-9 Code_____

***Throughout*** an 8-hour workday, the patient can tolerate, ***with positional changes and meal breaks***, the following activities for the specified durations:

| | | Not applicable to diagnosis(es) | Continuously (67-100%) (5.5 + hrs) | Frequently (34-66%) (2.5 - 5.5 hrs) | Occasionally (1-33%) (<2.5 hrs) | Check if supported by objective findings |
|---|---|---|---|---|---|---|
| **Sitting:** | | | | | | |
| **Standing:** | | | | | | |
| **Walking:** | | | | | | |
| **Reaching:** | Overhead | | | | | |
| | Desk Level | | | | | |
| | Below Waist | | | | | |
| **Fine Manipulation:** | Right: | | | | | |
| | Left: | | | | | |
| **Simple Grasp:** | Right: | | | | | |
| | Left: | | | | | |
| **Firm Grasp:** | Right: | | | | | |
| | Left: | | | | | |
| **Lifting:** | 10 lbs. | | | | | |
| | 11-20 lbs. | | | | | |
| | 21-50 lbs. | | | | | |
| | 51-100 lbs. | | | | | |
| | 100+ lbs. | | | | | |
| **Carrying:** | 10 lbs. | | | | | |
| | 11-20 lbs. | | | | | |
| | 21-50 lbs. | | | | | |
| | 51-100 lbs | | | | | |
| | 100+ lbs. | | | | | |

LINA 0179

| | Not applicable to diagnosis(es) | Continuously (67-100%) (5.5 + hrs) | Frequently (34-66%) (2.5 - 5.5 hrs) | Occasionally (1-33%) (<2.5 hrs) | Check if supported by objective findings |
|---|---|---|---|---|---|
| **Pushing:** (Max. Wt.:_____) | | | | | |
| **Pulling:** (Max. Wt.:_____) | | | | | |
| **Climbing:** Regular Stairs | | | | | |
| Regular Ladders | | | | | |
| **Balancing:** | | | | | |
| **Stooping:** | | | | | |
| **Kneeling:** | | | | | |
| **Crouching:** | | | | | |
| **Crawling:** | | | | | |
| **Seeing:** | | | | | |
| **Hearing:** | | | | | |
| **Smell/Taste:** | | | | | |
| **Environmental Conditions:** | | | | | |
| Exposure to extremes in heat | | | | | |
| Exposure to extremes in cold | | | | | |
| Exposure to wet / humid conditions | | | | | |
| Exposure to vibration | | | | | |
| Exposure to odors / fumes / particles | | | | | |
| Can work around machinery | | | | | |
| **Ability to work extended shifts/ overtime:** | | | | | |
| **Use lower extremities for foot controls:** | | | | | |

*Please use this space to elaborate on ANY of the above categories:*

_____

_____

_____

_____

**Name:** _____     **Signature:** _____

Medical Specialty: _____     Date: _____

Address: _____     Phone: _____

Federal ID tax number: _____

**Please include any objective test or narrative if available.**

**Thank you for your time.**

Please return this form in the enclosed addressed envelope.

LINA 0180

## DISCLOSURE AUTHORIZATION

Claimant's Name (Please Print): _ANDY E. CHAN_

AUTHORIZE: any doctor, physician, healer, health care practitioner, hospital, clinic, other medical facility, professional, or provider of health care, medically related facility or association, medical examiner, pharmacy, employee assistance plan, insurance company, health maintenance organization or similar entity to provide access to or to give the company named below (Company) or the Plan Administrator or their employees and authorized agents or authorized representatives, any medical and nonmedical information or records that they may have concerning my health condition, or health history, or regarding any advice, care or treatment provided to me. This information and/or records may include, but is not limited to: cause, treatment, diagnoses, prognoses, consultations, examinations, tests, prescriptions, or advice regarding my physical or mental condition, or other information concerning me. This may also include, but is not limited to, information concerning mental illness, psychiatric, drug or alcohol use and any disability, and also HIV related testing, infection, illness, and AIDS Acquired Immune Deficiency Syndrome), as well as communicable diseases and genetic testing. If my plan administrator sponsors both a disability plan underwritten or administered by Company and a medical plan of any type written by another CIGNA company, the information and records described in this form may also be given to any CIGNA Company which administers such medical or disability benefits for the purpose of evaluating any claim that may be submitted by me or on my behalf for benefits, for evaluating return to employment opportunities, and for administering any feature described in the plan. This information may also be extracted for use in audits or for statistical purposes.

AUTHORIZE: any financial institution, accountant, tax preparer, insurance company or reinsurer, consumer reporting agency, insurance support organization, Claimant's agent, employer, group policyholder, business associate, benefit plan administrator, family members, friends, neighbors or associates, governmental agency including the Social Security Administration or any other organization or person having knowledge of me to give the Company or the Plan Administrator or their employees and authorized agents, or authorized representatives, any information or records that they have concerning me, my occupation, my activities, employee/employment records, earnings or finances, applications for insurance coverage, prior claim files and claim history, work history and work related activities.

UNDERSTAND: the information obtained will be included as part of the proof of claim and will be used to determine eligibility for claim benefits, any amounts payable, return to employment opportunities, and to administer any other feature described in the plan with respect to the Claimant. This authorization shall remain valid and apply to all records, information and events that occur over the duration of the claim, but not to exceed 24 months. A photocopy of this form is as valid as the original and I or my authorized representative may request one. I or my representative may revoke this authorization at any time as it applies to future disclosures by writing the Company. The information obtained will not be disclosed to anyone EXCEPT: a)reinsuring companies; b)the Medical Information Bureau, Inc., which operates Health Claim Index (HCI); c)fraud or overinsurance detection bureaus; d)anyone performing business, medical or legal functions with respect to the claim or the plan, including any entity providing assistance to the Company under its Social Security Assistance Program and employers involved in return to employment discussions; e)for audit or statistical purposes; f)as may be required or permitted by law; g) as I may further authorize. A valid authorization or court order for information does not waive other privacy rights.

If my medical information contains information regarding drug or alcohol abuse, I understand that my records may be protected under federal (42 CFR Part 2) and some state laws. To the extent permitted under law, I can ask the party that disclosed information to the Company to permit me to inspect and copy the information it disclosed. I understand that I can refuse to sign this disclosure authorization; however, if I do so, Company may deny my claim for benefits pursuant to the plan. The use and further disclosure of information disclosed hereunder may not be subject to the Health Insurance Portability and Accountability Act (HIPAA).

Signature of Claimant or
Claimant's Authorized Representative: _[signature]_                     Date: _9-15-06_

Relationship,
if other than Claimant: _____

Company Name: _FUJITZU BUSINESE COMMUNICATION SYSTEM_

### PROHIBITION ON RE-DISCLOSURE

If the medical information contains information regarding drug or alcohol abuse, it may be protected under federal law. Federal regulations (42 CFR Part 2) prohibit any person or entity who receives such protected information from the Company from making any further disclosure of it without the specific written consent of the person to whom it pertains, or as otherwise permitted by such regulation. A general authorization for the release of medical or other information is not sufficient for this. The federal rules restrict any use of such protected information to criminally investigate or prosecute any alcohol or . . . . .

**Derek Brown**
**Benefit Analyst**
**Life and Accident Claim Services**

**CIGNA** Group Insurance
Life • Accident • Disability
P.O. Box 22325
Pittsburgh, PA 15222-0325
Telephone 1-800-238-2125
Facsimile 412-402-3221

July 20, 2006

Andy Chan
5955 Central Ave.
Newark, CA 94560

| | |
|---|---|
| **Insured Name:** | **Andy Chan** |
| **Date of Birth:** | **1949** |
| **Policyholder:** | **Fujitsu** |
| **Policy Number:** | **GL-13814** |
| **Underwriting Company:** | **Life Insurance Company of North America** |

REDACTED

AUG 0 7 2006

Dear Mr. Chan:

We are writing at this time in regards to your Waiver of Premium claim under your Group Term Life Insurance. At this time we find that additional information is required to properly manage your claim.

To assist us in our review of your claim, we need the following information from you:

- An updated Disability Questionnaire, with physician's names, addresses and telephone numbers.
- A completed Authorization for Release of Information.

Please return this information to our office no later than August 13, 2006, enclosed is a self-addressed envelope for your convenience.

Mr. Chan, if you have any questions, please call me. You can reach me at our toll free number 1.800.238.2125 extension 3352 from 6:30 a.m. to 3:00 p.m. Eastern Time, Monday through Friday. Thank you for your cooperation in this matter.

Sincerely,

*Derek Brown*

Derek Brown

CIGNA Group Insurance products and services are provided exclusively by underwriting subsidiaries of CIGNA Corporation, including Life Insurance Company of North America, CIGNA Life Insurance Company of New York, and Connecticut General Life Insurance Company. "CIGNA" is used to refer to these subsidiaries and is a registered service mark.

*Disability Questionnaire &*
*Activities of Daily Living*



CIGNA Group Insurance
Life • Accident • Disability
Connecticut General Life Insurance Company
Insurance Company of North America
CIGNA Life Insurance Company of New York

LINA 0183

GB-609426 (10/2003)

Derek Brown
Benefit Analyst
Life and Accident Claim Services

**CIGNA** Group Insurance
Life • Accident • Disability
P.O. Box 22325
Pittsburgh, PA 15222-0325
Telephone 1-800-238-2125
Facsimile 412-402-3221

July 20, 2006

Andy Chan
5955 Central Ave.
Newark, CA 94560

REDACTED

PITTSBURGH
SEP 2 1 200
GROUP LIFE & DISABIL

**Insured Name:**              **Andy Chan**
**Date of Birth:**             ████1949
**Policyholder:**              **Fujitsu**
**Policy Number:**             **GL-13814**
**Underwriting Company:**      **Life Insurance Company of North America**

Dear Mr. Chan:

We are writing at this time in regards to your Waiver of Premium claim under your Group Term Life Insurance. At this time we find that additional information is required to properly manage your claim.

To assist us in our review of your claim, we need the following information from you:

- An updated Disability Questionnaire, with physician's names, addresses and telephone numbers.
- A completed Authorization for Release of Information.

Please return this information to our office no later than August 13, 2006, enclosed is a self-addressed envelope for your convenience.

