Andy Chan

5955 Central Ave

Newark CA 94560

RE: Andy Chan

SL 13814

Fujitsu Business

LINA

REDACTED

Permanent Total Disability benefits have been approved on the
captioned claim in the amount of $ 738.34    per month. The benefit
is calculated at the rate of $5.15 per $1,000.00 of $134,000.00
, principal sum under the policy each month. The monthly payments
will terminate on the earlier of the following dates: 1) The date the
insured ceases to be continuously and totally disabled as defined by the
policy, or 2)

failure to provide proof that you are disabled.

The 1st benefit period, starting with the 6th month of permanent total
disability is 5/6/95       through   1/5/96 __. While you
remain   permanently and totally disabled from engaging in any
occupation, future benefits will be sent at monthly intervals at the end of
each benefit period until the Principal Sum is paid out. We will require
medical updates on    your    disability status on a periodic
basis.

A check for benefits as described above is enclosed.

It is a pleasure to have been of
service. Should you have any questions
please feel free to contact this office.

Sy

CLERICAL DIRECTION

| FILE#/CERTHOLDER# | [ ] PHOTOCOPY |
|---|---|
| NAME: *(handwritten)* | [ ] DRAFT (attach mock-up) |
| POLICY NAME: | [ ] MAKE FOLDER |
| POLICY NUMBER: | ( ) BACKFLOW |
| DATE OF EVENT: | |
| (Medical & Life only) | |

LETTERS:  [ ] FORM _____    TO: _____
          [ ] SYSTEM
          [✔] PC (manually typed)

OTHER INSTRUCITONS: *1 ck*

*1 letter*

*to be overnighted*

BA's NAME: *(handwritten)*

DATE: *12/14/95*

_IFE INSURANCE CO OF NORTH AMERICA_

| Certholder: | _Andy Chan_ |
|---|---|
| Claimant: | _Same_ |
| ID #: | ███████████ |
| Policy #: | _GL 13814_ |

| Date Issued: | _12/95_ |
|---|---|
| Check Number: | |
| Check Amount: | $ _5906.72_ |

# REDACTED

| Benefit / Service |
|---|
| _590_ |

| Payment / Service Period |
|---|
| _DOD._ _5/6/95 - 1/45/96_ |

| Benefit / Total Paid |
|---|
| _5,906.72_ |

# RETAIN THIS VOUCHER FOR YOUR RECORDS

Should you have any questions it may
be necessary to furnish the information
on this voucher.

---

LIFE INSURANCE CO OF NORTH AMERICA

SR   00671867    $\frac{51-44}{119}$

| Policy No. | Certholder | Claimant |
|---|---|---|
| _GL 13814_ | _Andy Chan_ | |

Pay To The Order Of

_Andy Chan_

Office    Date
_DO63_    _12/95_

PAY $ _5906.72_

CONNECTICUT NATIONAL BANK

HARTFORD        CT    06115

**LINA 0228**

12/19/95

Beth + I don't understand policy: if he gets $5.15 per 1k of insurance (134k ins. total), he would get 738.34/mo x 20 yrs, which w/b more than 134K. (would total $177,201.60) Is this the intention of policy? Left msg w/ Valerie Storm @ SF s/o to call me ASAP as Mr. Chan is calling on a daily basis.

AW

— Valerie said that is the way it is built, to add some interest + cost of living increases, etc. As that is the intention, I will pay $738.34/mo Mr. Chan agreed.

5/6/95 – 6/5/95
6/6
7/6          8 mos x 738.34/mo = $5,906.72
8/6
9/6
10/6
11/6  – 12/5/95
12/6  – 1/5/96      start repay 1/6/96

AW

LINA 0229



**FUJITSU BUSINESS COMMUNICATION SYSTEMS**

3190 Miraloma Avenue
Anaheim, California 92806

# FAX

Date: _12/18/95_

Number of pages including cover sheet: _2_

To: _Amy Wilson_

Fax phone: _____
CC: _____
CC: _____

From: _Cheryl Mathews_

Phone: (714) 764-_2542_
Fax phone: (714) 764-2573

REMARKS:  ☐ Urgent    ☐ For your review    ☐ Reply ASAP    ☐ Please comment

LINA 0230

**FUJITSU BUSINESS**
**COMMUNICATION SYSTEMS, INC.**

# GROUP BENEFITS ENROLLMENT/CHANGE FORM

1. Print clearly in ball-point pen
2. Sign and date the form

| LAST NAME | FIRST NAME | M.I. | SOCIAL SECURITY NUMBER |
|---|---|---|---|
| CHAN | ANDY | E. | [REDACTED] |

| DATE OF BIRTH | DATE EMPLOYED | MARITAL STATUS | SEX | EMPLOYEE NUMBER |
|---|---|---|---|---|
| /49 | 7/78  8/31/78 | M | M | 92015 |

## TRANSACTION TYPE:

☑ NEW OR OPEN ENROLLMENT
☐ ADD/CANCEL DEPENDENTS
☐ CHANGE IN COVERAGE

☐ BENEFICIARY CHANGE
☐ MARRIAGE
☐ DIVORCE

☐ NAME CHANGE FROM _____ TO _____
☐ TRANSFER FROM _____
☐ OTHER _____

EFFECTIVE DATE OF TRANSACTION: 2/1/89

REDACTED

## MEDICAL/DENTAL:

### GROUP MEDICAL/DENTAL

☐ SINGLE
☑ FAMILY
☐ WAIVE OR CANCEL COVERAGE

### HMO MEDICAL/GROUP DENTAL (if available) *

☐ SINGLE
☐ FAMILY
☐ WAIVE OR CANCEL COVERAGE

HMO NAME _____
* You must also complete the appropriate HMO form.

Note: If you decline medical dental benefits, you may be required to provide a statement that you or your dependents have coverage elsewhere.

## DEPENDENT INFORMATION – List your eligible dependents for whom you desire to add or cancel coverage.

| Status | Last Name | First | Relationship | Date of Birth Mo / Day / Yr. | Full-time Student Yes | No | Covered By Medicare Yes | No | Employed by FBCS Yes | No |
|---|---|---|---|---|---|---|---|---|---|---|
| ☑ Add ☐ Cancel | CHAN | HANNAH | SPOUSE | 12/12/44 | | | | ✓ | | ✓ |
| ☑ Add ☐ Cancel | CHAN | IRENE | DAUGHTER | 9/10/73 | ✓ | | | ✓ | | ✓ |
| ☑ Add ☐ Cancel | CHAN | TIFFANY | " | 4/28/80 | ✓ | | | ✓ | | ✓ |
| ☐ Add ☐ Cancel | | | | | | | | | | |
| ☐ Add ☐ Cancel | | | | | | | | | | |
| ☐ Add ☐ Cancel | | | | | | | | | | |

## SUPPLEMENTAL LIFE INSURANCE:

☐ 1X Annual Salary
☐ 2X Annual Salary

☑ 3X Annual Salary
☐ Waive or cancel coverage

## DEPENDENT LIFE INSURANCE:

☐ Spouse $5,000, each child $1,000
☐ Spouse $10,000, each child $2,000

☑ Spouse $15,000, each child $3,000
☐ Waive or cancel coverage

## LIFE INSURANCE BENEFICIARY DESIGNATION (Basic/AD & D/Supplemental Life):

Name of Primary Beneficiary: HANNAH C. CHAN     Relationship: SPOUSE

Name of Contingent Beneficiary: IRENE, TIFFANY CHAN     Relationship: DAUGHTERS

If additional space is needed, provide the information on a separate sheet and staple to this form.

## EMPLOYEE SIGNATURE

I hereby authorize the Company to deduct from my regular paycheck the amounts necessary to make my contributions, if any, toward the premiums for the benefit coverage selected above. I understand that if I do not select medical/dental coverage or Supplemental Life Insurance as a new employee or during open enrollment that proof of insurability may be required. I also understand that the above elections will remain in effect until formally changed or until circumstances prevail which make me ineligible for the elected coverage(s).

| SIGNATURE OF EMPLOYEE | DATE 1/15/89 | CONTACT PHONE NO. (415) 792-9048 |
|---|---|---|

WHITE – COMPANY         GREEN – PAYROLL         PINK – CARRIER COPY         GOLDENROD – EMPLOYEE COPY

12/14/95

714 - 764 - 2542

left msg for Cheryl Matthews @ P/H - EC shows
1x basic + 1x supp = 2x BAE. Need something
showing 3x.

12/18/95

left 2nd msg & specifically said "Mr. Chan
is calling me on a daily basis & I cannot process
his claim until I hear back from you." "Pls call" +
left my direct line.

— Mr. Chan called back + wants benefits to
last for 20 years.

— Cheryl called during lunch + said he does
have 3x BAE. I called back for EC showing
election of 3x. She will look + fax.

LINA 0232

12/13/95

left msg for Mr. Chan — need to know
Wh he must choose between 5-20 yrs for pmt

5 yrs = ~~625/mo~~ 625/mo
20 yrs = 187.50/mo

— Mr. Chan said he wants to choose
10 years for length of benefit. Also said
it s/b 3x BAE, not 1x for benefit. I will
ck + call back before Friday. He understands
benefits will start in May '95.

LINA 0233

## CIGNA GROUP INSURANCE   CLAIM REFERRAL FORM

Referred by: Amy Wilson                    Referred to: Cara Saltar

Date of referral: 12/11/95

Name on file: Andy Chan / Fujitsu Business

K= A2          I= CA          B= —

TOTAL amount of claim: 45,000

Date claim received: 10/30/95 for PTD

ERISA dates: (90) 1/30/96          (180) 4/30/96

Summary of Claim:

46 y/o male with polycystic kidney disease. (Sickness covered by policy.) DoH 9/24/78 so he has been covered for 16 mos, disabled over 12 mos & sent proof w/12 mos at LAW. No pre ex on policy, & he is considered by his dr @ to be PTD any/occ & not currently employed. He does have SSDIB (but not a requirement of policy). I believe this claim is payable.

Referral Issue:

Pls advise — if agree, he will need to choose between 5-20 years for monthly pmt.

LINA 0234

Management Response:

I agree claim s/b approved. In the future, I believe this type of claim s/b handled in WOP unit since its a disability under a Gl policy c a monthly pay-out. I think you should only be handling PTD claims

Dt of Illness    11/8/94 chronic renal failure

UR - 12 yrs ed, 4 yrs college BSC
SSDoD 11/9/94
Dr. Hassaab Al-Mufti - yes PTD, 6/14/93 rec: Hypertension since 1975,
Gout 1983, bilateral polycystic kidneys 1978, ETip ✗x 7/12/88 kidney.

LINA 0235

**CIGNA** Group Insurance
Life · Accident · Disability

November 08, 1995

RECEIVED
DEC 11 1995
CIGNA-DALLAS

*HASEEB AI-MUFTI*

Dr. ~~Ahmed~~
Kaiser Permanente
39400 Paseo Padre Pkwy
Fremont, CA 94538

12225 Greenville Avenue
Suite 925 LB79
Dallas, TX 75243-9384
Telephone 214-907-8500
1-800-552-9371

Re:  Andy Chan
     File #: ████████
     Your Medical #: 3940340
     Policy #: GL-13814
     Policyholder: Fujitsu Business
     Life Insurance Company of North America

REDACTED

FREMONT MEDICAL
Medical Sp...

NOV ...

RECE...

Dear Dr. ~~Haseed~~ *AI-MUFTI*

We are currently investigating the above captioned insured's claim for Permanent
and Total Disability Benefits.  In order to evaluate this claim, we need to contact
you for additional information.

Under the policy through which the insured is claiming benefits, an insured must
be permanently and totally disabled from working in any occupation due to a single
accident, independent of all other causes.

According to our records, the insured is claiming these benefits due to disability
resulting from chronic kidney failure.

Therefore, we would like for you to advise us of the following:

1.   Did the diagnosis of chronic kidney failure render the insured permanently   *Ye.*
     and totally disabled from working for the rest of her life in any occupation?  *YE.*

2.   What do you believe is the etiology of the insured's current disability?   *YES*

3.   The Insured's current work restrictions, if applicable.   *TOTAL DISABILITY*

4.   Finally, please provide us with a copy of your office notes, dating back
     to the first time that you treated the patient.

We appreciate your assistance in answering these questions, and will be glad
to reimburse you for your time.  Please simply enclose your bill with your response.

*Medical Records*

HASEEB I. AL-MUFTI, M.D.
MEDICINE

continued on page 2

THIS IS A FORM STATEMENT ACCOMPANYING MEDICAL RECORD
REPORTS AND HAS NOT BEEN PREPARED WITH REGARD TO ANY
PARTICULAR RECORDS OR PATIENT

Enclosed is medical record information which is provided in response to an authorization recognized by law.

Because of federal and state statutory provisions and court interpretations, certain portions of medical records are not to be disclosed in response to a routine subpoena or routine patient's authorization. Such portions would include psychiatric records and information pertaining to alcohol or drug abuse. Such material may be obtained only upon a special court order or in accordance with applicable federal or state law, written authorization specifying the exact type of protected records to be released and the approximate dates of such records. Such an authorization is to be provided by the requesting party.

The enclosed records/summary do not include information about treatment for psychiatric problems or alcohol or drug abuse, if there are any records pertaining to the patient. However, this form notice is NOT to be construed as a statement that any such records exist or have been withheld.

LINA 0237

 KAISER PERMANENTE

KAISER PERMANENTE MEDICAL CENTER - HAYWARD/FREMONT

                        PATIENT:  CHAN, Andy
                        MR#:      3940340
                        DATE:     11/15/94
                        SURGEON:  Matthew Mell, M.D.
                        ROOM #:   HAS

PREOPERATIVE DIAGNOSIS:        End-stage renal disease.

POSTOPERATIVE DIAGNOSIS:       End-stage renal disease.

PROCEDURE PERFORMED:           CAPD catheter placement.

SURGEON:                       Matthew Mell, M.D.

ASSISTANT:                     Robert Specht, S.A.

ANESTHESIA:                    General.

INDICATIONS:  The patient is a 45-year-old man with end-stage renal disease secondary to polycystic kidney disease.

OPERATIVE FINDINGS:  Normal anatomy.

PROCEDURE:  With the patient in the supine position, the abdomen was prepped and draped in sterile fashion.  A 3 cm incision was made transversely just below the umbilicus on the right.  The incision was carried down to the anterior rectus sheath which was divided transversely.  The rectus muscle was split longitudinally and a 3-0 prolene purse-string was placed in the posterior rectus sheath.  The peritoneum was then entered and a 57 mm long two-cuffed CAPD catheter was placed in the pelvis using a long stylet as a guide.  The placement went without incident. The stylet was removed and the purse-string suture secured.  This was secured so that the deep cuff was in the fibers of the rectus muscle.  The catheter was then tunneled through the subcutaneous tissue and brought out in the right lower quadrant so that the other cuff was in the subcutaneous tissue. The catheter was then attached to saline and 500 cc was brought in and approximately 400-450 cc was removed with gravity.  Flow appeared adequate during both infusion and removal of the fluid.

