**KAISER PERMANENTE**

38774

| TRIAGE | TIMES 500 | MODE OF ARRIVAL | | DATE 6/24/93 |
|---|---|---|---|---|
| ED | 530p | Other _____ ☒ Walk-in | | |
| EXAM | 600 | ☐ Non-member ☐ Medi-Care ☐ Medi-Cal | ☐ Industrial ☐ Established ☐ New | |
| OUT | 9a? | Clinic Chart | Ordered | ☐ FAX |
| AGE 47 | SEX M | ☐ Needed out to ___ | | ☐ Troubled ☐ Not available |

PHONE Home 793-4798   Work _____

ADDRESS 5955 Central Ave. Newark 60

ALLERGIES ☐ NONE   PCN

MEDICATIONS ☐ NONE
1 Coops flaxin  6
2 Nitro patch   7
3              8
4              9
5              10

TRIAGE

Discharged from Hosp 6/21

Bloody urine, abd pain

Hx Polycystic kidney _____ (R.N.)

| TEMP 97.8 | RR 18 | BP 135/100 | P 74 | BP 150/90 | 80 | TETANUS | LMP | REGULAR MD |
|---|---|---|---|---|---|---|---|---|

DISPOSITION   ☐ MAC   ☐ Pedi   ☐ Ob-Gyn   ☐ Other _____

Acuity 1 2 ③

ROOM 10   ☒ ED   ☐ TFU   AM/PM   Dr. _____

NURSES ASSESSMENT
A&O x 3 MAE WNL states that he was on Coumadin & had blood in urine → hospitalization 8 days) D/c'd 6/21 & probs then today noticed blood in urine again @ 430pm @ difficulty in voiding now noted some blood clots in urine. Skin w&D. No edema. V.N.

M.D. HISTORY AND EXAM  C/o flank pain bil now _____

C/o Noted Blood in urine
- _____ able to urinate

h/o Polycystic kidney dz Renal failure, anemia
pt _____ discharge from the Hospital on 6-21-93 -
admitted for Hematuria. pt was on Coumadin

OE: Vital Sign _____ Afeb
Cor _____ Lungs clear _____
_____ UA Mann Tender + flank _____
_____ no Rigid
_____ N

Rx - Phone Message to Dr Al. mufti
- Chart to Dr Al mufti
- Reassurance Keys appointment

DISCHARGE DIAGNOSIS  Hematuria.
Anemia
Polycystic kidney disease

E.D. M.D. SIGNATURE
1 _____ RN care
2

CONSULTANT _____   TIME CALLED
1
2

CONDITION ON DISCHARGE  Stable
☐ Fx Review  ☐ CMR
☐ Chart to _____

DISPOSITION
☐ Home
☐ Admit
Rm. # _____
☐ Transfer
To: _____
☐ OBS

07724 (REV. 4-92)   PATIENT CHART   LINA 0300

**PATIENT PROGRESS RECORD**

| DATE | TIME | MEDICATIONS |
|------|------|-------------|

INTERNAL MEDICINE - FREMONT

Amiodarone 200×2
FeSO4 325×2
Transderm NG ×1

JUL 0 1 1993

Haseeb Al-Mufti, M.D.          Wt 192

S/P A-fib → S/P
PCKD c bleeding
ARF
Anemia
Cr 7.6
K 30-31
Feel well
BP 150/178
Chest clear
C V S₁ S₂    CTR
Abd. soft
Oedema
stable
v labs/wk
Continue meds, low protein diet
Cr (8/2)

90537 (REV. 1-92) REVERSE

**KAISER PERMANENTE**

EMERGENCY DEPARTMENT

**40974**

REDACTED

CHAN ANDY E
3    3940340
M  81  3000    4    3940340

| TIMES | MODE OF ARRIVAL | DATE |
|---|---|---|
| TRIAGE 0249 | Other ___ ☑ Walk-in | 6-14-93 |
| ED 0250 | ☐ Non-member ☐ Industrial | |
| EXAM 0320 | ☐ Medi-Care ☐ Established | |
| | ☐ Medi-Cal ☐ New | |
| OUT 0745 | Clinic Chart  Ordered | ☐ FAX |
| AGE 96  SEX m | ☐ Needed  out to ___ | ☐ Troubled ☐ Not available |

PHONE Home 7 93-4798    Work
ADDRESS 5955 Central Ave    CITY Nw    ZIP 9456

TRIAGE

Chest pain

Schoen, R.N.

ALLERGIES ☐ NONE    PcN

MEDICATIONS ☐ NONE
1 Quinaglute    6
2 Ciprofloxacin  7
3 Colchicine    8
4 Sectral       9
5 Pyridium      10

| TEMP 99.5 | RR 20 | P 85/42 73 | BP | P | TETANUS | LMP | REGULAR MD Almufti |
|---|---|---|---|---|---|---|---|

DISPOSITION ☐ MAC ☐ Peds ☐ Ob-Gyn ☐ Other ___
ROOM 7  ☑ ED ☐ TFU  AM/PM  Dr. ___
Acuity 1 ②② 3

NURSE'S ASSESSMENT
4/0 (R) chest pain / Sl. SOB    F/c → leg bag
P- trying to go to sleep    S- 2/10 scale    "Hx bl. urine"
Q- dull constant    T  0100    this week in ED
R (R) shoulder    Schoen, R.N.L.V.N.

M.D. HISTORY AND EXAM

PE: Alert Ox3, NAD
Chest- clear bilat, n/t, S1S2 ⊕⊕
Abd ⊕BS, soft, nontender    Has leg bag w/ bloody
urine in bag.

EKG - NSR

DISCHARGE DIAGNOSIS
Chest pain

E.D. M.D. SIGNATURE
1 Ken Cummins
2

CONSULTANT  TIME CALLED
1 Dr. Perry    0400
2

DISPOSITION
☐ Home
☑ Admit
Rm → ___
☐ Transfer
To: ___
☐ OBS

CONDITION ON DISCHARGE
☐ Fx Review ☐ CMR
☐ Chart to ___

07724 (REV. 4-92)    PATIENT CHART

**KAISER PERMANENTE**

**EMERGENCY DEPARTMENT**

**42377**

CHAN ANGY F.

REDACTED

2    3940340

M S2 24177    0    3972653

| TIMES | MODE OF ARRIVAL | DATE 7/17/93 |
|---|---|---|
| TRIAGE | ☑ Walk-in | |
| ED 2015 | Other _____ | |
| EXAM 205 | ☐ Non-member ☐ Industrial | |
| | ☐ Medi-Care ☐ Established | |
| | ☐ Medi-Cal ☐ New | |
| OUT 0400 | Clinic Chart (Ordered) ☐ FAX | |
| AGE 43 SEX M | ☐ Needed ☐ Troubled | |
| TRIAGE | out to _____ ☐ Unavailable | |

PHONE Home 793 4798  Work

ADDRESS  5955 Central Ave Newark

ALLERGIES ☐ NONE   pcn

MEDICATIONS ☐ NONE
1 Colchicin  6
2 MPaste  7
3  8
4  9

TRIAGE: Urinating blood today

R. Conliem (R.N.)

Lee

| TEMP 99 | RR 18 | BP 153/90 | P 87 | BP | P | TETANUS | LMP | REGULAR MD |
|---|---|---|---|---|---|---|---|---|

DISPOSITION ☐ MAC ☐ Pedi ☐ Ob-Gyn ☐ Other

Acuity  1 2 3 4 5  6 7 8 9 10

☐ OM ☐ ED ☐ TFU  AM/PM Dr.

NURSE'S ASSESSMENT: Urinating blood — 10 AM (several) x 4. Urine has been clear...

Hx x 2 wks after hospitalization C/P R LQ pain, NE legs flexed...

Hx Kidney failure ... c/o abd bloating, abd large & slightly firm ...

Hx June 15 - Hematuria on Coumadin off x 1 mo ... R.N. L.V.N.

**M.D. HISTORY AND EXAM**

43 yo male c̄ polycystic kidneys noticed most of bleeding 10th am urination.
No fever, chills, pain, dysuria ... N, V, diarrhea ... GI bleed or other bleeding sympt.

PMH: Arrhythmia - PAF 5-93
Was started on coumadin & developed hematuria.
Has been treated with antibiotics.
Gout

PE: Alert NAD
HEENT - WNL
Neck Supple
Chest Clear   CV-RR S1 S2 gallop/mt
Abd - Soft, nontender, ? fullness, distend, & sl active
genital - WNL
Rectal - Nontender prostate

| | 7-18 | Hgb 10 | Hct 28.5 | Plt 291,000 | creat 5.4 49 |
| | 7-12 | N.8 | 31.5 | | 5.3 |
| | 6-28 | 10.6 | 30.3 | | |

P: Discuss c̄ Dr Gavell who advises NOT to start Antibiotics and to wait on C&S

**DISCHARGE DIAGNOSIS**
Hematuria
Polycystic Kidneys
Abnormal U/A

CONDITION ON DISCHARGE: Stable

☐ Fx Review ☐ CMR
☑ Chart to Dr Lee

E.D. M.D. SIGNATURE
1 _____
2

CONSULTANT
1 GAVRELL   TIME CALLED 3²⁸
2

DISPOSITION
☑ Home
☐ Admit
Rm. # _____
☐ Transfer
To: _____
☐ OBS

01724 (REV. 4-92)   **PATIENT CHART**   LINA 0303

KAISER PERMANENTE

**PATIENT PROGRESS RECORD**
PATIENT'S NAME (LAST, FIRST, MIDDLE)

ADDRESS (NO., STREET)

CITY

BIRTHDATE | PHONE 415 513 5100 | CODE | GROUP

ANDY E    M.R.
0    2 9 G            49
2    3940340
M   52 24177    0    3972653

**REDACTED**

WH-1816/2

**MEDICATIONS**
Amiodarone 200x2
Transderm NC1

INTERNAL MEDICINE · FREMONT

SEP 01 1993

Haseeb Al-Mufti, M.D.