Mr. Chan, if you have any questions, please call me.  You can reach me at our toll free number 1.800.238.2125 extension 3352 from 6:30 a.m. to 3:00 p.m. Eastern Time, Monday through Friday.  Thank you for your cooperation in this matter.

Sincerely,

*Derek Brown*

Derek Brown

**LINA 0184**

CIGNA Group Insurance products and services are provided exclusively by underwriting subsidiaries of CIGNA Corporation, including Life Insurance Company of North America, CIGNA Life Insurance Company of New York, and Connecticut General Life Insurance Company. "CIGNA" is used to refer to these subsidiaries and is a registered service mark.

HIPAA AUTHORIZATION FORM

*Note: This is NOT a form to be simply adopted and used without further review. It is not endorsed by anyone and is not to be construed as legal advice. It is not necessarily in compliance with what is additionally required under any particular provider's state law. Each facility should consult with its legal counsel regarding finalizing an authorization form.*

INDIVIDUAL'S NAME (please print): *ANDY E CHAN*          DATE OF BIRTH: ▮ *1949*

INDIVIDUAL'S ADDRESS *5955 CENTRAL AVE, NEWARK, CA 94560*

I hereby authorize use or disclosure of protected health information about me as described below.

**REDACTED**

1. The following specific person/class of persons/facility is authorized to *use or disclose information* about me:

*CIGNA GROUP INSURANCE*

2. The following person (or class of persons) *may receive disclosure* of protected health information about me: His/her/its name and address:   *Cigna Group Insurance*

3. The specific information that should be disclosed is (please give dates of service if possible):

*Aug 1978*

UNLESS YOU SIGN HERE, NO INFORMATION ABOUT ALCOHOL/SUBSTANCE ABUSE, HIV/AIDS, OR MENTAL HEALTH WILL BE DISCLOSED: YES; DISCLOSE THIS INFORMATION *[signature]*

NO, DO NOT DISCLOSE THIS INFORMATION *[signature]*

4. I understand that the information used or disclosed may be subject to re-disclosure by the person or class of persons or facility receiving it, and would then no longer be protected by federal privacy regulations.

5. I may revoke this authorization by notifying *Cigna Group Insurance* in writing of my desire to revoke it. However, I understand that any action already taken in reliance on this authorization cannot be reversed, and my revocation will not affect those actions. I understand that the medical provider to whom this authorization is furnished may not condition its treatment of me on whether or not I sign the authorization.

6. My purpose for/intended use of the information is *Disability Benefits*

7. This authorization expires on *Dec 15*, 200*6*, OR upon occurrence of the following event that relates to me or to the purpose of the intended use or disclosure of information about me: _____

**FEES FOR COPIES:** Federal and state laws permit a fee to be charged for the copying of patient records. This facility has contracted with Smart Corporation to make copies. You may be required to pre-pay for the copies; if not, then your copies will be mailed along with an invoice.

**THIS FORM MUST BE FULLY COMPLETED BEFORE SIGNING** – note that signature is required in two places.

*[signature]*                    *9-15-06*                    ▮ *-1949*
Signature of Individual          Date of Individual's Signature    Date of Birth of
(The person about whom the information relates)

OR, if applicable –

_____         _____      _____
Signature of Guardian or        Date of Guardian's/Personal   Description of Authority to Act for
Personal Representative of Patient's Estate   Representative's Signature   the Individual

*A copy of this completed, signed and dated form must be given to the Individual or other signator.*

LINA 0185

 **CIGNA** Group Insurance

Life · Accident · Disability

## DISCLOSURE AUTHORIZATION

Insured's Name(Please Print) _____

I AUTHORIZE: any doctor, physician, healer, health care practitioner, hospital, clinic, other medical facility, professional, or provider of health care, medically related facility or association, medical examiner, or pharmacy to give the Insurance Company named below (Company) or their employees and authorized agents or authorized representatives, any medical and nonmedical information or records that they may have concerning my health condition, or health history, or regarding any advice, care or treatment provided to me. This information and/or records may include, but is not limited to: I) cause, treatment, diagnoses, prognoses, consultations, examinations, tests or prescriptions or advice of my physical or mental condition of information concerning me which may be needed to determine policy claim benefits with respect to Insured. This may also include (but is not limited to) information concerning: mental illness, psychiatric, drug or alcohol use and any disability, and also HIV related testing, infection, illness, and AIDS (Acquired Immune Deficiency Syndrome). I understand that I may choose whether to receive the results of any laboratory tests or medical examinations performed.

I AUTHORIZE: any financial institution, accountant, tax preparer, insurer or reinsurance consumer reporting agency, insurance support organization, Insured's agent, employer, group policyholder, business associate, benefit plan administrator, family members, friends, neighbors or associates, governmental agency including the Social Security Administration or any other organization or person having knowledge of me to give the Company or their employees and authorized agents, or authorized representatives, any information or records that they have concerning me, my occupation, my activities, employee/employment records, earnings or finances, applications for insurance coverage and prior claim history, work history and work related activities.

I UNDERSTAND: the information obtained will be included as part of the proof of claim and will be used by the Company to determine eligibility for claim benefits and any amounts payable with respect to the Claimant. This authorization shall remain valid and apply to all records, information and events that occur over the duration of the claim. A photocopy of this form is as valid as the original and I or my authorized representative may request one. I or my representative may revoke this authorization at any time as it applies to future disclosures by writing the Company. Prompt notice of revocation will then be given to all persons to whom the Company has disclosed protected health information in reliance to the original authorization as required by law. The information obtained will not be released to anyone else EXCEPT: a)reinsuring companies; b)the Medical Information Bureau, Inc., which operates Health Claim Index (HCI); c)fraud or overinsurance detection bureaus; d)anyone performing business, medical or legal functions with respect to the claim; e)for audit or statistical purposes; f)as may be required by law; g)as I may further authorize. A valid authorization or court order for information does not waive other privacy rights.

Claimant's Signature _~~Bob Gwk~~_____    Date: 9-15-06

(Claimant or Claimant's authorized representative)

Relationship, if other than Claimant : _____

Claimant's ~~Date of Birth~~ ███ _/1944_

Insurance Company Name: _Connecticut General Life Insurance Company_

EXHIBIT A.5

REDACTED

04/18/2001

LINA 0186

Derek Brown
Benefit Analyst
Life and Accident Claim Services



**CIGNA** Group Insurance
Life • Accident • Disability
P.O. Box 22325
Pittsburgh, PA 15222-0325
Telephone 1-800-238-2125
Facsimile 412-402-3221

July 20, 2006

Andy Chan
5955 Central Ave.
Newark, CA 94560

REDACTED

| | |
|---|---|
| **Insured Name:** | **Andy Chan** |
| **Date of Birth:** | ████1949 |
| **Policyholder:** | **Fujitsu** |
| **Policy Number:** | **GL-13814** |
| **Underwriting Company:** | **Life Insurance Company of North America** |

Dear Mr. Chan:

We are writing at this time in regards to your Waiver of Premium claim under your Group Term Life Insurance. At this time we find that additional information is required to properly manage your claim.

To assist us in our review of your claim, we need the following information from you:

- An updated Disability Questionnaire, with physician's names, addresses and telephone numbers.
- A completed Authorization for Release of Information.

Please return this information to our office no later than August 13, 2006, enclosed is a self-addressed envelope for your convenience.

Mr. Chan, if you have any questions, please call me. You can reach me at our toll free number 1.800.238.2125 extension 3352 from 6:30 a.m. to 3:00 p.m. Eastern Time, Monday through Friday. Thank you for your cooperation in this matter.

Sincerely,

*Derek Brown*

Derek Brown

**LINA 0187**

CIGNA Group Insurance products and services are provided exclusively by underwriting subsidiaries of CIGNA Corporation, including Life Insurance Company of North America, CIGNA Life Insurance Company of New York, and Connecticut General Life Insurance Company. "CIGNA" is used to refer to these subsidiaries and is a registered service mark.

Angie Perez
Benefit Analyst
Consumer Financial Security



**CIGNA** Group Insurance
Life • Accident • Disability

November 21, 2001

12225 Greenville Avenue
LB 179-CFS 3rd Floor
Dallas, TX 75243-9382
Telephone 1-800-352-0611
Facsimile 972-907-7195

Andy Chan
5955 Central Avenue
Newark, CA 94560

REDACTED

**Insured Name:**            **Andy Chan**
**Social Security Number:**  ████████
**Policy Number:**           **GL 13814**
**Underwriting Company:**    **Life Insurance Company of North America**

Dear Mr. Chan:

Thank you for sending medical evidence to continue your claim for Total & Permanent Disability under your Group Life Insurance. I am writing to tell you that your benefit is being continued for another year.

Next year, I will send you a medical form to complete.

Mr. Chan, if you have any questions, please call me. You can reach me at our toll free number 1.800.352.0611 extension 6542 from 8:00 a.m. to 4:30 p.m. Central Time, Monday through Friday. If you get my voice mail, leave a message and your call will be returned within one business day.

Sincerely,


Angie Perez


**LINA 0188**

Life Insurance Company of North America,
Connecticut General Life Insurance Company,
Insurance Company of North America,
CIGNA Life Insurance Company of New York
Subsidiaries of CIGNA Corporation

KAISER PERMANENTE MEDICAL GROUP 39400 Paseo Padre Parkway, Fremont, CA 94538

# FAX

**TO:** Cigna
**PHONE:**
**FAX #:** 860 731-3211
**RE:** Andy Chen

**DATE:** 11/14/01
**NUMBER OF PAGES INCLUDING**
**COVER SHEET:**

**FROM:** DEE / Disability Clerk
**PHONE:**
**MEDICAL SECRETARY DEPARTMENT**
**FAX #:** (510) 795-3969

**REMARKS:**

☐ Urgent    ☐ For your review    ☐ Reply ASAP    ☐ Please

The documents accompanying this FACSIMILE transmission contain information from Kaiser Permanente that is legally privileged. This information is intended only for the use of the individual named above to which it is addressed. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in this transmission is strictly PROHIBITED. If you have received this transmission in error, notify sender above by telephone and mail the original transmission to us. Thank you.