The anterior rectus sheath was closed with a running 0 Vicryl.  The subcutaneous tissues were closed with interrupted 3-0 Vicryl and the skin was closed with a running 4-0 Vicryl subcuticular stitch. Steri-strips and sterile dressings were applied.

continued...                OPERATION RECORD

LINA 0238

 KAISER PERMANENTE

KAISER PERMANENTE MEDICAL CENTER — HAYWARD/FREMONT

PATIENT:  CHAN, Andy
MR#:      3940340
DATE:     11/15/94
SURGEON:  Matthew Mell, M.D.
ROOM #:   HAS

Page 2

The patient tolerated the procedure without complications.  Estimated blood loss was 5 cc.  Fluids replaced - crystalloid.  All counts were correct.

_____
Matthew Mell, M.D.

MM:ch
D: 11/15/94 T: 11/16/94
cc: Hayward Chartroom

LINA 0239

Jcb #6261                    OPERATION RECORD

**KAISER PERMANENTE**

HISTORY AND EXAMINATION RECORD

KAISER FOUNDATION HOSPITAL - HAYWARD

PATIENT: CHAN, Andy
MR#:     3940340
DATE OF ADMISSION: 6/14/93
PHYSICIAN: Rod Perry, M.D.
ROOM:

Old chart is not available and the computer laboratory service is not functioning at present. History comes from the patient, current laboratory and a faxed face sheet from Fremont.

IDENTIFICATION: This is a 43-year-old Chinese computer technician with a history of negative coronary arteriograms in 1988, subclinical polycystic kidney disease, recent atrial fibrillation and hematuria provoked by Coumadin use.

CHIEF COMPLAINT: Chest pain and shortness of breath.

HISTORY OF PRESENT ILLNESS: The patient developed dyspnea and "heavy chest" about three weeks ago and was found to be in atrial fibrillation. He was begun on Quinaglute and Coumadin with resolution of his chest symptoms but onset of bleeding from the gums and gross hematuria and urinary retention. He is currently wearing a leg bag and he is to see his urologist today for removal of the Foley catheter. He was well until early this morning when he was awakened from sleep by marked dyspnea and a heavy substernal sensation in this chest which has resolved to a right shoulder pain which he feels is muscular. He received two puffs of Nitrolingual spray in the ambulance coming here and credits this with relief of his pain. At present he is quite comfortable.

He underwent coronary arteriography in 1988 for evaluation of chest pain and this was seen to be normal.

PAST MEDICAL HISTORY:        1.  Hypertension sine 1975.
                            2.  Gout, 1983.
                            3.  Bilateral polycystic kidneys, 1978.

CURRENT MEDICATIONS:         1.  Quinaglute.
                            2.  Ciprofloxacin.
                            3.  Colchicine.
                            4.  Sectral.
                            5.  Pyridium.

ALLERGIES: Penicillin.

FAMILY HISTORY: His father had hypertension and kidney disease (polycystic).

SOCIAL HISTORY: He has two children. He does not drink significantly. He does not smoke.

                    (continued next page)

KAISER PERMANENTE

## HISTORY AND EXAMINATION RECORD

PATIENT: CHAN, Andy
MR#:     3940340

Page 2

REVIEW OF SYSTEMS:  He denies headache. He has been feeling nauseous recently and can drink only liquids. No recent bowel movements, no clear ankle swelling.

PHYSICAL EXAMINATION: Blood pressure is 96/40, pulse 73 and regular, temperature 99.5°, respirations 20.  Somewhat overweight man, looking rather pale and in no acute distress.

| | |
|---|---|
| SKIN: | Warm and dry. |
| HEENT: | Normocephalic. Mild corneal arcus. Pupils equal, round and reactive to light.  Eoms full. Tympanic membranes normal.  Teeth are in fair repair. Mouth normal. |
| NECK: | Supple.  No neck vein distention.  No thyromegaly or lymphadenopathy. |
| LUNGS: | Somewhat diminished breath sounds with possible basilar rales which largely clear with deep breaths. There is no egophony, no PMI. |
| HEART: | Distant heart tones, no clear S3, S4, murmur. Pedal pulses are present. |
| ABDOMEN: | Moderately distended and tympanitic, normal bowel sounds, mild diffuse tenderness, no rebound tenderness, no organs or masses felt. |
| EXTERNAL GENITALIA: | Remarkable for a Foley catheter placed, draining slightly blood tinged urine. |
| RECTAL: | Unremarkable. Scant stool.  No masses. |
| EXTREMITIES: | Trace edema, no clubbing. |
| NEUROLOGIC: | Oriented times three, normal mental status. Cranial nerves normal.  Normal grips.  DTRs are 2+.  Plantar responses flexor. |

LABORATORY DATA:  WBC 10,300, hemoglobin 8.2, hematocrit 23.6, platelet count 291,000, prothrombin time 18.1 seconds. PTT is 49.5 seconds.  Sodium 133, potassium 4.8 chloride 98, bicarbonate 19, BUN 69, creatinine 9.1, blood sugar 132.

Electrocardiogram shows a sinus rhythm at the rate of 72 a minute. There are very minor nonspecific ST-T wave abnormalities.

IMPRESSION:
1. Chest pain and dyspnea, probably provoked by anemia, possibly representing angina pectoris.
2. Marked anemia due to chronic renal failure, possibly worsened by acute bleeding.
3. Polycystic kidney disease with severe renal failure, unclear how acute this is.

(continued next page)

 KAISER PERMANENTE

## HISTORY AND EXAMINATION RECORD

**PATIENT:** CHAN, Andy
**MR#:**     3940340

Page 3

PLAN:  The patient will be observed in the Telemetry Unit, will
receive antianginal medicines and whatever attention his kidneys need.
I will give him vitamin K as he is in the sinus rhythm now and his
anticoagulated states seems to be more of a threat to him than the
benefit.

RP:jcl
d: 6/14/93
t: 6/14/93
cc: Hayward chartroom
Job No: 8385                              Rod Perry, M.D.

LINA 0242

 KAISER
PERMANENTE

## DISCHARGE SUMMARY

KAISER FOUNDATION HOSPITAL – HAYWARD

|  |  |
|---|---|
| **PATIENT:** | CHAN, Andy |
| **MR#:** | 3940340 |
| **ADMISSION:** | 06/14/93 |
| **DISCHARGE:** | 06/21/93 |
| **PHYSICIAN:** | H. Al-Mufti, M.D. |

**ADMISSION DIAGNOSIS:** Atrial fibrillation.

**DISCHARGE DIAGNOSES:**
1. Urinary tract bleeding.
2. Anemia secondary to #1.
3. Polycystic kidney disease.
4. Chronic renal failure.
5. Intermittent atrial fibrillation.
6. History of gout.
7. History of chronic essential hypertension.

**CONSULTANTS:** Urology, Cardiology.

**PRIOR DRUG ALLERGIES:** Penicillin.

**DISCHARGE MEDICATIONS:** Ciprofloxacin 250 mg p.o. b.i.d., Colchicine .5 mg p.o. q. d., Amiodarone 400 mg p.o. b.i.d. and transderm Nitro 5, one patch q. d.

**DISCHARGE DIET:** 2 gram sodium, 2 gram potassium, 60 gram protein.

**SUMMARY:** Mr. Chan is a 43-year-old Chinese male with history of chronic polycystic kidney disease, chronic renal insufficiency. The patient had a recent episode of atrial fibrillation which was treated with Quinidine. He was placed on anticoagulation therapy for three months after that initial episode upon consultation with Cardiology. The patient, however, developed significant hematuria and therefore was admitted because of progressive weakness and gross blood in the urine. The patient developed dyspnea and heavy sensation in his chest. The patient was admitted on 6/14/93. At that time, physical examination revealed an alert, oriented Chinese male who appeared pale. Blood pressure was 96/40, pulse 73, regular, temperature was 99.5, respirations were 20. Skin was warm and dry. HEENT: Normocephalic, atraumatic. Sclera were pale. Fundi: No papilledema. Neck was supple, no jugular venous distention. Pupils were equal and reacting to light. Lungs: Diminished breath sounds and possible bibasilar rales. Heart: S1 S2. Sinus rhythm. Abdomen: Soft, nontender, slightly distended, tympanitic. Bowel sounds were present. Rectal: Scanty stool, guaiac negative. No prostatic hypertrophy. Neurologic examination: Within normal limits. Extremities: Trace ankle edema.

(continued next page)

LINA 0243

04926-9-7-90:

 **KAISER PERMANENTE**

## DISCHARGE SUMMARY

KAISER FOUNDATION HOSPITAL - HAYWARD

                                    **PATIENT:** CHAN, Andy
                                    **MR#:**      3940340
                                    **ADMISSION:** 06/14/93
                                    **DISCHARGE:** 06/21/93
                                    **PHYSICIAN:** H. Al-Mufti, M.D.

Page 2

ADMISSION LABORATORY: White count 10.3. Hemoglobin 8.2. Hematocrit 23.6. Platelet count 291,000. Prothrombin time of 18. PTT of 49.5. Sodium 133. Potassium 4.3. Chloride 98. Bicarbonate 19. BUN of 69. Creatinine of 9.1. Blood sugar of 132. Electrocardiogram showed a sinus rhythm, rate of 72 per minute. Minor nonspecific ST-T wave changes.

HOSPITAL COURSE: The patient was therefore admitted to monitor his heart rate and also to control his anemia. Consultations with Urology and Cardiology were obtained. His urinary tract bleeding. His urinary tract bleeding was followed. The patient had a Foley catheter which drained blood clots and had dark urine for the remainder of his hospital stay. A sonogram did not show any evidence of obstruction, but bilateral large polycystic kidneys. His serum creatinine peaked at 9.9 and then gradually came down to 7.2 before discharge. His hematocrit upon several estimations was as low as 23.5 and at that point he had significant symptoms of weakness and dyspnea and therefore was transfused with two units of packed red blood cells and his predischarge hematocrit was up to 30. The patient also had an admission Quinidine level of 7.4 and his prothrombin time gradually came down off anticoagulants. The patient was switched to Amiodarone and stayed in normal sinus rhythm for the remainder of his hospital stay. He had episodes of intermittent atrial fibrillation, but that was controlled with Amiodarone pre-discharge. The patient's urine analysis showed no culture in 48 hours, but of course he had significant hematuria. The patient therefore was discharged on 6/21/93. He will be followed with CBC and chemistries on 6/28. Serum creatinine will also be followed. The patient will remain on the above medications. He will be off work for approximately three months. It will be important to follow his renal function to see what new baseline he will establish at which point evaluation for access surgery will be done.

                          _____
                          H. Al-Mufti, M.D.

HAM:jjb
d:06/21/93
t:06/22/93
cc: Hayward chartroom

Job #8948

LINA 0244

**KAISER PERMANENTE** 

## DISCHARGE SUMMARY

KAISER FOUNDATION HOSPITAL-HAYWARD

**PATIENT:** CHAN, Andy
**MR#:** 3940340
**ADMITTED:** 5/24/93
**DISCHARGED:** 5/27/93
**PHYSICIAN:** H. Al-Mufti,M.D.

ADMISSION DIAGNOSIS:     1)  Atrial fibrillation.

DISCHARGE DIAGNOSIS:     1)  Atrial fibrillation and flutter,
                             resolved.
                         2)  Hypertension.
                         3)  Polycystic kidney disease.
                         4)  Chronic renal insufficiency.

CONSULTANTS:             Dr. Heller, Cardiology.

DISCHARGE MEDICATIONS:   Coumadin 5 mg p.o. q.d., Quinaglute 324
                         mg p.o. t.i.d. and Sectrol 400 mg p.o. q.d.

DISCHARGE DIET:          2 gram sodium, low saturated fat, low
                         cholesterol.

HISTORY:                 The patient is a 43-year-old Chinese male
with a history of chronic adult polycystic kidney disease and systemic
essential hypertension.  The patient also has had progressive renal
insufficiency secondary to polycystic disease.  The patient presents
with recent history of shortness of breath and palpitations the day of
admission.  These symptoms were noted at work. The patient was seen in
the outpatient clinic and then EKG was done showing defibrillation
which was recent in onset. Therefore, he was admitted.

Physical examination on admission revealed an alert, oriented Chinese
male in no acute distress. Blood pressure 135/104, pulse 83
irregularly irregular, temperature 97.6. HEENT normocephalic and
atraumatic. Chest was clear. Heart atrial fibrillation. Abdomen
soft,nontender without organomegaly. Rectal examination stools were
guaiac negative. Extremities showed no edema.

EKG confirmed atrial fibrillation,no acute ST wave changes. Chest x-
ray showed normal cardiac size.

The patient was admitted to the Transitional Care Unit on monitor.He
was continued on his medications.  The patient was given intermittent
doses of Digoxin,however, that did not convert his cardiac rhythm.
Quinidine was added orally and this converted him to normal sinus
rhythm on 5/26/93.  He maintained his sinus rhythm for 24 hours prior
to his discharge.  Cardiology consultation was obtained. An
echocardiogram was done which was normal.  A treadmill was done as an
outpatient which was normal and not showing evidence of arrhythmia.
Therefore the patient was discharged on the above medications. He will
be on Coumadin for 2 to 4 weeks until the confirmation of his sinus
rhythm is obtained. He will be seen by me in 2 weeks.

LINA 0245

 KAISER PERMANENTE

## DISCHARGE SUMMARY

page 2

**PATIENT:** CHAN, Andy
**MR#:** 3940340

He will have follow-up prothrombin times and also Quinidine level as an outpatient. He will also have a follow-up EKG as an outpatient.

Please note that the patient was heparinized throughout his hospital course and his heparin was discontinued prior to his discharge. It was also noted that the patient had a high uric acid. He has had history of gout, but is not symptomatic at the present time. It is also noted his serum creatinine was stable between 2.9 and 3.0.

HAM:sj5
D: 5/27/93
T: 6/4/93
cc:Hayward chartroom
job 7037/7038

_____
H. Al-Mufti,M.D.

04926 9 (7-90)


KAISER
PERMANENTE

## DISCHARGE SUMMARY                    TRANSFER

| NAME (LAST, FIRST, MIDDLE) | M.R. NO. |
|---|---|
| CHAN, Andy E. | 3940340 |
| | ADMITTED  7/12/88 |

| PHYSICIAN | DISCHARGED |
|---|---|
| K. Collins, MD | 7/13/88 |

ADMISSION DIAGNOSIS:    Chest pain, rule out myocardial
                        infarction.
                        Hypertension.
                        Polycystic kidney disease.
                        Gout.

DISCHARGE DIAGNOSIS:    Chest pain, possible unstable angina.
                        Hypertension.
                        Polycystic kidney disease.
                        Gout.

Present illness--Mr. Chan is a 39 year old Chinese man, a
Computer Technician, who four days prior to this admission
after breakfast, noted a weakness, lightheadedness, chest
pressure and then vomiting. He states he threw up all of his
breakfast. his symptoms lasted for approximately one hour
then abated. The patient went to bed for the rest of the day.
The next day he went to work, felt fine. On the day of
admission while at work he noted a feeling of weakness or
lightheadedness whenever he tried to hurry. On the evening of
admission after dinner he began to feel lightheaded and
developed chest pressure which became frank pain. The
patient came to the emergency room after two to three hours
where he felt nausea, vomiting, sweating and continued chest
pain.

An EKG on admission to the emergency room showed sinus
bradycardia with upward coving, ST elevation in his precordial
leads with some minor T wave flattening and inverted T in lead
L. There was no old tracing to compare. Initial LDH and CPK
were normal. The patient was admitted to the CCU for
observation for possible myocardial infarction.