F/U a. fib, PCKD
Feels w!!
G ↓ 5.3
No palpitations
BP 128/90
1 + 78 Rt
Chest Clear
Cor v/s
Abd · ⊘
⊘ edema

Stable

[signature]

LINA 0304

92536 (REV. 3-86)

**KAISER PERMANENTE**

**EMERGENCY DEPARTMENT**

**33317**

REDACTED

| TRIAGE TIMES 1155 P | MODE OF ARRIVAL ☑ Walk-in ☐ Other | DATE 9-3-93 |

| ED 0155 | ☐ Non-member ☐ Medi-Care ☐ Medi-Cal | ☐ Industrial ☐ Established ☐ New |

| EXAM 0200 | | |

| OUT 0300 | Clinic Chart ☐ Needed out to ___ | Ordered ___ | ☐ FAX ☐ Troubled ☐ Not available |

AGE 47  SEX m

PHONE Home 793-4798  Work
ADDRESS 5955 Central Ave Newark  CITY  ZIP

ALLERGIES ☐ NONE
PCN

MEDICATIONS ☐ NONE
1 Cordarone
2 Transdurain

TRIAGE
CP
pain ↑ c̄ movement +
deep breathing
Coughing ↓ SOB mucous
○ cardiac hx    Clare Gotthert R.N.

| TEMP 996 | RR 16 | B/P 159/109 | P 74 | BP | P | TETANUS | LMP | REGULAR MD ALMOPT. |

| DISPOSITION | ☐ MAC | ☐ Pedi | ☐ Ob-Gyn | ☐ Other ___ | Acuity 1 2 ③ |
| ROOM 98 | ☑ ED | ☐ TFU | AM/PM | Dr. ___ | |

NURSE'S ASSESSMENT
Lo epigastric area c.p.
P- ? walk c̄ hand wets        S- 8/10
Q- pressure on inspiration    T- 2 days ® rib pain
R- back                        c.p. tonite s̄p̄
                                          ___ R.N. L.V.N.
⊘ nausea, breathes
shallow due to pain

M.D. HISTORY AND EXAM
47 y/o ♂ c̄ pleuritic chest pain x 5 days · low grade fever
lt ↑ poly cystic kidney dz
Heent- Pertinan oral p̄ c̄
neck - single cadenopart
lungs - clear - no rales
CV- RRR s1 s2
abd - soft, NTNDBS ⊕ HSM
CXR- infiltrate RLL ?? LLL

I/P ⟹ Possible Pneumonia
will trx c̄ erythro

CK: 5.6

8.5 ⟩10/31⟨ 296

LINA 0305

DISCHARGE DIAGNOSIS
Pneumon

CONDITION ON DISCHARGE
Stable

E.D. M.D. SIGNATURE

CONSULTANT          TIME CALLED
1
2

| ☐ Fx Review | ☐ CMR |
| ☐ Chart to | |

DISPOSITION
☑ Home
☐ Admit
Rm. # ___
☐ Transfer
To: ___
☐ OBS

07724 (REV. 4-92)          PATIENT CHART

**KAISER PERMANENTE**

## PATIENT PROGRESS RECORD

PLEASE IMPRINT OR PRINT

| PATIENT'S NAME (LAST, FIRST, MIDDLE) | | DATE OF SERVICE | LOCATION | STATION |
|---|---|---|---|---|
| | | LAST NAME Chan | FIRST NAME Andy | INITIAL |
| ADDRESS | | BIRTHDATE | HEALTH INSURANCE CLAIM NUMBER | |
| CITY | | MEDICAL RECORD NUMBER 3940340 | | CHECK DIGIT |
| BIRTH DATE | PHONE | CODE | GROUP | SEX COVERAGE GROUP NUMBER ACCOUNT NUMBER SUB GROUP |

| DATE | TIME | |
|---|---|---|
| | | INTERNAL MEDICINE - FREMONT |

9/1/93

SEP 1 6 1993

Haseeb Al-Mufti, M.D.

T - 985

Bilat pneumonia
Treated x10d
Feels well
No cough
No chest pains
Chest clear
C₂ RR
edema

BP 140/86

CXR: ⊖
resolved pneumonia
F/W 8/21

INTERNAL MEDICINE - FREMONT

SEP 23 1993

Haseeb Al-Mufti, M.D.

50537 (REV. 1-92)

KAISER PERMANENTE

M.R. #

## PATIENT PROGRESS RECORD

PATIENT'S NAME (LAST, FIRST, MIDDLE)

ADDRESS (NO., STREET)

CITY

| BIRTHDATE | PHONE | CODE | GROUP |
|---|---|---|---|
| | | | |

Andy Chan 3940340

APPOINTMENT
INTERNAL MEDICINE - FREMONT
9/23/93
WI
Haseeb Al-Mufti, M.D.

Nocturnal T 98

c/o Cough
scanty white sputum
Chest clear
H/O pneumonia few weeks ago
[illegible]
Abd: ⊖
CXR: ⊖

URI
- Robitussin AC [illegible] #[illegible]
Report if fever, productive cough, or SOB develop

[signature]

LINA 0307

KAISER
PERMANENTE

M.R. #

Chen, Andy
3940340

## PATIENT PROGRESS RECORD

PATIENT'S NAME (LAST, FIRST, MIDDLE)

ADDRESS (NO., STREET)

CITY

BIRTHDATE ___ PHONE ___ CODE ___ GROUP ___

**MEDICATIONS**

INTERNAL MEDICINE - FREMONT

NOV 04 1993

Haseeb Al-Murti, M.D.        wt 178

Fu PCCD

A. fib

BP 160/100

HR 82          C. r. 3

Chest Clear

An s/s

Abd: soft, not tender

⊝ edema

- Stable G
- ↑ TB

Add Clonidine 0.1 ×2

RTC 3 mos

LINA 0308

92536 (REV. 3-86)

**KAISER PERMANENTE**

M.R.

110993    REDACTED

## PATIENT PROGRESS RECORD

PATIENT'S NAME (LAST, FIRST, MIDDLE)

ADDRESS (NO., STREET)

CITY

BIRTHDATE                PHONE            CODE          GROUP

INTERNAL MEDICINE · FREMONT

DEC 0 9 1993

Haseeb Al-Mufti, M.D.

## MEDICATIONS

LINA 0309

92536 (REV. 3-86)

**KAISER PERMANENTE**

M.R. #

Chen, Andy
3940340

## PATIENT PROGRESS RECORD
PATIENT'S NAME (LAST, FIRST, MIDDLE)

ADDRESS (NO., STREET)

CITY

BIRTHDATE          PHONE          CODE          GROUP

**MEDICATIONS**

7/9/93

INTERNAL MEDICINE - FREMONT

FEB 08 1994          UA 173

Haseeb Al-Mufti, M.D.

Fu TICD, HTN
BP ↑ 160/100
HR 70
Chest Clear
Car NSR
edema
S = 5.2
Hct Stable
BP↑
↑ Clonidine to 0.2 mg po BID
RTC 2 mos

X [signature]

LINA 0310

92536 (REV. 3-86)

KAISER PERMANENTE

M.R. ●

**PATIENT PROGRESS RECORD**
PATIENT'S NAME (LAST, FIRST, MIDDLE)

Chan, Andy

3940340

ADDRESS (NO., STREET)

CITY

BIRTHDATE          PHONE          CODE          GROUP

MEDICATIONS
*Clonidine 0.2x2*
*~~Amiodarone 200x2~~*
*~~Tenorden Nix1~~*

INTERNAL MEDICINE - FREMONT

APR 1 2 1994          WT 171

Haseeb Al-Mufti, M.D.

*F̄u PKD*
*HTN*
*Arial flutter*
*Follow u*
*No uremic symptoms*
*BP: 142/80*
*↓12 70  Nocturia*
*Chest Clear*
*Cor S̄*
*Abd: ⊖*
*⊐edema*

*- ↑Cr*
*- ↑creat*
*If Cr ~6.5 Will Consider transplant*
*evaluation*
*Z̄ 2 mo*

LINA 0311

REDACTED

**KAISER PERMANENTE**

## PATIENT PROGRESS RECORD

0605-4

PLEASE IMPRINT OR PRINT

CHAN ANDY F

3940340

3000

PATIENT'S NAME (LAST, FIRST, MIDDLE)

ADDRESS

CITY

| BIRTH DATE | PHONE | CODE | GROUP |
|---|---|---|---|

| DATE | TIME | | |
|---|---|---|---|
| **APPT. SURGERY HAYWARD** | | age-45    wt-167#    Ht-5'6" | |
| JUN 06 1994 | | ⊘ PCN allergy    current meds. | |
| MATTHEW W. MELL, M.D. | | Nitro patch 0.2m/hr | |

B/P-146/100   P-80    ~~Catapress~~ 0.3mg

T-97⁶   RR-18    Clonidine i q d

· Cordarone 200mg BID

Rt handed ⊘ arm ⊙ c̄    D'Shasta RNA

PCK + creat 5.7. Referred for
Access,

Exam ⓛ side - good cephalic vein.
⊖ Allen test.   M-S al!

R/p CAT
Plan Mezeia on 6/15

Mell

LINA 0312

90537 (REV. 1-92)

**KAISER PERMANENTE**

M.R. #
060394

PATIENT PROGRESS RECORD

PATIENT'S NAME (LAST, FIRST, MIDDLE)

ADDRESS (NO., STREET)
5155 S Central Ave

CITY
Lusk.   Phn  Newark

BIRTHDATE          PHONE         CODE      GROUP
1972     D53.478 9460

PMH
Polycystic Kidney
Ai RCN

**MEDICATIONS**
Transdermal NTP
Cordarone - Amiodarone

JUN 3 1994

Matsumoto, MD
44, ♂        PMD A Mufti
R red pain  5 days ago, no pain in @ UE,
@ clavicle pain × 3 days  feels cold
@ FH,        No hx trauma / severe spasm
O: NAD        Was opening a door c (L) hand + jerked @ sh
Incomplable —
Neck: FROM
Shldr: (L) FROM
        @ diff c ext rot, flex abdt
        (+) to cont pain / swelling  on @ sternoclavicular jt
        @ erythema / warmth

A (R) sternoclavicular  jt  inflamed
P (1) Trilisate  75, 5 PO BID × 30
  (2) TC #37 PO, 6°  × 30 hr
  (3) Zostrix Cr (OTC)
  (4) NC

LINA 0313

92536 (REV. 3-86)

KAISER PERMANENTE

## PATIENT PROGRESS RECORD
PATIENT'S NAME (LAST, FIRST, MIDDLE)

REDACTED

ADDRESS (NO., STREET)

CITY

| BIRTHDATE | PHONE | CODE | GROUP |
|---|---|---|---|
| | 793 4798 | | |

APPOINTMENT
INTERNAL MEDICINE-FREMONT

JUN 13 1994

JOAN VENTURI, N.P.

mo: Al Mufti

meds: Colchicine + last nve

allerg: Pcn

③ 45 yo AIO³ ♀ Ⓡ foot pain c̄ wt. bearing
× 2-3 days  -  walks frequently CD
⊖ specif antecedent event. swelling,
Δ color/temp, injury  ⊕ hx gout
Ambulatory  - in NAD

⊙ Ⓡ foot → ⊖ deformity or swelling
⊕ mild localized tenderness
mid. plantar aspect
From foot/ankle

Ⓐ Plantar fasciitis

Ⓟ 1) ice massage
2) Motrin 600 mg c̄ po @TID pc prn #30
3) Arch supports
4) rest
5) RTC prn if sx ↑ or persist

Venturi, NP

LINA 0314

92536 (REV. 3-86)

**PATIENT PROGRESS RECORD**

DATE    TIME

**APPT. SURGERY**
**HAYWARD**

JUL 0 6 1994

MATTHEW W. MELL, M.D.   Pt has seen nephrologist
(no note) & has decided upon
CAPD. I will speak c Dr Khalfa
re timing of cath. placement.