Rec'd.
11/15/01

NOV.14.2001  2:55PM  KAISER HEALTH PLAN  NO.397  P.1/3

KAISER PERMANENTE MEDICAL GROUP 39400 Paseo Padre Parkway, Fremont, CA 94538

# FAX

DATE: 11/14/01

NUMBER OF PAGES INCLUDING COVER SHEET:

FROM: DEE / Disability Clerk

MEDICAL SECRETARY DEPARTMENT

PHONE:

FAX #: (510) 795-1969

TO: Cigna
PHONE:
FAX #: 860-731-3711
RE: Andy Chan

REMARKS: ☐ Urgent  ☐ For your review  ☐ Reply ASAP  ☐ Please

The document accompanying this FACSIMILE transmission may contain confidential information which is legally privileged. That information is intended only for the use of the individual named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the information contained in this transmission is strictly PROHIBITED. If you have received this transmission in error, notify sender above by telephone and mail the original transmission to us. Thank you.

Rec'vd
11/16/01

LINA 0190

REDACTED

LINA 0191

NOV.14.2001  2:55PM    KAISER HEALTH PLAN    NO.397   P.3/3

KAISER FREMONT
39400 PASEO PADRE PKWY
FREMONT, CA 94538
(510)790-3369

## Disability Status Form

Patient/File No.: 01442340
Patient Name: CHAN, ANDY

Date of Treatment: 05/2001

History: STATUS POST KIDNEY TRANSPLANT.

Diagnosis: S/P KIDNEY TRANSPLANT, TYPE II DIABETES, HYPERTENSION AND HEPATITIS.

Diagnosis Confirmed by: MEDICATIONS, FOLLOW-UP CARE, EXAM, LABS & BIOPSY

Type of Operator: KIDNEY TRANSPLANT REC

Further comments: ALSO U/L HYPERTENSION 401.9, HEPATITIS B 070.30

VRSLEY L LEMER MD
PHYSICIAN

KAISER FREMONT

CIGNA GROUP INSURANCE
12225 GREENVILLE
DALLAS, TX 75243
Attn: Benefits Dept.

PERMANENT

REDACTED

**Debbie Crayton**
Benefit Analyst
Consumer Financial Security

D212

**CIGNA** Group Insurance
Life · Accident · Disability

December 23, 1999

Routing  D212
12225 Greenville Ave., Ste. 655
Dallas TX 75243
Telephone 972-907-6532
Facsimile 972-907-7195
Debbie.Crayton@Cigna.com

**Andy Chan**
**5955 CENTRAL AVENUE**
**NEWARK CA 94560**

**RE: WAIVER OF PREMIUM**

Claimant:    Andy Chan
SS#:         ████████
Policyholder: Fujitsu Business
Policy #:    GL 13814
Life Insurance Company of North America

REDACTED

Dear Mr Chan:

We are pleased to inform you that your claim for waiver of premium on your group life insurance coverage has been approved.  The premium is waived as of **12/23/99.** To continue your waiver of premium, medical updates on your disability status will be required on an annual, or as needed basis.  We will provide forms for you and your attending physician to complete and it will be your responsibility to return this form in a timely manner.

Thank you for your prompt assistance in returning this information to us.  Should you have any questions, you can reach me at our toll free number listed below from 7:00 - 3:30 p.m. Central time, Monday - Friday.  If you get my voice mail, leave a message and your call will be returned within one business day.

Sincerely,

Debbie Crayton
1.800.352.0611  Ext 6532

December 14, 1999

RECEIVED
DEC 21 1999
CIGNA-DALLAS

To: *Cigna,*

Sorry for the written in forms, but our system crashed and we have to fill in the forms manually.
Sorry for the inconvenience.

If you have any questions, please do not hesitate to call.

Thank You.


Disability Claims
Kaiser-Hayward

LINA 0194

**FRAUD WARNING:** Any person who, knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or (2) conceals for the purpose of misleading, information concerning any material fact thereto, commits a fraudulent insurance act. For residents of the following states, please see the reverse side of this form: *California*, *Colorado, District of Columbia, Florida, Maryland, New Jersey, New York, Pennsylvania, Oregon or Virginia.*

Social Security No.: ~~REDACTED~~

Name: ANDY E. CHAN

Telephone No.: (510) 793-4798

Address: 5955 CENTRAL AVE. NEWARK, CA 94560

1. In your own words, tell us why you cannot work in your own or in any occupation. I AM A kidny transplant Patient, as a telicommunication equipment installer, need to lift heavy box of equipment, cannot have to walk & stand alldag, i can not stand long Period of time side effect of medication weaken of my muscle.

2. What is primary physical and/or mental condition preventing you from working now? loss of muscle, the due to side effect of anti-subpressant medication, i have no mental Problem, Medication Weaken my muscle. i have no mental Problem,

3. Can you drive? ☒ Yes ☐ No    How far? 20-30 Miles to Grocery Store, Supermarket

4. What time do you get up in the morning? 8:30-9:00 AM   What time do you go to bed? 11:00-11:30 PM

5. Where do you live? ☐ Apartment ☒ House
How many floors in the apartment/house? 3 Split level   Does it have an elevator? ☐ Yes ☒ No
                                                                              ☐ Yes ☒ No
Do you use any special equipment - ramps, handrails, wheelchair?
If yes, describe _only handrails_

REDACTED

6. Do you own a personal computer? ☒ Yes ☐ No
Is it connected to the Internet? ☒ Yes ☐ No
What computer programs or software can you use? E Mail, News, Web browser

How often do you use the computer? 3-4 time a week

7. Check the things you do regularly:

| Activity | Hours per day? | Days per week? |
|---|---|---|
| ☒ Cook | 1½ HRS | 4-6 days |
| ☒ Clean | 45-1 HR | 1½ WK |
| ☒ Shop | 1-2 HRS | 1½ WK |
| ☐ Laundry | 2 HRS | |
| ☐ Yardwork | | |
| ☐ Gardening | | |
| ☒ Read | 2 Hrs | 4-5 time wk |
| ☒ Watch TV | 1-1½ HRS | 4-5 " " |
| ☒ Other (school, attend religious services, volunteer work, etc.) | 1 Re Church | |

What do you do for recreation? WATCH Movies, listen to music, watch TV read news paper, Books, or go for a walk

8. Are there things you attend to with regard to your personal needs (grooming, dressing, etc.)? I have no Problem attend to my self

LINA 0195

9. Do you go for walks?  ☑ Yes  ☐ No      How often?  *3 4 time a week*
   How far do you walk?  *About 1 miles*      For how long?  *45 - 1 HR.*

10. Do you engage in a regular exercise program?  ☑ Yes  ☐ No
    Where (home, gym, etc.)  *home*
    How often?  *3 4 time a week*
    Describe your exercise program  *light weight lifting, 13 lbs 3 set of 12 distance Preesin*
    *3 set of 12 _____ Kneeling & 3 set of 12,*

11. Please circle the highest grade you completed in school:

    1  2  3  4  5  6  7  8  9  10  11  ⑫      GED      High School Diploma

    College?    1 yr.    2 yrs.    3 yrs.    4 yrs.    BA/BS Degree      Masters Degree  Other

    Type of degree? (Business, History, Social Sciences, etc.) _____
    Date Received _____
    List any professional/educational certificates, licenses, etc. awarded  *NON*

    List any vocational programs you have attended/completed  *NON*
    In the last 3 years, what type of certificates or licenses have you received?  *NON*

12. Are you taking any professional/educational/vocational classes now?  ☐ Yes  ☒ No
    Please list them _____

13. Are you working?  ☐ Yes  ☒ No
    If so, please list how many hours per day you work, and the name of your employer. _____

### Employment History

| Job Title: | Employed date: From: Through: |
| --- | --- |
| Major Duties: | Minor Duties: |
| Tools/Equipment used: | Machinery/Computers used: |
| Job Title: | Employed date: From: Through: |
| Major Duties: | Minor Duties: |
| Tools/Equipment used: | Machinery/Computers used: |
| Job Title: | Employed date: From: Through: |
| Major Duties: | Minor Duties: |
| Tools/Equipment used: | Machinery/Computers used: |

14. Have you ever owned or operated your own business?  ☐ Yes  ☒ No
    Do you own, operate or have ownership interest in a business now?  ☐ Yes  ☒ No
    Business Name _____
    Address _____
    City _____
    Telephone Number ( _____ ) _____
    Date business began _____
    Describe the business _____

LINA 0196

15. Are you married?    ☒ Yes  ☐ No    *HANNAH C. CHAN*    DOB: ▓▓▓▓.44
    If yes, please provide:    Spouse's Name:
    Spouse's SSN: ▓▓▓▓▓▓▓▓

Do you have any children under age 18?    ☐ Yes  ☒ No
Please list their names and dates of birth in order:    REDACTED

Do you have any handicapped children over 18?    ☐ Yes  ☒ No

16. List any prescription medications you take: Use other side if you need more space.

| Medication | Dose | Frequency | Medication | Dose | Frequency |
|---|---|---|---|---|---|
| *See list at the Back* | | | *I am using 10 kind of medication in order to stay alive.* | | |

17. List any doctor(s) you see regularly. Use the other side if you need more room.

| Doctor's Name/Specialty: *GAYATRI BHARADHWAJ SHE IS - GASTROENTEROLOGY* | Doctor's Name/Specialty: |
|---|---|
| Address: *39400 PASEO PADRE PARKWAY FREMONT, CA. 94538* | Address: |
| Telephone #: *(510) 795-3088*    Fax #: | Telephone #:    Fax #: |
| Frequency of visits:    Date of last visit: *6-12-06* | Frequency of visits:    Date of last visit: |
| Doctor's Name/Specialty: *Wesley Liskee - NEPHROLOGY* | Doctor's Name/Specialty: |
| Address: *27400 HESPERIAN BLVD. HAYWARD CA 94545* | Address: |
| Telephone #: *(510) 675-4010*    Fax #: | Telephone #:    Fax #: |
| Frequency of visits:    Date of last visit: *6-14-06* | Frequency of visits:    Date of last visit: |

18. Are you right handed or left handed?    ☒ Right  ☐ Left    What is your date of birth? ▓▓▓▓ *1949*
    What is your height? *5'7"*
    What is your weight? *176 lbs.*

19. Are you a veteran?    ☐ Yes  ☒ No
    If yes, have you applied for VA benefits for *this* disability?    ☐ Yes  ☒ No
    Please attach a copy of your VA disability award.