Patient has no prior history of a myocardial infarction or
angina. Has no history of paroxysmal nocturnal dyspnea,
orthopnea or leg edema. His risks factors for coronary artery
disease include a positive history of hypertension, a positive
family history of coronary artery disease in that his father
had his first MI in his 40s and died at age 57. Patient's
cholesterol has been in the 170s, he does not have diabetes
mellitus. He has never smoked cigarettes.

His past medical history is significant for 1) polycystic
kidney disease. The patient states his father also had
polycystic kidney disease and the patient had an ultrasound
confirming the diagnosis. 2) No prior hospitalization or
surgery. No history of CVA, TIA, claudication, hepatitis or
blood transfusions. 3) Possible history of gout in the past
for which he takes Indocin as needed.
(Cont'd)

LINA 0247


**KAISER PERMANENTE**

## DISCHARGE SUMMARY

| NAME (LAST, FIRST, MIDDLE) | M.R. NO. |
|---|---|
| CHAN, Andy E. | 3940340 |
| | ADMITTED |
| PHYSICIAN | DISCHARGED |
| | 7/13/88 |

-2-

Medications chronically have included Sectral 400 mg per day.
Catapress TT3 every week and Indocin prn.

Allergies--Penicillin has caused hives.

Social history--he is married, has two children, he drinks
very rare alcohol.

Physical exam--on the day after admission, he is a pleasant
man lying flat in bed in no distress. Blood pressure 140/100
in both arms. His pulse is 66 and regular. Neck--he has
normal jugulovenous pressure. Carotids are 2+ and equal with
no bruits. Chest is clear. Cardiac exam--normal S1 and S2, a
very soft S4, no S3; no murmurs, no rub. Abdomen--he has
some fullness in the left periumbilical region which is
nonpulsatile and may represent a kdiney. Has no bruit. Has
no pulsatile masses. Extremities are warm, his pulses are 2+
and equal to his dorsalis pedis bilaterally with no femoral
bruits.

His laboratory studies from admission include a sodium of 145,
potassium 4.7, creatinine 1.8, random blood sugar 112, and LDH
of 171, CPK 174 with three units of MB, both of which were
within normal range for this laboratory. Hematocrit of 44.5,
hemoglobin 15.4, white count 11.8. Urinalysis--normal dip
stix, 0-1 white cells per high power field. Chest x-ray
showed normal heart size, clear lung fields. The aortic
shadow appeared to be normal.

HOSPITAL COURSE: The patient was admitted to the CCU for
observation. His symptoms gradually resolved over several
hours. He had no arrhythmias on monitoring and no evidence of
congestive heart failure. The next morning his symptoms were
completely gone. He felt fine, with no chest pain, nausea or
shortness of breath. A second CPK was 171. A subsequent EKG
however, showed new precordial T wave inversions in lead V2-V6
as well as T wave inversions in leads I and AVL. Very slight
J point ST elevation was noted in the inferior leads. An
echocardiogram was performed in the morning after admission
showing no pericardial effusion, apparently normal aorta and
aortic valve and normal left and right ventricles with normal
regional wall motion. While in the CCU, medications included
nitropaste 2" q6h, Sectral 400 mg qd, Catapress TT 3 per week
and Nifedipine 10 mg q8h.

The etiology of this patient's symptoms is not entirely clear
but the changes on his electrocardiogram the morning after
admission suggest that this may be a myocardial ischemic
(cont'd)

**KAISER PERMANENTE**

## DISCHARGE SUMMARY

| NAME (LAST, FIRST, MIDDLE) | M.R. NO. |
|---|---|
| CHAN, Andy E. | 3940340 |
| | ADMITTED |

| PHYSICIAN | DISCHARGED |
|---|---|
| | 7/13/88 |

-3-

syndrome without evidence of infarction. I have discussed this with the patient's wife as well as himself and have recommended coronary angiography to delineate any coronary anatomy. I have discussed the risks and indications, the potential need for coronary bypass grafting or coronary angioplasty following the procedure. The patient is willing to proceed. Therefore, the patient will be transferred to St. Mary's Hospital to Dr. James Feeney for coronary angiography.

KC:vk
cc: Hayward Chartroom
D&T 7/13/88

K. Collins, MD

LINA 0249

90500 (REV. 2-87)

**FULL**

KAISER FOUNDATION HOSPITALS
THE PERMANENTE MEDICAL GROUP, INC.

ATORY EXAMINATIONS

05- 35713                                                          OUTPATIENT

Σ REGIONAL LABORATORY · 1725 EASTSHORE HIGHWAY BERKELEY CA 94710        PATIENT CHARZANOY E
INGUI, M.D. DIRECTOR
N: 10o88
AL-MUFTI M MD          PT PHONE NO          MRNO 3940340
LAB  FREQ ROOM WARD MED                     TERM  NOV 51  AGE M 3

| TEST | RESULTS | UNITS | REFERENCE RANGE |
|------|---------|-------|-----------------|
| CBC | | | |
| RBC | 4.33 | M/UL | 4.10- 5.70 |
| HGB | 15.6 | G/GL | 13.0- 17.0 |
| HCT | 44.2 | % | 39.0- 51.0 |
| MCV | 92 | CU UM | 80- 100 |
| MCH | 32.7 | PG | 24.0- 34.0 |
| MCHC | 35.7 | % | 31.0- 37.0 |
| RDW | 12.1 | % | 11.0- 14.7 |
| PLATELETS | 305 | K/UL | 140- 400 |
| WBC | 6.3 | /UL | 3.5- 12.5 |

(END OF REPORT)

COLLECTION DATE  04/29/93        PRINT DATE  04/29/93        PAGE  1
                 0937            TIME  1549  OPER  HEM        CHART REPORT

LINA 0250

FULL

KAISER FOUNDATION HOSPITALS
THE PERMANENTE MEDICAL GROUP, INC.

ATORY EXAMINATIONS

-C5- 85713

INC. REGIONAL LABORATORY • 1725 EASTSHORE HIGHWAY, BERKELEY, CA 94710                    OUTPATIENT
. JINGUJI, M.D., DIRECTOR

DCN: 2048                                                        PATIENT  CHAN, ANDY E
N AL-MUFTI F MC                   ST PH-CN-ENC
NG LAB  FREQ ROOM WARD  MEC                                      MR NO 3940340
                                                                SEX M   DOB 51   AGE 42

| TEST | RESULTS | UNITS | REFERENCE RANGE |
|---|---|---|---|
| SODIUM | 141 | MEC/L | 133- 145 |
| POTASSIUM | TNC | MEC/L | 3.5- 5.5 |
| (MMENT) RECEIVED UNSATISFACTORY-ON CLOT | | | |
| UREA NITROGEN | 45 | * MG/DL | 10- 30 |
| CREATININE | 2.6 | * MG/DL | 0.0- 1.2 |
| GLUCOSE FASTING | 144 | * MG/DL | 60- 110 |
| CALCIUM | 9.3 | MG/DL | 8.5- 10.3 |
| PHOSPHORUS | 4.4 | * MG/DL | 2.0- 4.0 |
| URIC ACID | 10.9 | * MG/DL | 2.0- 9.5 |
| CHOLESTEROL | 188 | MG/DL | 1- 240 |
| TRIGLYCERIDE | 363 | * MG/DL | 47- 155 |
| HDL CHOLESTEROL | 29 | MG/DL | 27.0- 67.0 |
| (ENC OF REPORT) | | | |

COLLECTION DATE  C4/09/93        PRINT DATE  C4/13/93        PAGE  1
        TIME  C936                TIME  2334  DEPT  ACHM        SCHM              CHART
                                                                                REPORT

LINA 0251

FULL

KAISER FOUNDATION HOSPITALS
THE PERMANENTE MEDICAL GROUP, INC.

ATORY EXAMINATIONS

6-05- 85713                                                          OUTPATIENT

INC. REGIONAL LABORATORY • 1725 EASTSHORE HIGHWAY, BERKELEY, CA 94710     PATIENT CHAN, ANDY E
G. JINGUJI, M.D., DIRECTOR
CCN: 10076
AN   AL-MUFTI H MD        PT PHONE NO  4155135100        JAR NO 3940340
ING LAB   FRED ROOM WARD 160?                            SE M    ROM 8    AGE 43

| TEST | RESULTS | UNITS | REFERENCE RANGE |
|------|---------|-------|-----------------|
| COMMENT | DT LO QUI?:TM LO QUI?:DOSE QUIN?: | | |
| QUINIDINE | 2.2 | MCG/ML | RX:2.0-5.0 |
| (END OF REPORT) | | | |

COLLECTION DATE  06/01/93        REPORTING DATE  06/02/93        PAGE  1
TIME  0755                       TIME  1514    SPEC  TOX

COLLECTION

1993

**FULL**

KAISER FOUNDATION HOSPITALS
THE PERMANENTE MEDICAL GROUP, INC.

ATORY EXAMINATIONS

2-00- 00000                                                              OUTPATIENT

INC. REGIONAL LABORATORY · 728 PETERMORE HIGHWAY BERKELEY CA 94710        PATIENT CHAN, ANDY E
S. JINGUJI, M.D., DIRECTOR
CCN: 10076
N  UNSPECIFIED MD           PT PHONE NO 4155135100        MB NO 3940340
ING LAB  FREQ ROOM/WARD 160P                              SEX M    OV  B    AGE 43

| TEST | RESULTS | UNITS | REFERENCE RANGE |
|------|---------|-------|-----------------|
| COMMENT | CT LO QUI?:TM LO QUI?:DOSE QUIN?: | | |
| QUINIDINE | 2.2 | MCG/ML | RX:2.0-5.0 |
| (END OF REPORT) | | | |

1993

| COLLECTION DATE | 06/01/93 | REPORT DATE | 06/02/93 | | PAGE | 1 |
|---|---|---|---|---|---|---|
| TIME | 0955 | TIME | 1514 | DEPT TOX | | DRAFT REPORT |

COLLECTION

COLLECTION DA

COLLECTION

**FULL**

KAISER FOUNDATION HOSPITALS
THE PERMANENTE MEDICAL GROUP, INC.



A

OUTPATIENT

5- 35713                                                                    PATIENT CHAN, ANDY S
REGIONAL LABORATORY • 1725 EASTSHORE HIGHWAY, BERKELEY CA 94710
ISUJI M.D. DIRECTOR                                                          MR NO 3 343 340
                                                                            SEX M   COV R   AGE 43
:  193F                        BY PHONE NO 4155135100
AL-MUFTE  R MD
AB  5353    ROOM WARD  .502       RESULTS          UNITS          REFERENCE RANGE
            TEST

193

| TEST | RESULTS | UNITS | REFERENCE RANGE |
|---|---|---|---|
| RBC | 3.44# | M/UL | 4.10- 5.70 |
| WBC | 10.5 * | K/UL | 13.0- 17.0 |
| HGB | 10.9 * | G | 39.0- 51.0 |
| HCT | 31 | FU UM | 90- 100 |
| MCV | 33.3 | PG | 24.0- 34.0 |
| MCH | 35.0 | % | 31.0- 37.0 |
| MCHC | 12.9 | % | 11.9- 14.7 |
| RDW | 315 | K/UL | 140- 400 |
| PLATELETS | PLATELETS ADEQUATE | | 3.5- 12.5 |
| PLT. IMPRESSION | 8.9 | /UL | |
| WBC | MINIMAL MORPHOLOGY | | |
| WBC MORPHOLOGY | | | |
| (END OF REPORT) | | | |

COLLECTION DATE  06/23/93      PRINT DATE   06/23/93      PAGE  1      CHART
              TIME  1319        TIME  1313  DEPT  HEM           REPORT

COLLECT

COLLEC

COLLECTED

COLLECT D

LINA 0254

KAISER FO
THE PERM/

A

993

OUTPATIENT

L1-33- 35713

G., NC. REGIONAL LABORATORY · 1725 EASTSHORE HIGHWAY  BERKELEY, CA 94710    PATIENT CHAN,ANDY E
E S LINGUTI M.D. DIRECTOR

ACCN: 17552
DR N  AL-MUFTI H MD          PT PHONENO  4155135100         MR NO 3943340
RRNG LAB   ER33   ROOM WARD  1512                            DERM    DOV  8    AGE 43

| TEST | RESULTS | UNITS | REFERENCE RANGE |
|------|---------|-------|-----------------|
| SODIUM | 175 | MEQ/L | 133- 145 |
| POTASSIUM | 4.3 | MEQ/L | 3.5- 5.5 |
| UREA NITROGEN | 58  * | MG/DL | 10- 20 |
| CREATININE | 7.5 * | MG/DL | 0.0- 1.2 |
| (COMMENT) REPEATED AND CONFIRMED | | | |
| (END OF REPORT) | | | |

COLLECTION DATE  03/23/93      PRINT DATE   04/09/93       PAGE   1
         TIME   1313           TIME        0913  DEPT  ACWM       CHART
                                                                 REPORT

COLLECTION

COLLECTION

COLLECTION

COLLECTION D

COLLECTION D

LINA 0255

KAISER F(
THE PERM

OUTPATIENT

S, INC. REGIONAL LABORATORY • 1725 EASTSHORE HIGHWAY, BERKELEY CA 94710    PATIENT CHAN, ANDY B

| TEST | RESULTS | UNITS | REFERENCE RANGE |
|------|---------|-------|-----------------|
| | | | 4.10- 5.70 |
| RBC | 13.3 | G/DL | 13.0- 17.0 |
| | | | 39.0- 51.0 |
| HCT | | CU UM | 80- 100 |
| MCV | | PG | 24.0- 34.0 |
| MCH | | % | 31.0- 37.0 |
| MCHC | | % | 11.0- 14.7 |
| RDW | | K/UL | 140- 400 |
| PLATELETS | PLATELETS ADEQUATE | | |
| PLT. IMPRESSION | | /UL | 3.5- 12.3 |
| WBC | | | |
| RED MORPHOLOGY | NORMAL MORPHOLOGY | | |
| (END OF REPORT) | | | |

| COLLECT ON DATE | PRINT DATE | PAGE 1 | CHART |
| TIME | TIME | DEPT | REPORT |

COLLECT

COLLECTING

COLLECTING

COLLECT

COLLECTION

COLLECTION

LINA 0256



KAISER F
THE PER

OUTPATIENT

TPMG, INC. REGIONAL LABORATORY • 1725 EASTSHORE HIGHWAY, BERKELEY, CA 94710
M G JINGUJI M.D. DIRECTOR

PATIENT CHAN,ANDY E

| TEST | RESULTS | UNITS | REFERENCE RANGE |
|---|---|---|---|
| SODIUM | 143 | MEQ/L | 133- 146 |
| POTASSIUM | 3.8 | MEQ/L | 3.5- 5.5 |
| CREATININE | 3.8 H | MG/DL | 0.0- 1.2 |

ALL RESULTS REPEATED AND CONFIRMED
(END OF REPORT)

COLLECTION DATE  07/12/93    PRINT DATE    07/12/93    PAGE  1
TIME  ?:15    TIME  13:51 DEPT  ADAM

CHART
REPORT

LINA 0257

Ordering Prov: ANDERSON,E P M
Consulting Prov:

Performing Lab: HAY

Med Rec No.: ███████03940340
Patient Name: CHAN,ANDY E
Sex: M          DOB: ██████/1949
Loc: EMERGENCY DEPT    HAY    -

## URINALYSIS

REDACTED

06/24/93    1738

| ......... Macroscopic ......... REFERENCE | | |
|---|---|---|
| Appearance | SL CLDY | |
| Color | RED | |
| S.G. | 1.010 | |
| pH | 5.0 | [4.3-8.0] |
| Protein | 100mg% | |
| Glucose | 100mg% | |
| Ketones | 15mg% | |
| Blood | MODERATE | |
| Nitrites | POSITIVE | |
| Bilirubin | MODERATE | |
| Urobilinogen | 2.0EU/dL | [<<2.0 ] |
| Leuk Esterase | MODERATE | |

| ......... Microscopic ......... REFERENCE | | |
|---|---|---|
| Microscopic? | INDICATD | |
| Cult Per Prot? | NOT REQ | |
| WBC | 5-10 | [0-5/HPF] |
| RBC | >100 | [0-2/HPF] |
| Bacteria | 1+ | |
| Squamous Epith | 0-2 | |

---

KAISER PERMANENTE

The Permanente Medical Group, Inc.