Mell

**KAISER PERMANENTE**

M.R. #

Chan, Andy

3940340

## PATIENT PROGRESS RECORD

PATIENT'S NAME (LAST, FIRST, MIDDLE)

ADDRESS (NO., STREET)

CITY

BIRTHDATE          PHONE          CODE          GROUP

4/12/94

INTERNAL MEDICINE - FREMONT

JUL 2 5 1994    WT 168

Haseeb Al-Mufti, M.D.

CRF

Polycystic Kidney
Find
BP 38/90
170/70
Chest Clear
Ca P, works
Diagnosis
Oedema

- Off
- Will Look CAPD
- Ca 8/17
Add Nephrosis
Transplant Evaluation

LINA 0316

92536 (REV. 3-86)

**KAISER PERMANENTE**

M.R.

Chan, Andy

3940340

## PATIENT PROGRESS RECORD
PATIENT'S NAME (LAST, FIRST, MIDDLE)

ADDRESS (NO., STREET)

CITY

BIRTHDATE          PHONE          CODE          GROUP

INTERNAL MEDICINE - FREMONT

AUG 1 7 1994

Haseeb Al-Mufti, M.D.

92536 (REV. 3-86)

**KAISER PERMANENTE**

PLEASE IMPRINT OR PRINT

| DATE OF SERVICE | LOCATION | STATION |

## PATIENT PROGRESS RECORD

PATIEN

**KAISER PERMANENTE**

ADDRES

**PATIENT TELEPHONE MESSAGE**

CITY

NAME (LAST, FIRST, INITIAL)  CHAN, ANDY

BIRTH D

ADDRESS (NO., STREET, CITY, ZIP)

| REQUEST FOR DOCTOR  Dr. Almughl | CHART ORDERED  ☑ YES  ☐ NO |

TELEPHONE NO.

HOME: 793-4798

WORK:

MEDICATIONS

| DATE  9/9 | MEDICAL RECORD NUMBER  3940340 | COVERAGE & GROUP | DRUG ALLERGIES | LAST REFILL | AGE |

PHARMACY

PHONE NO.

**PHARMACY PRESCRIPTION (NOT FOR OUTSIDE PHARMACY USE)**

RX

| QUANTITY  30 40 50 100 200 300 | RX NO |

PATIENT'S MESSAGE  Pt. states has a foot problem. States pt. foot (sole) is tender when walking. Not swollen he says. Wants to see you — Also he's asking if you could be his regular doctor bec. he doesn't have an internist. Thank you.

| | AGE | LAST SEEN | CALL RET'D BY |

MESSAGE TO PATIENT  HOLD-F.U

Out of town until off Ron sees him
or be — for 10/14 — MD info up date
give RCON 9/20/94
10/0am

— Yes taking his personal

SIGANTURE

| | TIME CALL RET'D  4/15° | MR #  3940340  MD |

☐ M.D. RETURNED CALL

☐ PHARMACY CALLED BY
☐ PATIENT CALLED BY

SIGNATURE

04570-59 (6-89)    DISTRIBUTION: WHITE • PHARMACY • PINK • CHART COPY • BLUE • NURSING STATION • GOLDENROD • ORIGINATOR

---

APPT. SURGERY
HAYWARD

OCT 03 1994

E. SAW, M.D.

Age: 45  5'6"  108 lbs  B/p 162/90
Meds: transdermal patch 1 gtt
Adalat CC 60mg 1 gd, Cardizma i BID

Allergies: PCN

Patient evaluated for dialysis access: CAPD
vs. HO advantages / disadvantages, risks / benefits
discussed. He wants CAPD.
Dr. Mul is familiar i case and has OR time ...

LINA 0318

**PATIENT PROGRESS RECORD**

DATE    TIME

Patient informed and he has no preference of
surgeon. He has seen Dr. Mell in the past
for dialysis access.
        Plan – Refer to Dr. Mell.

INTERNAL MEDICINE : FREMONT

OCT 14 1994

Haseeb Ai-Mufti, M.D.

90537 (REV. 1-92) REVERSE

**KAISER PERMANENTE**

M.R. # _____

## PATIENT PROGRESS RECORD

PATIENT'S NAME (LAST, FIRST, MIDDLE)

ADDRESS (NO., STREET)

CITY

BIRTHDATE | PHONE | CODE | GROUP

4/12/94

Lasix 40??

12/14

Haseeb Al-Mufti, M.D.

FU polycystic kidney

CRF

HTN

On dialysis

weak, tired, nausea

G 9.3

BP 35/80

Hct 70

Chest Clear

Ca +?

Abd: soft, nontender

+ relative (not palpable his Lasix)

R:

CAPD Cert admin 11/15

- SG 6 units

- resume Lasix

92536 (REV. 3-86)

**PATIENT PROGRESS RECORD**

DATE        TIME

**APPT. SURGERY**
**HAYWARD**

NOV 2 2 1994

MATTHEW W. MELL, M.D.

No c/o p̄ CAPD cath placement
Wound well-healed
Cath tested yest —→ O.K.

A/P stable
RTC prn

Mell

KAISER PERMANENTE

LINA 0321

MEMORANDUM OF CONVERSATION

INSURED: Andy Chan

DATE: 11/27/95 TIME: _____

FILE #: _____

INCOMING /✓/    OUTGOING /✓/

PHONE #: _____

LOCAL /✓/    LONG DISTANCE /✓/

INDIVIDUAL: _____

PHONE /✓/    MEETING /✓/

RE: (If other than insured) _____

SUMMARY: he is very frustrated in length of time to process claim. He saw Dr. Haseed today & he did not have our letter. Mr. Chan requested me to send him a copy of our letter & he will personally deliver to Dr. Haseed. I offered my fax # so Dr. can fax me response.

12/4/95 He spoke to Dr. Dr rec'd on 11/27/95 & mailed answer on 11/30/95.

DATE COMPLETED: _____    BY: Aw

204

LINA 0322

MEMORANDUM OF CONVERSATION

INSURED: _Andy Chan_   DATE: _11/20/95_ TIME: _____

FILE #: _____   INCOMING /_/  OUTGOING /_/

PHONE #: _____   LOCAL /_/  LONG DISTANCE /_/

INDIVIDUAL: _____   PHONE /_/  MEETING /_/

RE: (If other than insured) _____

SUMMARY: he called to see if we got his info. I said yes, & only thing we need from him is birth cert for proof of age.

DATE COMPLETED: _____   BY: _Aw_

LINA 0323

VOCATIONAL REPORT

**CIGNA** Group Insurance
Life · Accident · Disability

Please print, type, or write clearly and answer all items to the best of your ability.

NAME: _ANDY   E   CHAN_

SOCIAL SECURITY #: ███████████         REDACTED

ADDRESS: _5455 CENTRAL AVE._
_NEWARK, CA. 94560_

TELEPHONE #: _(510) 793-4798_    DATE OF BIRTH: ██/49

1.  EDUCATION

    EDUCATIONAL LEVEL: 1 2 3 4 5 6 7 8 9 10 11 (12) (CIRCLE ONE)

    HIGH SCHOOL DIPLOMA?  YES ___✓___  NO _____

    G.E.D.?  YES ___✓___  NO _____

    VOCATIONAL, BUSINESS OR CORRESPONDENCE SCHOOL: (NAME, LOCATION, COURSE, ETC.)

    _____

    _____

    _____

    CERTIFICATIONS OR SPECIAL LICENSES: _____

    _____

    COLLEGE EDUCATION: 1 2 3 (4) 5 6 (CIRCLE ONE)

    MAJOR(S) _BSC._

    DEGREE(S) _4 yr._

    U.S. MILITARY OR NAVAL SERVICE: YES _____    NO ___✓___

    IF YES: SPECIAL TRAINING _Tele communication_
    _Network maintenance & Installation_

Life Insurance Company of North America
Connecticut General Life Insurance Company
Insurance Company of North America
INA Life Insurance Company of New York
INA Life Insurance Company of New York

-2-

I.    VOCATIONAL HISTORY

EMPLOYER: *FUJITSU B.C.S.*    JOB TITLE: *Sr. Tech*.
ADDRESS: *331 ~~FOSTER CITY~~ LAKESIDE DR*    CITY: *Foster City*
DATE STARTED: *Aug 21, 1978*
DATE LEFT/REASON: _____
SALARY: *876.40 WK. X 52 WK = $45572.80*
DUTIES: *P.B.X. Maintenance*
*(Private Branch Exchange)*


EMPLOYER: _____    JOB TITLE: _____
ADDRESS: _____    CITY: _____
DATE STARTED: _____
DATE LEFT/REASON: _____
SALARY: _____
DUTIES: _____


EMPLOYER: _____    JOB TITLE: _____
ADDRESS: _____    CITY: _____
DATE STARTED: _____
DATE LEFT/REASON: _____
SALARY: _____
DUTIES: _____

LINA 0325

-3-

II    MEDICAL.

TREATING PHYSICIAN (NAME, ADDRESS AND TELEPHONE)_____

*ALMUFTI  HASEEB*

*3948 PASEO PADRE DR. FREMONT CA*

CURRENT TREATMENTS

SPEECH, PHYSICAL, OR OCCUPATIONAL THERAPY, COUNSELING, CHEMOTHERAPY,
(FREQUENCY, DURATION, AND LOCATION) ETC.