20. What other types of income/money/compensation/benefits are you receiving or eligible to receive?

|  |  |  | $ Amount/Frequency | Date Began | Date Paid Through |
|---|---|---|---|---|---|
| ☐ Yes | ☒ No | Salary Continuance | | | |
| ☐ Yes | ☒ No | State Disability Benefits | | | |
| ☒ Yes | ☐ No | Group Disability Benefits | *CIGNA = 738.34 Monthly* | *6-95* | *Now* |
| ☐ Yes | ☒ No | Workers' Compensation | | | |
| ☒ Yes | ☐ No | Pension Benefits | *COMPANY 213.23 + 371.20 + union* | *6-95* | *Now* |
| ☐ Yes | ☒ No | No-Fault Auto Disability Insurance | | | |
| ☒ Yes | ☐ No | Any Other Disability Income | *SSI = 1436.00* | *6-96* | *Now* |

I certify that the information in this document is true and correct.

Date *7-27-06*

Signature *[signature]*

# Medication LIST

| Medication | DOSE | FREQUENCY |
|---|---|---|
| OMEPRAZOLE 20MG | 20 MG | 1's day |
| FELODIPINE ER | 2.5 MG | 1's 4 |
| HEPSERA | 10 MG | 1's 4 |
| LISINOPRIL | 20 MG | 2's 4 |
| SOTALOL | 80 MG | 2's 4 |
| COLCHICINE | 0.6 MG | 1's 4 |
| GLYBURIDE | 5 MG | 2's 4 |
| PROGRAF | 0.5 MG | 2's 4 |
| PREDNISONE | 5 MG | 1's 4 |
| NOVOLIN NPH | 6-16 U. | 2's 4 |
| BAYER ASPIRIN | 81 MG | 2's 4 |

LIST ILLNESS:
Kidney Transplant
irregular heart beat
Hep-B
Diabetes
Hypertension
Gout
Carcinoid Cyst

LINA 0198



**KAISER PERMANENTE**®

**Hayward Medical Center**
**27400 Hesperian Blvd**
**Hayward, CA 94545**

Insurance Company:
**CIGNA GROUP**
**PO BOX 22325**
**PITTSBURGH, PA 15222-0325**

*REDACTED*

| Insurance Long Form | Attending Physician's Statement |
|---|---|

| | |
|---|---|
| **CHAN, ANDY** | **000003940340** |
| Last Name, first, middle initial | Med. Rec. No. |
| **5955 CENTRAL AVE**  **NEWARK**  **CA**  **94560** | ▬▬▬▬ |
| Address  City  State  Zip Code | S. S. A. No. |

| | |
|---|---|
| Employer | Employer Address |

1. Diagnosis and Complications, if any:
   **585 CHRONIC RENAL FAILURE\*, 235.2 UNC BEHAV NEO INTESTINE, V42.0 KIDNEY TRANSPLANT STATUS, 401.9 HYPERTENSION NOS**
   If condition due to injury or sickness arising out of patient's employment, explain
   ☐ YES  ☒ NO
   **DUODENUM CARINOID, CHRONIC RENAL FAILURE, S/P KIDNEY TRANSPLANT**
   If condition due to pregnancy, give approximate LMP date: __/__/__

2. When did symptoms first appear or accident happen?
   **11/14/1998**
   When did patient first consult you for this condition?
   **11/14/1998**
   Has patient ever had same or similar condition?
   ☐ YES - STATE WHEN AND DESCRIBE:
   ☒ NO

3. Nature of surgical or obstetrical procedure, if any:

   Date performed: __/__/__    Admit: __/__/__    Discharge: __/__/__
   ☐ In patient
   ☒ Out patient

4. Give dates of other medical (non-surgical) treatment, if any since last report:
   **CONTINUE MEDICATIONS AND FOLLOW-UP VISITS**

5. Is patient still under your care for this condition?
   ☒ YES  ☐ NO

6. How long was or will patient be totally disabled?
   From: **11/14/1998**    To: **Perm. Disabled**
   How long was or will patient be partially disabled?
   From: __/__/__    To: __/__/__

7. Remarks:

| | | |
|---|---|---|
| **6/26/2006** | Physician's Signature | **WESLEY LISKER MD** |
| Date | License #:  **042699G** | *Wesley Lisker, MD* |

Tax ID:94-1105628

KXB

**FRAUD WARNING** An, person who, knowingly and n \_ent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact thereto, commits a fraudulent insurance act. For residents of the following states, please see the reverse side of this form: *California, Colorado, District of Columbia, Florida, Kentucky, Maryland, Minnesota, New Jersey, New York, Pennsylvania, Oregon, Tennessee, Texas or Virginia.*

## TO BE COMPLETED BY THE CLAIMANT

NAME OF CLAIMANT    (Last Name)    (First Name)    (Middle Initial)    CERTHOLDER DOB    TELEPHONE NUMBER
ANDY E CHAN                                    1949    (510) 793-4798

ADDRESS    (Street)    (City)    (State)    (Zip Code)
5955 CENTRAL AVE    NEWARK    CA    94560

LIST STATES IN WHICH YOU MAY BE LIABLE FOR FILING TAX RETURNS
CALIFORNIA

NAME OF EMPLOYER/ASSOCIATION                    REDACTED    POLICY NUMBER
FUJITSU BUSINESS COMMUNICATION SYSTEM    GL 0013814

Date of Birth of your youngest dependent
APRIL 28-1980

NAME OTHER SOURCES OF INCOME TO WHICH YOU AND YOUR DEPENDENTS ARE ENTITLED BY CHECKING THE APPROPRIATE SOURCES LISTED BELOW  SHOW AMOUNTS RECEIVED AND INDICATE PAYMENT FREQUENCY  IF YOU HAVE NOT PREVIOUSLY PROVIDED US WITH A COPY OF THE AWARD LETTER, PLEASE ATTACH A COPY, INDICATE "NONE" IN THE APPROPRIATE BLOCKS IF YOU DO NOT RECEIVE INCOME FROM A NAMED SOURCE

| [ ] Social Security | [ ] Pension | [ ] Governmental | [ ] Workers' Compensation | [ ] Other, Identify |
|---|---|---|---|---|
| $ 14.36⁰⁰ | $ 21,328 | $ | $ | $ 138.34 |

ARE YOU CURRENTLY WORKING?    [ ] YES    [✓] NO
If yes, please provide name and address of employer, job title, number of hours worked per week, and wage rate.

ARE YOU INTERESTED IN A VOLUNTARY REHABILITATION/RETRAINING PROGRAM?
[✓] YES    [ ] No

## TO BE COMPLETED BY ATTENDING PHYSICIAN
### The claimant is responsible for the completion of this form without expense to the company

**1.  PRESENT CONDITION**

DIAGNOSIS    DATE OF LAST VISIT    FREQUENCY OF VISITS

SUBJECTIVE SYMPTOMS    OBJECTIVE FINDINGS
(X-RAYS, E.K.G.'S, LABORATORY DATA AND ANY CLINICAL FINDINGS)

**2.  PROGRESS**

(a)  Has patient    [ ] Recovered?    [ ] Improved?    [ ] Retrogressed?    [ ] Unchanged?

(b)  Is patient    [ ] Bed Confined?    [ ] Hospital Confined?    [ ] Ambulatory?    [ ] House Confined?

(c)  Has patient been hospital confined?    [ ] Yes    [ ] No    If yes, give Name and Address of Hospital

Confined From _____ through _____

**3.  CARDIAC (If Applicable)**    [ ] Class 1 (No limitation)    [ ] Class 2 (Slight limitation)

(a)  Functional capacity    [ ] Class 3 (Marked limitation)    [ ] Class 4 (Complete limitation)
(American Heart As'n)

(b)  Blood Pressure (last visit)
SYSTOLIC    DIASTOLIC

**4.  LIMITATION (If there is a limitation, check and describe below)**

| Standing | Climbing | Bending | Use of hands | Sitting |
|---|---|---|---|---|
| Walking | Stooping | Lifting | Psychological | Other (state which) |

(GB-608067e)  05-05-2004 Page 2 of 5  (G2401G)    OVER    LINA 0200

JUN 3 0 2008

Please be sure address
appears through window
of envelope provided

➤ Attn: PITTSBURGH Claim Office       4703
P.O. BOX 22325
PITTSBURGH    PA 15222 0325

# Supplementary Claim Disability Benefits



**CIGNA** Group Insurance
Life · Accident · Disability
Connecticut General Life Insurance Company
Life Insurance Company of North America
CIGNA Life Insurance Company of New York

# *Supplementary Claim Disability Benefits*



**CIGNA Group Insurance**
Life • Accident • Disability

Life Insurance Company of North America
Connecticut General Life Insurance Company
Insurance Company of North America
INA Life Insurance Company of New York
Subsidiaries of CIGNA Corporation

GB-608067a

LINA 0202

Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, commits a fraudulent insurance act. For residents of the following states, please see the reverse side *Colorado, Florida, Maryland, New Jersey, New York, Pennsylvania, Oregon or Virginia.*

**REDACTED**

## TO BE COMPLETED BY THE CLAIMANT

| NAME OF CLAIMANT (Last Name) | (First Name) | (Middle Initial) | SOCIAL SECURITY NUMBER | TELEPHONE NUMBER |
|---|---|---|---|---|
| CHAN | ANDY | E | ▮▮▮▮▮▮▮ | (510) 793-4798 |

ADDRESS (Street)  5955 CENTRAL AVE   (City) NEWARK   (State) CA   (Zip Code) 94560

LIST STATES IN WHICH YOU MAY BE LIABLE FOR FILING TAX RETURNS
CALIFORNIA

NAME OF EMPLOYER/ASSOCIATION  FUJITSU BUSINESS COMMUNICATION SYS   POLICY NUMBER  GL 13814

NAME OTHER SOURCES OF INCOME TO WHICH YOU AND YOUR DEPENDENTS ARE ENTITLED BY CHECKING THE APPROPRIATE SOURCES LISTED BELOW, SHOW AMOUNTS RECEIVED AND INDICATE PAYMENT FREQUENCY. IF YOU HAVE NOT PREVIOUSLY PROVIDED US WITH A COPY OF THE AWARD LETTER, PLEASE ATTACH A COPY. INDICATE "NONE" IN THE APPROPRIATE BLOCKS IF YOU DO NOT RECEIVE INCOME FROM A NAMED SOURCE

| ☑ Social Security | ☑ Pension | ☐ Governmental | ☐ Workers' Compensation | ☐ Other |
|---|---|---|---|---|
| $ 1220.00 | $ 568.00 | $ | $ | $ |

ARE YOU CURRENTLY WORKING?  ☐ YES  ☒ NO
If yes, please provide name and address of employer, job title, number of hours worked per week, and wage rate.