Ordering Prov: WESLEY,P T MD
Consulting Prov:

Performing Lab: FRE

Med. Rec. No.: ███████03940340
Patient Name: CHAN,ANDY E
Sex: M          DOB: ██████/1949
Loc: EMERGENCY DEPT    HAY    -

## CHEMISTRY

06/11/93    0850

| ....... General Chemistries ....... REFERENCE | | |
|---|---|---|
| Sodium | 138 | mEq/L [133-145] |
| Potassium | 4.3 | mEq/L [3.3-5.3] |
| BUN | 95 | mg/dl [0-30] |
| Creatinine | 3.8 | mg/dl [1.5] |
| Glucose Random | 168 | mg/dL |

## HEMATOLOGY

06/11/93    0850

| ....... Automated Blood Count ....... REFERENCE | | |
|---|---|---|
| WBC | 9.9 | K/UL [3.3-10.3] |
| RBC | 4.08 | M/UL [4.10-5.70] |
| Hemoglobin | 12.6 | g/dl [13.0-17.0] |
| Hematocrit | 36.9 | % [39.1-51.0] |
| MCV | 90 | fl [80-100] |
| MCH | 30.9 | pg [26.0-34.0] |
| MCHC | 34.3 | g/dL [31.0-37.0] |
| Platelet | 271 | K/UL [140-400] |
| RDW | 12.0 | [12.3-14.5] |
| Manual Diff? | NOT REQ | |

| ....... Automated Differential ....... REFERENCE | | |
|---|---|---|
| Seg Grans | 80 | [40-70] |
| Lymphocytes | 15 | [20-50] |
| Monocytes | 5 | [0-13] |

## COAGULATION

06/11/93    0850

| ....... Coagulation Studies ....... REFERENCE | | |
|---|---|---|
| PT, Patient | 37.9 | sec [11.0-13.0] |

| ....... Patient Information ....... REFERENCE | |
|---|---|
| Patient Phone#? | NO |
| Anticoag Ther? | NOT IND |

## KAISER PERMANENTE

# The Permanente Medical Group, Inc.

Ordering Prov: ANDERSON, E P MD
Consulting Prov:

Performing Lab: HAY

Med.Rec.No.: 03940340
Patient Name: CHAN, ANDY E
Sex: M        DOB: 1949
Loc: EMERGENCY DEPT    HAY

## CHEMISTRY

**REDACTED**

06/24/93    1940

| ....... General Chemistries ....... | | REFERENCE | | ....... General Chemistries ....... | REFERENCE |
|---|---|---|---|---|---|
| Sodium | 132 | * | mEq/L | [133-145] | |
| Potassium | 4.4 | | mEq/L | [3.6-5.5] | |
| Creatinine | 8.0 | * | mg/dL | [1.5] | |
| Glucose Random | 87 | | mg/dL | | |

..... Order Comments .....
Creat Ord Comm 06/24/93 20:29 357 CREAT RESULT CALLED TO THERESA.

## HEMATOLOGY

06/24/93    1840

| ....... Automated Blood Count ....... | | REFERENCE | | ...... Automated Differential ...... | | | REFERENCE |
|---|---|---|---|---|---|---|---|
| WBC | 9.1 | K/uL | [3.5-12.5] | Segs/Grans | 76 | % | [50-70] |
| RBC | 3.37 | M/uL | [4.10-5.70] | Lymphocytes | 14 | % | [20-50] |
| Hemoglobin | 10.9 | g/dL | [13.0-17.0] | Monocytes | 10 | % | [0-11] |
| Hematocrit | 31.0 | % | [39.0-51.0] | Grans Absolute | 6.9 | K/uL | [1.8-9.3] |
| MCV | 97 | fL | [80-100] | Lymphs Absolute | 1.3 | K/uL | [0.7-6.2] |
| MCH | 30.5 | pg | [26.0-34.0] | Monos Absolute | 3.9 | K/uL | [0.0-1.3] |
| MCHC | 35.2 | g/dL | [31.0-37.0] | | | | |
| Platelet | 388 | K/uL | [140-400] | | | | |
| RDW | 11.8 | % | [12.5-14.5] | | | | |
| Manual Diff? | NOT REQ | | | | | | |
| Diff Method | AUTO DIF | | | | | | |

## COAGULATION

06/24/93    1940

| ....... Coagulation Studies ....... | | REFERENCE | | ....... Patient Information ....... | REFERENCE |
|---|---|---|---|---|---|
| PT, Patient | 12.8 | Sec | [11.0-13.0] | Patient Phone#? | NI |
| PT, INR | 1.1 | f | Ratio | Anticoag Ther? | NOT IND |
| APTT, Patient | 36.8 | * | Sec | [25.2-35.3] | |

PT, INR    Recommended Range:
      2.0-3.0 for most medical and surgical thromboembolic states.
      3.0-4.5 for artificial heart valves and recurrent embolism.

LINA 0259

Legend
* = Low, * = High, * = Abnormal, f = Footnote

Continued...

**FINAL REPORT ER Outpatient**

Admit: 06/24/93  Discharge: 06/24/93

Date/Time Printed: 06/27/93 1114

Page

**KAISER PERMANENTE**

# The Permanente Medical Group, Inc.

Ordering Prov: AL-MUFTI,S I MD
Consulting Prov:

Performing Lab: BAY

Med. Rec. No.: ████03940340
Patient Name: CHAN, ANDY E
Sex: M        DOB: ████ 1949
Loc: EMERGENCY DEPT    BAY      -

## CHEMISTRY

07/18/93    0125

REDACTED

| ....... General Chemistries ....... | | | REFERENCE | | ....... General Chemistries ....... | REFERENCE |
|---|---|---|---|---|---|---|
| Sodium | 141 | mEq/L | (133-145) | | | |
| Potassium | 3.9 | mEq/L | (3.3-5.5) | | | |
| BUN | 44 * | mg/dl | (10-20) | | | |
| Creatinine | 5.4 * | mg.dl | (1.5) | | | |

## HEMATOLOGY

07/18/93    0125

| ....... Automated Blood Count ....... | | | REFERENCE | | ....... Automated Differential ...... | | | REFERENCE |
|---|---|---|---|---|---|---|---|---|
| WBC | 3.3 | K/uL | (3.5-12.5) | | Segs/Grans | 64 | % | (50-70) |
| RBC | 3.29 * | M/uL | (4.10-5.70) | | Lymphocytes | 21 | % | (20-50) |
| Hemoglobin | 10.0 * | g/dL | (13.0-17.0) | | Monocytes | 13 * | % | (0-11) |
| Hematocrit | 29.5 * | % | (39.0-51.0) | | Grans Absolute | 3.2 | K/uL | (1.8-9.3) |
| MCV | 90 | fL | (80-100) | | Lymphs Absolute | 1.2 | K/uL | (0.7-6.0) |
| MCH | 30.4 | pg | (26.0-34.0) | | Monos Absolute | 0.3 | K/uL | (0.0-1.3) |
| MCHC | 33.9 | g/dL | (31.0-37.0) | | | | | |
| Platelet | 291 | K/uL | (140-400) | | | | | |
| RDW | 13.0 | % | (12.5-14.5) | | | | | |
| Manual Diff? | NOT REQ | | | | | | | |
| Diff Method | AUTO DIF | | | | | | | |

## COAGULATION

07/18/93    0125

| ....... Coagulation Studies ....... | | | REFERENCE | | ...... Patient Information ...... | REFERENCE |
|---|---|---|---|---|---|---|
| PT, Patient | 12.3 | Sec | (11.0-13.0) | | Patient Phone? | NR |
| PT, INR | 1.1 | Ratio | | | Anticoag Ther? | NOT IND |
| APTT, Patient | 36.3 * | Sec | (26.0-36.0) | | | |

PT, INR    Recommended Range:
2.0-3.0 for most medical and surgical thromboembolic states.
3.0-4.5 for artificial heart valves and recurrent embolism.

Legend
* = Low, * = High, * = Abnormal, f = Footnote

LINA 0260

Continued...

**FINAL REPORT ER Outpatient**

Admit: 07/18/93  Discharge: 07/20/93

Date/Time Printed: 07/20/93 1117



# The Permanente Medical Group, Inc.

Ordering Prov: AL-MUFTI, H I MD
Consulting Prov:

Performing Lab: HAY

Med. Rec. No.: ████03940340
Patient Name: CHAN, ANDY E
Sex: M          DOB        1949
Loc: EMERGENCY DEPT    HAY        -

## URINALYSIS

27/18/93    0121

| .......... Macroscopic .......... | REFERENCE | .......... Microscopic .......... | REFERENCE |
|---|---|---|---|
| Appearance | CLOUDY | Microscopic? | INDICATD |  |
| Color | RED | Cult Per Prot? | NOT REQ |  |
| S.G. | <=1.005 | WBC | 25-50 | (0-5/HPF |
| pH | 9.0 | [4.5-8.0] | RBC | >100 | (0-2/HPF |
| Protein | 100mg% | Bacteria | NOT SEEN |  |
| Glucose | 100mg% | Squamous Epith | 2-5 |  |
| Ketones | 15mg% |  |  |  |
| Blood | LARGE |  |  |  |
| Nitrites | POSITIVE |  |  |  |
| Bilirubin | SMALL |  |  |  |
| Urobilinogen | 1.0EU/dL | [<2.0 ] |  |  |
| Leuk Esterase | LARGE |  |  |  |

REDACTED

UA Order Comm   CULT ANYHOW

## URINE CULTURES

Test: Urine Culture         ...........................    Accession: NO-93-13308
Source: URINE                                               Collected: 07/18/93  1156
       URINE                                                Received: 07/18/93  1156
                                                            Started: 07/18/93  1156

        .. Final Results ..        .. Reported ..
Final Report                       07/20/93  0918
    NO GROWTH AT 48 HOURS

U
A

M
I
S
C

M
I
C
R
O

Legend                                              LINA 0261
* = Low, * = High, * = Abnormal

END OF CHART

**FINAL REPORT ER Outpatient**                  Admit: 07/18/93  Discharge: 07/18/93

Date / Time Printed: 07/20/93 1117                                    Page

## KAISER PERMANENTE

# The Permanente Medical Group, Inc.

*Ordering Prov:* HELL,M  MD      HAY/SUR
*Consulting Prov:*

*Performing Lab:* HAY

*Med. Rec. No.:* ███████03940340
*Patient Name:* CHAN,ANDY E
*Sex:* M                    *DOB:* ████1949
*Loc:* PRECP PATIENTS   HAY

---

## CHEMISTRY

06/10/94    1117

........ General Chemistries ........REFERENCE        ........ General Chemistries ........REFERENCE2

| | | | |
|---|---|---|---|
| Sodium | 140 | mEq/L | [135-145] |
| Potassium | 4.0 | mEq/L | [3.5-5.5] |

..... Order Comments .....
NA Order Comm  HAY PRE OP 6/15

*REDACTED*

## HEMATOLOGY

06/10/94    1117

....... Automated Blood Count ......REFERENCE2        ..... Automated Differential ......REFERENCE

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| WBC | 5.9 | K/uL | [3.5-12.5] | Segs/Grans | 72 | * | % | [50-70] |
| RBC | 3.90* | M/uL | [4.10-5.70] | Lymphocytes | 14 | * | % | [20-50] |
| Hemoglobin | 12.2* | g/dL | [13.0-17.0] | Monocytes | 14 | * | % | [0-11] |
| Hematocrit | 35.2* | % | [39.0-51.0] | | | | | |
| MCV | 90 | fL | [80-100] | | | | | |
| MCH | 31.3 | pg | [26.0-34.0] | | | | | |
| MCHC | 34.7 | g/dL | [31.0-37.0] | | | | | |
| Platelet | 278 | K/uL | [140-400] | | | | | |
| RDW | 12.2* | % | [12.5-14.5] | | | | | |
| Diff Method | NOT IND | | | | | | | |
| Diff Method | AUTO DIF | | | | | | | |

## REFERENCE LAB NOTATION

Tests performed at: Kaiser Hayward Lab
    06/10/94  1117  K
    06/10/94  1117  NA
Tests performed at: Kaiser Hayward Lab
    06/10/94  1117  @CBC  (WBC, RBC, Hemoglobin, Hematocrit, MCV, MCH, MCHC, RDW, Platelet
                         Diff Method, Segs/Grans, Lymphocytes, Monocytes)
    06/10/94  1117  @MDIF  (Diff Method)

LINA 0262

Legend
' = Low, * = High, * = Abnormal

REF LAB                                                         END OF CHART

**FINAL REPORT Outpatient**                    *Admit:* 06/10/94  *Discharge:* 06/11/94

*Date/Time Printed:* 06/15/94  1138                                 *Page:* 1



# The Permanente Medical Group, Inc.

*Ordering Prov:* ROSENBLUM, H   MD   FRE/MED
*Consulting Prov:*

*Performing Lab:* FRE

*Med. Rec. No.:* 0000003940340
*Patient Name:* CHAN, ANDY E
*Sex:* M        *DOB:* ___/1949
*Loc:* OUTPATIENTS    FRE   -

## URINALYSIS

03/13/99   1220

UA Order Comm  URINE DIPSTICK RESULT INACCURATE DUE TO COLOR OF URINE. 03/13/99 13:10.BY PAM.

## REFERENCE LAB NOTATION

Tests performed at: Kaiser Hayward Lab
    03/13/99  1208  PT+

REDACTED

---



# The Permanente Medical Group, Inc.

*Ordering Prov:* MELL,M   MD   HAY/SUR
*Consulting Prov:*

*Performing Lab:* HAY

*Med. Rec. No.:* 0000003940340
*Patient Name:* CHAN, ANDY E
*Sex:* M        *DOB:* ___/1949
*Loc:* PREOP PATIENTS   HAY

## CHEMISTRY

11.11.94   1104

........ General Chemistries ........REFERENCE
Sodium      144      mEq/L  [133-145]
Potassium   5.3      mEq/L  [3.5-5.1]

NA Order Comm  HAY PREOP 11-11 11.11.94 10:57

## HEMATOLOGY

11.11.94   1104

| ........ Automated Blood Count ........ | | REFERENCE | ...... Automated Differential ...... | | REFERENCE |
|---|---|---|---|---|---|
| WBC | 3.3 | K/uL [4.3-12.8] | Segs/Grans | 78 | [50-70] |
| RBC | 3.61 | M/uL [4.10-5.70] | Lymphocytes | 11 | [20-50] |
| Hemoglobin | 11.7 | g/dL [13.0-17.0] | Monocytes | 11 | [0-11] |
| Hematocrit | 35.4 | [39.1-51.1] | | | |
| MCV | 98 | fL [80-100] | | | |
| Platelet | 130 | K/uL [140-400] | | | |
| Diff Method | NOT REQ | | | | |

## REFERENCE LAB NOTATION

Tests performed at: Kaiser Hayward Lab
    11/11/94  1104  R
    11.11.94  1104  NA
Tests performed at: Kaiser Hayward Lab
    11.11.94  1104  ?CBC   WBC, RBC, Hemoglobin, Hematocrit, MCV, Platelet, Diff Method, Segs/Grans
                          Lymphocytes, Monocytes)

LINA 0263

# The Permanente Medical Group, Inc.

**KAISER PERMANENTE**

Ordering Prov. ROSENBLUM, H   MD  FRE/MED
Consulting Prov.