*East Bay Peritoneal Dialysis un going*
*4 hrs in Dailezpis Machine Daily*
*at Home.*

WHAT LIMITATIONS DO YOU FEEL PREVENT YOU FROM RETURNING TO A PREVIOUS
POSITION, OR OTHER GAINFUL EMPLOYMENT?:

*D Binding, Heavy lifting, Travel,*
*long standing, long walk, Dialysis*
*Schedule, other Medical Appointment.*

LINA 0326

OMB No. 15-0088
Expires 3-31-85

UNITED STATES DEPARTMENT OF JUSTICE
Immigration and Naturalization Service

Fee Stamp

## APPLICATION FOR
## VERIFICATION OF INFORMATION FROM
## IMMIGRATION AND NATURALIZATION SERVICE
## RECORDS

TYPE OR PRINT THE NAME AND MAILING ADDRESS OF THE PERSONS TO WHOM
INFORMATION OR COPIES OF RECORD SHOULD BE RETURNED IN THE BOX BELOW

| NAME | Andy E. Chan |
|---|---|
| STREET ADDRESS | 5955 Central Ave. |
| CITY, STATE ZIP CODE | Newark, CA 94560 |

PERSON CONSENTING
NAME AND ADDRESS

SIGNATURE OF PERSON CONSENTING

REDACTED

| 1 CHECK TYPE OF VERIFICATION REQUESTED | 7 STATE PURPOSE FOR WHICH DESIRED | 3 NUMBER OF COPIES DESIRED IF ANY |
|---|---|---|
| ☐ LAWFUL ADMISSION FOR PERMANENT RESIDENCE | Requested by State Registrar of Vital Statistic for my daughter's change of last name. | |
| ☐ AGE OR DATE OF BIRTH | | 1 |
| ☒ NATURALIZATION OR CITIZENSHIP | 2A NAMES OF BENEFICIARIES | 4 IF INFORMATION IS FOR SOCIAL SECURITY BENEFITS SHOW SOCIAL SECURITY NUMBER |
| ☐ GENEALOGICAL INFORMATION (See instructions No 4 and 7) | | |
| ☒ OTHER (CERTIFICATE OF BIRTH DATA, ETC.) Change of name in certification form under seal. | | |

DATA FOR IDENTIFICATION OF THE RECORD TO BE VERIFIED

| 5 FAMILY NAME | GIVEN NAME | MIDDLE NAME | 6 ALIEN REGISTRATION NUMBER |
|---|---|---|---|
| CHAN | ANDY | ENGYOK | A36-141-449 |

| 7 OTHER NAMES USED, IF ANY | 8 NAME USED AT TIME OF ENTRY INTO UNITED STATES |
|---|---|
| Andy E. Chua | Andy E. Chua |

| 9 PLACE OF BIRTH | 10 DATE OF BIRTH | 11 PORT ABROAD FROM WHICH LEFT FOR UNITED STATES |
|---|---|---|
| Tangtang, Amoy, China | /49 | Manila, Philippines |

| 12 PORT OF ENTRY INTO UNITED STATES | 13 DATE OF ENTRY | 14 NAME OF VESSEL OR OTHER MEANS OF ENTRY |
|---|---|---|
| Honolulu, Hawaii | Nov. 16, 1976 | PAN AM |

GIVE THE FOLLOWING FORMATION FOR VERIFICATION OF NATURALIZATION OR CERTIFICATE OF CITIZENSHIP

| 15 NAME ON CERTIFICATE | 16 CERTIFICATE NUMBER | 17 DATE ISSUED |
|---|---|---|
| Andy Engyok Chan | 11734134 | March 1, 1984 |

| 18 ADDRESS WHEN CERTIFICATE WAS ISSUED | 19 NAME AND LOCATION OF NATURALIZATION COURT OR IMMIGRATION OFFICE ISSUING CERTIFICATE OF CITIZENSHIP |
|---|---|
| 5955 Central Ave., Newark, CA 94560 | Golden Gate Ave., San FRancisco    USDC |

20 SIGNATURE OF APPLICANT
Andy Chan

| DO NOT COMPLETE THIS BLOCK — RESERVED FOR GOVERNMENT USE ONLY | DATE April 1, 1985 |
|---|---|

THE RECORDS OF THE IMMIGRATION AND NATURALIZATION SERVICE REFLECT THE FOLLOWING VERIFICATION OF INFORMATION REQUESTED WAS MADE ON THIS DATE SHOWN AT RIGHT

☐ LAWFUL ADMISSION FOR PERMANENT RESIDENCE ON _____ AT _____ CLASS _____

☒ NATURALIZATION INFORMATION AS SHOWN ABOVE IS CORRECT

☐ NATURALIZATION IN (COURT) _____ ON (DATE) _____

☒ ~~XXXXXXX~~ Name was changed from Andy Eng Yok Chua to Andy Engyok Chan by decree of
☒ ~~XXXXXXX~~ court during naturalization.

☐ ARRIVAL RECORD DATED _____ SHOWED SUBJECT'S AGE AT TIME TO BE _____

☐ UNABLE TO IDENTIFY ANY RECORD

☐ COPIES ATTACHED AS REQUESTED

☐ CERTIFICATE OF CITIZENSHIP IN (OFFICE) _____

☐ ON (DATE) _____

SIGNATURE David N. Ilchert

TITLE  DAVID N. ILCHERT, DISTRICT DIRECTOR

Approved By _____ DATE _____

| PRIVACY ACT IDENTIFICATION (WHEN REQUIRED) | ☐ IDENTITY ESTABLISHED IN PERSON | |
|---|---|---|
| | DOCUMENTS ATTACHED | ☐ G 652 Affidavit    ☐ OTHER (List) |

FORM G·641 (REV. 5·5·83)N

LINA 0327

## AUTHORIZATION TO RELEASE INFORMATION

I authorize the Social Security Administration to release all records obtained by Social Security Administration used to evaluate disability, and specifically including information regarding medical treatment or benefits payable, including disability or employment related information, and a copy of the Social Security Award or Denial letter to CIGNA companies located at Highpoint Center #1, 12225 Greenville Avenue, Suite 655, LB179, Dallas, TX 75243-9384 for the purpose of validating and determining benefits payable. I understand that I or my authorized representative will receive a copy of this authorization upon request. This authorization or a photostatic copy of the original shall be valid for 90 days.

_ANDY E. CHAN_
Name of Patient (or Deceased)


_Signature_                                    _Nov 19/95_
                                               Date Signed


If patient is under 18 years of age or is incapacitated, parent or guardian must sign. If patient is deceased, personal representative or next of kin must sign.

LINA 0328

CIGNA Companies

National Centre # 1
12275 Greenville Avenue, Suite 655, IB172
Dallas, TX 75243-2364
(214)901-6509

PLEASE LIST THE COMPLETE NAMES, ADDRESSES AND PHONE NUMBERS OF ALL THE PHYSICIANS, HOSPITALS, CLINICS
AND OTHER MEDICAL PROVIDERS WHO HAVE TREATED YOU FROM _____ TO PRESENT, INCLUDING DATES OF
TREATMENT.

| NAME | ADDRESS | | | | PHONE NUMBER | TREATMENT PERIOD |
|---|---|---|---|---|---|---|
| | (street) | (city) | (state) | (zipcode) | | |
| 1. Kaiser | 39441 Paseo Padre | Fremont | CA | | (510) 795-3503 | 1979 - Pres |
| 2. Outpatient Center | 26122-551 Hayward St St. 200 | Hayward CA 94541 | | | (510) Dec 1 1994 538-7605 Pres |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| 7. | | | | | | |
| 8. | | | | | | |
| 9. | | | | | | |



LINA 0329

Social Security Administration
# Retirement, Survivors and Disability Insurance
Notice of Award

Office of Disability and
International Operations
1500 Woodlawn Drive
Baltimore, Maryland 21241-0001
Date: February 18, 1995
Claim Number: ████████HA

ANDY E CHAN
5955 CENTRAL AVE
NEWARK, CA 94560-4464
||l.l..l.l.l.l.ll.ll....l.l.l.l.ll..l..l.l.l.l.ll.l.l

REDACTED

You are entitled to monthly disability benefits beginning May 1995.

## The Date You Became Disabled

We found that you became disabled under our rules on November 9, 1994.

However, you have to be disabled for 5 full calendar months in a row before you can be entitled to benefits. For these reasons, your first month of entitlement to benefits is May 1995.

## What We Will Pay And When

- You will receive $1,123.00 for May 1995 around June 3, 1995.

- After that you will receive $1,123.00 each month.

## Other Social Security Benefits

The benefit described in this letter is the only one you can receive from Social Security. If you think that you might qualify for another kind of Social Security benefit in the future, you will have to file another application.

Enclosure(s):
Pub 05-10153

C                                       See Next Page

A


## Do You Disagree With The Decision?

If you think we are wrong, you have the right to appeal.  A person who did not make the first decision will decide your case.  We will correct any mistakes.  We will review those parts of the decision which you believe are wrong and will look at any new facts you have.  We may also review those parts which you believe are correct and may make them unfavorable or less favorable to you.

- You have 60 days to ask for an appeal.

- The 60 days start the day after you receive this letter.

- You must have a good reason if you wait more than 60 days to ask for an appeal.

## Things To Remember For The Future

Doctors and other trained staff decided that you are disabled under our rules. But, this decision must be reviewed at least once every 3 years.  We will send you a letter before we start the review.  Based on that review, your benefits will continue if you are still disabled, but will end if you are no longer disabled.

## Your Responsibilities

You are due disability benefits because you are expected to be disabled under our rules for at least 5 full calendar months.  Therefore, you should let us know if your health improves or you are able to return to work.

The decisions we made on your claim are based on information you gave us.  If this information changes, it could affect your benefits.  For this reason, it is important that you report changes to us right away.

We have enclosed a pamphlet, "When You Get Social Security Disability Benefits...What You Need To Know."  It will tell you what must be reported and how to report.  Please be sure to read the parts of the pamphlet which explain what to do if you go to work or if your health improves.

It is important that you let us know if:

- There is any change in the workers' compensation payment or in any public disability payment you receive, or

- You receive a lump-sum award or any additional payments which supplement your workers' compensation or public disability payments.

## If You Want Help With Your Appeal

You can have a friend, lawyer or someone else help you.  There are groups that can help you find a lawyer or give you free legal services if you qualify.  There are also lawyers who do not charge unless you win your appeal.  Your local Social Security office has a list of groups that can help you with your appeal.

If you get someone to help you, you should let us know.  If you hire someone, we must approve the fee before he or she can collect it.  And if you hire a lawyer, we will withhold up to 25 percent of any past due benefits to pay toward the fee.


**If You Have Any Questions**

If you have any questions, you may call us toll-free at 1-800-772-1213, or call your local Social Security office at 1-510-797-5724. We can answer most questions over the phone. You can also write or visit any Social Security office. The office that serves your area is located at:

> BRANCH OFFICE
> SUITE 100
> 3100 MOWRY AVE
> FREMONT, CA 94538

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly when you arrive at the office.