ARE YOU INTERESTED IN A VOLUNTARY REHABILITATION/RETRAINING PROGRAM?  ☐ YES  ☒ No

### AUTHORIZATION TO RELEASE INFORMATION

I certify that the information shown above is correct to the best of my knowledge and belief. I authorize any Health Care Provider, Insurance Company, Employer, Person or Organization to release any information regarding medical, dental, mental, alcohol or drug abuse history, treatment or benefits payable, including disability or employment related information, to any CIGNA company, the Plan Administrator, or their employees and authorized agents for the purpose of validating and determining benefits payable. This data may be extracted for use in audit or statistical purposes. I understand that I or my authorized representative will receive a copy of the authorization upon request. This authorization or a photostatic copy of the original shall be valid for the duration of the claim.

SIGN HERE  _Andy Chan_   CLAIMANT'S SIGNATURE     DATE  12-7-999

## TO BE COMPLETED BY ATTENDING PHYSICIAN
The claimant is responsible for the completion of this form without expense to the company.

### 1. PRESENT CONDITION

DIAGNOSIS     DATE OF LAST VISIT     FREQUENCY OF VISITS

SUBJECTIVE SYMPTOMS     OBJECTIVE FINDINGS
(X-RAYS, E.K.G.'S, LABORATORY DATA AND ANY CLINICAL FINDINGS)

### 2. PROGRESS
(a) Has patient  ☐ Recovered?  ☐ Improved?  ☐ Unchanged?  ☐ Retrogressed?
(b) Is patient  ☐ Bed Confined?  ☐ Hospital Confined?  ☐ Ambulatory?  ☐ House Confined?
(c) Has patient been hospital confined?  ☐ Yes  ☐ No   If yes, give Name and Address of Hospital _____

_____ Confined from _____ through _____

### 3. CARDIAC (If Applicable)

(a) Functional capacity _____
(American Heart Ass'n.)
☐ Class 1  (No limitation)     ☐ Class 2  (Slight limitation)
☐ Class 3  (Marked limitation)     ☐ Class 4  (Complete limitation)

(b) Blood _____
(last visit)     SYSTOLIC     DIASTOLIC

GB-608067 (5/99)

**OVER**

LINA 0203

KAISER PERMANENTE HAYWARD
MEMBER SERVICE DEPARTMENT
DEC 07 1999

**4. LIMITATION** (If there is a limitation, che    and describe below)

Standing _____    Climbing _____    Bending _____    Use of hands _____    Sitting _____

Walking _____    Stooping _____    Lifting _____    Psychological _____    Other (state which) _____

---

**5. PHYSICAL IMPAIRMENT** (* as defined in Federal Dictionary of Occupational Titles)

☐ Class 1 - No limitation of functional capacity; capable of heavy work*   No restrictions (0 - 10%)
☐ Class 2 - Medium manual activity*   (15 - 30%)
☐ Class 3 - Slight limitation of functional capacity; capable of light work*   (35 - 55%)
☐ Class 4 - Moderate limitation of functional capacity; capable of clerical/administrative (sedentary*) activity (60 - 70%)
☐ Class 5 - Severe limitations of functional capacity; incapable of minimal (sedentary*) activity (75 - 100%)
☐ Remarks:

---

**6. MENTAL/NERVOUS IMPAIRMENT** (if applicable)

(a) Please define "stress" as it applies to this claimant.

☐ Class 1 - Patient is able to function under stress and engage in interpersonal relations (no limitations)
☐ Class 2 - Patient is able to function in most stress situations and engage in most interpersonal relations (slight limitation)
☐ Class 3 - Patient is able to engage in only limited stress situations and engage in only limited interpersonal relations (moderate limitations)
☐ Class 4 - Patient is unable to engage in stress situations or engage in interpersonal relations (marked limitations)
☐ Class 5 - Patient has significant loss of psychological, physiological, personal and social adjustment (severe limitations)
☐ Remarks:

---

**7. EXTENT OF DISABILITY**

|  | Patient's Regular Occupation | Any Occupation |
|---|---|---|
| When was patient able to go to work? | Mo. _____ Day _____ 19 _____ | Mo. _____ Day _____ 19 ____ |

---

**8. REHABILITATION**

(a) Is patient a suitable candidate for further rehabilitation services?        ☐ YES  ☐ NO

(b) Can present job be modified to allow for handling with impairment?        ☐ YES  ☐ NO

|  |  | PATIENT'S JOB |  | ANY OTHER WORK |
|---|---|---|---|---|
| (c) When could trial employment commence? _____ | ___/___/___ Mo. Day Yr. | Full-time ☐ Part-time ☐ | ___/___/___ Mo. Day Yr. | Full-time ☐ Part-time ☐ |

(d) Would vocational counseling and/or retraining be recommended?   ☐ YES  ☐ NO

**9. REMARKS**

---

| DATE | PRINT NAME | SIGNATURE (ATTENDING PHYSICIAN) | DEGREE | TELEPHONE |
|---|---|---|---|---|
|  |  |  |  |  |

| STREET ADDRESS | CITY OR TOWN | STATE (OR PROVINCE) | ZIP CODE |
|---|---|---|---|
|  |  |  |  |

LINA 0204

**IMPORTANT CLAIM NOTICE**

*Colorado Residents:* It is unlawful to knowingly provide false, incomplete or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance, and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to settlement or award payable from insurance proceeds shall be reported to the Colorado division of insurance within the department of regulatory agencies.

*Florida Residents:* Any person who knowingly and with intent to injure, defraud or deceive any insurer files a statement of claim or an application containing any false, incomplete or misleading information is guilty of a felony of the third degree.

*Maryland Residents:* Any person who, knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or (2) conceals for the purpose of misleading, information concerning any fact material thereto, may be committing a fraudulent insurance act.

*New Jersey:* Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

*New York Residents:* Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime and shall also be subject to a civil penalty not to exceed $5000 and the stated value of the claim for each such violation.

*Pennsylvania Residents:* Any person who, knowingly and with intent to defraud any insurance company or other person, files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

*Oregon Residents:* Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

*Virginia Residents:* Any person who, with the intent to defraud or knowing that he is facilitating a fraud against an insurer, submits applicaiton or files a claim containing a false or deceptive statement may have violated state law.

LINA 0205

12/6/09

Andy Chan
570 793-4798

Left a message on machine

DC

Check yell on Rep pay.
called cx to let him know
he will receive next check
manuel. Will be set back
up electronically after 2
checks.

DC

12/6   3:00
cx called me back & I let
him know above info

LINA 0206

# CIGNA GROUP INSURANCE REFERRAL

**REFERRED FROM: Debbie Crayton**          **REFERRED TO: Angie Perez**

Date of referral:          12/02/99

Claimant:          Chan, Andy ██████ Fujitsu Business  GL 13814

Data received:          REDACTED

**REFERRAL ISSUE:**
**Angie, this was on my delinquent diary list.  I have not been able to locate the file.  Need to add back repetitive pay cycle.  I also requested aps form.  Debbie**

---

**RESPONSE:**

LINA 0207

Debbie,
~~unfortunate~~ unfortunately this claimant
was receiving his checks electronically.
I have set up the rep payments I
have set up the electronic transfers
However it will take 2 checks before it
goes through.  You will need to make
sure that there are caught when
"rep pay ends    next payment"  Thanks
Ang

**Debbie Crayton**
Benefit Analyst
Consumer Financial Security

D212



**CIGNA** Group Insurance
Life · Accident · Disability

December 1, 1999

Routing D212
12225 Greenville Ave., Ste. 655
Dallas TX 75243
Telephone 972-907-6532
Facsimile 972-907-7195
Debbie.Crayton@Cigna.com

**Andy Chan
5955 CENTRAL AVENUE
NEWARK CA 94560**

**RE: Waiver of Premium Benefit**

REDACTED

    Claimant:    Andy Chan
    SS#:
    Policyholder:  Fujitsu Business
    Policy #:    GL 13814
    Life Insurance Company of North America

Dear Mr Chan:

This letter is in reference to the above mentioned claim.

A review of our files reveal the need for updated medical information.  Enclosed is an attending physicians statement of disability.  Please have your attending physician complete the enclosed form and return it to us by  **01/02/2000**. A return envelope is enclosed for your convenience.

If you have any questions regarding this matter, please do not hesitate to contact me. Thank you for your cooperation.