Performing Lab. FRE

Med. Rec. No. ████████03940340
Patient Name: CHAN, ANDY E
Sex: M          DOB. ████ 1949
Loc: OUTPATIENTS    FRE      -

## CHEMISTRY

03/13/95   1208

......... General Chemistries ........REFERENCE
Creatinine        13.5  *   mg/dL  [<   1.5]

REDACTED

## HEMATOLOGY

03/13/95   1208

| ....... Automated Blood Count ...... | | REFERENCE | ....... Automated Differential ...... | | | REFERENCE |
|---|---|---|---|---|---|---|
| WBC | 10.2 | K/uL [3.5-12.5] | Segs/Grans | 70 | % | [50-70] |
| RBC | 4.33 | M/uL [4.10-5.70] | Lymphocytes | 19 * | % | [20-50] |
| Hemoglobin | 13.7 | g/dL [13.0-17.0] | Monocytes | 13 * | % | [0-11] |
| Hematocrit | 40.2 | % [39.0-51.0] | | | | |
| MCV | 93 | fL [80-100] | | | | |
| Platelet | 336 | K/uL [140-400] | | | | |
| Diff Method | NOT REQ | | | | | |

## COAGULATION

03/13/95   1208

| ....... Coagulation Studies ....... | | REFERENCE | ........ Patient Information ...... | REFERENCE |
|---|---|---|---|---|
| PT, Patient | 12.9 | Sec [11.0-13.0] | Patient Phone#? | NI |
| PT, INR | 1.2 f | Ratio | Anticoag Ther? | NOT IND |
| APTT, Patient | 26.2 f | Sec [24.0-34.0] | | |

PT, INR (11/20/93 -- Current)
        Recommended Range:
        2.0-3.0 for most medical and surgical thromboembolic states.
        2.5-3.5 for artificial heart valves and recurrent embolism.
APTT, Patient.. 03/13/95 1208 03/13/95 15:03 HAYRRG RECHECKED

## URINALYSIS

03/13/95   1220

| .......... Macroscopic .......... | | REFERENCE | .......... Microscopic .......... | | REFERENCE |
|---|---|---|---|---|---|
| Appearance | CLOUDY* | | Microscopic? | INDICATE | |
| Color | RED* | | Cult Per Prot? | NOT REQ | |
| S.G. | 1.010 | | Bill SemiQnt | NEGATIVE | |
| pH | 5.0 | [4.5-8.0] | WBC | 8-2 | [0-5/HPF] |
| Protein | >=300mg* | | RBC | >100* | [0-2/HPF] |
| Glucose | 100mg* | | Bacteria | RARE | |
| Ketones | 40mg* | | | | |
| Blood | LARGE* | | | | |
| Nitrites | POSITIVE* | | | | |
| Bilirubin | LARGE* | | | | |
| Urobilinogen | 4.0EU/dl* | [=<2.0] | | | |
| Leuk Esterase | LARGE* | | | | |

**LINA 0264**

Legend
* = LOW, * = High, * = Abnormal, f = Footnote

Continued...

**FINAL REPORT Outpatient**          Admit 03/13/95  Discharge

Date/Time Printed: 03/15/95 0134                         Page



KAISER PERMANENTE

# The Permanente Medical Group, Inc.

*Ordering Prov:* AL-MUFTI,B I MD    FRE/MED
*Copy To:*

*Performing Lab:* HAY

*Med. Rec. No.:* ████03940340
*Patient Name:* CHAN,ANDY E
*Sex:* M                *DOB:* ████/1949
*Loc:* OUTPATIENTS        HAY        ~

## ROUTINE CULTURES

Test: Misc Culture              . . . . . . . . . . . . . . . . . . . .      Accession#:14-MC-95-803826
Source: PERITONEAL FLUID                                          Collected:   07/16/95   1210
        DO C AND S                                                Received:              0000
                                                                  Started:   07/16/95   1212

        .. Stains & Preps ..           .. Reported ..
Gram Stain                            07/17/95   1617
  FEW WHITE BLOOD CELLS
  NO ORGANISMS SEEN
        .. Final Results ..            .. Reported ..
Final Report                          07/18/95   1127
  1+ STAPHYLOCOCCUS AUREUS

REDACTED

. . . . . . . . . . . . . . . . Susceptibility Results . . . . . . . . . . . . . . . . .
                    S aureus
                    KB
Cefazolin                S
Cephalothin              S
Clindamycin              S
Erythromycin             R
Gentamicin               S
Oxacillin                S
Penicillin               R
Tetracycline             S
Trimeth/Sulfa            S
Vancomycin               S

## REFERENCE LAB NOTATION

Tests performed at: Kaiser Hayward Lab
        07/16/95   1244   BF JELL  (Appearance, BF WBC Count, BF RBC Count, BF Segmented, BF Mononuclear)
Tests performed at: Kaiser Hayward Lab
        07/16/95   1212   C MB
        07/16/95   1214   C MB

**LINA 0265**

MICRO

END OF CHART

**FINAL REPORT** Outpatient                              Admit: 07 16/95   Discharge:

*Date   Time Printed:* 07/19/95 1111                                          Page:   1



# The Permanente Medical Group, Inc.

KAISER PERMANENTE

Ordering Prov: AL-MUFTI,H I MD    FRE.MED
Copy To:

Performing Lab: BAY

Med. Rec. No.: 000003940340
Patient Name: CHAN, ANDY E
Sex: M    DOB: 1949
Loc. OUTPATIENTS    BAY

## BODY FLUIDS

**REDACTED**

07/16/95    1244

..... Body Fluid Cell Counts & Analysis......

| Fluid Type | PERITNAL | | BF RBC Count | 1 | /uL |
| Appearance | SL CLDY | | BF WBC Count | 413 | /uL |
| | | | BF Segmented | 86 | % |
| | | | BF Mononuclear | 14 | % |

## ROUTINE CULTURES

Test: Misc Culture                              Accession#:14-M0-95-003827
Source: PERITONEAL FLUID                         Collected: 07/16/95  1214
        PERITONEAL CATHETER. DO OS S             Received:          0000
                                                 Started: 07/16/95  1214

          .. Stains & Preps ..      .. Reported ..
Gram Stain                          07/17/95  1617
  NO ORGANISMS SEEN
          .. Final Results ..       .. Reported ..
Final Report                        07/18/95  1128
  3+ STAPHYLOCOCCUS AUREUS

.............. Susceptibility Results ....................
              S aureus
              KB
Cefazolin          S
Cephalothin        S
Clindamycin        S
Erythromycin       R
Gentamicin         S
Oxacillin          S
Penicillin         R
Tetracycline       S
Trimeth/Sulfa      S
Vancomycin         S

BODY FLUIDS

MICRO

**LINA 0266**

Continued...

**FINAL REPORT Outpatient**

Date/Time Printed: 07/18/95  1111



# The Permanente Medical Group, Inc.

Ordering Prov.: SCERBAK, J   MD   FRE/MED
Copy To:

Med. Rec. No.: ████████03940340
Patient Name: CHAN, ANDY E
Sex: M          DOB: ████████1949
Loc: OUTPATIENTS    FRE

Performing Lab: FRE

## URINALYSIS

REDACTED

08/03/95    1920

| .......... Macroscopic .......... | REFERENCE | .......... Microscopic .......... | REFERENCE |
|---|---|---|---|
| Appearance | CLEAR | | Microscopic? | INDICATE | |
| Color | YELLOW | | Cult Per Prot? | INDICATE | |
| S.G. | 1.015 | | WBC | NOT SEEN | [0-5/HPF ] |
| pH | 6.0 | [4.5-9.0] | RBC | >100* | [0-2/HPF ] |
| Protein | >=300mg%* | | Bacteria | NOT SEEN | |
| Glucose | 100mg%* | | | | |
| Ketones | TRACE | | | | |
| Blood | LARGE* | | | | |
| Nitrites | POSITIVE* | | | | |
| Bilirubin | SMALL* | | | | |
| Urobilinogen | 0.2EU/dL | [=<2.0 ] | | | |
| Leuk Esterase | MODERATE* | | | | |

UA Order Comm   URINE DIPSTICK RESULT MAY NOT BE ACCURATE DUE TO BLOODY URINE SAMPLE.08/03/95
19:40. BY PAM.

## URINE CULTURES

Test: Urine Culture                           Accession#:14-W0-95-014414
Source: URINE                                 Collected:  08/03/95  2120
                                              Received:              0000
                                              Started:    08/03/95  2120

        .. Final Results ..        .. Reported ..
Final Report                        08/05/95  0914
  No Significant Growth

## REFERENCE LAB NOTATION

Tests performed at: Kaiser Hayward Lab
        08/03/95  2120   C UR

U
A
-
M
I
S
C

LINA 0267

M
I
C
R
O

Legend
* = Low, * = Sign, * = Abnormal

END OF CHART

**FINAL REPORT Outpatient**                   Admit: 08/03/95   Discharge:

### KAISER PERMANENTE

## The Permanente Medical Group. Inc.

Ordering Prov:  BOYLE, J J MD        FRE/URG
Copy To:

Performing Lab:  FRE

Med. Rec. No.:  03940340
Patient Name:  CHAN, ANDY E
Sex: M          DOB:          1949
Loc: OUTPATIENTS      FRE      -

---

## CHEMISTRY

REDACTED

08/15/95    1350

....... General Chemistries .......REFERENCE
BUN              114  C    mg/dL  [10-20]
Creatinine      13.8      mg/dL  [<   1.5]

BUN Order Comm  CHEM RESULTS PHONED KAREN AT EXT 3180. 08/15/95 14:57. BY PAM.

## HEMATOLOGY

08/15/95    1350

....... Automated Blood Count .......REFERENCE        ...... Automated Differential ......REFERENCE
WBC             10.5      K/uL  [3.5-12.5]
RBC             2.95  *   M/uL  [4.10-5.70]
Hemoglobin      9.6   *   g/dL  [13.0-17.0]
Hematocrit      28.6  *   %     [39.0-51.0]
MCV             97        fL    [80-100]
Platelet        349       K/uL  [140-400]

## COAGULATION

08/15/95    1350

....... Coagulation Studies .......REFERENCE        ....... Patient Information ......REFERENCE
PT, Patient     12.1      Sec   [11.0-13.0]    Patient Phone#?        NI
PT, INR         1.0   f   Ratio                Patient Phone#?        NI
APTT, Patient   23.8  *   Sec   [24.0-34.0]    Anticoag Ther?   NOT IND
                                               Anticoag Ther?   NOT IND

PT, INR (12/20/93 -- Current)
    Recommended Range:
        2.0-3.0 for most medical and surgical thromboembolic states.
        2.5-3.5 for artificial heart valves and recurrent embolism.

## REFERENCE LAB NOTATION

Tests performed at: Kaiser Hayward Lab
        08/15/95  1350  APTT
        08/15/95  1350  PT

**LINA 0268**

Legend
* = Low, * = High, f = Critical, * = Abnormal, f = Footnote

END OF CHART

**FINAL REPORT Outpatient**                    Admit: 08/15/95  Discharge:

Date/Time Printed: 08/19/95  0343                            Page:

**KAISER PERMANENTE** ®     The Permanente Medical Group, Inc.

*Ordering Prov:* AL-MUFTI, H I MD   FRE/MED
*Copy To:*

*Performing Lab:* FRE

*Med. Rec. No.:* ████03940340
*Patient Name:* CHAN, ANDY E
*Sex:* M     *DOB:* █████1949
*Loc:* OUTPATIENTS    FRE    --

---

## CHEMISTRY

09/22/95   1454

```
......... Liver Function ......... REFERENCE
AST [SGOT]      28       U/L   [10-40]
ALT [SGPT]      45    *   U/L   [3-40]
Alkaline Phos   68       U/L   [47-137]
```

REDACTED

## SEROLOGY & IMMUNOLOGY

09/22/95   1454

```
..... Hepatitis Serology .....
Anti-Hep C Ab    NEGATIVE
```

## REFERENCE LAB NOTATION

```
Tests performed at: Regional Lab
        09/22/95  1454  ALKP
        09/22/95  1454  AST
        09/22/95  1454  ALT
        09/22/95  1454  HCAB
```

LINA 0269

**Legend**
* = Low, * = High, * = Abnormal

END OF CHART

**FINAL REPORT Outpatient**      *Admit:* 09/22/95   *Discharge:*

X-RAY REPORTS

THE PERMANENTE MEDICAL GROUP, INC.

**RADIOLOGIC CONSULTATION**

IN-PATIENT

☐ Hayward
☐ Fremont

| PATIENT | CLINIC | HOSP_RM |
| --- | --- | --- |
| *Chan Andy* | | *#7* |

X - RAY PROCEDURE (ANATOMIC PARTS)
*P & R*

CLINICAL INFORMATION
*R/o cellulitis*

IMPRINT AREA

STAT
☐ I - Emergency
☐ II - Urgent
☐ III - Pt Waiting

Age _____
Pregnant: ☐ Yes
☐ No  —  LMP _____

| REFERRING M.D. | PHONE | PROVIDER # |
| --- | --- | --- |
| | | |

Examination Date:    6/14/93

Report:

Examination as requested reveals:  ☐ No significant abnormality.    ☐ No significant change since _____
☐ Progressive healing of fracture.

Signed: _____    Date: _____

CHEST ONE VIEW PORTABLE:  0400 Hours.  There is little change from the study
of 5/24/93. Decreased inspiratory effort crowds bronchovascular markings.
Given this, the lungs are clear.  The heart size and pulmonary vascularity
are normal.

G. SRIRAM, M.D.  eh

D:  6/25/93
T:  6/28/93

D
A
T
E

O
F

E
X
A
M

OUTPATIENT MEDICAL RECORD

| TELEPHONE # (HOME) | (WORK) | RECEPTIONIST |
| --- | --- | --- |
| APPOINTMENT DATE | TIME | EXAM |
| | | CHEST |

| TECH | ROOM | 14 x 36 | 14 x 17 | 14 x 14 | 11 x 14 | 10 x 12 | 9 x 9 | 8 x 10 | 100mm | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

06781-1 (1-91)

LINA 0270

THE PERMANENTE MEDICAL GROUP, INC.