*Shirley S. Chater*

Shirley S. Chater
Commissioner
   of Social Security

**KAISER PERMANENTE**

M.R. #

**PATIENT PROGRESS RECORD**

PATIENT'S NAME (LAST, FIRST, MIDDLE)

Chan, Andy
3940340

ADDRESS (NO., STREET)

CITY

BIRTHDATE          PHONE          CODE          GROUP

---

INTERNAL MEDICINE - FREMONT

**DEC 0 6 1994**      Wt 180

Haseeb Al-Mufti, M.D.      No chy

FU CRF, Polycystic kidney
Starting CAPD
  Will finish training this week
        Kur ~ 30
        Cr  >12
        BUN >100
  Nausia
  BP 142/90
  14776
  Chest Clear
  Cu SS  SR
  Abd: soft non tender
        Clear, dry exit site
        ) edema
CRF
- Start CAPD
  UCSF Tx referral
  Start EPO 2000 units SQ twice/wk

LINA 0333

92536 (REV. 3-86)

011295

KAISER PERMANENTE

M.R. #

CHAN ANDY E
1 0 1 C 49

3 3940340

81 3000 4 3940340

REDACTED

# PATIENT PROGRESS RECORD

PATIENT'S NAME (LAST, FIRST, MIDDLE)

ADDRESS (NO., STREET)

CITY

| BIRTHDATE | PHONE | CODE | GROUP |
| --- | --- | --- | --- |
| | 793-4793 | | |

INTERNAL MEDICINE - FREMONT

JAN 1 2 1995

Haseeb Al-Mufti, M.D.

wt 176

[illegible]

92536 (REV. 3-86)

**KAISER PERMANENTE**

## PATIENT PROGRESS RECORD

PATIENT'S NAME (LAST, FIRST, MIDDLE)

ADDRESS (NO., STREET)

CITY

| BIRTHDATE | PHONE 792 4798 | CODE | GROUP |
|-----------|------|------|-------|

REDACTED

INTERNAL MEDICINE · FREMONT

JAN 1 6 1995

Haseeb Al-Mufti, M.D.

INTERNAL MEDICINE · FREMONT

FEB 13 1995

Haseeb Al-Mufti, M.D.

LINA 0335

92536 (REV. 3-86)

**PATIENT PROGRESS RECORD**

| DATE | TIME |
|------|------|

INTERNAL MEDICINE - FREMONT                                    2/13/95

MAR _ _ 1995        _Wt 179_

Haseeb Al-Mutti, M.D.

_Clinoril started for arthralgias_

_no gout_

_pain ↓ in arms + shoulders_

_swelling ⊕ in fingers_

_BS 110/80_

_Chest clear_

_cor NSR_

_Abd. soft_

_CAPD cath dry + clean_

_⊃ edema_

_⊃ TIA vs gout_

_√ labs_

_Continue ē Clinoril_

_DC Adalat_

_√ Titer_

90537 (REV. 1-92) REVERSE

KAISER PERMANENTE

PLEASE IMPRINT OR PRINT

DATE OF SERVICE | LOCATION | STATION

# PATIENT PROGRESS RECORD

PATIENT'S NAME (LAST, FIRST, MIDDLE)

LAST NAME | FIRST NAME | INITIAL

ADDRESS

BIRTHDATE | HEALTH INSURANCE CLAIM NUMBER

CITY

MEDICAL RECORD NUMBER 3940340 | CHECK DIGIT

BIRTH DATE | PHONE | CODE | GROUP

| DATE | TIME | |
|---|---|---|
| 3/14/5 | | Med: Amiodarone, Seldane, Nitro... |
| | | 3 days Gross Hematuria |
| | | ō pain - last x 3 yrs ago |
| | | when on Coumadin |
| | | On Persantine ... |
| | | P. 72 r S BP 120/80 |
| | | abd - |
| | | ... |
| | | PT PTT, CBC Creat |
| | | Imp: Gross Hematuria |
| | | app Dr Al Mufti ... |
| | | ... to ER if worsens. |

LINA 0337

**PATIENT PROGRESS RECORD**

DATE        TIME
INTERNAL MEDICINE · FREMONT

MAR 1 4 1995                                    2/3/95

Haseeb Al-mufti, M.D.        LGL 175

1 hematuria X 3d
HX PCKD
? Qinfxn
Hct = 40
On CAPD
Bp 122/60
Chest clear
Gn NAD
Edema
NO CVA tenderness
UA: no evidence of UTI
Bleed from PCKD
Rest
Analgesics
Repeat UA 3d
reassured

90537 (REV. 1-82) REVERSE

**PATIENT PROGRESS RECORD**

DATE    TIME

URGENT CARE
FREMONT

JUN 06 1995

I. LEONG, M.D.

S— Ingrown ® med. great toenail
O— puffy. tender
A—

P— Hibiclens soak
1% Xylo + bicarb local
Excision of med. edge
phenol; warm H₂O soak
Clean dry dressing

use Cliroril as rx'd—
Rtn vpn        Leong mid

I acknowledge that I have been advised by Dr. _Leong_

that I undergo the following procedure in the office _ingrown toenail removal_
_long right toe_

I understand that this procedure will be done by Dr. _Leong_

and that _Local_ _____ anesthesia

will be used. The risks of this procedure (including the risks of anesthesia), as well as the alternatives and the
risks of each, have been explained to me. I understand them, and give my consent to the above procedure.

Date _6-6-95_      Signature _____

_Allergic to Penicillin_ Witness _Jennifer Tilden_
96784 (10-85)                    R# 394C34C

90537 (REV 1-92) REVERSE

EMERGENCY DEPARTMENT

KAISER PERMANENTE

41195

REDACTED

| TRIAGE | TIMES 2:35 pm | MODE OF ARRIV. ☑ Amb ☐ Walk-in Other | DATE 7/16/95 |
|---|---|---|---|

ED 2:33 pm

☐ Non-member
☐ Medi-Care
☐ Medi-Cal

☐ Industrial
☑ Established
☐ New

EXAM

OUT 1900

Clinic Chart
☐ Needed
out to _____

Ordered _____
☐ Diagnostic
2:40 m

☑ FAX
OK
☐ Troubled
☐ Not available

AGE 46   SEX M

CHAN ANDY c
1       0       1 C          49
3          3940340
M 81  3000          4    3940340

IMPRINT AREA

PHONE
Home 793-4798      Work

TRIAGE
Peritoneal Dialysed pt.
C.C. abd. pain to dialysis
this Am - called Dr. Al Mufti
and was told to come to
EZ for iv. antibiotics
Rose Kwan      (R.N.)

ADDRESS 5955 Central Ave. Newark
CITY ___ ZIP ___

ALLERGIES ☐ NONE
PCN

MEDICATIONS ☐ NONE
1 NGopath 6
2 OH          7
3 Ca++      8
4              9
5              10

| TEMP 99.0 | RR 16 | BP 140/90 | P 90 | BP | P | TETANUS | LMP | REGULAR MD Al Mufti |
|---|---|---|---|---|---|---|---|---|

DISPOSITION
HALL
ROOM ___

☐ MAC
☐ ED

☐ Pedi
☐ TFU

☐ Ob-Gyn
AM/PM

☐ Other _____
Dr. _____

Acuity
1  2  3a  3b  4  5
6  7  8  9  10

NURSE'S ASSESSMENT

A 20x4 skin W&D. Abd. distended c peritoneal catheter.
BS ⊕. pain on lt. quadrant comes & goes
Rose Kwan    (R.N./L.V.N.)

M.D. HISTORY AND EXAM

Dr. Al Mufti sent this pt. for iv.
antibiotics. administration only for today in ER.
Dr. Al Mufti will follow this pt. at AM.
Hx of Renal failure → Dialysis pt. c
infection

DISCHARGE DIAGNOSIS
iv. Ch. Renal failure

E.D. M.D. SIGNATURE

DISPOSITION
☐ Home
☐ Admit
Rm. # ___
☐ Transfer
To: ___
☐ OBS

CONDITION ON DISCHARGE

☐ Fx Review
☐ Chart to ___

☐ CMR

CONSULTANT
1
2

TIME CALLED

07724 (REV. 11-93)

PATIENT CHART

LINA 0340

KAISER PERMANENTE

M.R. #_____

## PATIENT PROGRESS RECORD

PATIENT'S NAME (LAST, FIRST, MIDDLE)

ADDRESS (NO., STREET)

CITY

BIRTHDATE     PHONE     CODE     GROUP

*Chan, Andy*
*3940340*

GENERAL MEDICINE
FREMONT

AUG 1 5 1995

J. BOYLE, M.D.

S: Hx polycystic kidneys +
CRF — doing home peritoneal
dialysis. Today pt was
chewing food when he noted
onset painless swelling @
inner cheek. Next dialysis
due 1ᵖᵐ today. Scheduled to
see Dr. Al Muffi tomorrow 11ᴬᴹ.
c̄ dizziness.

O: Comfortable-looking, alert →
HEENT: oropharynx - ~3 cm.
diam. tense blood blister
Ⓛ inner buccal
mucosa; no active bleeding
seen, but small amt
of BRB on pt's tongue
at time
Chest clear b/r ER
Neck: supple; ō swelling

A: Intra-oral hematoma
P: Discussed with Dr Obana
CBC: WBC: 10,500; H/H = 9.6/28.6
PHt = 349K

LINA 0341

92536 (REV. 3-86)

**PATIENT PROGRESS RECORD**

DATE

$BUN = 134$, $Cr = 13.8$

PT + PTT → Sent

~~Discussed w/ Dr. Oberoi~~

Home for dialysis.

Cx if ↑ bleeding

F/u Dr. Al Mufti tomorrow

J W Boyle

INTERNAL MEDICINE - FREMONT

97.0

AUG 16 1995

194#

Haseeb Al-Mufti, M.D.

LINA 0342

92516 (REV. 3-86) REVERSE

**KAISER PERMANENTE**

## PATIENT PROGRESS RECORD
PATIENT'S NAME (LAST, FIRST, MIDDLE)

ADDRESS (NO., STREET)

CITY

BIRTHDATE         PHONE 793-4798    LODGE        GROUP

CHAN ANDY E

3      3940340

M  81   3000    4   3940340

**REDACTED**

URGENT CARE
FREMONT

AUG 0 3 1995

J Scerbak MD

*(handwritten clinical notes, largely illegible)*

S. *[illegible]*

O. *[illegible]*

A. *[illegible]*

INTERNAL MEDICINE · FREMONT

SEP 1 9 1995

Haseeb Al-Mufti, M.D.