Sincerely,

Debbie Crayton
1.800.352.0611 Ext 6532

Page: 1 Document Name: Session2

```
GXCAM01              SRO CERTHOLDER/CLAIMANT        INQUIRY                    12/01
                                                            LAST UP DT 09 05 1
TASK CA: CERTHOLDER S  NO ████████                          OP ID 6224 OF
         LAST NAME  CHAN                   FIRST ANDY            MI E
         ADDRESS 1  5955 CENTRAL AVENUE
         ADDRESS 2
         CITY  NEWARK                  ST/PRV CA ZIP 94560       SUTA STATE
         CERT DOB ██████ 1949      DT OF HIRE 08 21 1978    LAST CLMNT CODE 00


TASK CB: CLAIMANT CODE 0001     SEX M   CLMNT CLASS        LAST UP DT 09 05 1
         FIRST NAME ANDY              MI E                 OP ID 6224 OF
         LAST NAME  CHAN
         ADDRESS 1  5955 CENTRAL AVENUE
         ADDRESS 2
             CITY  NEWARK                ST/PRV CA      ZIP 94560
         CLMNT SSN  ████████        CLMNT DOB ██████ 1949  SIT STATE CA



NEXT TASK:     FUNCTION:    KEYS: ████████          0001
               KEYS CONTINUED:
```

REDACTED

*(Rep pay fell off cycle. File is misplaced.)*

LINA 0209

Page: 1 Document Name: Ses__on2

GXIBM01                    SRO CLAIM/COVERAGE LISTING                    12/01

CERTHOLDER ID CD S NO███████████ NAME ANDY              E CHAN
        CLAIMANT CD 0001                NAME ANDY              E CHAN

| SEL ONE | POLICY KEY | CLM NUM | CLM ST | CLM ST EFF DATE | INCURRED DATE | COV/ SML | COV ST | COV S EFF DA |
|---|---|---|---|---|---|---|---|---|
| GL | 0013814 000 | 01 | C2 | 09 19 1995 | 11 05 1994 | 093 | CC | 09 19 1 |
| GL | 0013814 000 | 02 | A1 | 11 02 1995 | 11 06 1994 | 590 | AC | 12 19 1 |

NEXT TASK:    FUNCTION:    KEYS : ███████████        0001
              KEYS CONTINUED    :

NO MORE RECORDS

REDACTED

Date: 12/1/99 Time: 03:09:32 PM

LINA 0210

Page: 1 Document Name: Session2

```
GXIRM02              SRO NON-MEDICAL COVERAGE INQUIRY              12/01
BA OF RCD  L695                                      LAST UP DT 12 15 1
CLM OFF CD D063                                      OP ID 9019


CLMT NAME    ANDY        CLMT DOB       ███████1949   CLM STATUS    A1
COV STATUS EFF 12 19 1995   INCUR DT      11 06 1994
CAUSE/LOSS CD  054       PRIM DX        QD           PRIM ICD9       584
BEN PD TO DT $ +   40608.70   BEN PD THRU DT 12 05 1999   ADV PAY IND


BEN ST DT         05 06 1995   BEN PER CD            BEN FREQ      M  SAM
BEN TERM DT       05 05 2015   TERM TYPE     3       WAIT PER CD      WOP
RECVD DT          10 30 1995   COV STATUS   AC       RESERVE $    177201.
O/P DEDUCT ST DT               O/P DEDUCT $          O/P TOTAL $
INTEGRATION METH               LTD BEN MIN $         LTD BEN MAX $
OVERRIDE $                     OVERRIDE PCT          BASIC PCT
EARNS FREQ                     SALARY $              BASIC AMT
EE CONTRIB PCT    100          SPECIAL ID                    ROUND IND
ANY OCC DT                     SPOUSE OPTION   MI LMT   PENS SUPP   FMI IND
COMMENTS
PF7-BENEFITS
NEXT TASK:    FUNCTION:   KEYS : GL            0013814          000
              KEYS CONTINUED   : ████████ 0001 02 590
```



LINA 0211

```
GXPAM01                SRO/SBD ACCOUNT   INQUIRY                    12/01/9
                                                        LAST UP DT 10 16 1
    ACCOUNT NUMBER 5008844                              OP ID 3430


    ACCT NAME PART1    FUJITSU BUSINESS
    ACCT NAME PART2    COMMUNICATION SYSTEMS
    ATTENTION          MARTHA BARRERA
    STREET ADDRESS     3190 MIRA LOMA AVE
    CITY               ANAHEIM
    STATE OR PROV      CA    ZIP CODE 92806
                                                 REINSTATED COUNT  00
    ACCT EFF DATE 01 01 1989   CANCEL DATE  01 01 1995 REINSTATED DATE
    SALES OFFICE CODE  544
    TAX RPT OPTION     X       TAX RPT ADDRESS CODE
    FICA EXEMPT CODE   NA      BRODHEAD EXEMPT CODE  NA
    OCT SUMMARY IND            SPECIAL CONSIDR CODE
    EIN INDICATOR CODE         ACCOUNT EIN
                                                 WORKER'S COMP IND
    STD INDUSTRY CODE   9999

    NEXT TASK:    FUNCTION:   KEYS : GL            0013814
                  KEYS CONTINUED   :
```

LINA 0212

Page: 1 Document Name: Session2

```
GXCPM01                SRO CLAIM HISTORY DIARY DATA              12/01/

   POLICY KEYS: GL      0013814 000     CERTHOLDER ID: S ████████
   CLAIMANT CODE: 0001                  CLAIM NUMBER: 02

ACT  COME UP     MSG   MSG  COV/SML        BA OF                    UP
CD   DATE        CODE  SRCE CODE   FCO     RCD                      OP
     10 30 1999   57   SYS  590    D063    L695
     MESSAGE COMMENTS: CURRENT REPETITIVE PAY CYCLE ENDS NEXT PAYMENT
     11 30 1999   56   SYS  590    D063    L695
                       REPETITIVE PAY CYCLE HAS ENDED
     04 05 2015   51   SYS  590    D063    L695
                       BENEFIT TERMINATION DATE = 05/05/15
```

REDACTED

```
NEXT TASK:     FUNCTION:   KEYS : GL              0013814         000
               KEYS CONTINUED   : ████████ 0001 02
```

Date: 12/1/99 Time: 03:10:03 PM

LINA 0213

Spk c Mike Concering A/P's forn. to He
Agreed OK to use.

WS
4/20/98

LINA 0214

Kaiser Permanente Hospital ??
27400 Hesperian Blv
Hayward, CA 94545

**REDACTED**

Disability Status Form

Patient File No. ___ Name: **Chan, Andy**          Social Security Number/Claim Number    Polic. Number

**3940340**

I attended the patient for the present medical problem from: MONTH DAY YEAR **5-31-99** to **Present**    at intervals of:

Have you treated this patient for the same or similar condition previously? **NO**

Dates of treatment: **11-23-99 Last vis. t**

History: **Renal Failure**

Objective findings: **End-stage Renal disease secondary to Polycystic disease** ~~on~~ *Renal Transplant on 12-4-98*

Diagnosis: **Chronic Renal Failure** ICD CODE: **585**

Type of treatment and/or medication rendered to patient: **Surgery**

Diagnosis confirmed by: (specify type of test or x-ray) **Exam, Labs, biopsy**

Operation Date performed: **12-4-98**   Type of Operation: **Kidney Transplant**   ICD-9 Procedure Code: **55.69**

Has the patient any time during your attendance for this medical problem, been incapable of performing his or her regular work? Yes ✓ No    If "Yes" the disability commenced on: **11-14-98**

APPROXIMATE date, base on your examination of patient, disability (if any) should end or has ended sufficiently to permit the patient to resume regular or customary work.    ENTER DATE.

**addl. diagnosis: Polycystic disease - 753.12**    **Perm. Dis.**

Further comments:

Was or is patient confined as a registered bed patient in a hospital? Yes ✓ No

Date entered as a registered bed patient and discharged pursuant to your orders:

Admit date: **12-3-98**

Discharge date: **12-18-98**

Would the disclosure of this information to your pt be medically or psychologically detrimental to the ??? ??? ? ???
I hereby certify that, based on my examination, the above statements truly describe the patient's disability and the estimated duration thereof, and that I am a **physician** licensed to practice by the State of California.

**Wesley Lisker, MD**
PRINT OR TYPE DOCTOR'S NAME AS SHOWN ON LICENSE

**Wesley Lisker, MD /km**
SIGNATURE OF ATTENDING DOCTOR

27400 HESPERIAN BLVD.  HAYWARD, CA  94545
NO. AND ADDRESS    CITY    ZIP CODE

**0426996    12-15-99**
STATE LICENSE NUMBER  DATE SIGNED

Requestor:

**Cigna Group Ins.
CFS 3rd floor
12225 Greenville Ave
Dallas, TX 75243-9382**

LINA 0215

DISABILITY STATUS REPORT

RECEIVED
APR 07 1998
CIGNA-DALLAS

History: CHRONIC RENAL FAILURE

Objective Findings: CHRONIC RENAL FAILURE

Prognosis: CHRONIC RENAL FAILURE

Operation
Date performed:

Further comments:

Return date:

Discharge date:

GAJRAB AL-ROFII MD

PRINT OR TYPE DOCTOR'S NAME AL SHOWN

PASEO PADRE PKWY FREMONT, CA

DR. AND ADDRESS        CITY

Requestor:

CIGNA GROUP INSURANCE
ROUTING
GROUP BENEFITS Dept.

# SUPPLEMENTARY CLAIM
# DISABILITY BENEFITS

Life Insurance Company of North America
Connecticut General Life Insurance Company
Insurance Company of North America
INA Life Insurance Company of New York
Subsidiaries of CIGNA Corporation


**CIGNA**

Any person who knowingly and with intent to defraud any insurance company or other person files a statement containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime.

*REDACTED*

## TO BE COMPLETED BY THE CLAIMANT

| NAME OF CLAIMANT (Last Name) | (First Name) | (Middle Initial) | SOCIAL SECURITY NUMBER | TELEPHONE NUMBER |
|---|---|---|---|---|
| CHAN | ANDY | E. | ▓▓▓▓▓▓▓ | # 610-793-6790 |

| ADDRESS (Street) | (City) | (State) | (Zip Code) |
|---|---|---|---|
| 5955 CENTRAL AVE. NEW PRK, | | CA. | 94560 |

LIST STATES IN WHICH YOU MAY BE LIABLE FOR FILING TAX RETURNS
CALIFORNIA.

| NAME OF EMPLOYER/ASSOCIATION | POLICY NUMBER |
|---|---|
| FUTISU BUSINESS SYSTEM | GL 13814 |

NAME OTHER SOURCES OF INCOME TO WHICH YOU AND YOUR DEPENDENTS ARE ENTITLED BY CHECKING THE APPROPRIATE SOURCES LISTED BELOW. SHOW AMOUNTS RECEIVED AND INDICATE PAYMENT FREQUENCY. IF YOU HAVE NOT PREVIOUSLY PROVIDED US WITH A COPY OF THE AWARD LETTER, PLEASE ATTACH A COPY. INDICATE "NONE" IN THE APPROPRIATE BLOCKS IF YOU DO NOT RECEIVE INCOME FROM A NAMED SOURCE

| ☑ Social Security | ☑ Pension | ☐ Governmental | ☐ Workers' Compensation | ☐ Other, Identify |
|---|---|---|---|---|
| $ | $ | $ | $ | $ |

ARE YOU CURRENTLY WORKING?    ☐ YES    ☑ NO

If yes, please provide name and address of employer, job title, number of hours worked per week, and wage rate

ARE YOU INTERESTED IN A VOLUNTARY REHABILITATION/RETRAINING PROGRAM?    ☑ YES    ☐ NO

## AUTHORIZATION TO RELEASE INFORMATION

I certify that the information shown above is correct to the best of my knowledge and belief. I authorize any Health Care Provider, Insurance Company, Employer, Person or Organization to release any information regarding medical, dental, mental, alcohol or drug abuse history, treatment or benefits payable, including disability or employment related information, to any CIGNA company, the Plan Administrator, or their employees and authorized agents for the purpose of validating and determining benefits payable. This data may be extracted for use in audit or statistical purposes. I understand that I or my authorized representative will receive a copy of the authorization upon request. This authorization or a photostatic copy of the original shall be valid for the duration of the claim.

| SIGN HERE | Andy Chan | Mar. 15, 1998 |
|---|---|---|
| | CLAIMANT'S SIGNATURE | DATE |

## TO BE COMPLETED BY ATTENDING PHYSICIAN
The claimant is responsible for the completion of this form without expense to the company.