REDACTED
IN-PATIENT
FULL

☐ Hayward
☐ Fremont

## RADIOLOGIC CONSULTATION

| PATIENT | | CLINIC | | HOSP. RM. # |
| --- | --- | --- | --- | --- |
| | | | | E R 7 |

X - RAY PROCEDURE (ANATOMIC PARTS)

*up right of abdomen*

CRAM ANDY E

CLINICAL INFORMATION

*C. P*

| REFERRING M.D. | PHONE | PROVIDER # |
| --- | --- | --- |
| *Lum* | | |

STAT
☐ I - Emergency
☐ II - Urgent
☐ III - Pt Waiting

Age _____
Pregnant: ☐ Yes
☐ No  —  LMP _____

Examination Date:

Report:  6/14/93

Examination as requested reveals:  ☐ No significant abnormality.    ☐ No significant change since
☐ Progressive healing of fracture.

Signed:                                          Date:

ACUTE ABDOMEN SERIES:   0545 Hours.   No free subdiaphragmatic air.   No
particular dilatation of bowel loops seen.   There are some air-filled small
intestinal loops in the mid abdomen, but these are overall within normal
limits in size.   The retroperitoneal soft tissue planes are preserved.   On
the chest at this time, there is some subsegmental atelectasis on the right
side, and there is elevation of the right hemidiaphragm.

IMPRESSION:  No free air.   No signs of intestinal obstruction.   Slight right
lung subsegmental atelectasis with elevation of the right
hemidiaphragm.

D:  6/25/93
T:  6/28/93

G. SRIRAM, M.D.  eh

| TELEPHONE # (HOME) | (WORK) | | RECEPTIONIST |
| --- | --- | --- | --- |
| APPOINTMENT DATE | TIME | | EXAM |
| | 14 x 36 | 14 x 14  11 x 14  10 x 12   9 x 9   8 x 10   100mm | ACUTE ABDOMEN |

DATE OF EXAM

OUTPATIENT MEDICAL RECORD

06781-1 (1-91)

THE PERMANENTE MEDICAL GROUP, INC.

**REDACTED**

**IN-PATIENT**
061493

☒ Hayward
☐ Fremont

## RADIOLOGIC CONSULTATION

PATIENT  *Andrew Chan*   CLINIC *Urology*   HOSP. RM # *TCU 4*

X - RAY PROCEDURE (ANATOMIC PARTS)  *Renal / Bladder ultrasound*  *(Pre and post void view)*

CLINICAL INFORMATION  *H/o Polycystic Kidney with ↑ Cr recently Need U/Son account. R/o obstruction*

REFERRING M.D. *Paul Lee*   PHONE *4699*   PROVIDER # *86482*

STAT
☐ I - Emergency
☐ II - Urgent
☐ III - Pt Waiting

Age _____
Pregnant: ☐ Yes
☐ No — LMP _____

IMPRINT AREA

Examination Date:

Report:

Examination as requested reveals:   ☐ No significant abnormality.   ☐ No significant change since _____
☐ Progressive healing of fracture.

Signed: _____   Date: _____

*Kidneys → 20 cm L bilaterally Severe polycystic disease — innumerable*
*— no ureteral dilatation, no obstruction*
*— Bladder ok*

TELEPHONE # (HOME) */16/93*
APPOINTMENT DATE
CH         ROOM        14 X 36  14 X 17  14 X 14  11 X 14  10 X 12   9 X 9   8 X 10  100ms

(WORK) _____
TIME _____

RECEPTIONIST _____
EXAM _____

OUTPATIENT MEDICAL RECORD

DATE OF EXAM

LINA 0272

THE PERMANENTE MEDICAL GROUP, INC.

**RADIOLOGIC CONSULTATION**

☐ Hayward
☐ Fremont

10:30

Chan, Andy
3940340

| PATIENT | CLINIC | HOSP. RM. # |
|---|---|---|

X - RAY PROCEDURE (ANATOMIC PARTS)

CLINICAL INFORMATION

IMPRINT AREA

STAT
☐ I - Emergency    Age 44
☐ II - Urgent    Pregnant ☐ Yes
☐ III - Pt Waiting    ☐ No    LMP

| REFERRING M.D. | PHONE | PROVIDER # |
|---|---|---|

Examination Date:

Report:

Examination as requested reveals:    ☐ No significant abnormality.    ☐ No significant change since ___
☐ Progressive healing of fracture.

Signed:                                        Date:

RENAL ULTRASOUND: Bilateral polycystic disease is again identified with the kidneys greater than 20 cm in length. Innumerable cysts are seen bilaterally, the largest of which approached 5 x 7 cm. No bleeding site is identified. Some renal tissue is seen extending into the cyst, especially in the right. The bladder is normal; there is prostatic enlargement. The liver and gallbladder are unchanged from earlier study.

IMPRESSION: Enlarged polycystic kidneys with no bleeding site identified in no significant change is detected compared to previous ultrasound of 4.11.92

| TELEPHONE (HOME) | WORK # | RECEPTIONIST |
|---|---|---|
| APPOINTMENT DATE | TIME | EXAM |
| TECH | ROOM | EXAM |

OUTPATIENT MEDICAL RECORD

DATE OF EXAM

THE PERMANENTE MEDICAL GROUP, INC.

☐ Hayward

## RADIOLOGIC CONSULTATION

☐ Fremont

| PATIENT | CLINIC | HOSP. RM. # |
|---|---|---|

X - RAY PROCEDURE (ANATOMIC PARTS)

CLINICAL INFORMATION

IMPRINT AREA

STAT

☐ I - Emergency
☐ II - Urgent
☐ III - Pt Waiting

Age

Pregnant: ☐ Yes

☐ No    LMP

| REFERRING M.D. | PHONE | PROVIDER # |
|---|---|---|

Examination Date:          9/3/93

Report:

Examination as requested reveals:  ☐ No significant abnormality.    ☐ No significant change since _____

☐ Progressive healing of fracture.

Signed: _____    Date: _____

D
A
T
E

O
F

E
X
A
M

OUTPATIENT MEDICAL RECORD

CHEST PA & LATERAL:  Compare 9/14/93.

Findings:  The heart size is within normal limits.  The azygos vein is less prominent on today's study compared with the prior film and is now within normal limits.  There has been interval development of consolidation at the right lung base.  This is seen both on the AP and the lateral views.  Additionally, strandy opacities are seen at the left lung base.  This may also represent an early infiltrate.  The bandlike atelectasis seen on the prior study is not appreciated at this time.

IMPRESSION:  INTERVAL DEVELOPMENT OF RIGHT LOWER LOBE AIR SPACE DISEASE.  THERE MAY BE AN EARLY INFILTRATE AT THE LEFT BASE AS WELL.

D: 9/4/93
T: 9/3/93                    V. KLAAS, M.D. ldm

| TELEPHONE # (HOME) | WORK) | RECEPTIONIST |
|---|---|---|
| APPOINTMENT DATE | TIME | EXAM |

| TECH | ROOM | 14 X 36 | 11 x 17 | 14 x 14 | 11 x 14 | 10 x 12 | 8 x 9 | 8 x 10 | 100mm | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | CHEST | 06781-1 (1-91) |

LINA 0274

KAISER FOUNDATION HOSPITALS
THE PERMANENTE MEDICAL GROUP, INC.

## X-RAY REPORTS

| NAME | M.R. No. |
|------|----------|
|      |          |

THE PERMANENTE MEDICAL GROUP, INC.

**RADIOLOGIC CONSULTATION**

☐ Hayward

☐ Fremont

| PATIENT | CLINIC | HOSP. RM. # |
|---------|--------|-------------|

X - RAY PROCEDURE (ANATOMIC PARTS)

CLINICAL INFORMATION

| REFERRING M.D. | PHONE | PROVIDER # |
|----------------|-------|------------|

IMPRINT AREA

STAT
☐ 1 - Emergency
☐ 2 - Urgent
☐ 3 - Pt Waiting

Age _____
Pregnant: ☐ Yes
☐ No    LMP _____

Examination Date:    11/15/94

Report:

Examination as requested reveals: ☐ No significant abnormality.    ☐ No significant change since

☐ Progressive healing of fracture.

Signed: _____    Date: _____

PORTABLE CHEST: There has been a poor level of inspiration. Mild right basilar atelectatic changes cannot be excluded. There is prominence of the upper mediastinum. A gastric tube is in place with the tip coiled in the fundus and the tip pointing cephalad towards the gastroesophageal junction. An endotracheal tube is identified approximately 3 cm from the carina. There is no significant effusion. The right hemidiaphragm is elevated, unchanged from 9/4/93.

IMPRESSION: 1.  Prominent upper mediastinum. Although this could be partially due to technique and/or vascular engorgement, it should be noted that it will be difficult to exclude adenopathy and therefore a standard PA and lateral examination is recommended.

D:11/17/94    2.  Cannot exclude mild right basilar atelectasis.
T:11/28/94

H. SMITH, M.D. sm

| TELEPHONE # (HOME): | (WORK): | RECEPTIONIST: |
|---------------------|---------|---------------|
| APPOINTMENT DATE | TIME | EXAM |
| TECH    ROOM | | PORTABLE CHEST |

06781-1 (1-91)

LINA 0275

90545 (REV. 1-82)

③

**KAISER PERMANENTE**

## ECHOCARDIOGRAM REPORT

| PATIENT | | | | M.R. NO. |
|---|---|---|---|---|
| Chan, Andy | | | | 3940340 |
| BIRTHDATE | SEX | AGE | | RM. NO. |
| | M | 47 | | TCU 4 A |
| DATE OF STUDY | REFERRING PHYSICIAN | | | REF. FACILITY |
| 6/15/93 | Dr. AlMurti | | | |
| HEIGHT | WEIGHT | BSA | TAPE | NUMBER |
| | | | 1413 | 2979-3624 | IMPRINT AREA |

**TYPE OF STUDY**

☐ M – MODE  ☐ 2-D  ☐ Combined  ☐ Doppler  ☐ Portable  ☐ Contrast

### CLINICAL INFORMATION

Recent chest pain and dizziness. PAL. Evaluate LV function.

| DIMENSIONS (M - Mode): | | Normal | | | Normal | FUNCTIONS: | | Normal |
|---|---|---|---|---|---|---|---|---|
| RVID (ed) | 1.8 | < 3.0 cm | Aortic Cusp Separation | 2.0 | 1.5 – 2.6 cm | Fractional Shortening | 38% | 25 – 53% |
| RV Free Wall | . | < 0.7 cm | EPSS | . | < 0.6 cm | Ejection Fx | | |
| LVID (ed) | 4.5 | < 5.7 cm | IVC diameter | . | < 2.1 cm | DOPPLER: | Peak Velocity | m/s |
| LVID (es) | 2.3 | | DIMENSIONS (2-D): | | | Aorta | | 1.0 – 1.7 |
| IVS (ed) | 1.1 | 0.6 – 1.4 cm | RV Short Axis | . | < 4.7 cm | Mitral | | 0.6 – 1.3 |
| IVS (es) | 1.6 | 0.8 – 2.0 cm | Pul. Art. | . | < 4.2 cm | Tricuspid | | 0.3 – 0.7 |
| LVPW (ed) | 1.0 | 0.5 – 1.3 cm | RA inf-sup | . | < 5.5 cm | Pulmonary | | 0.6 – 0.9 |
| LVPW (es) | 1.4 | 0.8 – 2.0 cm | Mitral Valve Area (Planimetered) | | | Left Ventricle Outflow | | 0.7 – 1.1 |
| Ratio IVS/LVPW | | < 1.5 | LA inf-sup | . | < 5.5 cm | Mitral Valve Area (Pressure Half-time) | | |
| LA (es) | 4.1 | < 4.5 cm | | | | | | |
| Aorta (ed) | 2.8 | < 4.0 cm | PERICARDIAL EFFUSION: ☐ SMALL (20-100 cc) ☐ MOD (100-500 cc) ☐ LARGE (>500 cc) | | | | | |

### COMMENTS:

1) Normal LV size and systolic function.
2) Normal appearing mitral and tricuspid valves with normal Doppler exam.
3) Normal right heart.
4) Probably prominent superior vena cava flow into the right atrium, cannot entirely exclude left to right shunting across the intraatrial.

LINA 0276

| S. Todd | Interpreted by: | K Collins | M.D. |
|---|---|---|---|
| QS304-2 (2-89) | | | |

**KAISER PERMANENTE**

## ECHOCARDIOGRAM REPORT

| PATIENT | | | | M.R. NO. |
|---|---|---|---|---|
| Chan, Andy | | | | 3940340 |
| BIRTHDATE | SEX | AGE | RM. NO. | |
| | m | 43 | TCU 3 A | |
| DATE OF STUDY | REFERRING PHYSICIAN | | REF. FACILITY | |
| 5/26/93 | | | Fremont | |
| HEIGHT | WEIGHT | BSA | TAPE | NUMBER |
| | | | 1406 | 3367-4117 |

IMPRINT AREA

**TYPE OF STUDY**
☐ M – MODE   ☐ 2-D   ☐ Combined   ☐ Doppler   ☐ Portable   ☐ Contrast

**CLINICAL INFORMATION**

New onset atrial fib.

| DIMENSIONS (M – Mode): | | Normal | | | Normal | FUNCTIONS: | | Normal |
|---|---|---|---|---|---|---|---|---|
| RVID (ed) | 1.3 | < 3.0 cm | Aortic Cusp Separation | 2.0 | 1.5 – 2.6 cm | Fractional Shortening | | 25 – 53% |
| RV Free Wall | . | < 0.7 cm | EPSS | . | < 0.6 cm | Ejection Fx | | |
| LVID (ed) | 4.2 | < 5.7 cm | IVC diameter | . | < 2.1 cm | DOPPLER: | Peak Velocity | m/s |
| LVID (es) | 3.1 | | DIMENSIONS (2-D): | | | Aorta | | 1.0 – 1.7 |
| IVS (ed) | 1.4 | 0.6 – 1.4 cm | RV Short Axis | . | < 4.7 cm | Mitral | | 0.6 – 1.3 |
| IVS (es) | 1.9 | 0.8 – 2.0 cm | Pul. Art. | . | < 4.2 cm | Tricuspid | | 0.3 – 0.7 |
| LVPW (ed) | 1.2 | 0.5 – 1.3 cm | RA inf-sup | . | < 5.5 cm | Pulmonary | | 0.6 – 0.9 |
| LVPW (es) | 1.8 | 0.8 – 2.0 cm | Mitral Valve Area (Planimetered) | | | Left Ventricle Outflow | | 0.7 – 1.1 |
| Ratio IVS/LVPW | . | < 1.5 | LA inf-sup | . | < 5.5 cm | Mitral Valve Area (Pressure Half-time) | | |
| LA (es) | 4.5 | < 4.5 cm | | | | | | |
| Aorta (ed) | 3.0 | < 4.0 cm | PERICARDIAL EFFUSION: ☐ SMALL (20-100 cc) ☐ MOD (100-500 cc) ☐ LARGE (>500 cc) | | | | | |

**COMMENTS:**

Atrial fibrillation.
Normal left atrium.  No clot.
Normal echo.

LINA 0277

| Putman | Interpreted by: | B. Kaliman, M.D. |
|---|---|---|
| DS304-2 (2-89) | | jun 5/5/93 |

KAISER PERMANENTE

**PATIENT PROGRESS RECORD**

PATIENT'S NAME (LAST, FIRST, MIDDLE)
CHAN ANDY E.

ADDRESS (NO., STREET)
5955 CENTRAL AVE

CITY
NEWARK, CA, 94560

BIRTHDATE

PHONE 792-9048    CODE    GROUP

CHAN ANDY E
0          0 A    49
3940340
M S2    87    0 3972653

---

APPOINTMENT
INTERNAL MEDICINE - FREMONT

NOV 26 1986    Wt 196 lbs

Haseeb Al-Mufti, M.D.