LINA 0343

536 (REV. 3-86)

**KAISER PERMANENTE**

M.R. #_____

## PATIENT PROGRESS RECORD
PATIENT'S NAME (LAST, FIRST, MIDDLE)

*Chan, Andy*

*3940 340*

ADDRESS (NO., STREET)

CITY

| BIRTHDATE | PHONE | CODE | GROUP |
|-----------|-------|------|-------|

INTERNAL MEDICINE - FREMONT

OCT 2 6 1995

Haseeb Al-Mufti, M.D.      wt 198

10/26/95 P.T. form sent to
Fremont Dr Almufti/Balanger

LINA 0344

92536 (REV. 3-86)

KAISER PERMANENTE

**PATIENT PROGRESS RECORD**

PATIENT'S NAME (LAST, FIRST, MIDDLE)

ADDRESS

CITY

| BIRTH DATE | PHONE | CODE | GROUP |
|---|---|---|---|

PLEASE IMPRINT OR PRINT

DATE OF SERVICE    LOCATION    STATION

LAST NAME    FIRST NAME    INITIAL
Chen    Andy
BIRTHDATE    HEALTH INSURANCE CLAIM NUMBER

MEDICAL RECORD NUMBER
3940340

KEY COVERAGE    ACCOUNT NUMBER    SUB-GROUP

DATE    TIME

**PHYSICAL THERAPY**

PHYSICAL THERAPY RECORDS WILL BE TEMPORARILY MAINTAINED IN THE PHYSICAL THERAPY DEPARTMENT UNTIL COMPLETION OF PRESCRIBED COURSE OF TREATMENT.    FREMONT

NOV 29 1995

FREMONT

Referring Dx: Chronic low back pain.

P.T. Impression: Lumbar spine derangement c̄ nerve root impingement.

Weak abdominals.

Goals: ↑ L/S extension to 75%.

Walk 2 miles c̄ pain.

(I) home L/S program

Plan: Home L/S program

Posture training.

H.E.P.

Traction

INTERNAL MEDICINE - FREMONT    L/T 195

NOV 27 1995

Haseeb Al-Mufti, M.D.

50537 (REV. 1-92)



**SPECTRA LABORATORIES**

REDACTED

| | | Date of Specimen: | |
| --- | --- | --- | --- |
| Physician: | | Date Received: | |
| Account I.D.: | | Date Reported: | |
| Specimen No.: | | Time Reported: | |

PRE DIALYSIS

| **TEST** | **RESULT** | **UNITS** | **NORMAL** |
| --- | --- | --- | --- |
| CHEMISTRY | | | |

HEMATOLOGY

IMMUNOCHEMISTRY

MEDICAL RECORDS # 3003     10-9-95

LINA 0346

LABORATORY DIRECTOR: Claude O. Burdick, M.D.

# SPECTRA LABORATORIES

651 Walsh Road
Fremont   California   94538
800-   3RB (3773)

CHF   ANDY
**REDACTED**
Patient ID:
AGE: 4?   SEX: M

CHABOT DIALYSIS-EAST BAY PC
ATTN: HEAD NURSE
26251 SECOND ST, STE 4300
HAYWARD, CA  94541

Physician:
Account I.D.:
Specimen No.:

Date of Specimen:   11/05/9
Date Received:   11/05/9
Date Reported:   11/07/9
Time Reported:   12:50?

## PRE DIALYSIS

| **TEST** | **RESULT** | | **UNITS** | **NORMAL** |
|---|---|---|---|---|
| **CHEMISTRY** | | | | |
| BUN | | | mg/dL | |
| CREATININE | | | mg/dL | |
| SODIUM | | | meq/L | |
| POTASSIUM | | | meq/L | |
| CHLORIDE | | | meq/L | |
| CO2 / BICARBONATE | | | meq/L | |
| CALCIUM | | | mg/dL | |
| PHOSPHORUS | | | mg/dL | |
| CA x PHOS | | | | |
| ALK PTASE | | | U/L | |
| SGOT | | | U/L | |
| TOTAL PROTEIN | | | g/dL | |
| ALBUMIN | | | g/dL | |
| GLUCOSE | | | mg/dL | 70-110 |
| MAGNESIUM | | | meq/L | |
| IRON | 108 | | mcg/dL | 45-160 |
| TIBC | | | mcg/dL | |
| IRON SATURATION | | | % | |
| TRANSFERRIN | | | mg/dL | |
| CHOLESTEROL | | | | |
| TRIGLYCERIDE | | | mg/dL | |
| **HEMATOLOGY** | | | | |
| WBC | | | THOUS | |
| RBC | | | MILLION | |
| HGB | | | g/dL | |
| HCT | | | % | |
| MCV | | | | |
| MCHC | | | | |
| RETIC COUNT | | | | |
| **IMMUNOCHEMISTRY** | | | | |
| HEP BS ANTIGEN | POSITIVE | | | NEGATIVE |

****FINAL REPORT ---- DO NOT DESTROY****

CHAN, ANDY

MEDICAL RECORDS # 3003

**LINA 0347**

L-395 (8/94)

LABORATORY DIRECTOR: Claude O. Burdick, M.D.

**SPECTRA LABORATORIES**

48818 ' Road
Fremont, A 94538
(888) 433-ESRD

Patient N:
COHN, ANDY
BERT M
CUMULATIVE

AL-MUFTI MD, HASEEB
CHABOT DIALYSIS-EAST BAY PC    2012...
69731 SECOND ST, STE #200
ATTN:HEAD NURSE

Physician:
Account I.D.:
Specimen No.:

Date of Specimen:
Date Received:
Date Reported:
Time Reported:

*** CUMULATIVE REPORT ***                                    PAGE: 1

MEDICAL RECORDS # 3003



**CIGNA** Group Insurance
Life · Accident · Disability

November 08, 1995

Dr. Alnusti Haseed
Kaiser Permanente
39400 Paseo Padre Pkwy
Fremont, CA 94538

*REDACTED*

12225 Greenville Avenue
Suite 655, LB179
Dallas, TX 75243-9384
Telephone 214.907.6300
1.800.352.0611

Re:  Andy Chan
     File #:  ██████████
     Your Medical #: 3940340
     Policy #: GL-13814
     Policyholder: Fujitsu Business
     Life Insurance Company of North America

Dear Dr. Haseed:

We are currently investigating the above captioned insured's claim for Permanent and Total Disability Benefits.  In order to evaluate this claim, we need to contact you for additional information.

Under the policy through which the insured is claiming benefits, an insured must be permanently and totally disabled from working in any occupation due to a single accident, independent of all other causes.

According to our records, the insured is claiming these benefits due to disability resulting from chronic kidney failure.

Therefore, we would like for you to advise us of the following:

1.  Did the diagnosis of chronic kidney failure render the insured permanently and totally disabled from working for the rest of her life in any occupation?

2.  What do you believe is the etiology of the insured's current disability?

3.  The Insured's current work restrictions, if applicable.

4.  Finally, please provide us with a copy of your office notes, dating back to the first time that you treated the patient.

We appreciate your assistance in answering these questions, and will be glad to reimburse you for your time.  Please simply enclose your bill with your response.

**LINA 0349**

continued on page 2

Life Insurance Company of North America
Connecticut General Life Insurance Company
Insurance Company of North America
INA Life Insurance Company of New York

Dr. Alnusti Haseed
November 08, 1995
Page 2

Should you have any questions concerning this matter, please feel free to contact
the undersigned.

Sincerely,

Amy Wilson
Senior Benefit Analyst
1-800-352-0611  Ext. 570
Consumer Financial Security

AW/ac

LINA 0350

*Dr. Al Austi Haseed*

*Kaiser Permanente*

*39400 Paseo Padre Pkwy*

*Fremont CA 94538*

*A: PTD DOCTOR*

*Your medical # 3940340*

RE: *Andy Chan*

File #: ████

Policy #: ~~PCD-189~~ *GLI 3514*

Policy Holder: ~~American Express~~ *Fuji Xerox Business*

*Lole* Insurance Company of North America

REDACTED

Dear Dr. *Haseed*:

We are currently investigating the above captioned insured's claim for Permanent and Total Disability Benefits. In order to evaluate this claim, we need to contact you for additional information.

Under the policy through which the insured is claiming benefits, an insured must be permanently and totally disabled from working in any occupation due to a single accident, independent of all other causes.

According to our records, the insured is claiming these benefits due to disability resulting from *chronic kidney failure* .

Therefore, we would like for you to advise us of the following:

1.  Did the ~~accident~~ *diagnosis* of *chronic kidney failure* render the insured permanently and totally ~~disabled~~ *disabled* from working for the rest of her life? *in any occupation?*



3.  What do you believe is the etiology of the insured's current disability?

continued on page 2

LINA 0351

page 2

4.  The Insured's current work restrictions, if applicable.

5.  Finally, please provide us with a copy of your office notes, dating back to the first time that you treated the patient.

We appreciate your assistance in answering these questions, and will be glad to reimburse you for your time. Please simply enclose your bill with your response.

Should you have any questions concerning this matter, please feel free to contact the undersigned.

Sincerely,

Benefit Analyst
1-800-352-0611 ext 570
Claims Administration
Dallas SMD

MSG/

CLERICAL DIRECTION

| FILE#/CERTHOLDER# | [ ] PHOTOCOPY |
| NAME: *Andy Chan* | [ ] DRAFT (attach mock-up) |
| POLICY NAME: | [ ] MAKE FOLDER |
| POLICY NUMBER: | ( ) BACKFLOW |
| DATE OF EVENT: (Medical & Life only) | |

LETTERS:    [ ] FORM _____    TO: _____
            [ ] SYSTEM                       _____
            [✓] PC (manually typed)          _____
                                             _____

OTHER INSTRUCITONS:

_____
_____
_____
_____
_____
_____

BA's NAME: *Aw*

DATE: *11/7/95*

LINA 0353

CIGNA COMPANIES
MEMORANDUM OF CONVERSATION

INSURED: _Andy Mar_   DATE: _11/8/95_ TIME _____

FILE #: _____   INCOMING /  /   OUTGOING /  /

PHONE #: _510-793-4798_   LOCAL /  /   LONG DISTANCE /  /

INDIVIDUAL: _____   PHONE /  /   MEETING /  /

RE: (If other than insured) _____

SUMMARY: _he gave me. Dr. address:_
_Dr. Almugi Haseed_
_Kaiser Permanente_
_39400 Paseo Padre Pkway_
_Fremont CA 94538_
_510-795-3033_
_Medical# 394 0340_

_This has been his only Dr for past 20 yrs._

DATE COMPLETED: _____   BY: _____

204



**CIGNA Group Insurance**
Life · Accident · Disability

November 07, 1995

Andy E. Chan
5955 Central Ave
Newark, CA 94560

12225 Greenville Avenue
Suite 655, LB179
Dallas, TX 75243-9384
Telephone 214.907.6500
1.800.352.0611

Re: Andy E. Chan
    SS#: ████████          REDACTED
    Policy #: GL-13814
    Policyholder: Fujitsu Business
    Life Insurance Company of North America

Dear Mr. Chan:

We acknowledge receipt of your claim for Permanent Total Disability.

The above captioned policy, GL-13814, provides Permanent Total Disability benefit, if you meet the following requirements:

"If you:
    a)  have been covered by the policy for at least 6 months; and
    b)  become permanently disabled before your 60th birthday; and
    c)  are so disabled for at least 12 months; and
    d)  send us proof that you are so disabled not more than 12 months
        after you became disabled;
Then we will pay you your life insurance benefit in monthly installments.