### 1. PRESENT CONDITION

| DIAGNOSIS | DATE OF LAST VISIT | FREQUENCY OF VISITS |
|---|---|---|

| SUBJECTIVE SYMPTOMS | OBJECTIVE FINDINGS (X-RAYS, E K G'S, LABORATORY DATA AND ANY CLINICAL FINDINGS) |
|---|---|

### 2. PROGRESS

(a) Has patient    ☐ Recovered?    ☐ Improved?    ☐ Unchanged?    ☐ Retrogressed?

(b) Is patient    ☐ Bed confined?    ☐ Hospital Confined?    ☐ Ambulatory?    ☐ House Confined?

(c) Has patient been hospital confined?    ☐ Yes    ☐ No    If yes, give Name and Address of Hospital _____

_____ Confined from _____ through _____

### 3. CARDIAC (If Applicable)

(a) Functional capacity _____    ☐ Class 1    (No limitation)    ☐ Class 2    (Slight limitation)
    (American Heart Ass'n.)    ☐ Class 3    (Marked limitation)    ☐ Class 4    (Complete limitation)

(b) Blood Pressure (last visit) _____
    SYSTOLIC         DIASTOLIC

GL500462 (12-93)                                   **OVER**                                   LINA 0217

**4. LIMITATION**  (If there is a limitation, check and describe below)

Standing _____   Climbing _____   Bending _____   Use of hands _____   Sitting _____

Walking _____   Stooping _____   Lifting _____   Psychological _____   Other (state which) _____

**5. PHYSICAL IMPAIRMENT**  (* as defined in Federal Dictionary of Occupational Titles)

☐ Class 1 — No limitation of functional capacity; capable of heavy work*   No restrictions (0-10%)
☐ Class 2 — Medium manual activity*   (15-30%)
☐ Class 3 — Slight limitation of functional capacity; capable of light work* (35-55%)
☐ Class 4 — Moderate limitation of functional capacity; capable of clerical/administrative (sedentary*) activity (60-70%)
☐ Class 5 — Severe limitations of functional capacity; incapable of minimal (sedentary*) activity (75-100%)
☐ Remarks:

**6. MENTAL/NERVOUS IMPAIRMENT**  (if applicable)

(a)  Please define "stress" as it applies to this claimant

☐ Class 1 — Patient is able to function under stress and engage in interpersonal relations (no limitations)
☐ Class 2 — Patient is able to function in most stress situations and engage in most interpersonal relations (slight limitation)
☐ Class 3 — Patient is able to engage in only limited stress situations and engage in only limited interpersonal relations (moderate limitations)
☐ Class 4 — Patient is unable to engage in stress situations or engage in interpersonal relations (marked limitations)
☐ Class 5 — Patient has significant loss of psychological, physiological, personal and social adjustment (severe limitations)
☐ Remarks:

Do you believe the patient is competent to endorse checks and direct the use of proceeds thereof?  ☐ YES ☐ NO

**7. EXTENT OF DISABILITY**

| | | From Patient's Regular Occupation | From Any Occupation |
|---|---|---|---|
| (a) Is patient now totally disabled? | | ☐ YES ☐ NO | ☐ YES ☐ NO |
| (b) If no, when was patient able to go to work? | | Mo. _____ Day _____ 19 _____ | Mo. _____ Day _____ 19 _____ |
| (c) If yes, when do you think patient will be able to resume any work? | Approximate Date _____ | Mo. _____ Day _____ 19 _____ | Mo. _____ Day _____ 19 _____ |
| | Indefinite _____ | ☐ | ☐ |
| | Never _____ | ☐ | ☐ |

**8. REHABILITATION**

(a) Is patient a suitable candidate for further rehabilitation services?  ☐ YES ☐ NO

(b) Can present job be modified to allow for handling with impairment?  ☐ YES ☐ NO

| | | PATIENT'S JOB | | ANY OTHER WORK |
|---|---|---|---|---|
| (c) When could trial employment commence? _____ | ___/___/___ Mo. Day Yr | Full-time ☐ Part-time ☐ | ___/___/___ Mo. Day Yr | Full-time ☐ Part-time ☐ |

(d) Would vocational counseling and/or retraining be recommended?  ☐ YES ☐ NO

**9. REMARKS**

| DATE | PRINT NAME | SIGNATURE (ATTENDING PHYSICIAN) | DEGREE | TELEPHONE |
|---|---|---|---|---|
| | | | | |

| STREET ADDRESS | CITY OR TOWN | STATE (OR PROVINCE) | ZIP CODE |
|---|---|---|---|
| | | | |

LINA 0218

February 25, 1998

2ND REQUEST!
3/25/98

ANDY CHAN
5955 CENTRAL AVE
NEWARK CA 94560

REDACTED

RE:    Andy Chan
       ██████████
       GL 13814
       Life Insurance Company of North America

Dear Mr. Chan:

In order to evaluate your claim for continuous disability benefits under the above captioned plan, it is necessary that we request periodic proof of continuous disability.

Please have your attending physician who has treated you within the last year fully complete the enclosed form and return to this office.

Thank you for your assistance in this matter and if you should have any questions, please feel free to contact me at the number below between the hours of 7:15 a.m. and 4:00 p.m. Central Standard Time.

Sincerely,

Amy Wilson
Product Specialist
Consumer Financial Security
1-800-352-0611 x 6573

JANUARY 09, 1997

MAIL: CIGNA COMPANIES
      F854
        ,

TO:   ANDY E CHAN
      5955 CENTRAL AVENUE
      NEWARK, CA 94560

                                        *REDACTED*

RE:   CLAIMANT      :   ANDY E CHAN
      CERTHOLDER    :   ████████████
      POLICY KEYS   :   GL     0013814000590
      ACCOUNT NAME  :   FUJITSU BUSINESS
      COMPANY NAME  :   LIFE INSURANCE CO OF NORTH AMERICA

THIS LETTER IS IN REFERENCE TO THE ABOVE MENTIONED CLAIM.


A REVIEW OF OUR FILE REVEALS THE NEED FOR UPDATED MEDICAL INFORMATION.  ENCLOSED
IS AN ATTENDING PHYSICIAN'S STATEMENT OF DISABILITY.  PLEASE HAVE YOUR ATTENDING
PHYSICIAN COMPLETE THE ENCLOSED FORM AND RETURN IT TO US BY 02-15-1997.  A
RETURN ENVELOPE IS ENCLOSED FOR YOUR CONVENIENCE.

IF YOU HAVE ANY QUESTIONS REGARDING THIS MATTER, PLEASE DO NOT HESITATE TO
CONTACT ME.  THANK YOU FOR YOUR COOPERATION.


SINCERELY,


CIGNA COMPANIES

**SUPPLEMENTARY CLAIM**
**DISABILITY BENEFITS**

Life Insurance ... company of North America
Connecticut General Life Insurance Company
Insurance Company of North America
INA Life Insurance Company of New York
Subsidiaries of CIGNA Corporation



**CIGNA**

Any person who knowingly and with intent to defraud any insurance company or other person files a statement containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime.

**TO BE COMPLETED BY THE CLAIMANT**

| NAME OF CLAIMANT | (Last Name) CHAN | (First Name) ANDY | (Middle Initial) E. | SOCIAL SECURITY NUMBER | TELEPHONE NUMBER 570-793-4798 |

ADDRESS (Street) 5955 CENTRAL AVE (City) NEWARK (State) CA (Zip Code) 94560

LIST STATES IN WHICH YOU MAY BE LIABLE FOR FILING TAX RETURNS

NAME OF EMPLOYER/ASSOCIATION FUJITSU BUSINESS COMMUNICATION SYS POLICY NUMBER FL-00138400059O

NAME OTHER SOURCES OF INCOME TO WHICH YOU AND YOUR DEPENDENTS ARE ENTITLED BY CHECKING THE APPROPRIATE SOURCES LISTED BELOW. SHOW AMOUNTS RECEIVED AND IN DICATE PAYMENT FREQUENCY. IF YOU HAVE NOT PREVIOUSLY PROVIDED US WITH A COPY OF THE AWARD LETTER, PLEASE ATTACH A COPY. INDICATE "NONE" IN THE APPROPRIATE BLOCKS IF YOU DO NOT RECEIVE INCOME FROM A NAMED SOURCE.

| ☑ Social Security | ☑ Pension | ☐ Governmental | ☐ Workers' Compensation | ☐ Other, Identify |
| $ 1900.00 | $ 2134 | $ | $ | $ |

ARE YOU CURRENTLY WORKING? ☐ YES ☑ NO

If yes, please provide name and address of employer, job title, number of hours worked per week, and wage rate.

**REDACTED**

ARE YOU INTERESTED IN A VOLUNTARY REHABILITATION/RETRAINING PROGRAM? ☑ YES ☐ NO

**AUTHORIZATION TO RELEASE INFORMATION**

I certify that the information shown above is correct to the best of my knowledge and belief. I authorize any Health Care Provider, Insurance Company, Employer, Person or Organization to release any information regarding medical, dental, mental, alcohol or drug abuse history, treatment or benefits payable, including disability or employment related information, to any CIGNA company, the Plan Administrator, or their employees and authorized agents for the purpose of validating and determining benefits payable. This data may be extracted for use in audit or statistical purposes. I understand that I or my authorized representative will receive a copy of the authorization upon request. This authorization or a photostatic copy of the original shall be valid for the duration of the claim.