Mr.
BP 160/102
Asymptomatic
RE unchanged
↑ Clonidine TO TTS 3
Given form out for dis
151 4 bks

**MEDICATIONS**

Dec 1/7/86

Lab T Triglycerides
Uric acid

LINA 0278

---

12-15-86 TC Feels Catapres 0.3mg too strong
Legs shakey, feels weak ↑ energy Adv. to go
back to 0.2mg for next few days
An it insome strong / asleep

12-16-86 TC Rx TTS 2 Clonidine #8 Refill
Use one / week
Called to Grace 794-6711 - Patient advised to replace TTS
A. Al-Mufti W. Stevens RN

92536 (REV. 3-86)

**KAISER PERMANENTE**

M.R. #

## PATIENT PROGRESS RECORD

PATIENT'S NAME (LAST, FIRST, MIDDLE)

ADDRESS (NO., STREET)

CITY

BIRTHDATE | PHONE | CODE | GROUP

Chan Andy
3940340

| APPOINTMENT | | MEDICATIONS |
| --- | --- | --- |
| INTERNAL MEDICINE - FREMONT | RENR | Hydralazine 10x2 |
| DEC 23 1986 | wt: 197# | Clonidine TTS 2 |
| Haseeb Al-Mufti, M.D. | | |

BP ✓

TTS 2 ↓ BP now 140/80-90

Asymptomatic. Feels well.

Glu

BP 142/90

Chest Clear

Cor NDR

No edema

Pt informed about ↑ Triglyceride. Diet given.

Beginning to exercise. No early fatigue.

BP better Controlled

— P To Visken 5mg po. bid + Clonidine TTS 2

RTC 2 mos

PATIENT PROGRESS RECORD
DATE

1/15/87  Rx refill
Catapres TTS 2 patches  8/ box
x̄ 3 refill
Dr Al-Mufti / J Shayler R.N.

APPOINTMEN
INTERNAL MEDICINE - FREMONT

FEB 19 1987          AA          MEDICATIONS

HANNAH MOHR, M.D.

Hot lower back last Friday
trying to get luggage from carousel.
Pain now (L) buttock + post (L) thigh,
Allergic PCN              No numbness, tingling
                          or any problems

O:
Tender paraspinous muscles (L) L-S area
no buttock tenderness
KJ's, AJ's 3+/=
SLR tender (L) all positions
          (R) nl
Hips rom nl
Plantars ↓↓

A: (L) sciatica
P: bed rest, treat
   pain, cont T.D. c post  / Mohr

KAISER PERMANENTE

M.R. # _____

0? 26 87    REDACTED

**PATIENT PROGRESS RECORD**
PATIENTS NAME (LAST, FIRST, MIDDLE)

CHAN ANDY E
Q 0          0 A    ▉ 49
3940340
H 52    87    0 3972653

ADDRESS (NO., STREET)

CITY

BIRTHDATE | PHONE | CODE | GROUP

*RENR*                          MEDICATIONS
                                *Clonidine TTS 2*
APPOINTMENT                     *Niten ???*
INTERNAL MEDICINE - FREMONT     *Wt 205#*
FEB 26 1987

**Haseeb Al - Mufti, M.D.**

*[handwritten clinical notes]*

*Feels well*

*BP 146/94          wt 70*

*Chest Clear*

*Cor w/in*

*No edema*

*? 1.3   11/86*

*BP high*

*↑ TTS 2 to TTS 3*

*✓ BP + report*

*R Evt 6/87*

*✓ Tij then*

*[signature]*

*3·30·87  Rx refill Catapres TTS 3 - #12*
*Sig UD x3  Luckup 657-7937*
*D Al Mufti  (RPereira RN)*

92536 (REV. 3-86)

PATIENT PROGRESS RECORD

DATE

APPOINTMENT
INTERNAL MEDICINE - FREMONT

APR 14 1987

Haseeb Al-Mufti, M.D.

MEDICATIONS

Pain ® heel x 1 day
Worse ē walking
Tender ® heel over sole
No swelling
? Feel spur ® vs
L Longer ? of Sciitis
✓ I ✓ My ® Ankle

4-15-87 - Pt advised per phone request
X-ray shows edematous spur
Podiatry consult sch.
Dr. W Mufti / B. Stevens RN

92536 (REV. 3-86) REVERSE

**KAISER PERMANENTE**

**PATIENT PROGRESS RECORD**

PATIENT'S NAME (LAST, FIRST, MIDDLE)

ADDRESS (NO., STREET)

CITY ~~REDACTED~~

| BIRTHDATE | PHONE | CODE | GROUP |
|---|---|---|---|
| /49 | | | |

APR 18 1987

MEDICAL HAYWARD

Ⓢ 39 y/o ♂, hx of gout x 4 years,
last week developed pain Ⓛ foot - now
now Ⓡ toe also affected -
on meds for HTN - doesn't know
name - had x-ray last week -

Ⓞ Well ↝
Exten - pain over Ⓛ medial malleolus
no pain over achilles tnd
Ⓡ 1st toe pain, min eryth

Ⓐ suspect gout
Ⓡ indocin 50mg   #30
   tylenol #3  #40
   8uc c sig m ∠

Boska

5/7/87 4:°° TC requests refill Rx Cordran Tape
lg roll apply qd to refills. Advised re appt
booked 5/28/ ⁹³⁰ arrival 4:°°. Lucky 657-7937
ch. lt. K/ G. Works cmA

5·7-87  Refill · Luckys 657-7937
            Visken   5 mg  ī  po  B I D
  # 100  Refill  x3.
                Dr Almufti  16. Hormel R.11

5/18/87 3:⁴°pm TC requests refill Rx Cordran Tape
2 lg rolls UD to refill Lucky 657-7937 ch.lt.K/G.Works cm

APPT.-DERMATOLOGY-HAYWARD

MAY 2 8 1987

G. DICK, M.D.

S— F/U LSC. Out of
      meds

O— lichenfied plaques on
      dorsal ankles

A — LSC

P — Cordran tape qd
            Xlarge rolls x6
      Diprolene 0.05% Oint qd
                        45x6

      RTC — 1 yr

LINA 0284

**KAISER PERMANENTE**

**PATIENT PROGRESS RECORD**

PATIENT'S NAME (LAST, FIRST, MIDDLE)

ADDRESS (NO., STREET)

CITY

BIRTHDATE     PHONE          CODE          GROUP

M.R. #

CHAN ANDY E
0 0          0 A      49
**3940340**
M S2      47      3972653

**REDACTED**

---

APPOINTMENT
PODIATRY-FREMONT

**NO SHOW**

MAY 29 1987     NO ☑ ADVICE   SEND NO
                ACTION  REAPPT  SHOW LETTER ☐

M. REINER, D.P.M.

---

SEP 11 1987
WESKOEIL
Howard Rosenblum M.D.

168/130 (R)AS Lg cuff
B/P 172/128 (L)AS Reg cuff

**FAA**

M of R Albufin c 95% cough x 3 - 3d.

PF    afeb    160/100

chest clear / mild wheeze

A.    URI
P.    TCN 250 Q1N #30
      Amoxicillin coo c 1/4 p chest upper
      ur BP next coh c R Albufin name

---

90537 (REV. 1-86)

**KAISER PERMANENTE**

**PATIENT PROGRESS RECORD**

PATIENT'S NAME (LAST, FIRST, MIDDLE)

Andy Chan
3940340

ADDRESS (NO., STREET)

CITY

| BIRTHDATE | PHONE | CODE | GROUP |
|---|---|---|---|

12-17-87    Rx called to Lucky 657-7937 Visken
5mg. AD. # 100 c̄ 3 refills — Almufti / J. Sanuong

APPOINTMENT
INTERNAL MEDICINE-FREMONT

JAN 18 1988

Haseeb Al-Mufti, M.D.

X AA

MEDICATIONS

No numbness in legs

TPL BILLED ___ 11-8-90 ___ MCD FML

90537 (REV. 1-86)

KAISER PERMANENTE

M.R. #

## PATIENT PROGRESS RECORD

PATIENT'S NAME (LAST, FIRST, MIDDLE)

ADDRESS (NO., STREET)

CITY

BIRTHDATE | PHONE | CODE | GROUP

Andy Chan

3940340

## MEDICATIONS

Clonidine TTS 3

Pindolol 5 x2

2/10/88 Al-Nufri, MD

Reev

BPV - Pckd.

Chronic (L) knee pain (taking Indocin)

Wants Minoxidil for hair growth.

BP 150/100 missing pm dose

172 68

Chest clear

Cor S, 1/2, no m

Ext: no edema

Crepitus (L) knee, no effusion

BP high ? D/D (L) knee

Noncompliant

D/c Indocin

Trilisate 750 x2, Can f/u 500 x2

Taper Pindolol

Acebutolol 400 x1

✓ Annual labs

TC 5mo

Repeat BP in 2 wks

~~BILLED~~ for sec. Insur

6/30/88 (mcd)

[signature]

LINA 0287

**PATIENT PROGRESS RECORD**

| DATE | |
|---|---|
| 5-3-88 | Rx Lost paper from last time |
| | Clonidine TTS 3 #12 refill x3 |
| | Sig use q week. Lucky's 657-7937 |
| | Tab Soctral 400mg #100 refill XI |
| | Sig i po qd. |
| | Dr. Al Mufti / D. Strauss RN. |
| 5-16-88 | PC To flare-up gout large toe |
| 5-16-88 | PC Rx Sundale Lucky 657-7937 |
| | Sondocin 75mg #10 |
| | Sig i po bid |
| | Dr. Rosenblum for Dr. Al Mufti |
| | D. Strauss RN |

Appt. Dermatology-Hayward
MAY 20 1988
E. BATTS, M.D.

CANCELLED/NO SHOW
BY CP. ☐ BY PT. ☐
NO ACTION ☒ RE-APPT ☐ LETTER ☐
DATE RE-APPT ______ M.D.

92536 (REV. 3-86) REVERSE

LINA 0288

KAISER PERMANENTE

CHAN ANDY E A [redacted] 49

3940340

06195

REDACTED

CHART FIE [illegible]

# EMERGENCY DEPARTMENT RECORD

3072653

| | | |
|---|---|---|
| PATIENT'S NAME | DATE 1.11.88 | TIME IN 835 |
| | SEX m | AGE 40 |

THE UNDERSIGNED CONSENTS TO THE EXAMINATION OF THE PATIENT AND TO THE PERFORMANCE BY MEDICAL GROUP PHYSICIANS, THEIR ASSISTANTS, AND HOSPITAL ASSISTANTS, AND HOSPITAL PERSONNEL, OF SUCH DIAGNOSTIC AND MEDICAL PROCEDURES AS ARE CONSIDERED NECESSARY OR DESIRABLE IN THE CARE OF THE PATIENT, INCLUDING INJECTIONS, ADMINISTRATION OF ANESTHETICS, AND REMOVAL OF TISSUE. NO ASSURANCES HAVE BEEN GIVEN AS TO ANY RESULT OR CURE.

| SIGNATURE (OR OTHER WITNESS) | DATE | NURSE/RECEPTIONIST | WITNESS |
|---|---|---|---|
| X | 1.11.88 | | |

| MODE OF ARRIVAL | NAME & PHONE NO. OF PERSON TO BE NOTIFIED | REGULAR M.D. |
|---|---|---|
| ☑ Pvt. Car ☐ Ambulance Co. | | |

CHIEF COMPLAINT - NURSE'S HISTORY Chest Pain - diaphoretic - feels faint - very pale

Triage Nurse [illegible] RN

| ALLERGIES ☐ NONE | LAST TETANUS | CURRENT MEDICATIONS ☐ NONE |
|---|---|---|
| 1. PCN | 4. | 1. Acebutolol 400 QD |
| 2. | 5. | 2. Indometh |
| 3. | 6. | 3. Catapress TTS-6.3 |

| ROOM | TIME IN | T | P | R | BP | P | BP | P | BP |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 830 | | 54 | 20 | 190/82 | | / | | / |

NURSE'S ASSESSMENT (L) sided CP @ "6". Pt. skin cool & diaphoretic. Vomiting. Pain is non-radiating & non-provoked x 3 days intermittently.

Nurse A Hamed RN

M.D. HISTORY AND EXAM

see 855

Pt c 5° (L) ant chest ache since 4 pm - v. weak & diaph. similar epis. 2 d ago

(+) ↑BP
(-) tobac
(-) chol.
(+) FH Fa MI
(-) DM

pale, clammy

lungs clear

Cor - reg (-) m

EKG - sin. brady - ? ~~ant~~ inf isch.

LINA 0289

☐ Addl. Progress Notes

| DISCHARGE DIAGNOSIS | CONDITION ON DISCHARGE |
|---|---|
| r/o MI | |

| M.D. SIGNATURE | TIME OUT | CONSULTANT |
|---|---|---|
| [signature] | 1030 | Gerhall 9°3 |

07724 (REV. 1-88)

KAISER PERMANENTE

FR

M.R. REDACTED

CHAN ANDY E
0 A [redacted] 49
3940340
M S2 87 0 3972653

## PATIENT PROGRESS RECORD

PATIENT'S NAME (LAST, FIRST, MIDDLE)

ADDRESS (NO., STREET)

CITY

| BIRTHDATE | PHONE | CODE | GROUP |
|---|---|---|---|
| | 7934798 | | |

URGENT CARE FREMONT

JAN 14 1993

L. QUAN, M.D.

Lectial 400mg qd
Zestril 20 qd
Allergy to PCN

C/O Lower back tightness.
Was in chain reaction auto accident today on freeway. Car is drivable.
No prior hx of back problems
No sphincter or neuro deficits
Computer tech no lifting.

O – Alert, WAP Obese
Back – Straight. Flexion ltd to 50% otherwise ROM OK.
m pain w/ palp no spasm
No deformity.
Neuro LES Motor nl
DTR's 2+ =
SLR neg
Neck – (L) paracervical ache w/ FROM,

A – (B) paracervical & lumbosacral muscle strain

P – (1) Rest, ice / heat
(2) Motrin 600 qid prn #50
(3) Soma 350 qid prn #30
(4) Re prn

L Quan

LINA 0290

92536 (REV. 1986)

LINA 0291

**INDUSTRIAL INJURY VISIT VERIFICATION**

Patient:
☐ Was seen at this office on:
☐ Has been given telephone advice on:
☐ Has been ill and unable to work from _____ through _____
☐ States he/she has been ill and unable to work from _____ through _____
☑ Can return to full duties with **NO RESTRICTION** on: _____
**OR**
☐ Can participate in a modified work program starting _____ and continuing to _____

RESTRICTIONS
(Please note: If modified work is not available, this patient is then unable to work for this time period.)

Hours per day _____   Hours per week _____   EMPLOYEE IS ABLE TO:

BASED ON AN 8-HOUR DAY EMPLOYEE CAN:

LIFT/CARRY:

ASSISTIVE DEVICES? (i.e. cast, brace, crutches)

RESTRICTIONS: (interpersonal relations, stress, hearing or vision)

OTHER
TREATMENT STATUS:
Medication effects which could impair performance.
Physical therapy required   Frequency
Re-evaluation on:

SIGNATURE AND TITLE _____   NAME (PRINT) L. Quan, M.D.   LOCATION _____   DATE 2-8-93

Diagnosis: _____
Are your findings and diagnosis consistent with history of injury or onset of illness?  ☐ Yes  ☐ No   If "NO", please explain.
Is there any other current condition that will impede or delay patient's recovery?  ☐ Yes  ☐ No   If "YES", please explain.
Permanent Disability is expected.  ☐ Yes  ☐ No
Date patient's condition became permanent and stationary.