You are considered Totally Disabled if:
    a)  you are completely unable to enage in any occupation or employment
        for which you are or may become qualified because of education,
        training or experience; and
    b)  you are not engaged in any occupation or employment for remuneration
        or profit; or
    c)  you have entire and irrecoverable loss of sight of both eyes or the
        use of both hands or both feet or of one hand and one foot."

In order to fully evaluate your claim, we would appreciate your forwarding the following:

____✓___  Complete and return the enclosed Disability Questionnaire.

____✓___  Names and addresses of all physicians who have treated you from
          1/1/89 through the present.

____✓___  Sign and date the enclosed authorization form.

____✓___  Copy of your birth certificate or driver license in order to show
          proof of age.

LINA 0355

Life Insurance Company of North America
Connecticut General Life Insurance Company
Insurance Company of North America
INA Life Insurance Company of New York
Subsidiaries of CIGNA Corporation

conginued on page 2

Andy E. Chan
November 07, 1995
Page 2


In order for us to be able to process the claim promptly, please write, print
or type your responses on all forms.  All information requested must be completed.

Thank you for your assistance and cooperation.  If you have any questions, please
feel free to contact this office.

Sincerely,


Amy Wilson
Senior Benefit Analyst
1-800-352-0611  Ext. 570
Consumer Financial Security

AW/ac

LINA 0356

*Andy E. Chan*
*5955 Central Av*
*Newark CA 94560*

RE        : *Andy E. Chan*                              **REDACTED**
FILE #    : ▬▬▬▬▬▬
POLICY #  : *GL 13817*
POLICYHOLDER: *Fujitsu Business*
COMPANY   : *Life Ins Co of N America*

Dear *Mr. Chan*:

We acknowledge receipt of your claim *for Permanent Total Disability Claim.*

The above captioned policy, *GL 13817*, provides Permanent Total
Disability benefit, if you meet the following requirements: ▬

**II** If you:
    a) have been covered by the policy for at least 6 months; and
    b) become permanently disabled before your 60th birthday; and
    c) are so disabled for at least 12 months; and
    d) send us proof that you are so disabled not more than 12 months after you
       became disabled;
then we will pay you your life insurance benefit in monthly installments.

You are considered Totally Disabled if:
    a)  you are completely unable to engage in any occupation or employment for
        which you are or may become qualified because of education, training or
        experience; and
    b)  you are not engaged in any occupation or employment for remuneration or
        profit; or
    c)  you have entire and irrecoverable loss of sight of both eyes or the use of
        both hands or both feet or of one hand and one foot. **"** *✻*

    ____    Please describe, in detail, the nature of the accident
            that occurred.  Forward copies of any official reports
            (i.e., police reports, ambulance reports, etc.) that
            will substantiate your claim.

    ____    Complete and sign the enclosed claim form for Permanent
            Total Disability, the employee part only.

*✻In order to fully evaluate your claim we would appreciate
your forwarding the following:*

_____  A copy of the complete Social Security Administration
       Award Certificate letter for disability benefits.

___✓___  Complete and return the enclosed Disability Questionnaire.

_____  Have the enclosed attending physician form completed
       by the physician who treated you within 30 days after the
       accident.

__✓__  Names and addresses of all physicians who have treated you
       from 1/89 through the present

__✓__  Sign and date the enclosed authorization form.

__✓__  Copy of your birth certificate or driver license in order
       to show proof of age.

In order for us to be able to process the claim promptly, please write,
print or type your responses on all forms.  All information requested
must be completed.

Thank you for your assistance and cooperation.  If you have any questions,
please feel free to contact this office.

Sincerely,

CLERICAL DIRECTION

| FILE#/CERTHOLDER# | [ ] PHOTOCOPY |
| NAME: *Andy Chan* | [ ] DRAFT (attach mock-up) |
| POLICY NAME: | [ ] MAKE FOLDER |
| POLICY NUMBER: | ( ) BACKFLOW |
| DATE OF EVENT: (Medical & Life only) | |

LETTERS:  [ ] FORM _____     TO: _____
          [ ] SYSTEM _____        _____
          [✓] PC (manually typed)       _____
                                        _____

OTHER INSTRUCITONS: _____

_____
_____
_____
_____
_____
_____

BA's NAME: *Aw*
DATE: *11/2/95*





**FUJITSU BUSINESS COMMUNICATION SYSTEMS**

3190 Miraloma Avenue

Anaheim, California 92806

# FAX

Date: 10/30/95

Number of pages including cover sheet: #1 7

To: Yvonne Padilla

Fax phone:

CC:

CC:

From: Cheryl Mathews

RECEIVED
OCT 3 0 1995

Phone: (714) 764-2542

Fax phone: (714) 764-2573

REMARKS: ☒ Urgent ☐ For your review ☐ Reply ASAP ☐ Please comment

Yvonne — here is Andy's reply to letter of 9/22/95 from Tracy Mellor of Cigna GVL. Please let me know what happens next or if I can provide you with further info.

Thanks, Cheryl

LINA 0360

Oct. 25, 1995

5955 Central Ave.
Newark, CA 94560

Ms. Tracy Mellor
CIGNA Group Insurance
P.O. Box 9105
Walnut Creek, CA 94598-0919

RE: Andy E. Chan
    Policy GL 13814
    Fujitsu Business Communication, Class 2

Dear Ms. Mellor:

In reply to your letter of Sept.22, 1995. I am filing a
claim for Permanent Total Disability Benefit.

Please process this claim as soon as possible.

Thank you.

Sincerely yours,

Andy E. Chan
Tel. (510) 793-4798

LINA 0361

# *Facsimile Transmission Cover Sheet*



**CIGNA**

| | | | |
|---|---|---|---|
| Transmit to FAX number | Date | Time | Total number of pages (including this sheet) |
| 714-764-2593 | 10/26 | 3:00 pm | 5 |

| To | | From | |
|---|---|---|---|
| Name | Cheryl Matthews | Name | Yvonne Padilla |
| Company | Fujitsu Business | Department | Waiver of Premium / SMD Claim Services |
| Phone | 714-764-2540 | Phone | 214-907-6589 |
| Address | | Address | 12225 Greenville Avenue Suite 655, LB# 179 Dallas, TX 75243 |

**Comments**

Denial letter on Andy Chan SS# ████████

Collect
Yvonne Padilla
10/30/95

REDACTED

LINA 0362

| | | |
|---|---|---|
| [ ] Acknowledgement Requested | To Fax a reply, dial: | 214-907-7195 OR 214-480-0409 |

**CIGNA** Group Insurance
Life · Accident · Disability

September 22, 1995

Andy Chan
5955 Central Avenue
Newark, CA  94560

P.O. Box 9105
Walnut Creek, CA 94598-0919
Telephone 510.945.0880

(510) 946-2708

RE:  Waiver of Premium

~~████████~~   REDACTED

Policy GL 13814
Fujitsu Business
Life Insurance Co. of North America

Dear Mr. Chan:

The following concerns your claim for Waiver of Premium of Group
Life Insurance.

The Fujitsu Business Communications policy, GL 13814, contains the
following wording regarding Waiver of Premium and who is eligible
for this benefit:

> **Eligible Persons** - No Eligible Person may be covered
> more than once under this Policy.  If he is covered as
> an Employee, he cannot be covered as a spouse or
> dependent child of another Employee, even though he may
> be eligible under more than one class.  The classes of
> persons listed below may be covered by this Policy:
>
> All active, full-time employees of the Policyholder
> classified as follows:
>
> Class 1  . . . . .  Non-Union employees excluding
>                     independent contract agents referred
>                     to as "selling agents"
> Class 2  . . . . .  Union employees

Furthermore, the policy states "Class 1" employees are eligible
for Waiver of Premium, and "Class 2" employees are eligible for
Permanent Total Disability benefits.  According to information
provided by Fujitsu, you are a Union employee.  Therefore, under
the terms of the above policy, you would not be considered
eligible for Waiver of Premium, but could file a claim for
Permanent Total Disability, should you choose to pursue those
benefits.  The criteria for Permanent Total Disability is as
follows:

LINA 0363

Life Insurance Company of North America
Connecticut General Life Insurance Company
Insurance Company of North America
INA Life Insurance Company of New York
Subsidiaries of CIGNA Corporation

Andy Chan
September 22, 1995
Page 2


If you:
a)   have been covered by the policy for at least 6
     months; and
b)   become permanently disabled before your 60th
     birthday; and
c)   are so disabled for at least 12 months; and
d)   send us proof that you are so disabled not more
     than 12 months after you became disabled;
then we will pay you your life insurance benefit in
monthly installments.

You are considered Totally Disabled if:
a)   you are completely unable to engage in any
     occupation or employment for which you are or may
     become qualified because of education, training or
     experience; and
b)   you are not engaged in any occupation or employment
     for remuneration or profit; or
c)   you have entire and irrecoverable loss of sight of
     both eyes or the use of both hands or both feet of
     one hand and one foot.

| Table of Monthly Installments<br>Number of Months | Installments per $1,000<br>of Life Insurance |
|---|---|
| 60 | $17.91 |
| 72 | $15.14 |
| 84 | $13.16 |
| 96 | $11.68 |
| 108 | $10.53 |
| 120 | $9.61 |
| 132 | $8.86 |
| 144 | $6.24 |
| 156 | $7.71 |
| 168 | $7.26 |
| 180 | $6.87 |
| 192 | $6.53 |
| 204 | $6.23 |
| 216 | $5.96 |
| 228 | $5.73 |
| 240 | $5.51 |

LINA 0364

Andy Chan
September 22, 1995
Page 3

The first installment will be due six months after the
disability began if your claim is approved by that date.
If the claim is not approved by that date, installments
will be due three months after the date it is approved.
You may elect to receive monthly payments for a period
of no less than 5 years and no more than 20 years.  If
you die before the full amount has been paid, we will
pay the rest in a lump sum to your beneficiary, as set
forth under Employee's Death Benefits.

After you have been permanently disabled for 12 months,
and while you are so disabled:
a)   No charge will be made for your life insurance
     premium.
b)   If the policy provides other benefits, you will not
     be covered for them.
c)   We may require proof of your continued disability
     at any time but, not more than once a year after
     the first two years following the date your claim
     was approved.

This coverage will end when any of these things happen:
a)   after you are no longer disabled.
b)   failure to provide proof that you are disabled.

You may apply for individual life insurance policy.

Monthly installments will be made to you unless you are
mentally incapacitated.  In this case, we may then pay
the monthly installments to your beneficiary, as trustee
for you.  Two doctors must certify the mental capacity.

Please advise in writing if you wish to file a claim for Permanent
Total Disability.  If you decide not to file, we regret to inform
you your Waiver of Premium claim cannot be considered as you are
not an eligible employee.