SIGN HERE _____   DATE _____
        CLAIMANT'S SIGNATURE

**TO BE COMPLETED BY ATTENDING PHYSICIAN**

The claimant is responsible for the completion of this form without expense to the company

**1. PRESENT CONDITION**

DIAGNOSIS _____   DATE OF LAST VISIT _____   FREQUENCY OF VISITS _____

SUBJECTIVE SYMPTOMS                    OBJECTIVE FINDINGS
                                       (X-RAYS, E.K.G.'S, LABORATORY DATA AND ANY CLINICAL FINDINGS)

**2. PROGRESS**

(a) Has patient ☐ Recovered? ☐ Improved? ☑ Unchanged? ☐ Retrogressed?

(b) Is patient ☐ Bed confined? ☐ Hospital Confined? ☐ Ambulatory? ☑ House Confined?

(c) Has patient been hospital confined? ☑ Yes ☐ No   If yes, give Name and Address of Hospital KAISER PERMANENTE

Confined from _____ through _____

**3. CARDIAC (If Applicable)**

(a) Functional capacity _____ ☐ Class 1 (No limitation) ☑ Class 2 (Slight limitation)

(American Heart Ass'n.) ☐ Class 3 (Marked limitation) ☐ Class 4 (Complete limitation)

(b) Blood Pressure (last visit) _____ _____
                              SYSTOLIC   DIASTOLIC

CL500462 (12-93)                    **OVER**

LINA 0221

**4. LIMITATION**  (If there is a limitation, check and describe below)

Standing _____    Climbing _____    Bending _____    Use of hands _____    Sitting _____

Walking _____    Stooping _____    Lifting _____    Psychological _____    Other (state which) _____

**5. PHYSICAL IMPAIRMENT**  (* as defined in Federal Dictionary of Occupational Titles)

☐ Class 1 — No limitation of functional capacity; capable of heavy work*   No restrictions (0-10%)
☐ Class 2 — Medium manual activity*   (15-30%)
☒ Class 3 — Slight limitation of functional capacity; capable of light work* (35-55%)
☐ Class 4 — Moderate limitation of functional capacity; capable of clerical/administrative (sedentary*) activity (60-70%)
☐ Class 5 — Severe limitations of functional capacity; incapable of minimal (sedentary*) activity (75-100%)
☐ Remarks:

**6. MENTAL/NERVOUS IMPAIRMENT**  (if applicable)

(a) Please define "stress" as it applies to this claimant.

☐ Class 1 — Patient is able to function under stress and engage in interpersonal relations (no limitations)
☒ Class 2 — Patient is able to function in most stress situations and engage in most interpersonal relations (slight limitation)
☐ Class 3 — Patient is able to engage in only limited stress situations and engage in only limited interpersonal relations (moderate limitations)
☐ Class 4 — Patient is unable to engage in stress situations or engage in interpersonal relations (marked limitations)
☐ Class 5 — Patient has significant loss of psychological, physiological, personal and social adjustment (severe limitations)
☐ Remarks:

Do you believe the patient is competent to endorse checks and direct the use of proceeds thereof?   ☐ YES  ☐ NO

**7. EXTENT OF DISABILITY**

|  | From Patient's Regular Occupation | From Any Occupation |
|---|---|---|
| (a) Is patient now totally disabled? | ☒ YES ☐ NO | ☒ YES ☐ NO |
| (b) If no, when was patient able to go to work? | Mo. _____ Day _____ 19 _____ | Mo. _____ Day _____ 19 _____ |
| (c) If yes, when do you think patient will be able to resume any work? | Approximate Date _____  Mo. _____ Day _____ 19 _____ | Mo. _____ Day _____ 19 _____ |
|  | Indefinite _____  ☐ | ☐ |
|  | Never _____ ☒ | ☐ |

**8. REHABILITATION**

(a) Is patient a suitable candidate for further rehabilitation services?   ☐ YES  ☒ NO

(b) Can present job be modified to allow for handling with impairment?   ☐ YES  ☒ NO

|  | PATIENT'S JOB | | ANY OTHER WORK | |
|---|---|---|---|---|
| (c) When could trial employment commence? _____ | ___/___/___  Mo. Day Yr | Full-time ☐  Part-time ☐ | ___/___/___  Mo. Day Yr | Full-time ☐  Part-time ☐ |

(d) Would vocational counseling and/or retraining be recommended?   ☐ YES  ☒ NO

**9. REMARKS**

Haseeb I. Al-Mufti, MD
A 097195
AA 8959807

| DATE | PRINT NAME | SIGNATURE (ATTENDING PHYSICIAN) | DEGREE | TELEPHONE |
|---|---|---|---|---|

| STREET ADDRESS | CITY OR TOWN | STATE (OR P) | E) | ZIP CODE |
|---|---|---|---|---|

LINA 0222

ANDY E. ____N
(415) 792-____
5955 CENTRAL AVE.
NEWARK, CA  94560

338

11-8079/3210

*VOID*

$ *VOID*

GREAT WESTERN BANK **GW**
A FEDERAL SAVINGS BANK
39395 PASEO PADRE PKWY
FREMONT, CA 94538

**REDACTED**

**...ATION FORM**
**RECEIVED**

MAR 14 1996

CIGNA-DALLAS

---

*1.* Please complete all of the information requested whether you are enrolling for direct deposit service, requesting changes or canceling the service.

*2.* If you are receiving Survivor Income Benefits, please include the name of the deceased insured ("Certificate Holder").

*3.* Be sure to include a voided check (if requesting direct deposit to your checking account) or a deposit slip (if requesting direct deposit to your savings account).

*4.* Sign, date and return in the envelope provided. Please allow 4 to 6 weeks to process your authorization form.

Please call 1-800-___-0511 if you have any questions. Thank you.

Address: 5455 CENTRAL AVE.

City: NEWARK,        State: CA      Zip: 94560

Telephone No.
area code ( 510 ) 793-4798  555-___-____

CIGNA Policy/Account No.: 071-0013814        Social Security No.: ▮▮▮▮▮▮

* Include the name of the deceased only if you are receiving Survivor Income Benefits (please disregard if you are receiving Disability Benefits).

---

2. *Indicate type of transaction:*

☑ Request to enroll
☐ Request to cancel

Change the following information
☐ Account Number
☐ Account Type
☐ Financial institution

---

3. *Indicate type of account:*

☑ Checking account (include a blank personal check marked "void")
☐ Savings account (include a deposit slip if available)

---

4. *Provide the following bank information:*

Name of Bank: GREAT WESTERN BANK        Branch Office: FREMONT

City: FREMONT        State: CA      Zip: 94538

Branch Telephone No.: 1 800-732-3875-16        Bank Account No.: ▮▮▮▮▮▮

Bank Routing No.: (First nine digits of check code line)

---

5. *Sign and date this authorization statement:*

I authorize the Insurer of the policy/account number identified above ("Company") to deposit my monthly net benefit into the account and bank I have indicated above or to such other account as the bank or any successor designates as my account. I also authorize you to debit my account for any deposits made in error. I understand that the direct deposit service is only available for personal accounts, not business or corporate. I also understand that the direct deposit service will stay in effect until I notify the company of cancellation on the direct deposit service authorization form. I accept the responsibility to notify the Company if there are any errors in my account and will not hold the Company liable if there are any errors or omissions in depositing benefit payments to my designated account.

Signature X _____        Date 4/11/96

PM-605773

LINA 0223

| Certholder: | Andy Chan |
| Claimant: | Andy Chan |
| ID #: | ▮▮▮▮▮▮▮▮ |
| Policy #: | GL-13134 |

| Date Issued: | 12-19-05 |
| Check Number: | 500689896 |
| Check Amount: | $ 5,906.71 |

REDACTED

| Benefit / Service |
|---|
| 503 |

| Payment / Service Period |
|---|
| 1/7/98 -
11/7/98 |

| Benefit / Total Paid |
|---|
| 15,906.71 |



## RETAIN THIS VOUCHER FOR YOUR RECORDS

Should you have any questions it may
be necessary to furnish the information
on this voucher.

LIFE INSURANCE CO OF NORTH AMERICA

SR  00689896   51-44 / 119

| Policy No. | Certholder | Claimant | | Office | Date |
|---|---|---|---|---|---|
| GL-13134 | Andy Chan | Andy Chan | | 463 | 12-19-05 |

Pay To The Order Of

Andy Chan

PAY $   **5,906.71**

CONNECTICUT NATIONAL BANK

HARTFORD          CT     06115

CL 4638   Cat. #404863

NON-NEGOTIABLE

Authorized Signature

LINA 0224



**CIGNA** Group Insurance
Life · Accident · Disability

December 19, 1995

Andy Chan
5955 Central Ave
Newark, CA 94560

12225 Greenville Avenue
Suite 655, L8179
Dallas, TX 75243-9384
Telephone 214.907.6500
1.800.352.0611

RE:     Andy Chan
        SS#: ███████
        Policy #: GL-13814
        Policyholder: Fujitsu Business
        Life Insurance Company of North America

REDACTED

Dear Mr. Chan:

Permanent Total Disability benefits have been approved on the captioned claim in the amount of $738.34 per month. The benefit is calculated at the rate of $5.15 per $1,000.00 of $134,000.00 principal sum under the policy each month. The monthly payments will terminate on the earlier of the following dates: 1) The date the insured ceases to be continuously and totally disabled as defined by the policy, or 2) failure to provide proof that you are disabled.

The 1st benefit period, starting with the 6th month of permanent total disability is 5/6/95 through 1/5/96 while you remain permanently and totally disabled from engaging in any occupation, future benefits will be sent at monthly intervals at the end of each benefit period until the Principal Sum is paid out. We will require medical updates on your disability status on a periodic basis.

A check for benefits as described above is enclosed.

It is a pleasure to have been of service, Should you have any questions, please feel free to contact this office.

Sincerely,

Amy Wilson
Senior Benefit Analyst
1-(800)-352-0611, Ext. 570
Consumer Financial Security

AW/ac

**LINA 0225**

Y:\USERDATA\WPFILES\AWCHAN

Life Insurance Company of North America
Connecticut General Life Insurance Company
Insurance Company of North America
INA Life Insurance Company of New York
Subsidiaries of CIGNA Corporation