**PATIENT PROGRESS RECORD - INDUSTRIAL**

KAISER PERMANENTE

URGENT CARE
FREMONT

FEB 08 1993

L. QUAN, M.D.

PERSONAL PHYSICIAN _____  TIME APPT. _____  TIME REG. _____  TIME SEEN _____  TEMP. _____  WT. _____  B.P. _____
DRUG ON ☐   DRUG SENSITIVITY YES ☐ NO ☐

ADDRESS _____
PHONE (510) 793-4768
SEX _____  COVERAGE GROUP NUMBER _____  ACCOUNT NUMBER _____  CHECK DIGIT _____

STATION _____  LOCATION _____  DATE OF SERVICE _____  LAST NAME Chan  FIRST NAME Andy  INITIAL _____  BIRTHDATE MO. DAY YEAR  HEALTH INSURANCE CLAIM NUMBER _____  MEDICAL RECORD NUMBER 3948390

KAISER PERMANENTE

## PATIENT PROGRESS RECORD

PATIENT'S NAME (LAST, FIRST, MIDDLE)

ADDRESS (NO., STREET)

CITY

BIRTHDATE | PHONE | CODE | GROUP

C-AN ANDY E

REDACTED

MEDICATIONS
Sectral 400x1
Lisinopril 20x1
Indocin PRN

INTERNAL MEDICINE - FREMONT

APR 07 1993

Haseeb Al-Mufti, M.D. Wt. 203

FCKD
HTN
Rejoined Kaiser
Cannot [illegible]
BP 130/90
Hr 76
Chest Clear
Cor √ /
Abd: ⊖
⊖ edema

- [illegible]
√ Lab
Renewed med
Ret 03-6 mos

[signature]

4-15-93. PC - per Doctors request Recon appt
given 4/28/93 4:10p c Dr. Al Mufti. Pt can
only CT late afternoon.
D. Stevens RN

LINA 0292

92536 REV

PATIENT PROGRESS RECORD

DATE

APPOINTMENT
INTERNAL MEDICINE

APR 21 1993

Edeane Matsumoto, M.D.

MEDICATIONS
Lotrel 400 x1
Univasc 20 x1

43 y. o ♂
HTN, Gout, ↑TG, Renal Insuff

c/o Ⓛ wrist pain (bodily) x 3 days, worse today,
Can't hold coffee cup

O: NAD
Ⓛ wrist - 2+ DP
dorsum - mild erythema, swelling
over prox. MCP - 4th, 5th
⊕ tenderness.

A: Ⓛ wrist pain - 2° to gout.
HTN
Renal Insuff BUN 45/Cr 2.8.

P: ① Pred taper 20 mg ↑ PO TID x 2d
↑ PO BID x 2d
↑ PO QD x 2d.
then D/C.
② Sched to see PMD in 1wk.

Mat[signature]

92536 (REV. 3-86) REVERSE

LINA 0293

KAISER PERMANENTE

M.R. #

Chen, Andy

3940340

**PATIENT PROGRESS RECORD**

PATIENT'S NAME (LAST, FIRST, MIDDLE)

ADDRESS (NO., STREET)

CITY

| BIRTHDATE | PHONE | CODE | GROUP |
|---|---|---|---|
| | | | |

Ron

Wt-204

INTERNAL MEDICINE - FREMONT

APR 28 1993

Haseeb Al-Mufti, M.D. 7CICD

**MEDICATIONS**

4/7/93

F/U

Discussed Labs

C = 7.8

↑ Trig

BS 110/70

HR 76

Chest Clear

Card. S1 S2

Abd. Benign

Discussed

↓ Wt

↓ Na

Diclisinopril

D/C Suspend (CA 180 X 1

Sulfd 200 X 1

Colchicine 0.6 mg X 2)

[signature]

LINA 0294

92536 (REV. 3-88)

KAISER PERMANENTE

**EMERGENCY DEPARTMENT** 40190

REDACTED

CHAN ANDY E
1 0 1 C [redacted] 49
3 3940340
M 01 3000 4 3940340

| | | | |
|---|---|---|---|
| TRIAGE TIME 1850 | MODE OF ARRIVAL ☑ Walk-in Other | | DATE 3/24/93 |
| ED 1850 | ☐ Non-member | ☐ Industrial | |
| EXAM 1915 | ☐ Medi-Care | ☐ Established | |
| | ☐ Medi-Cal | ☐ New | |
| OUT | Clinic Chart ☐ Needed out to | Ordered | ☐ FAX ☐ Troubled ☐ Not available |
| AGE 46 SEX M | | | |

PHONE Home 793 4798 Work

ADDRESS 5955 Central Av CITY Newark ZIP 94560

TRIAGE: Sent from Fremont due to recent onset at. Fib NAD - Skin w/D Color good

[signature] R.N.

ALLERGIES ☐ NONE: PCN

MEDICATIONS ☐ NONE:
1 Septra DS
2 Calan
3
4
5
7
8
9
10

| TEMP | RR | BP | P | BP | P | TETANUS | LMP | REGULAR MD |
|---|---|---|---|---|---|---|---|---|
| 97 | 18 | 135/104 | 83 | | | | | Al Muff[illegible] |

DISPOSITION ☐ MAC ☐ Pedi ☐ Ob-Gyn ☐ Other
ROOM 5 ☑ ED ☐ TFU AM/PM Dr.

Acuity 1 2 (3)

NURSE'S ASSESSMENT: 6 25 - NA - CA States had 2 episodes of chest tightness ̄c assoc SOB. None now. EKG in Fremont today. Sent here for eval of new onset atrial fib. lungs ? rales to (L) base. Pt warm dry ̄c pink. ø pedal edema

[signature] R.N./L.V.N.

M.D. HISTORY AND EXAM

46 yo ♂ c/o SOB this AM, chest heaviness, light headed. SOB again @ 10AM. EKG found to have EKG and then sent here. Never had these Sx before. Episode lasted x ~ 1 min. Now has no Sx since 10AM. Feels fine now - : EKG showed Afib in 5/93.

PMHx HTN gout
Med - Sectral, calan
Allergy - PCN.

PE- Alert, OX3, NAD
Chest - clear bilat, nl S1 S2 ø
Abd - soft, nontender

CXR - clear
EKG - Afib - ~~present on old EKG 5/24/93~~ not present in old EKG

LINA 0295

DISCHARGE DIAGNOSIS: New onset A fib

E.D. M.D. SIGNATURE: 1 [signature] 2

DISPOSITION ☐ Home ☐ Admit Rm. # ☐ Transfer To: ☐ OBS

CONDITION ON DISCHARGE: Stable

☐ Fx Review ☐ CMR ☐ Chart to

CONSULTANT 1 Dr. Park 2 TIME CALLED 2135

KAISER PERMANENTE

**PATIENT PROGRESS RECORD**

PLEASE IMPRINT OR PRINT

| PATIENT'S NAME (LAST, FIRST, MIDDLE) | DATE OF SERVICE / LOCATION / STATION |
|---|---|
| ADDRESS | LAST NAME / FIRST NAME / INITIAL |
| CITY | MEDICAL RECORD NUMBER: 3940340 / CHECK DIGIT |
| BIRTH DATE / PHONE / CODE / GROUP | SEX COVERAGE / GROUP NUMBER / ACCOUNT NUMBER / SUB GROUP |

| DATE | TIME | |
|---|---|---|
| | | INTERNAL MEDICINE - FREMONT |
| | | APR 28 1993 |
| | | Haseeb Al-Mufti, M.D. |
| | | APPOINTMENT ~~INTERNAL MEDICINE-FREMONT~~ — Verapamil / Seldane / Allergy: PCN |
| | | MAY 24 1993 — MD: Al Mufti |
| | | JOAN VENTURI, N.P. |

(S) 47 y.o. A/♂ c/o vague episodes of SOB & "heavy chest" occurring 2 x/d & lasting 1-2 mins. — last noc awakened from sleep c̄ same

PH: HTN, gout, ↑ lipids, polycystic kidneys

TOB: ō ETOH: rare FH: father c̄ HTN + renal dz

Denies cough, periph. edema, N/V

(O) In NAD B/P. 124/70 P. 84 irreg

Neck - supple ō JVD

Lung. Clear Bl

CV - irreg irreg. rhythm HR ~ 90

Ext. ō edema

(A) Chest Pain / SOB - prob. cardiac

new onset at. fib

**PATIENT PROGRESS RECORD** #3940340

DATE TIME

(P) 1) EKG → at fib
2) consult c̄ Dr. Eval
3) ——— Venturi, LLP

To ER for eval of new onset Afib/Flutter. Had coronary angiogram '88 - told normal.
J [signature]

5/4/[illegible] [illegible]
5/21/[illegible] [illegible]

INTERNAL MEDICINE - FREMONT
JUN 03 1993
Haseeb Al-Mufti, M.D.

Wt. 205

MEDICATIONS
~~Quinidine 324 x2~~
~~Sectral 400x1~~
~~Coumadin 5mg 6d/wk~~

Post hospital
Atrial Fib →SR c̄ Quinidine
Feels fine
⊖ Complaints
NSR on EKG
Quinidine level = 2.2
PT = 22
BP 140/80
Wt 264
Chest clear
Cor S1 S2
Abd: ⊖
⊖ edema
Stable post hosp
Add Lopid 300x2 for ↑TG's
[signature]

KAISER PERMANENTE

**EMERGENCY DEPARTMENT** 39942

REDACTED

CHAN ANDY E
1 0 1 C 43
3 3940340
M 81 3000 4 3940340

TRIAGE TIMES 0829 | MODE OF ARRIVAL ☐ Walk-in Other | DATE 6-11-93
ED 0852 | ☐ Non-member ☐ Medi-Care ☐ Medi-Cal | ☐ Industrial ☐ Established ☐ New
EXAM 0915
OUT 1030 AM | Clinic Chart Frank Ordered ☑ Needed out to | ☒ FAX ☐ Troubled ☐ Not available
AGE 47 | SEX M

PHONE Home 793-4798 Work
ADDRESS 5955 Central Ave | CITY New | ZIP 94560

TRIAGE
c/o unable to void since 4A
on coumadin, urinating blood
Bruise on body — Judy Dimante R.N.

ALLERGIES ☐ NONE
PNC

MEDICATIONS ☐ NONE
1 Coumadin 5mg b.i.d.
2 ~~Quinidine~~
3 Quinine
4 Sector
5
6
7
8
9
10

| TEMP | RR | BP | P | BP | P | TETANUS | LMP | REGULAR MD |
|---|---|---|---|---|---|---|---|---|
| 97.8 | 20 | 129/98 | 73 | | | | | Al Mufti |

DISPOSITION ☐ MAC ☐ Pedi ☐ Ob-Gyn ☐ Other
ROOM 9 ☒ ED ☐ TFU AM/PM Dr.
Acuity 1 ② 3

NURSE'S ASSESSMENT
A + O x 4. Skin w&d, color pale
Pt. states ↑ abd pain, [illegible]
[illegible] bright red [illegible]
[illegible] R.N./L.V.N.

M.D. HISTORY AND EXAM
C.C. Hematuria
Hosp 2 wks ago c̄ irreg. hrt beat, put on coumadin. Left hosp. 1 wk ago. Yest started hematuria. Today much more blood. Called Al Mufti & told to stop. Last coumadin yest. Feels like needs to urinate.

P.E.
Abd - BS nl
Bladder distended + tend

6/11/93 Pt c̄ clot retention due to overanticoagulation. PT 37
Coumadin stopped yesterday. 24 F cath inserted c̄ clot removed
now cath on CBI c̄ NS solution. Hct 36%. Abd soft.
Will observe pt for today.

6/12/93 7:30 AM Pt [illegible], No more gross hematuria. [illegible] will D/C CBI. Observe pt. if no severe hematuria, then D/C today c̄ catheter.

DISCHARGE DIAGNOSIS Hematuria

E.D. M.D. SIGNATURE
1 [signature]
2

CONSULTANT
1 Lee TIME CALLED 10:5 A
2

DISPOSITION ☐ Home ☐ Admit Rm. # ☐ Transfer To: ☐ OBS

CONDITION ON DISCHARGE ☐ Fx Review ☐ CMR ☐ Chart to

KAISER PERMANENTE

**EMERGENCY DEPARTMENT** 38533

3 3940340

M 31 3000 4 3940340

REDACTED

| | |
|---|---|
| TRIAGE TIME | 9 |
| ED | 9 |
| EXAM | 10 am |
| OUT | 12 PM |
| AGE | 77 |
| SEX | M |

MODE OF ARRIVAL: ☒ Walk-in  Other ____  DATE 6/13/93

☐ Non-member ☐ Medi-Care ☐ Medi-Cal ☐ Industrial ☐ Established ☐ New

Clinic Chart ☒ Needed  out to ____  Ordered [illegible]  ☒ FAX  ☐ Troubled  ☐ Not available

PHONE Home 793-4798 Work

ADDRESS 5955 Central Ave New. 84560

TRIAGE: Penile Bleeding - Catheter Foley × 2 days ∅ Unable to void - [illegible]

Pt - [illegible] R.N.

ALLERGIES ☐ NONE: PCN

MEDICATIONS ☐ NONE: Coumadin, Quinidine, Sectral

REGULAR MD: [illegible]

| TEMP | RR | BP | P | BP | P | TETANUS | LMP |
|---|---|---|---|---|---|---|---|
| 99³ | 18 | 119/57 | 72 | | | | |

DISPOSITION ☐ MAC ☐ Pedi ☐ Ob-Gyn ☐ Other ____

ROOM 9 ☐ ☒ ED ☐ TFU ____ AM/PM Dr. ____

Acuity 1 (2) 3

NURSE'S ASSESSMENT: 26G 3-Way Foley inserted by Dr. Lee. Foley draining bloody urine. Urinary drainage altered [illegible]. [signature] (R.N.)/L.V.N.

M.D. HISTORY AND EXAM

HAD onset Atrial fib AND WAS placed on coumadin —
PT PT 28 & he WAS having hematuria & urinary retention
catheter placed Fri — Now urinating around catheter —
coumadin stopped for 3 days & to be restarted tomorrow.
Urine still bloody — & draining around catheter. creat 2.8
Pt is asymptomatic c respect to Hct — no coronary art dis.
HAS 26F catheter : will do thru & thru irrigation
(placed by Dr. Lee

(Hct 27.0 6/13) (6/11 - Hct 36.5) (5/27 Hct = 40)

PT 20.7  EKG NSR  Discussed c Dr. Bosshardt

Rectal ∅ stool

DISCHARGE DIAGNOSIS: Dx: Over Anticoagulated Hematuria & New Anemia 2° above

E.D. M.D. SIGNATURE: Getz

CONSULTANT  TIME CALLED

CONDITION ON DISCHARGE: Urine clear & catheter phone [illegible] to Dr. Lee or Dr. al Mutti

DISPOSITION ☒ Home ☐ Admit Rm. # ____ ☐ Transfer To: ____ ☐ OBS

07724 (REV. 4-92) PATIENT CHART LINA 0299