LINA 0365

Andy Chan
September 22, 1995
Page 4

We reserve all rights and defenses as stipulated in the terms and provisions of the Fujitsu Business Communications policy, GL 13814.

Sincerely,

LIFE INSURANCE COMPANY OF NORTH AMERICA

Tracy Mellor
Benefit Analyst

22ch07

LINA 0366

WAIVER OF PREMIUM SUMMARY SHEET

POLICY #:

COVERAGE:    PED                              WAITING PERIOD: _____ TO _____

                                 LDW              TERMINATION:

             APP                 FTA

Call Sales   EFF                 PS

for claim    PTD                 CLASS

             DH                  DOB

CONTRIBUTORY PREMIUMS CURRENT:

PROOF OF AGE ON FILE:

DISABILITY QUESTIONAIRE ON FILE:

LTD FILE CROSS REFERENCE:

ENROLLMENT FORM ON FILE:

BENEFICIARY DESIGNATION:

MEDICAL INFORMATION:

JOB DESC:

OUTSTANDING ISSUES AND COURSE OF ACTION:

— policy
   Call
   Cl

LINA 0367

TRANSMISSION RESULT REPORT ·· ············(OCT 26 '95  03:05PM)············

·C_._A DALLAS,TX.

·············· (AUTO) ················

| DATE | START TIME | REMOTE TERMINAL IDENTIFICATION | TIME | RE-SULTS | MODE | TOTAL PAGES | PERSONAL | LABEL | FILE NO. |
|------|-----------|-------------------------------|------|----------|------|-------------|----------|-------|----------|
| OCT 26 03:02PM | | | 02'25" | OK | S | 05 | | | 018 |

E)ECM  >>REDUCTION  S)STANDARD  @)FORWARDING  M)MEMORY  C)CONFIDENTIAL  #)BATCH
                   D)DETAIL                              $)TRANSFER
                   F)FINE                                P)POLLING

LINA 0368

*Facsimile Transmission Cover Sheet*



CIGNA

| Transmit to FAX number | Date | Time | Total number of pages (including this sheet) |
|---|---|---|---|
| 714-714-2573 | 10/26 | 3:00pm | 5 |

**To Name** Nancy Matthews

**Company** *Jupiter Business*

**Phone** 714-714-3543

**From Name** Gerri Priella

**Department** SMD Claim Services

**Phone** 214-907-6554

**Address** 12225 Greenville Avenue Suite 655, LB# 179 Dallas, TX 75243

**Comments**

Denial Letter on Shelly Phan. SS# ████████

REDACTED

[ ] Acknowledgement Requested

To Fax a reply, dial: 214-907-7195 OR 214-480-0409

LINA 0369



**CIGNA** Group Insurance
Life · Accident · Disability

September 22, 1995

Andy Chan
5955 Central Avenue
Newark, CA  94560

P.O. Box 9105
Walnut Creek, CA  94598-0919
Telephone 510.945.0880
(510) 946-2708

*REDACTED*

RE:  Waiver of Premium
     ████████
     Policy GL 13814
     Fujitsu Business
     Life Insurance Co. of North America

Dear Mr. Chan:

The following concerns your claim for Waiver of Premium of Group
Life Insurance.

The Fujitsu Business Communications policy, GL 13814, contains the
following wording regarding Waiver of Premium and who is eligible
for this benefit:

> **Eligible Persons** - No Eligible Person may be covered
> more than once under this Policy.  If he is covered as
> an Employee, he cannot be covered as a spouse or
> dependent child of another Employee, even though he may
> be eligible under more than one class.  The classes of
> persons listed below may be covered by this Policy:
>
> All active, full-time employees of the Policyholder
> classified as follows:
>
> Class 1  . . . . .  Non-Union employees excluding
>                     independent contract agents referred
>                     to as "selling agents"
> Class 2  . . . . .  Union employees

Furthermore, the policy states "Class 1" employees are eligible
for Waiver of Premium, and "Class 2" employees are eligible for
Permanent Total Disability benefits.  According to information
provided by Fujitsu, you are a Union employee.  Therefore, under
the terms of the above policy, you would not be considered
eligible for Waiver of Premium, but could file a claim for
Permanent Total Disability, should you choose to pursue those
benefits.  The criteria for Permanent Total Disability is as
follows:

LINA 0370

Life Insurance Company of North America
Connecticut General Life Insurance Company
Insurance Company of North America
INA Life Insurance Company of New York
Subsidiaries of CIGNA Corporation

Andy Chan
September 22, 1995
Page 2

If you:
a)   have been covered by the policy for at least 6
     months; and
b)   become permanently disabled before your 60th
     birthday; and
c)   are so disabled for at least 12 months; and
d)   send us proof that you are so disabled not more
     than 12 months after you became disabled;
then we will pay you your life insurance benefit in
monthly installments.

You are considered Totally Disabled if:
a)   you are completely unable to engage in any
     occupation or employment for which you are or may
     become qualified because of education, training or
     experience; and
b)   you are not engaged in any occupation or employment
     for remuneration or profit; or
c)   you have entire and irrecoverable loss of sight of
     both eyes or the use of both hands or both feet of
     one hand and one foot.

| Table of Monthly Installments Number of Months | Installments per $1,000 of Life Insurance |
|---|---|
| 60 | $17.91 |
| 72 | $15.14 |
| 84 | $13.16 |
| 96 | $11.68 |
| 108 | $10.53 |
| 120 | $ 9.61 |
| 132 | $ 8.86 |
| 144 | $ 6.24 |
| 156 | $ 7.71 |
| 168 | $ 7.26 |
| 180 | $ 6.87 |
| 192 | $ 6.53 |
| 204 | $ 6.23 |
| 216 | $ 5.96 |
| 228 | $ 5.73 |
| 240 | $ 5.51 |

LINA 0371

Andy Chan
September 22, 1995
Page 3

The first installment will be due six months after the
disability began if your claim is approved by that date.
If the claim is not approved by that date, installments
will be due three months after the date it is approved.
You may elect to receive monthly payments for a period
of no less than 5 years and no more than 20 years.  If
you die before the full amount has been paid, we will
pay the rest in a lump sum to your beneficiary, as set
forth under Employee's Death Benefits.

After you have been permanently disabled for 12 months,
and while you are so disabled:
a)    No charge will be made for your life insurance
      premium.
b)    If the policy provides other benefits, you will not
      be covered for them.
c)    We may require proof of your continued disability
      at any time but, not more than once a year after
      the first two years following the date your claim
      was approved.

This coverage will end when any of these things happen:
a)    after you are no longer disabled.
b)    failure to provide proof that you are disabled.

You may apply for individual life insurance policy.

Monthly installments will be made to you unless you are
mentally incapacitated.  In this case, we may then pay
the monthly installments to your beneficiary, as trustee
for you.  Two doctors must certify the mental capacity.

Please advise in writing if you wish to file a claim for Permanent
Total Disability.  If you decide not to file, we regret to inform
you your Waiver of Premium claim cannot be considered as you are
not an eligible employee.

LINA 0372

Andy Chan
September 22, 1995
Page 4


We reserve all rights and defenses as stipulated in the terms and
provisions of the Fujitsu Business Communications policy, GL
13814.

Sincerely,

LIFE INSURANCE COMPANY OF NORTH AMERICA


Tracy Mellor
Benefit Analyst

22ch07

LINA 0373

Andy Chan
5955 Central Ave.
Newark, CA 94560

RE: Waiver of Premium

REDACTED

Policy GL 13814
Fujitsu Business
LINA

Dear Mr. Chan:
    The following concerns your claim for Waiver of Premium
of Group Life Insurance.

    The Fujitsu Business Communications policy, GL 13814,
contains the following wording regarding Waiver of
Premium and who is eligible for this benefit:

**Eligible Persons** - No Eligible Person may be covered more than once under this Policy.
If he is covered as an Employee, he cannot be covered as a spouse or dependent child of
another Employee, even though he may be eligible under more than one class. The classes
of persons listed below may be covered by this Policy:

All active, full-time employees of the Policyholder classified as follows:

Class 1........................Non-Union employees excluding independent contract
                               agents referred to as "selling agents"
Class 2........................Union employees

LINA 0374

Furthermore, the policy states "Class 1" employees
are eligible for Waiver of Premium, and "Class 2"
employees are eligible for Permanent Total
Disability benefits. According to information
provided by Fujitsu, you are a Union employee.
Therefore, under the terms of the above policy,
you would not be considered eligible for ___

*file a claim for*

*Waiver of Premium, but could be reassessed eligible for Permanent Total Disability, should you choose to pursue a claim for those benefits. The criteria for Permanent Total Disability is as follows:*

If you:
  a) have been covered by the policy for at least 6 months; and
  b) become permanently disabled before your 60th birthday; and
  c) are so disabled for at least 12 months; and
  d) send us proof that you are so disabled not more than 12 months after you
     became disabled;
then we will pay you your life insurance benefit in monthly installments.

You are considered Totally Disabled if:
  a)  you are completely unable to engage in any occupation or employment for
      which you are or may become qualified because of education, training or
      experience; and
  b)  you are not engaged in any occupation or employment for remuneration or
      profit; or
  c)  you have entire and irrecoverable loss of sight of both eyes or the use of
      both hands or both feet or of one hand and one foot.

| Table of Monthly Installments<br>Number of Months | Installments per $1,000<br>of Life Insurance |
|---|---|
| 60 | $17.91 |
| 72 | $15.14 |
| 84 | $13.16 |
| 96 | $11.68 |
| 108 | $10.53 |
| 120 | $ 9.61 |
| 132 | $ 8.86 |
| 144 | $ 6.24 |
| 156 | $ 7.71 |
| 168 | $ 7.26 |
| 180 | $ 6.87 |
| 192 | $ 6.53 |
| 204 | $ 6.23 |
| 216 | $ 5.96 |
| 228 | $ 5.73 |
| 240 | $ 5.51 |

The first installment will be due six months after the disability began if your claim is
approved by that date.  If the claim is not approved by that date, installments will be
due three months after the date it is approved.  You may elect to receive monthly
payments for a period of no less than 5 years and no more than 20 years. If you die
before the full amount has been paid, we will pay the rest in a lump sum to your
beneficiary, as set forth under Employee's Death Benefits.

After you have been permanently disabled for 12 months, and while you are so disabled:
  a) No charge will be made for your life insurance premium.
  b) If the policy provides other benefits, you will not be covered for them.
  c) We may require proof of your continued disability at any time but, not more than
     once a year after the first two years following the date your claim was approved.

This coverage will end when any of these things happen:
a)  after you are no longer disabled.
b)  failure to provide proof that you are disabled.

LINA 0375