You may apply for individual life insurance policy.

Monthly installments will be made to you unless you are mentally incapacitated.  In this case, we may then pay the monthly installments to your beneficiary, as trustee for you. Two doctors must certify the mental capacity.

Please advise in writing if you wish to file a claim for Permanent Total Disability. If ~~this~~ you decide not to file, we regret to inform you your Waiver of Premium claim cannot be considered as you are not an eligible employee.

We reserve all rights + defenses as stipulated in the terms + provisions of the Fujitsu Business Communications policy. GL 13814.

Sincerely,
LINA

Tracy Miller / BM.

## SRO CLAIM REFERRAL FORM

**CERTHOLDER NAME** Andy Chan

**CLAIMANT NAME** Same

**KEY LINE / FILE ID INFO:** ████████████ / GL 13814 (WOP)

REDACTED

**REFERRED BY:** Tracy

**REFERRED TO:** JD

**DATE REFERRED:** 9/19/95

### REASON(S) FOR REFERRAL

( ) CLAIM APPROVAL
( ) CLAIM CONTINUATION
(X) CLAIM DENIAL
( ) ERISA APPEAL

( ) INVESTIGATION PLAN APPROVAL
( ) INVESTIGATION OVER 60 DAYS
( ) SYSTEM-RELATED

( ) PAYMENT AUTHORITY
( ) BENEFIT CALCULATION APPROVAL
( ) EXPENSE APPROVAL
( ) QUESTION / OTHER

**QUESTION / SUMMARY OF ISSUE**

EE is class II / union which I have confirmed ī Sales + underwriting, is ineligible for WOP – he can apply for PTD if he wants + have made him aware in WOP denial ltr.

**ANALYSIS / RECOMMENDATIONS**

Clm. closed / ltr. done.

**REFERRAL RESPONSE / ACTION TAKEN / INSTRUCTIONS**

letter is very good!

**SIGNATURE:** JD

**RETURNED TO:** Tracy

**DATE RETURNED:** 9/28/95

OF 4852  Cat #421032  Printed 3-88

LINA 0377

RETURN THIS PLY INTACT

TELEPHONE MESSAGE

DATE: 9|14|95    TIME: 12.50

TO: Train

FROM: Paula Brown

OF: _____

RE: Fujitsu — policy clarification for WOP

TAKEN BY: _____

PHONE #: _____

POLICYHOLDER: _____

CLAIM #/SS#: _____

CLAIMANT: _____

PLEASE CALL [ ]    RETURNED YOUR CALL [ ✓ ]    WILL CALL AGAIN [ ]    URGENT [ ]

DISCUSSION: Paula had "inherited" the file + wasn't familiar ī it. Put me on a 3-way call ī Allysson Marlon (the underwriter) he confirmed the following — class I (non union) gets WOP class II (union) gets PTD

TELEPHONE MESSAGE

DATE: 9/14/95 TIME: 5.05    TAKEN BY: Nacy

TO: Paula Brown    PHONE #: _____

FROM: SF Sales    POLICYHOLDER: _____

OF: _____    CLAIM #/SS#: _____

RE: F/u on previous msg    CLAIMANT: _____
from 9/7 — re fujitsu. Need clarification as to
whether union EE's can be eligible for WOP.

_____

PLEASE CALL [ ]    RETURNED YOUR CALL [ ]    WILL CALL AGAIN [ ]    URGENT [ ]

DISCUSSION: LMM    TM

LINA 0379

TELEPHONE MESSAGE

DATE: 9/7/95    TIME: 8.40    TAKEN BY: Tracy

TO: Christine Moose    PHONE #: _____

FROM: SF Sales    POLICYHOLDER: _____

OF: _____    CLAIM #/SS#: _____

RE: Fujitsu policy GL 13814,    CLAIMANT: _____
is WOP for non-union EE's only? Policy appears
to state that. Want to confirm.

PLEASE CALL [ ]    RETURNED YOUR CALL [ ]    WILL CALL AGAIN [ ]    URGENT [ ]

DISCUSSION: This is Paula Brown's acct. Transferred to her
extension - LMCM  TM

LINA 0380

```
POLICY GL   013814   INS 1 CKD 8   SUF 000   PAY 000   AGENT 016430   S/O 544
TERR W   CSR NAME DONALD PAPA
AGENT-NAME WILLIAM MERCER                    POL-NAME FUJITSU BUSINESS
        ADDR                                          COMMUNICATION SYSTEMS
                                                      3190 MIRA LOMA AVE.
        SAN FRANCISCO, CA 00000                       ANAHEIM, CA  92806
                                                      ATTN:  MARTHA BARRERA
CASH-DEF   CASH-AMOUNT   DUE-DATE  PD-DATE    PREMIUM     COMMISSION   DRAFT NO
06-24-94     8,670.23    06-01-94             8,670.23       .00
07-28-94     8,684.94    07-01-94             8,684.94       .00
08-15-94     8,763.74    08-01-94             8,763.74       .00
09-16-94     8,905.19    09-01-94             8,905.19       .00
10-24-94     8,934.78    10-01-94             8,934.78       .00
11-21-94     8,938.80    11-01-94             8,938.80       .00
12-22-94     8,945.80    12-01-94             8,945.80       .00


>>    F=PAGE FORWARD   B=PAGE BACKWARD      PF1=NEW KEY   PF3=NEW REQ
```

LINA 0381

**FUJITSU BUSINESS
COMMUNICATION SYSTEMS**

3190 Miraloma Avenue, Anaheim, CA 92806
(714) 630-7721

**FUJITSU**

August 24, 1995

Tracy Mellor
CIGNA
Special Benefits Division/Claim Administration
P O Box 9105
Walnut Creek, CA 94598-0919

RECEIVED

SEP 06 1995

GISD-SRO
WALNUT CREEK OFFICE

RE:    Account: GL 13814
       Employee:  Andy E. Chan (Union)
       ████████████

Dear Tracy:          REDACTED

Enclosed, you will find the following documents in connection with the total and permanent
disability of the above referenced employee for consideration of the waiver of premium:

    1) Attending Physician's Statement

    2) Group/Association - proof of Loss Total and Permanent Disability

    3) Enrollment Form

    4) Job Description

    5) Copy of Social Security Disability Award

Effective 11/5/95 this employee has been disabled one year.

If you need to contact me I can be reached at (714) 764-2542.

Sincerely,

*Cheryl Mathews*

Cheryl Mathews
Human Resources Representative

LINA 0382

Kaiser Permanente 39400 P  :o Padre Parkway, Fremont  . 94538

| Patient File No. 3940340 | Name: CHAN, ANDY | Social Security Number | REDACTED |

I attended the patient for the present medical problem from:

| | MONTH 11 | DAY 07 | YEAR 94 | to | MONTH 07 | DAY 16 | YEAR 95 | at intervals of: AS NEEDED |

History:

Findings:

Diagnosis: CHRONIC RENAL FAILURE                    | ICD CODE: 585

Type of treatment and/or medication rendered to patient: MEDICATION. DIALYSIS. FOLLOW-UP CARE

Diagnosis confirmed by: (specify type of test or X-ray) LAB WORK

Operation Date performed: | 11-15-94 |        Or to be performed |            |        Type of operation: CAPD CATHTER PLACEMTN

Has the pt. at any time during your attendance for this medical problem, been incapable of performing his or her regular work?    Yes ( X )  No ( )    If "Yes" the disability commenced on: 11-08-94

APPROXIMATE date, based on your examination of patient, disability (if any) should end or has ended sufficiently to permit the patient to resume regular or customary work.    (ENTER DATE)    *Permanent*

Further comments:

Was or is patient confined as a registered bed patient in a hospital?        Yes ( X )    No ( )
Was patient treated in the surgical unit of a hospital or surgical unit?    Yes ( )     No ( X )

Date and hour entered as a registered bed patient and discharged pursuant to your orders:

| ENTERED | STILL CONFINED | DISCHARGED |
|---|---|---|
| on 111594   .19   .at | on       .19 | on 111594   . 19   .at |

Would the disclosure of this information to your patient be medically or psychologically detrimental to the pt? Yes ( ) No( X ) fold

I hereby certify that, based on my examination, the above statements truly describe the patient's disability and the estimated duration thereof, and that I am a PHYSICIAN        licensed to practice by the State of California.

HASEEB AL-MUFTI        MD
    PRINT OR TYPE DOCTOR'S NAME AS SHOWN ON LICENSE        SIGNATURE OF ATTENDING DOCTOR

Kaiser Permanente 39400 Paseo Padre Parkway, Fremont CA 94538        G37195A        Aug 7, 1995
NO. AND ADDRESS        CITY    ZIP CODE        STATE LICENSE NUMBER        DATE SIGNED

Requester:

        FUJITSU
        3190 MIRALOMA AVE
        ANAHEIM CA 92806
        ATTN: CHERYL MATHEW

LINA 0383

**DISABILITY CLAIM**

Connecticut General Life Insurance Company
Insurance Company of North America
Life Insurance Company of North America
INA Life Insurance Company of New York
CIGNA companies

**CIGNA**

REDACTED /49

Any person who knowingly and with intent to defraud any insurance company or other person files a statement containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime.

Name of Patient _CINDY E CHAN_    Date of Birth _/49_
Present Address _5435 CENTRAL AVE, NEWARK, CA 94500_    Social Security No. _____
Name of Employer / Association _FUJITSU BUSINESS COMMUNICATION S/S_    Group Policy No. _____

### ATTENDING PHYSICIAN'S STATEMENT OF DISABILITY

The patient is responsible for the completion of this form without expense to the company. We must have comprehensive medical information in order to evaluate the insured's claim for Disability Benefits.

**1. HISTORY**
(a) When did symptoms first appear or accident happen?    Mo. _April_    Day _8_    19 _91_
(b) Date disability commenced    Mo. _11_    Day _6_    19 _94_
(c) Has patient ever had same or similar condition?    ☐ Yes ☐ No   If "Yes" state when and describe _____

(d) Is condition due to injury or sickness arising out of patient's employment?    ☐ Yes ☒ No  ☐ Unknown

**2. DIAGNOSIS  (Including any complications)**
(a) Date of last examination    Mo. _7/13/95_    Day _____ 19 _____
(b) Diagnosis and ICD-9 or DSM-III Code (including any complications)
(c) Subjective symptoms

_CHRONIC RENAL FAILURE_

(d) Objective findings (including current X-rays, EKG's, Laboratory Data and any clinical findings)

**3. DATES OF TREATMENT**
(a) Date of first visit    Mo. _7_    Day _8_    19 _90_
(b) Date of last visit    Mo. _7_    Day _12_    19 _95_
(c) Frequency    ☒ Weekly ☒ Monthly ☐ Other (Specify)

**4. NATURE OF TREATMENT (Including Surgery and medications prescribed, if any)**

Will treatment substantially improve function and employability?    ☐ Yes ☒ No
If yes, specify.

**5. PROGRESS**
(a) Has patient    ☐ Recovered? ☐ Improved? ☐ Unchanged? ☒ Retrogressed?
(b) Is patient    ☐ Bed confined? ☐ Hospital confined? ☐ Ambulatory? ☒ House confined?

(c) Has patient been hospital confined?    ☒ Yes ☐ No   If yes, give Name and Address of Hospital _____

Confined from _____ through _____

**6. CARDIAC (If Applicable)**
(a) Functional capacity    ☐ Class 1 (No limitation)    ☐ Class 2 (Slight limitation)
(American Heart Ass'n.)    ☐ Class 3 (Marked limitation)    ☐ Class 4 (Complete limitation)

(b) Blood Pressure (last visit) _140_    _85_
SYSTOLIC    DIASTOLIC

(Over)

**7. LIMITATION (If there is a limitation, check and describe below)**

| | | | | |
|---|---|---|---|---|
| Standing _____ | Climbing ✗ | Bending ✗ | Use of hands _____ | Sitting _____ |
| Walking _____ | Stooping _____ | Lifting ✗ | Psychological _____ | Other (state which) _____ |

**8. PHYSICAL IMPAIRMENT ('As defined in Federal Dictionary of Occupational Titles)**

☐ Class 1 — No limitation of functional capacity; capable of heavy work*    No restrictions (0-10%)
☐ Class 2 — Medium manual activity*    (15-30%)
☐ Class 3 — Slight limitation of functional capacity; capable of light work*    (35-55%)
☐ Class 4 — Moderate limitation of functional capacity; capable of clerical / administrative (sedentary*) activity    (60-70%)
☐ Class 5 — Severe limitation of functional capacity; incapable of minimal (sedentary*) activity    (75-100%)
☐ Remarks:

**9. MENTAL / NERVOUS IMPAIRMENT (If Applicable)**

Please define "stress" as it applies to this claimant.
☐ Class 1 — Patient is able to function under stress and engage in interpersonal relations (no limitations)
☐ Class 2 — Patient is able to function in most stress situations and engage in most interpersonal relations (slight limitation)
☐ Class 3 — Patient is able to engage in only limited stress situations and engage in only limited interpersonal relations (moderate limitations)
☐ Class 4 — Patient is unable to engage in stress situations or engage in interpersonal relations (marked limitations)
☐ Class 5 — Patient has significant loss of psychological, physiological, personal and social adjustment (severe limitations)
☐ Remarks:

Do you believe the patient is competent to endorse checks and direct the use of the proceeds thereof?    ☐ Yes ☐ No

**10. EXTENT OF DISABILITY**

| | From Patient's Regular Occupation | From Any Occupation |
|---|---|---|
| (a) Is patient now totally disabled? | ☐ Yes ☐ No | ☐ Yes ☐ No |
| (b) If no, when was patient able to go to work? | Mo. ____ Day ____ 19 ____ | Mo. ____ Day ____ 19 ____ |
| (c) If yes, when do you think patient will be able to resume any work? { Approximate Date ____ | Mo. ____ Day ____ 19 ____ ☐ | Mo. ____ Day ____ 19 ____ ☐ |
| Indefinite ____ | ☐ | ☐ |
| Never ____ | ☐ | ☐ |

**11. REHABILITATION**

(a) Is patient a suitable candidate for further rehabilitation services?    ☐ Yes ☐ No
(b) Can present job be modified to allow for handling with impairment?    ☐ Yes ☐ No

| | PATIENT'S JOB | ANY OTHER WORK |
|---|---|---|
| (c) When could trial employment commence? | Mo. ____ Day ____ 19 ____ ☐ Full-time ☐ Part-time | Mo. ____ Day ____ 19 ____ ☐ Full-time ☐ Part-time |

(d) Would vocational counseling and / or retraining be recommended?    ☐ Yes ☐ No

**12. REMARKS**

| | | | |
|---|---|---|---|
| DATE | SIGNATURE (ATTENDING PHYSICIAN) | DEGREE | TELEPHONE |
| STREET ADDRESS | CITY OR TOWN | STATE (OR PROVINCE) | ZIP CODE |

LINA 0385

**GROUP/ASSOCIATION — PROOF OF LOSS**
**TOTAL AND PERMANENT DISABILITY**

Connecticut General Life Insurance Company
Insurance Company of North America
Life Insurance Company of North America
INA Life Insurance Company of New York
CIGNA companies

**CIGNA**

Any person who knowingly and with intent to defraud any insurance company or other person files a statement containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime.

## INSTRUCTIONS FOR FILING A CLAIM

To the Employee/
Association Member:
A. Complete the Employee/Association Member section of this form.
B. Have the doctor complete and sign the Attending Physician's Statement.
C. Return the fully completed forms to your Employer/Administrator who will submit the forms to the assigned Claim Office.

To the Employer/
Administrator:
A. Give the forms to the Employee/Association Member for completion as indicated above.
B. Complete Employer's/Administrator's section.
C. Submit completed forms to the assigned Claim Office.

**REDACTED**

### TO BE COMPLETED BY THE EMPLOYER/ADMINISTRATOR

NAME OF EMPLOYEE/ASSOCIATION MEMBER (Last Name) CHAN (First Name) ANDY (Middle Initial) E | DATE OF BIRTH ___/49 | SOCIAL SECURITY NO ___ | SEX ☒ M ☐ F

ADDRESS (Street) 5955 CENTRAL AVE (City) NEWARK (State) CA (Zip Code) 94560 | TELEPHONE # (510) 793-4498

OCCUPATION COMMUNICATION TECH | WAS INSURANCE ISSUED ON THE BASIS OF A STATEMENT OF PHYSICAL CONDITION? ☐ Yes ☒ No  IF "YES" ATTACH COPY

PLEASE CHECK THE APPROPRIATE BLOCKS REGARDING THE INSURED EMPLOYMENT STATUS | Hrs/wk ___ HRS
☐ Exempt ☐ Management ☐ Supervisory ☒ Union Local # 326 ☐ Salaried ☒ Full-time
☐ Non-Exempt ☐ Non-Management ☐ Non-Supervisory ☐ Non-Union ☐ Hourly ☐ Part-time

BASIC ANNUAL EARNINGS $4,512__ | DATE OF LAST CHANGE IN EARNINGS 7/31/94 | DATE OF LAST INCREASE IN BENEFITS 8/1/94

DATE HIRED/MEMBER OF ASSOCIATION 8/21/78 | EFFECTIVE DATE OF INSURANCE 8/21/78 | LAST DATE WORKED 11/4/95 | PREMIUM PAID THROUGH DATE 8/31/95 | % OF INSURED'S CONTRIBUTION TO PREMIUM 100%

POLICY NO GL 13814 | POLICY CODE | AMOUNT OF INSURANCE | DIVISION CODE | HAS EMPLOYEE'S/MEMBER'S COVERAGE TERMINATED? DATE(S) _____ REASON _____ ☐ Yes ☒ No

### EMPLOYER'S/ADMINISTRATOR'S CERTIFICATION

NAME OF EMPLOYER/ASSOCIATION FUJITSU BUSINESS COMMUNICATION SYSTEMS | DIVISION HUMAN RESOURCES DEPARTMENT

ADDRESS (Street) 3190 MIRALOMA AVENUE (City) ANAHEIM (State) CA (Zip Code) 92806 | TELEPHONE # ( 714 )-764-2542

THIS IS TO CERTIFY THAT THE FACTS AS INDICATED ABOVE ARE TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.
SIGNATURE OF AUTHORIZED REPRESENTATIVE *Cheryl Mathews* | DATE SIGNED 8/24/95

### TO BE COMPLETED BY THE EMPLOYEE/ASSOCIATION MEMBER

DATE OF ACCIDENT OR BEGINNING OF SICKNESS 11/6/94 | DID YOU APPLY FOR CONVERSION OF YOUR GROUP POLICY? ☐ Yes ☒ No  If "yes", please provide policy number and effective date

DESCRIBE IN YOUR OWN WORDS WHAT IS WRONG WITH YOU (if accident, describe circumstances) CHRONIC RENAL FAILURE | WHAT OTHER DISABILITY INSURANCE DO YOU CARRY? PLEASE PROVIDE POLICY NUMBER AND NAME AND ADDRESS OF CARRIER NONE

PLEASE LIST ANY HOSPITALS, CLINICS OR PHYSICIANS THAT TREATED YOU DURING THE PAST 3 YEARS

| NAME | COMPLETE ADDRESS | TREATMENT PERIOD |
|---|---|---|
| KAISER PERMANENTE | 3900 PASEO PADRE PARKWAY FREMONT, CA 94538 | long time |
| EAST BAY DIALYSIS CENTER | 22451 Foothill St. #201 HAYWARD, CA 94541 | 12/1/94 |

### EMPLOYEE'S/ASSOCIATION MEMBER'S CERTIFICATION

THIS IS TO CERTIFY THAT THE FACTS AS INDICATED ABOVE ARE TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.
SIGNATURE OF EMPLOYEE/ASSOCIATION MEMBER *Andy Chan* | DATE SIGNED 7/25/95

### AUTHORIZATION TO RELEASE INFORMATION

I authorize any Health Care Provider, Insurance Company, Employer, Person or Organization to release any information regarding medical, dental, mental, alcohol or drug abuse history, treatment or benefits payable, including disability or employment related information, to any CIGNA company, the Plan Administrator, or their employees and authorized agents for the purpose of validating and determining benefits payable. This data may be extracted for use in audit or statistical purposes. I understand that I or my authorized representative will receive a copy of this authorization upon request. This authorization or a photostatic copy of the original shall be valid for the duration of the claim.

SIGNATURE OF EMPLOYEE/ASSOCIATION MEMBER *Andy Chan* | DATE SIGNED 7/25/95

CAT #423785
Ptd in USA

The issuance of this blank is not an admission of the existence of any insurance nor does it recognize the validity of any claim and is without prejudice to the Company's legal rights in the premises.

LINA 0386

## AUTHORIZATION TO RELEASE INFORMATION

I authorize any Health Care Provider, Insurance Company, Employer, Person or Organization to release any information regarding medical, dental, mental, alcohol or drug abuse history, treatment or benefits payable, including disability or employment related information, to any CIGNA company, the Plan Administrator, or their employees and authorized agents for the purpose of validating and determining benefits payable. This data may be extracted for use in audit or statistical purposes. I understand that I or my authorized representative will receive a copy of this authorization upon request. This authorization or a photostatic copy of the original shall be valid for the duration of the claim.

*PARY E CHAN*

_____
Name of Patient (or Deceased)

*signature*                                                     *1/20/95*

_____        _____
Signature                                                               Date Signed

If patient is under 18 years of age or is incapacitated, parent or guardian must sign. If patient is deceased, personal representative or next of kin must sign.

LINA 0387

INSURANCE REGISTER

| R. LOYEE'S NAME (PRINT) | | | | S.S. # | | EMP. #: | |
|---|---|---|---|---|---|---|---|
| Chan Aldy | | | | | | R-1015 | |

| | | | EFFECTIVE DATE | SAL. | MED. | DEP. LIFE | BASE | SUFF | AO + O | LTD | COST LIF. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| T | M | D | P.S. | | | | | | | | |
| | | | La Cauca | | E.7. | — | 1X | 1X | 24 | — | |

REDACTED

FG85-12A

GROUP INSURANCE CHANGE CARD

| NAME OF EMPLOYEE | | SOCIAL SECURITY NUMBER | EMPLOYEE NUMBER |
|---|---|---|---|
| LAST Chan | FIRST Aldy | | 92015 |

**REASON FOR CHANGE:**

- ☒ ADD/CANCEL DEPENDENTS
- ☐ MARRIAGE _____ (DATE)
- ☐ DIVORCE _____ (DATE)

- ☐ VOLUNTARY CANCELLATION
- ☐ OPEN ENROLLMENT
- ☒ OTHER Update Ins. Res. _____ (EFFECTIVE DATE) (SPECIFY)

NAME CHANGE: FROM _____ TO _____

FOR INCREASES IN BENEFITS, OTHER THAN AS A RESULT OF A MARRIAGE OR OPEN ENROLLMENT, THE EMPLOYEE MU COMPLETE THE STATEMENT OF PHYSICAL CONDITION FOR LATE ENROLLEES.

I HEREBY AUTHORIZE THE APPROPRIATE PAYROLL DEDUCTIONS TOWARDS THE PREMIUMS FOR INSURANCE COVERAGE AN ELECT TO CHANGE MY BENEFITS AS FOLLOWS:

| CONTRIBUTORY TERM LIFE INSURANCE | CONTRIBUTORY DEPENDENT LIFE INSURANCE |
|---|---|
| ☐ CANCEL | ☐ CANCEL Not Participating |
| ☒ 100% ANNUAL SALARY TO NEXT $1,000 | ☐ SPOUSE $5,000, EACH CHILD $1,000 |
| ☐ 200% ANNUAL SALARY TO NEXT $1,000 | ☐ SPOUSE $10,000, EACH CHILD $2,000 |
| ☐ 300% ANNUAL SALARY TO NEXT $1,000 | ☐ SPOUSE $15,000, EACH CHILD $2,000 |

| EQUITABLE MEDICAL INSURANCE | HMO MEDICAL | EQUITABLE DENTAL INSURANCE |
|---|---|---|
| ☐ CANCEL | (HMO NAME _____ ) | ☐ SINGLE |
| ☐ SINGLE | ☐ CANCEL | ☒ FAMILY |
| ☒ FAMILY | ☐ SINGLE   ☐ FAMILY | |

ADDITIONAL INFORMATION ON REVERSE SIDE.

I certify that this
is a true and exact
copy.

Cheryl Mathews

8/24/95

1 of 2

EMPLOYEE'S NAME  Andy Chan

EMPLOYEE'S ADDRESS  3-855— CENTRAL AVENUE NEWARK CA 94560

POLICY NUMBER  52952

NAME OF DEPENDENTS TO BE CONSIDERED FOR INSURANCE  HANNAH C. CHAN    IRENE C. CHAN

TIFTANY C. CHAN

If the location submitting the Statement of Health is other than the one to which the notice is to be returned, please insert here.

SUBMITTING LOCATION

IN BLOCK BELOW, INSERT MAILING ADDRESS TO WHICH EQUITABLE NOTICE OF ACTION SHOULD BE SENT

Capital Mtr Bonins Systms
5411 Watson 14 Street
Japan B, 8524
Attn: Cethne Loombech

373-952A (10-82) CAT. NO. 104176

**EFFECTIVE DATE OF COVERAGE**

Approval of dependent coverage is contingent on the employee also being covered and the provisions contained in the booklet and/or certificate. Unless otherwise specified, if a dependent approved for coverage is confined in an institution for care or treatment on the approval date indicated below, coverage will not be effective until the termination of such confinement. The destination date of coverage for any dependent not indicated below as approval will be the date shown in the box below.

**NOTICE OF ACTION TAKEN**

The following action has been taken with respect to the submitted evidence of insurability.

Approved effective as of  10 - Oct 1  except with respect to

Declined for all dependents

Authorized Signature  Marijm Santon

PRINTED IN U.S.A.

I HEREBY REVOKE ANY PREVIOUS BENEFICIARY DESIGNATION AND DIRECT THAT, IN THE EVENT OF MY DEATH, THE INSURANCE BE PAID AS FOLLOWS:

PRIMARY BENEFICIARY  HANNAH CHAN

SECONDARY BENEFICIARY  IRENE

NOTE: IF OTHER THAN SPOUSE IS NAMED AS BENEFICIARY, SPOUSE MUST CONSENT BELOW (APPLICABLE IN COMMUNITY PROPERTY STATES ONLY.)

I HEREBY AGREE TO THE ABOVE DESIGNATED BENEFICIARY.

| | DATE | NAMES OF DEPENDENTS | | SEX | DATE OF BIRTH | RELATIONSHIP |
|---|---|---|---|---|---|---|
| ☐ ADD ☐ CANCEL | | HANNAH C. CHAN | F | 12/11/54 | SPOUSE |
| ☐ ADD ☐ CANCEL | | IRENE C. CHAN | F | 9/10/79 | daughter |
| ☐ ADD ☐ CANCEL | | TIFTANY C. CHAN | F | 4/10/80 | daughter |
| ☐ ADD ☐ CANCEL | | | | | |

SPOUSE'S SIGNATURE

| | DATE OF BIRTH | | RELATIONSHIP |
|---|---|---|---|
| CHAN | | | SPOUSE |
| | | | DAUGHTER |

I UNDERSTAND THAT MY ELECTIONS WILL REMAIN IN EFFECT UNTIL FORMALLY CHANGED OR UNTIL CIRCUMSTANCES PREVAIL WHICH MAKE ME INELIGIBLE FOR THE ELECTED COVERAGE.

I HEREBY AGREE TO REIMBURSE THE EQUITABLE INSURANCE COMPANY TO THE EXTENT OF ANY OVERPAYMENT WHICH IS IN EXCESS OF THE AMOUNTS PAYABLE UNDER THE GROUP POLICY PURSUANT TO THE REQUIREMENTS OF THE POLICY

DATE  10/9/87

SIGNATURE

LINA 0389

2 of 2

**FUJITSU BUSINESS
COMMUNICATION SYSTEMS**
3190 Miraloma Avenue, Anaheim, CA 92806
(714) 630-7721

**FUJITSU**

### Job Description

#### JOB TITLE:  Technician DB

Exempt:        No                        Job Code:    AI012
Salary Level:  HR012
Shift:         1st
Bargaining Unit: Yes

Summary:    Under direction is responsible for installing and
           servicing telephone equipment at customer sites.

Essential Duties and Responsibilities for Technicians include the
following:

        Able to drive company vehicle to and from customer sites.
        Ability to communicate with customers.
        Lifting and moving of desks and cabinets.
        Pulling cable through ceilings, walls and.
        floors and lifting carpet and floor tiles.
        Bending and stooping or climbing on ladders
        may be required.
        Use of hand tools to locate, measure and outline
        areas for telephones.
        Drilling of holes and attaching brackets with power
        drills and screwdrivers.
        Splice cable, correct wiring, test equipment, replace
        defective telephone parts.
        Clean, lubricate, reprogram and explain telephone usage
        to customers.
        May be required to work with local telephone companies to
        determine line or equipment problems.
        Required to complete paperwork and dispatch and close
        calls with our national dispatch center.

A Technician may or may not do all duties listed here and completes
tasks as assigned by his/her supervisor.

Supervisory Responsibilities:  None Required

Qualification Requirements:  To perform this job successfully, an
individual must be able to perform each essential duty
satisfactorily.  The requirements listed are representative
of the knowledge, skill and/or ability required.   Reasonable
accommodations may be made to enable individuals with disabilities
to perform the essential functions.

Education and or Experience:  Associate Degree in Technical Field
                             and 5 years telecommunications
                             experience preferred.

LINA 0390

Social Security Administration
# Retirement, Survivors and Disability Insurance
Notice of Award

Office of Disability and
International Operations
1500 Woodlawn Drive
Baltimore, Maryland 21241-0001
Date: February 18, 1995
Claim Number: ███████████HA

ANDY E CHAN
5955 CENTRAL AVE
NEWARK, CA 94560-4464
║I║ɪ╨ɪ╨I╨I╨II╨╨I╨I╨I╨II╨╨I╨I╨I╨II╨I

REDACTED

You are entitled to monthly disability benefits beginning May 1995.

**The Date You Became Disabled**

We found that you became disabled under our rules on November 9, 1994.

However, you have to be disabled for 5 full calendar months in a row before you can be entitled to benefits. For these reasons, your first month of entitlement to benefits is May 1995.

**What We Will Pay And When**

- You will receive $1,123.00 for May 1995 around June 3, 1995.

- After that you will receive $1,123.00 each month.

**Other Social Security Benefits**

The benefit described in this letter is the only one you can receive from Social Security. If you think that you might qualify for another kind of Social Security benefit in the future, you will have to file another application.

Enclosure(s):
Pub 05-10153

C

See Next Page

REDACTED

HA                                                                                      Page 2 of 3

## Do You Disagree With The Decision?

If you think we are wrong, you have the right to appeal. A person who did not make the first decision will decide your case. We will correct any mistakes. We will review those parts of the decision which you believe are wrong and will look at any new facts you have. We may also review those parts which you believe are correct and may make them unfavorable or less favorable to you.

- You have 60 days to ask for an appeal.

- The 60 days start the day after you receive this letter.

- You must have a good reason if you wait more than 60 days to ask for an appeal.

## Things To Remember For The Future

Doctors and other trained staff decided that you are disabled under our rules. But, this decision must be reviewed at least once every 3 years. We will send you a letter before we start the review. Based on that review, your benefits will continue if you are still disabled, but will end if you are no longer disabled.

## Your Responsibilities

You are due disability benefits because you are expected to be disabled under our rules for at least 5 full calendar months. Therefore, you should let us know if your health improves or you are able to return to work.

The decisions we made on your claim are based on information you gave us. If this information changes, it could affect your benefits. For this reason, it is important that you report changes to us right away.

We have enclosed a pamphlet, "When You Get Social Security Disability Benefits...What You Need To Know." It will tell you what must be reported and how to report. Please be sure to read the parts of the pamphlet which explain what to do if you go to work or if your health improves.

It is important that you let us know if:

- There is any change in the workers' compensation payment or in any public disability payment you receive, or

- You receive a lump-sum award or any additional payments which supplement your workers' compensation or public disability payments.

## If You Want Help With Your Appeal

You can have a friend, lawyer or someone else help you. There are groups that can help you find a lawyer or give you free legal services if you qualify. There are also lawyers who do not charge unless you win your appeal. Your local Social Security office has a list of groups that can help you with your appeal.

If you get someone to help you, you should let us know. If you hire someone, we must approve the fee before he or she can collect it. And if you hire a lawyer, we will withhold up to 25 percent of any past due benefits to pay toward the fee.


**If You Have Any Questions**

If you have any questions, you may call us toll-free at 1-800-772-1213, or call your local Social Security office at 1-510-797-5724.  We can answer most questions over the phone.  You can also write or visit any Social Security office.  The office that serves your area is located at:

> BRANCH OFFICE
> SUITE 100
> 3100 MOWRY AVE
> FREMONT, CA 94538

If you do call or visit an office, please have this letter with you.  It will help us answer your questions.  Also, if you plan to visit an office, you may call ahead to make an appointment.  This will help us serve you more quickly when you arrive at the office.

Shirley S. Chater
Commissioner
  of Social Security

If you:
- a) have been covered by the policy for at least 6 months; and
- b) become permanently disabled before your 60th birthday; and
- c) are so disabled for at least 12 months; and
- d) send us proof that you are so disabled not more than 12 months after you became disabled;

then we will pay you your life insurance benefit in monthly installments.

You are considered Totally Disabled if:
- a) you are completely unable to engage in any occupation or employment for which you are or may become qualified because of education, training or experience; and
- b) you are not engaged in any occupation or employment for remuneration or profit; or
- c) you have entire and irrecoverable loss of sight of both eyes or the use of both hands or both feet or of one hand and one foot.

| Table of Monthly Installments Number of Months | Installments per $1,000 of Life Insurance |
|---|---|
| 60 | $17.91 |
| 72 | $15.14 |
| 84 | $13.16 |
| 96 | $11.68 |
| 108 | $10.53 |
| 120 | $ 9.61 |
| 132 | $ 8.86 |
| 144 | $ 6.24 |
| 156 | $ 7.71 |
| 168 | $ 7.26 |
| 180 | $ 6.87 |
| 192 | $ 6.53 |
| 204 | $ 6.23 |
| 216 | $ 5.96 |
| 228 | $ 5.73 |
| 240 | $ 5.51 |

The first installment will be due six months after the disability began if your claim is approved by that date. If the claim is not approved by that date, installments will be due three months after the date it is approved. You may elect to receive monthly payments for a period of no less than 5 years and no more than 20 years. If you die before the full amount has been paid, we will pay the rest in a lump sum to your beneficiary, as set forth under Employee's Death Benefits.

After you have been permanently disabled for 12 months, and while you are so disabled:
- a) No charge will be made for your life insurance premium.
- b) If the policy provides other benefits, you will not be covered for them.
- c) We may require proof of your continued disability at any time but, not more than once a year after the first two years following the date your claim was approved.

This coverage will end when any of these things happen:
a)   after you are no longer disabled.
b)   failure to provide proof that you are disabled.

You may apply for individual life insurance policy.

Monthly installments will be made to you unless you are mentally incapacitated. In this case, we may then pay the monthly installments to your beneficiary, as trustee for you. Two doctors must certify the mental capacity.

LM-8L86 (13814)                                                                                   LINA 0394

JOB STATUS REPORT

```
TIME  : 01/09/2007 14:56
NAME  : CIGNA WAIVER FAX
FAX#  : 412-402-3506
TEL#  :
SER. # : BRO5J1511532
```

```
DATE,TIME              01/09  14:55
FAX NO./NAME           915186756701
DURATION               00:01:41
PAGE(S)                05
RESULT                 OK
MODE                   STANDARD
                       ECM
```

# *Facsimile Transmission Cover Sheet*

**CIGNA** Group Insurance
Life • Accident • Disability

| Transmit to FAX number 510-675-6701 | Date January 9, 2007 | Time | Total number of pages (including this sheet):5 |
|---|---|---|---|

| To | From |
|---|---|
| **Name** Records Release | **Name** Derek Brown |
| **Company** | **Underwriting Company** Life Insurance Company of North America |
| **Phone** 510-675-6700 | **Phone** (412) 402-3352   **Fax** (412) 402-3506 |
| **Address** | **Address** PO Box 22328 Pittsburgh, PA 15222-0328 |

Re: Andy Chan

| **Re:** | **Claimant's Name:** | **Andy Chan** |  |
|---|---|---|---|
| | **Date of Birth:** | ██████-1949 | |
| | **Policy Number:** | **GL-13814** | |
| | **Policyholder:** | **Fujitsu Business Communication** | |
| | **Underwriting Company:** | **Life Insurance Company of North America** | |

Dear Records Release:

We are currently evaluating a benefit claim for the above named patient. In order to help us in our evaluation, we ask that you please provide medical records, consultation reports, operative reports, hospital admission and discharge summaries, test, x-rays, and lab results and therapy notes from **August 2005** to the **present**, to help us in our investigation.

# *Facsimile Transmission Cover Sheet*



**CIGNA** Group Insurance
Life • Accident • Disability

| Transmit to FAX number | Date | Time | Total number of pages |
|---|---|---|---|
| 510-675-6701 | January 9, 2007 | | (including this sheet):5 |

| To | From |
|---|---|
| Name<br>Records Release | Name<br>Derek Brown |
| Company | Underwriting Company<br>Life Insurance Company of North America |
| Phone<br>510-675-6700 | Phone                              Fax<br>(412) 402-3352      (412) 402-3506 |
| Address | Address<br>PO Box 22328<br>Pittsburgh, PA  15222-0328 |

Re: Andy Chan

**Re:** **Claimant's Name:** **Andy Chan**
        **Date of Birth:** ▂▂▂▂-1949                REDACTED
        **Policy Number:** **GL-13814**
        **Policyholder:** **Fujitsu Business Communication**
        **Underwriting Company: Life Insurance Company of North America**

Dear Records Release:

We are currently evaluating a benefit claim for the above named patient. In order to help us in our evaluation, we ask that you please provide medical records, consultation reports, operative reports, hospital admission and discharge summaries, test, x-rays, and lab results and therapy notes from **August 2005** to the **present**, to help us in our investigation.

**This is our final request**. If we do not receive the requested information by **January 21, 2007**, we will render a decision on this claim with the information currently on file.

We will honor a reasonable fee for your services. Please include a tax identification number and a bill.

Sincerely,

*Derek Brown*

Derek Brown

---

*CONFIDENTIALITY NOTICE: If you have received this facsimile in error, please immediately notify the sender by telephone at the number above.  The documents accompanying this facsimile transmission contain confidential information.  This information is intended only for the use of the individual(s) or entity named above.  Thank you for your compliance.*

CIGNA Group Insurance products and services are provided exclusively by underwriting subsidiaries of CIGNA Corporation, including Life Insurance Company of North America, CIGNA Life Insurance Company of New York, and Connecticut General Life Insurance Company "CIGNA" is used to refer to these subsidiaries and is a registered service mark

```
                    ┌─────────────────────┐
                    │  JOB STATUS REPORT  │
                    └─────────────────────┘

                              TIME  : 01/09/2007 14:54
                              NAME  : CIGNA WAIVER FAX
                              FAX#  : 412-402-3506
                              TEL#  :
                              SER.# : BRO5J1511532

    ┌────────────────────────────────────────────────────────┐
    │                                                        │
    │  DATE,TIME            01/09  14:52                      │
    │  FAX NO./NAME         915102483375                      │
    │  DURATION             00:01:42                          │
    │  PAGE(S)              05                                │
    │  RESULT               OK                                │
    │  MODE                 STANDARD                          │
    │                       ECM                              │
    │                                                        │
    └────────────────────────────────────────────────────────┘
```

# *Facsimile Transmission Cover Sheet*



**CIGNA** Group Insurance
Life • Accident • Disability

| Transmit to FAX number 510-248-3375 | Date January 9, 2007 | Time | Total number of pages (including this sheet):5 |
|---|---|---|---|

**To**

**From**

Name
Dr. Bharadhwaj

Name
Derek Brown

Company

Underwriting Company
Life Insurance Company of North America

Phone
510-795-3088

Phone                    Fax
(412) 402-3352    (412) 402-3506

Address

Address
PO Box 22328
Pittsburgh, PA  15222-0328

Re: Andy Chan

**Re:**  **Claimant's Name:**  **Andy Chan**           REDACTED
     **Date of Birth:**  ████████1949
     **Policy Number:**  **GL-13814**
     **Policyholder:**  **Fujitsu Business Communication**
     **Underwriting Company:** **Life Insurance Company of North America**

Dear Dr. Bharadhwaj:

We are currently evaluating a benefit claim for the above named patient. In order to help us in our evaluation, we ask that you please provide medical records, consultation reports, operative reports, hospital admission and discharge summaries, test, x-rays, and lab results and therapy notes from **August 2005** to the **present**, to help us in our investigation. **Also, please complete the** enclosed Physical Abilities Assessment form.

LINA 0397

# *Facsimile Transmission Cover Sheet*



**CIGNA** Group Insurance
Life • Accident • Disability

| Transmit to FAX number<br>510-248-3375 | Date<br>January 9, 2007 | Time | Total number of pages<br>(including this sheet):5 |
|---|---|---|---|

| To | From |
|---|---|

| To | From |
|---|---|
| Name<br>Dr. Bharadhwaj | Name<br>Derek Brown |
| Company | Underwriting Company<br>Life Insurance Company of North America |
| Phone<br>510-795-3088 | Phone<br>(412) 402-3352    Fax    (412) 402-3506 |
| Address | Address<br>PO Box 22328<br>Pittsburgh, PA  15222-0328 |

Re: Andy Chan

**Re:** **Claimant's Name:**    **Andy Chan**    REDACTED
**Date of Birth:**    ████-1949
**Policy Number:**    **GL-13814**
**Policyholder:**    **Fujitsu Business Communication**
**Underwriting Company:** **Life Insurance Company of North America**

Dear Dr. Bharadhwaj:

We are currently evaluating a benefit claim for the above named patient. In order to help us in our evaluation, we ask that you please provide medical records, consultation reports, operative reports, hospital admission and discharge summaries, test, x-rays, and lab results and therapy notes from **August 2005** to the **present**, to help us in our investigation. **Also, please complete the enclosed Physical Abilities Assessment form.**

**This is our final request.** If we do not receive the requested information by **January 21, 2007**, we will render a decision on this claim with the information currently on file.

We will honor a reasonable fee for your services. Please include a tax identification number and a bill.

Sincerely,

*Derek Brown*

Derek Brown

*CONFIDENTIALITY NOTICE: If you have received this facsimile in error, please immediately notify the sender by telephone at the number above. The documents accompanying this facsimile transmission contain confidential information. This information is intended only for the use of the individual(s) or entity named above.  Thank you for your compliance.*

CIGNA Group Insurance products and services are provided exclusively by underwriting subsidiaries of CIGNA Corporation, including Life Insurance Company of North America, CIGNA Life Insurance Company of New York, and Connecticut General Life Insurance Company. "CIGNA" is used to refer to these subsidiaries and is a registered service mark

LINA 0398

*Disability Management Solutions* ℠
*Medical Request Form*

CIGNA Group Insurance
Life • Accident • Disability
Life Insurance Company of North America
Connecticut General Life Insurance Company
CIGNA Life Insurance Company of New York



We are evaluating your patient's disability claim.  Please respond to the following questions.
**Please provide copies of supporting reports, such as office notes/consultations/testing.**
*(Failure to provide the reports may result in delay in the claim determination).*

| Claimant Name: | Date of Birth: |
|---|---|

What is the primary diagnosis responsible for your patient's impairment that - in your opinion - is preventing return to work?

What is the ICD-9 code for the above diagnosis?

What are the specific additional *(medical/non-medical)* factors impacting return to work, if any?

| When did you first treat your patient for this current impairment episode? | Have you treated your patient for this impairment prior to this episode?  ☐ Yes  ☐ No   If yes, when? _____ | Date of last visit: | When is your patient's next office visit? |
|---|---|---|---|

Does treatment plan for this impairment episode include any of the following?  *(Please list as appropriate and provide supporting documentation)*

☐ Physical Therapy: _____
☐ Surgery: _____
☐ Specialty Referral: _____

☐ Electrodiagnostic Studies: _____
☐ Imaging Studies: _____
☐ Other: _____

Please list all current medications that are related to this impairment or impact return to work:  *(Please include dosage and frequency)*

What are the specific restrictions that you have placed on your patient?

At Work:

At Home  *(Activities of Daily Living)*:

Could your patient return to work at this time if accommodations were made for the listed restrictions?  ☐ Yes   ☐ No

If no, why not?

If no, based on your experience, what is your best estimate of when your patient can return to work?
With Restrictions: _____     Without Restrictions: _____

| Physician Name  *(Please Print)*: | Degree & Specialty: |
|---|---|

Address:  *(Street, City, State, Zip Code)*

| Telephone Number:  (    ) | Federal Tax ID #: |
|---|---|
| Physician Signature: | Date: |

618136  5-03

## PHYSICAL ABILITY ASSESSMENT

We are evaluating your patient's disability claim in order to determine functional impairment Please check the boxes corresponding to the patient's level of physical functioning.  **Please substantiate your findings with medical documentation.  (Failure to provide the requested reports/data may result in delay in claim determinations).**

Patient Name_____ Date of Birth_____

Diagnosis(es)/ICD-9 Code_____

***Throughout*** an 8-hour workday, the patient can tolerate, ***with positional changes and meal breaks***, the following activities for the specified durations:

| | | Not applicable to diagnosis(es) | Continuously (67-100%) (5.5 + hrs) | Frequently (34-66%) (2.5 - 5.5 hrs) | Occasionally (1-33%) (<2.5 hrs) | Check if supported by objective findings |
|---|---|---|---|---|---|---|
| **Sitting:** | | | | | | |
| **Standing:** | | | | | | |
| **Walking:** | | | | | | |
| **Reaching:** | Overhead | | | | | |
| | Desk Level | | | | | |
| | Below Waist | | | | | |
| **Fine Manipulation:** | Right: | | | | | |
| | Left: | | | | | |
| **Simple Grasp:** | Right: | | | | | |
| | Left: | | | | | |
| **Firm Grasp:** | Right: | | | | | |
| | Left: | | | | | |
| **Lifting:** | 10 lbs. | | | | | |
| | 11-20 lbs. | | | | | |
| | 21-50 lbs. | | | | | |
| | 51-100 lbs. | | | | | |
| | 100+ lbs. | | | | | |
| **Carrying:** | 10 lbs. | | | | | |
| | 11-20 lbs. | | | | | |
| | 21-50 lbs. | | | | | |
| | 51-100 lbs | | | | | |
| | 100+ lbs. | | | | | |

|  | Not applicable to diagnosis(es) | Continuously (67-100%) (5.5 + hrs) | Frequently (34-66%) (2.5 - 5.5 hrs) | Occasionally (1-33%) (<2.5 hrs) | Check if supported by objective findings |
|---|---|---|---|---|---|
| **Pushing:** (Max. Wt.:_____) |  |  |  |  |  |
| **Pulling:** (Max. Wt.:_____) |  |  |  |  |  |
| **Climbing:** Regular Stairs |  |  |  |  |  |
| Regular Ladders |  |  |  |  |  |
| **Balancing:** |  |  |  |  |  |
| **Stooping:** |  |  |  |  |  |
| **Kneeling:** |  |  |  |  |  |
| **Crouching:** |  |  |  |  |  |
| **Crawling:** |  |  |  |  |  |
| **Seeing:** |  |  |  |  |  |
| **Hearing:** |  |  |  |  |  |
| **Smell/Taste:** |  |  |  |  |  |
| **Environmental Conditions:** |  |  |  |  |  |
| Exposure to extremes in heat |  |  |  |  |  |
| Exposure to extremes in cold |  |  |  |  |  |
| Exposure to wet / humid conditions |  |  |  |  |  |
| Exposure to vibration |  |  |  |  |  |
| Exposure to odors / fumes / particles |  |  |  |  |  |
| Can work around machinery |  |  |  |  |  |
| **Ability to work extended shifts/ overtime:** |  |  |  |  |  |
| **Use lower extremities for foot controls:** |  |  |  |  |  |

*Please use this space to elaborate on ANY of the above categories:*

_____
_____
_____
_____

**Name:** _____    **Signature:** _____
Medical Specialty: _____    Date: _____
Address: _____    Phone: _____
Federal ID tax number:_____

**Please include any objective test or narrative if available.**
**Thank you for your time.**
**Please return this form in the enclosed addressed envelope.**

LINA 0401

JOB STATUS REPORT

```
TIME  : 12/01/2006 15:04
NAME  : CIGNA WAIVER FAX
FAX#  : 412-402-3506
TEL#  :
SER.# : BRO5J1511532
```

```
DATE,TIME          12/01  15:03
FAX NO./NAME       915106756701
DURATION           00:01:42
PAGE(S)            05
RESULT             OK
MODE               STANDARD
                   ECM
```

## *Facsimile Transmission Cover Sheet*



**CIGNA** Group Insurance
Life • Accident • Disability

| Transmit to FAX number | Date | Time | Total number of pages |
|---|---|---|---|
| 510-675-6701 | December 1, 2006 | | (including this sheet):5 |

| To | From |
|---|---|

| Name | Name |
|---|---|
| Dr. Records Release | Derek Brown |

| Company | Underwriting Company |
|---|---|
| | Life Insurance Company of North America |

| Phone | Phone | Fax |
|---|---|---|
| 510-675-6700 | (412) 402-3352 | (412) 402-3506 |

| Address | Address |
|---|---|
| | PO Box 22328 |
| | Pittsburgh, PA  15222-0328 |

Re: Andy Chan

**Re:**  **Claimant's Name:**  **Andy Chan**          REDACTED
**Date of Birth:**  ▆▆▆-1949
**Policy Number:**  **GL-13814**
**Policyholder:**  **Fujitsu Business Communication**
**Underwriting Company: Life Insurance Company of North America**

Dear Dr. Records Release:

We are currently evaluating a benefit claim for the above named patient. In order to help us in our evaluation, we ask that you please provide medical records, consultation reports, operative reports, hospital admission and discharge summaries, test, x-rays, and lab results and therapy notes from **August 2005** to the **present,** to help us in our investigation. **Also, please complete the enclosed Physical Abilities Assessment form.**

LINA 0402

# *Facsimile Transmission Cover Sheet*



**CIGNA** Group Insurance
Life • Accident • Disability

| Transmit to FAX number<br>510-675-6701 | Date<br>December 1, 2006 | Time | Total number of pages<br>(including this sheet):5 |
|---|---|---|---|

| To | From |
|---|---|

| Name<br>Dr. Records Release | Name<br>Derek Brown |
|---|---|
| Company | Underwriting Company<br>Life Insurance Company of North America |
| Phone<br>510-675-6700 | Phone<br>(412) 402-3352     Fax<br>(412) 402-3506 |
| Address | Address<br>PO Box 22328<br>Pittsburgh, PA  15222-0328 |

Re: Andy Chan

**Re:  Claimant's Name:        Andy Chan**
**Date of Birth:              ▇▇▇-1949        REDACTED**
**Policy Number:             GL-13814**
**Policyholder:              Fujitsu Business Communication**
**Underwriting Company: Life Insurance Company of North America**

Dear Dr. Records Release:

We are currently evaluating a benefit claim for the above named patient. In order to help us in our evaluation, we ask that you please provide medical records, consultation reports, operative reports, hospital admission and discharge summaries, test, x-rays, and lab results and therapy notes from **August 2005** to the **present**, to help us in our investigation. **Also, please complete the enclosed Physical Abilities Assessment form.**

In order to prevent any delay in the processing of your patient's claim, we would greatly appreciate your response by **December 14, 2006.**

We will honor a reasonable fee for your services. Please include a tax identification number and a bill.

Sincerely,

*Derek Brown*

Derek Brown

*CONFIDENTIALITY NOTICE: If you have received this facsimile in error, please immediately notify the sender by telephone at the number above. The documents accompanying this facsimile transmission contain confidential information. This information is intended only for the use of the individual(s) or entity named above. Thank you for your compliance.*

CIGNA Group Insurance products and services are provided exclusively by underwriting subsidiaries of CIGNA Corporation, including Life Insurance Company of North America, CIGNA Life Insurance Company of New York, and Connecticut General Life Insurance Company. "CIGNA" is used to refer to these subsidiaries and is a registered service mark.

# *Disability Management Solutions*™
# *Medical Request Form*

**CIGNA Group Insurance**
Life • Accident • Disability

Life Insurance Company of North America
Connecticut General Life Insurance Company
CIGNA Life Insurance Company of New York



**CIGNA**

We are evaluating your patient's disability claim.  Please respond to the following questions.
**Please provide copies of supporting reports, such as office notes/consultations/testing.**
*(Failure to provide the reports may result in delay in the claim determination).*

| Claimant Name: | Date of Birth: |
|---|---|

What is the primary diagnosis responsible for your patient's impairment that - in your opinion - is preventing return to work?

What is the ICD-9 code for the above diagnosis?

What are the specific additional *(medical/non-medical)* factors impacting return to work, if any?

| When did you first treat your patient for this current impairment episode? | Have you treated your patient for this impairment prior to this episode? ☐ Yes  ☐ No   If yes, when? _____ | Date of last visit: | When is your patient's next office visit? |
|---|---|---|---|

Does treatment plan for this impairment episode include any of the following?  *(Please list as appropriate and provide supporting documentation)*

☐ Physical Therapy: _____          ☐ Electrodiagnostic Studies: _____

☐ Surgery: _____          ☐ Imaging Studies: _____

☐ Specialty Referral: _____          ☐ Other: _____

Please list all current medications that are related to this impairment or impact return to work   *(Please include dosage and frequency)*

What are the specific restrictions that you have placed on your patient?

At Work:

At Home  *(Activities of Daily Living)*:

Could your patient return to work at this time if accommodations were made for the listed restrictions?      ☐ Yes      ☐ No

If no, why not?

If no, based on your experience, what is your best estimate of when your patient can return to work?
With Restrictions: _____          Without Restrictions: _____

| Physician Name  *(Please Print)*: | Degree & Specialty: |
|---|---|
| Address.  *(Street, City, State, Zip Code)* | |
| Telephone Number: (     ) | Federal Tax ID #: |
| Physician Signature: | Date: |

618136  5-03

LINA 0404

# PHYSICAL ABILITY ASSESSMENT

We are evaluating your patient's disability claim in order to determine functional impairment Please check the boxes corresponding to the patient's level of physical functioning. **Please substantiate your findings with medical documentation. (Failure to provide the requested reports/data may result in delay in claim determinations).**

Patient Name_____ Date of Birth_____

Diagnosis(es)/ICD-9 Code_____

*Throughout* an 8-hour workday, the patient can tolerate, *with positional changes and meal breaks*, the following activities for the specified durations:

| | | Not applicable to diagnosis(es) | Continuously (67-100%) (5.5 + hrs) | Frequently (34-66%) (2.5 - 5.5 hrs) | Occasionally (1-33%) (<2.5 hrs) | Check if supported by objective findings |
|---|---|---|---|---|---|---|
| **Sitting:** | | | | | | |
| **Standing:** | | | | | | |
| **Walking:** | | | | | | |
| **Reaching:** | Overhead | | | | | |
| | Desk Level | | | | | |
| | Below Waist | | | | | |
| **Fine Manipulation:** | Right: | | | | | |
| | Left: | | | | | |
| **Simple Grasp:** | Right: | | | | | |
| | Left: | | | | | |
| **Firm Grasp:** | Right: | | | | | |
| | Left: | | | | | |
| **Lifting:** | 10 lbs. | | | | | |
| | 11-20 lbs. | | | | | |
| | 21-50 lbs. | | | | | |
| | 51-100 lbs. | | | | | |
| | 100+ lbs. | | | | | |
| **Carrying:** | 10 lbs. | | | | | |
| | 11-20 lbs. | | | | | |
| | 21-50 lbs. | | | | | |
| | 51-100 lbs | | | | | |
| | 100+ lbs. | | | | | |

LINA 0405

|  | Not applicable to diagnosis(es) | Continuously (67-100%) (5.5 + hrs) | Frequently (34-66%) (2.5 - 5.5 hrs) | Occasionally (1-33%) (<2.5 hrs) | Check if supported by objective findings |
|---|---|---|---|---|---|
| **Pushing:** (Max. Wt.:_____) | | | | | |
| **Pulling:** (Max. Wt.:_____) | | | | | |
| **Climbing:** Regular Stairs | | | | | |
| Regular Ladders | | | | | |
| **Balancing:** | | | | | |
| **Stooping:** | | | | | |
| **Kneeling:** | | | | | |
| **Crouching:** | | | | | |
| **Crawling:** | | | | | |
| **Seeing:** | | | | | |
| **Hearing:** | | | | | |
| **Smell/Taste:** | | | | | |
| **Environmental Conditions:** | | | | | |
| Exposure to extremes in heat | | | | | |
| Exposure to extremes in cold | | | | | |
| Exposure to wet / humid conditions | | | | | |
| Exposure to vibration | | | | | |
| Exposure to odors / fumes / particles | | | | | |
| Can work around machinery | | | | | |
| **Ability to work extended shifts/ overtime:** | | | | | |
| **Use lower extremities for foot controls:** | | | | | |

*Please use this space to elaborate on ANY of the above categories:*

_____
_____
_____
_____

**Name:** _____  **Signature:** _____
Medical Specialty: _____  Date: _____
Address: _____  Phone: _____
Federal ID tax number: _____

**Please include any objective test or narrative if available.**
**Thank you for your time.**

**Please return this form in the enclosed addressed envelope.**

LINA 0406

```
                    ┌─────────────────────┐
                    │  JOB STATUS REPORT  │
                    └─────────────────────┘

                                    TIME : 12/01/2006 11:23
                                    NAME : CIGNA WAIVER FAX
                                    FAX# : 412-402-3506
                                    TEL# :
                                    SER.# : BR05J1511532


        DATE,TIME                   12/01  11:22
        FAX NO./NAME                915102483375
        DURATION                    00:01:43
        PAGE(S)                     05
        RESULT                      OK
        MODE                        STANDARD
                                    ECM
```

# *Facsimile Transmission Cover Sheet*

**CIGNA** Group Insurance
Life • Accident • Disability

| Transmit to FAX number 510-248-3375 | Date December 1, 2006 | Time | Total number of pages (including this sheet):5 |
|---|---|---|---|

| To | From |
|---|---|
| **Name** Dr. Bharadhwaj | **Name** Derek Brown |
| **Company** | **Underwriting Company** Life Insurance Company of North America |
| **Phone** 510-795-3088 | **Phone** (412) 402-3352    **Fax** (412) 402-3506 |
| **Address** | **Address** PO Box 22328 Pittsburgh, PA  15222-0328 |

Re: Andy Chan

**Re:**  **Claimant's Name:**     **Andy Chan**          REDACTED
**Date of Birth:**       ██████-1949
**Policy Number:**       **GL-13814**
**Policyholder:**        **Fujitsu Business Communication**
**Underwriting Company: Life Insurance Company of North America**

Dear Dr. Bharadhwaj:

We are currently evaluating a benefit claim for the above named patient. In order to help us in our evaluation, we ask that you please provide medical records, consultation reports, operative reports, hospital admission and discharge summaries, test, x-rays, and lab results and therapy notes from **August 2005** to the **present**, to help us in our investigation. **Also, please complete the enclosed Physical Abilities Assessment form.**

LINA 0407

# *Facsimile Transmission Cover Sheet*



**CIGNA** Group Insurance
Life • Accident • Disability

| Transmit to FAX number 510-248-3375 | Date December 1, 2006 | Time | Total number of pages (including this sheet):5 |
|---|---|---|---|

| To | From |
|---|---|

| Name Dr. Bharadhwaj | Name Derek Brown |
|---|---|
| Company | Underwriting Company Life Insurance Company of North America |
| Phone 510-795-3088 | Phone (412) 402-3352    Fax (412) 402-3506 |
| Address | Address PO Box 22328 Pittsburgh, PA  15222-0328 |

Re: Andy Chan

**Re:**  **Claimant's Name:**      **Andy Chan**         REDACTED
        **Date of Birth:**         ████-1949
        **Policy Number:**         **GL-13814**
        **Policyholder:**          **Fujitsu Business Communication**
        **Underwriting Company: Life Insurance Company of North America**

Dear Dr. Bharadhwaj:

We are currently evaluating a benefit claim for the above named patient. In order to help us in our evaluation, we ask that you please provide medical records, consultation reports, operative reports, hospital admission and discharge summaries, test, x-rays, and lab results and therapy notes from **August 2005** to the **present**, to help us in our investigation. **Also, please complete the enclosed Physical Abilities Assessment form.**

In order to prevent any delay in the processing of your patient's claim, we would greatly appreciate your response by **December 14, 2006.**

We will honor a reasonable fee for your services. Please include a tax identification number and a bill.

Sincerely,

*Derek Brown*

Derek Brown

*CONFIDENTIALITY NOTICE: If you have received this facsimile in error, please immediately notify the sender by telephone at the number above. The documents accompanying this facsimile transmission contain confidential information. This information is intended only for the use of the individual(s) or entity named above. Thank you for your compliance.*

CIGNA Group Insurance products and services are provided exclusively by underwriting subsidiaries of CIGNA Corporation, including Life Insurance Company of North America, CIGNA Life Insurance Company of New York, and Connecticut General Life Insurance Company. "CIGNA" is used to refer to these subsidiaries and is a registered service mark

*Disability Management Solutions*<sup>SM</sup>
*Medical Request Form*

**CIGNA Group Insurance**
Life • Accident • Disability
Life Insurance Company of North America
Connecticut General Life Insurance Company
CIGNA Life Insurance Company of New York


CIGNA

We are evaluating your patient's disability claim.  Please respond to the following questions.
**Please provide copies of supporting reports, such as office notes/consultations/testing.**
*(Failure to provide the reports may result in delay in the claim determination).*

| Claimant Name: | Date of Birth: |
| --- | --- |

What is the primary diagnosis responsible for your patient's impairment that - in your opinion - is preventing return to work?

What is the ICD-9 code for the above diagnosis?

What are the specific additional *(medical/non-medical)* factors impacting return to work, if any?

| When did you first treat your patient for this current impairment episode? | Have you treated your patient for this impairment prior to this episode? ☐ Yes  ☐ No  If yes, when? _____ | Date of last visit: | When is your patient's next office visit? |
| --- | --- | --- | --- |

Does treatment plan for this impairment episode include any of the following?  *(Please list as appropriate and provide supporting documentation)*

☐ Physical Therapy: _____
☐ Surgery: _____
☐ Specialty Referral: _____
☐ Electrodiagnostic Studies: _____
☐ Imaging Studies: _____
☐ Other _____

Please list all current medications that are related to this impairment or impact return to work.  *(Please include dosage and frequency)*

What are the specific restrictions that you have placed on your patient?

At Work:

At Home  *(Activities of Daily Living)*:

Could your patient return to work at this time if accommodations were made for the listed restrictions?  ☐ Yes  ☐ No

If no, why not?

If no, based on your experience, what is your best estimate of when your patient can return to work?
With Restrictions: _____    Without Restrictions: _____

| Physician Name *(Please Print)*: | Degree & Specialty: |
| --- | --- |
| Address: *(Street, City, State, Zip Code)* | |
| Telephone Number: (    ) | Federal Tax ID #: |
| Physician Signature: | Date: |

618136  5-03

## PHYSICAL ABILITY ASSESSMENT

We are evaluating your patient's disability claim in order to determine functional impairment Please check the boxes corresponding to the patient's level of physical functioning.  **Please substantiate your findings with medical documentation.  (Failure to provide the requested reports/data may result in delay in claim determinations).**

Patient Name_____ Date of Birth_____
Diagnosis(es)/ICD-9 Code_____

*Throughout* an 8-hour workday, the patient can tolerate, *with positional changes and meal breaks*, the following activities for the specified durations:

| | | Not applicable to diagnosis(es) | Continuously (67-100%) (5.5 + hrs) | Frequently (34-66%) (2.5 - 5.5 hrs) | Occasionally (1-33%) (<2.5 hrs) | Check if supported by objective findings |
|---|---|---|---|---|---|---|
| **Sitting:** | | | | | | |
| **Standing:** | | | | | | |
| **Walking:** | | | | | | |
| **Reaching:** | Overhead | | | | | |
| | Desk Level | | | | | |
| | Below Waist | | | | | |
| **Fine Manipulation:** | Right: | | | | | |
| | Left: | | | | | |
| **Simple Grasp:** | Right: | | | | | |
| | Left: | | | | | |
| **Firm Grasp:** | Right: | | | | | |
| | Left: | | | | | |
| **Lifting:** | 10 lbs. | | | | | |
| | 11-20 lbs. | | | | | |
| | 21-50 lbs. | | | | | |
| | 51-100 lbs. | | | | | |
| | 100+ lbs. | | | | | |
| **Carrying:** | 10 lbs. | | | | | |
| | 11-20 lbs. | | | | | |
| | 21-50 lbs. | | | | | |
| | 51-100 lbs | | | | | |
| | 100+ lbs. | | | | | |

| | Not applicable to diagnosis(es) | Continuously (67-100%) (5.5 + hrs) | Frequently (34-66%) (2.5 - 5.5 hrs) | Occasionally (1-33%) (<2.5 hrs) | Check if supported by objective findings |
|---|---|---|---|---|---|
| **Pushing:**  (Max. Wt.:_____) | | | | | |
| **Pulling:**  (Max. Wt.:_____) | | | | | |
| **Climbing:**     Regular Stairs | | | | | |
| Regular Ladders | | | | | |
| **Balancing:** | | | | | |
| **Stooping:** | | | | | |
| **Kneeling:** | | | | | |
| **Crouching:** | | | | | |
| **Crawling:** | | | | | |
| **Seeing:** | | | | | |
| **Hearing:** | | | | | |
| **Smell/Taste:** | | | | | |
| **Environmental Conditions:** | | | | | |
| Exposure to extremes in heat | | | | | |
| Exposure to extremes in cold | | | | | |
| Exposure to wet / humid conditions | | | | | |
| Exposure to vibration | | | | | |
| Exposure to odors / fumes / particles | | | | | |
| Can work around machinery | | | | | |
| **Ability to work extended shifts/ overtime:** | | | | | |
| **Use lower extremities for foot controls:** | | | | | |

*Please use this space to elaborate on ANY of the above categories:*

_____
_____
_____
_____

**Name:** _____      **Signature:** _____
Medical Specialty: _____    Date: _____
Address: _____    Phone: _____
Federal ID tax number: _____

**Please include any objective test or narrative if available.**
**Thank you for your time.**
Please return this form in the enclosed addressed envelope.

LINA 0411

```
┌─────────────────────────┐
│   JOB STATUS REPORT     │
└─────────────────────────┘

                              TIME : 10/05/2006 14:13
                              NAME : CIGNA GUL FAX
                              FAX# : 412-402-3501
                              TEL# :
                              SER. # : BR05J1511598


┌──────────────────────────────────────────────────────────────┐
│                                                                │
│   DATE,TIME              10/05  14:11                          │
│   FAX NO./NAME           91-5102483375                         │
│   DURATION               00:01:31                             │
│   PAGE(S)                05                                    │
│   RESULT                 OK                                    │
│   MODE                   STANDARD                             │
│                          ECM                                   │
│                                                                │
└──────────────────────────────────────────────────────────────┘
```

**Derek Brown**
**Waiver Claim Specialist**
**Life and Accident Claim Services**

**CIGNA** Group Insurance
Life · Accident · Disability

# FAX TRANSMISSION

October 5, 2006

Routing P250
P. O. Box 22326
Pittsburgh, PA 15222-0326
Telephone 1-800-238-2125
Facsimile 412.402.3506

To Fax No. 510.248.3375    No. of Pages: 5

Sent By:    Derek Brown

Attention:    Dr. Bharadhwaj:

RE:   Claimant's Name:        Andy Chan          REDACTED
      Date of Birth:          ▉▉/1949
      Policy Number:          GL 13814
      Policyholder:           Fuji Buisness
      Underwriting Company:   Life Insurance Company of North America

Dear Dr. Bharadhwaj:

We are currently evaluating a benefit claim for the above-named patient.  In order to help us
in our evaluation, please provide office notes and test results from August 2005 to present.

      **\*If there is a fee associated with this request, please forward a
      bill including your Tax Identification Number.  If this fee
      should exceed $50.00, please contact our office in advance for
      authorization.**

LINA 0412

Derek Brown
Waiver Claim Specialist
Life and Accident Claim Services



**CIGNA** Group Insurance
Life · Accident · Disability

# FAX TRANSMISSION

October 5, 2006

Routing P250
P. O. Box 22326
Pittsburgh, PA 15222-0326
Telephone 1-800-238-2125
Facsimile 412.402.3506

To Fax No.  510.248.3375     No. of Pages: 5

Sent By:     Derek Brown

Attention:   Dr. Bharadhwaj:

RE:   **Claimant's Name:**        **Andy Chan**          `REDACTED`
      **Date of Birth:**          ●/1949
      **Policy Number:**          **GL 13814**
      **Policyholder:**           **Fuji Buisness**
      **Underwriting Company:**   **Life Insurance Company of North America**

Dear Dr. Bharadhwaj:

We are currently evaluating a benefit claim for the above-named patient. In order to help us in our evaluation, please provide office notes and test results from August 2005 to present.

> ***If there is a fee associated with this request, please forward a
> bill including your Tax Identification Number. If this fee
> should exceed $50.00, please contact our office in advance for
> authorization.**

In order to prevent any delay in the processing of your patient's claim, we would appreciate your response by November 7, 2006. I have enclosed the patient's authorization to release.

Also, please complete the enclosed Physical Abilities Assessment form.

Thank you in advance for your time and assistance in this matter. Should you have any questions, please feel free to contact our office.

Sincerely,

*Derek Brown*

Derek Brown♒
Waiver Claim Specialist

**LINA 0413**

*CONFIDENTIALITY NOTICE: If you have received this facsimile in error, please immediately notify the sender by telephone at
the number above. The documents accompanying this facsimile transmission contain confidential information. This
information is intended only for the use of the individual(s) or entity named above. Thank you for your compliance.*

CIGNA Group Insurance products and services are provided exclusively by underwriting subsidiaries of CIGNA Corporation, including Life Insurance Company of
North America, CIGNA Life Insurance Company of New York, and Connecticut General Life Insurance Company. "CIGNA" is used to refer to these subsidiaries
and is a registered service mark.

*Disability Management Solutions* ℠
*Medical Request Form*

**CIGNA Group Insurance**
Life • Accident • Disability
Life Insurance Company of North America
Connecticut General Life Insurance Company
CIGNA Life Insurance Company of New York



**CIGNA**

We are evaluating your patient's disability claim.  Please respond to the following questions.
**Please provide copies of supporting reports, such as office notes/consultations/testing.**
*(Failure to provide the reports may result in delay in the claim determination).*

Claimant Name: _____   Date of Birth: _____

What is the primary diagnosis responsible for your patient's impairment that - in your opinion - is preventing return to work?




What is the ICD-9 code for the above diagnosis?

What are the specific additional *(medical/non-medical)* factors impacting return to work, if any?



| When did you first treat your patient for this current impairment episode? | Have you treated your patient for this impairment prior to this episode? ☐ Yes  ☐ No   If yes, when? _____ | Date of last visit: | When is your patient's next office visit? |
|---|---|---|---|

Does treatment plan for this impairment episode include any of the following?  *(Please list as appropriate and provide supporting documentation)*

☐ Physical Therapy: _____    ☐ Electrodiagnostic Studies: _____
☐ Surgery: _____    ☐ Imaging Studies: _____
☐ Specialty Referral: _____    ☐ Other: _____

Please list all current medications that are related to this impairment or impact return to work:  *(Please include dosage and frequency)*




What are the specific restrictions that you have placed on your patient?

At Work:


At Home  *(Activities of Daily Living)*:


Could your patient return to work at this time if accommodations were made for the listed restrictions?   ☐ Yes    ☐ No
If no, why not?


If no, based on your experience, what is your best estimate of when your patient can return to work?
With Restrictions: _____    Without Restrictions: _____

| Physician Name  *(Please Print)*: | Degree & Specialty: |
|---|---|

Address: *(Street, City, State, Zip Code)*

| Telephone Number: ( ) | Federal Tax ID #: |
|---|---|
| Physician Signature: | Date: |

LINA 0414

*Physical Ability Assessment Form*

CIGNA Group Insurance
Life • Accident • Disability
Life Insurance Company of North America
Connecticut General Life Insurance Company
CIGNA Life Insurance Company of New York



CIGNA

We are evaluating your patient's disability claim in order to determine functional impairment. Please check the boxes corresponding to the patient's level of physical functioning. **Please substantiate your findings with medical documentation. (Failure to provide the requested reports / data may result in delay in claim determinations).**

Patient Name _____  Date of Birth _____

Diagnosis(es)/ICD-9 Code _____

*Throughout* an 8-hour workday, the patient can tolerate, *with positional changes and meal breaks,* the following activities for the specific durations:

| | | Not applicable to diagnosis(es) | Continuously (67-100%) (5.5 + hrs) | Frequently (34-66%) (2.5 - 5.5 hrs) | Occasionally (1-33%) (<2.5 hrs) | Check if supported by objective findings |
|---|---|---|---|---|---|---|
| **Sitting:** | | | | | | |
| **Standing:** | | | | | | |
| **Walking:** | | | | | | |
| **Reaching:** | Overhead | | | | | |
| | Desk Level | | | | | |
| | Below Waist | | | | | |
| **Fine Manipulation:** | Right: | | | | | |
| | Left: | | | | | |
| **Simple Grasp:** | Right: | | | | | |
| | Left: | | | | | |
| **Firm Grasp:** | Right: | | | | | |
| | Left: | | | | | |
| **Lifting:** | 10 lbs. | | | | | |
| | 11-20 lbs. | | | | | |
| | 21-50 lbs. | | | | | |
| | 51-100 lbs. | | | | | |
| | 100+ lbs. | | | | | |
| **Carrying:** | 10 lbs. | | | | | |
| | 11-20 lbs. | | | | | |
| | 21-50 lbs. | | | | | |
| | 51-100 lbs. | | | | | |
| | 100+ lbs. | | | | | |

591287c  05/2005

LINA 0415

|  | Not applicable to diagnosis(es) | Continuously (67-100%) (5.5 + hrs) | Frequently (34-66%) (2.5 - 5.5 hrs) | Occasionally (1-33%) (<2.5 hrs) | Check if supported by objective findings |
|---|---|---|---|---|---|
| Pushing:    (Max. Wt.: _____ ) | | | | | |
| Pulling:    (Max. Wt.: _____ ) | | | | | |
| Climbing:    Regular Stairs | | | | | |
|              Regular Ladders | | | | | |
| Balancing: | | | | | |
| Stooping: | | | | | |
| Kneeling: | | | | | |
| Crouching: | | | | | |
| Crawling: | | | | | |
| Seeing: | | | | | |
| Hearing: | | | | | |
| Smell/Taste: | | | | | |
| Environmental Conditions:    Exposure to extremes in heat | | | | | |
|    Exposure to extremes in cold | | | | | |
|    Exposure to wet / humid conditions | | | | | |
|    Exposure to vibration | | | | | |
|    Exposure to odors / fumes / particles | | | | | |
|    Can work around machinery | | | | | |
| Ability to work extended shifts / overtime: | | | | | |
| Use lower extremities for foot controls: | | | | | |

*Please use this space to elaborate on ANY of the above categories:*

_____

_____

_____

Name: _____    Signature: _____

Medical Specialty: _____    Date: _____

Address: _____    Phone: _____

Federal ID tax number: _____

## Please include any objective test or narrative if available.
## Thank you for your time.

**Please return this form in the enclosed addressed envelope.**

LINA 0416

# Telephone Log

Date In: _____ /Out _~~IO/>IO~~

Time In: _____ /Out 1:450

Date Received from ST: _____

☐ Incoming From: _____

  ☐ Returning prior GLAD call   Phone # 5107437757

☑ Outgoing To: Dr. Lisker

☐ At Group

☐ Claimant

☐ Other (See MATTER DISCUSSED)

**CALLED IN REFERENCE TO:**

Name of Claimant: Amy Chan

Name of Policyholder: _____

Claim/SS #: ███████████

Policy #: _____

REDACTED

**CALL TYPE:**

☐ Status Inquiry    ☐ Clarification of Prior Letter    ☐ Appeal

☐ Request for Info    ☐ Past Due Benefit    ☐ Concern
(Where is check?)

**CALL REFERRED TO:**    ☐ None - Completed    ☐ BA    ☐ SM

   ☐ Call Back    ☐ TC    ☐ Other (See MATTER DISCUSSED)

**MATTER DISCUSSED:** # was transfered to 5106756200

0=1:46p  5106756200
l/m re: fax #

LINA 0417

**S. HAJBURA**
Initials: _____

543356  4-95

*Telephone Log*

Date In: _____ /Out _____

Time In: _____ /Out 11:20

Date Received from ST: _____

☐ Incoming From: _____    ☐ At Group
   ☐ Returning prior GLAD call   Phone # 510 248-3788    ☐ Claimant
☑ Outgoing To: Dr. Bradwox    ☐ Other (See MATTER DISCUSSED)

**CALLED IN REFERENCE TO:**

Name of Claimant: Amy Chan    Claim/SS #: ▉▉▉▉▉▉

Name of Policyholder: _____    Policy #: _____

REDACTED

**CALL TYPE:**   ☐ Status Inquiry   ☐ Clarification of Prior Letter   ☐ Appeal
     ☐ Request for Info   ☐ Past Due Benefit   ☐ Concern
                (Where is check?)

**CALL REFERRED TO:**   ☐ None - Completed   ☐ BA   ☐ SM
       ☐ Call Back   ☐ TC   ☐ Other (See MATTER DISCUSSED)

**MATTER DISCUSSED:** Fax. 510 248-3375
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

S. HAJBURA
Initials: _____

842356 4-95

*Telephone Log*

Date In: _____ /Out _____

Time In: _____ /Out _____

Date Received from ST: _____

☑ Incoming From: *Amy Cren*

☐ Returning prior GLAD call    Phone # _____

☐ Outgoing To: _____

☐ At Group

☐ Claimant

☐ Other (See MATTER DISCUSSED)

**CALLED IN REFERENCE TO:**

Name of Claimant: _____          Claim/SS #: ▓▓▓▓▓

Name of Policyholder: _____          Policy #: _____

**CALL TYPE:**          REDACTED

☐ Status Inquiry          ☐ Clarification of Prior Letter          ☐ Appeal

☐ Request for Info          ☐ Past Due Benefit (Where is check?)          ☐ Concern

**CALL REFERRED TO:**

☐ None - Completed          ☐ BA          ☐ SM

☐ Call Back          ☐ TC          ☐ Other (See MATTER DISCUSSED)

MATTER DISCUSSED: *Dr Bharadhwaj T 50 248 088*

*Dr. Lisker T SC 742769*

LINA 0419

**S. HAJBURA**
Initials: _____

543356  4-95

*Telephone Log*

Date In: _____ /Out 10/4/00

Time In: _____ /Out 4:38P

Date Received from ST: _____

☐ Incoming From: _____        ☐ At Group

    ☐ Returning prior GLAD call   Phone # 5073 4708        ☐ Claimant

☑ Outgoing To: Amy Chan _____        ☐ Other (See MATTER DISCUSSED)

**CALLED IN REFERENCE TO:**

Name of Claimant: _____    Claim/SS #: ▮▮▮▮▮▮

Name of Policyholder: _____    Policy #: _____

**CALL TYPE:**   ☐ Status Inquiry   ☐ Clarification of Prior Letter   ☐ Appeal

    ☐ Request for Info   ☐ Past Due Benefit (Where is check?)   ☐ Concern

*REDACTED*

**CALL REFERRED TO:**   ☐ None - Completed   ☐ BA   ☐ SM

    ☐ Call Back   ☐ TC   ☐ Other (See MATTER DISCUSSED)

MATTER DISCUSSED: Hm re: telephone #'s for cli's listed on cq

what is next step?

Joel

LINA 0420

**S. HAJBURA**
Initials: _____

543356  4-95

*Telephone Log*

Date In: _____ /Out _____

Time In: _____ /Out _____

Date Received from ST: _____

☐ Incoming From: _____
  ☐ Returning prior GLAD call   Phone # _____
☑ Outgoing To: _____

☐ At Group
☑ Claimant
☐ Other (See MATTER DISCUSSED)

**CALLED IN REFERENCE TO:**

Name of Claimant: _____     Claim/SS #: _____

Name of Policyholder: _____     Policy #: _____

**CALL TYPE:**

☐ Status Inquiry        ☐ Clarification of Prior Letter    ☐ Appeal       *REDACTED*
☐ Request for Info      ☐ Past Due Benefit                 ☐ Concern
                           (Where is check?)

**CALL REFERRED TO:**

☐ None - Completed      ☐ BA       ☐ SM
☐ Call Back             ☐ TC       ☐ Other (See MATTER DISCUSSED)

**MATTER DISCUSSED:** _____
_____

LINA 0421

**S. HAJBURA**
Initials: _____

**FOREWORD**

Life insurance provides individuals and their families with financial protection. The group term life insurance described in this booklet will help secure your family's financial security in the event of your death.

The need for life insurance protection depends on individual circumstances and financial situations. This valuable coverage should add an extra dimension to your personal insurance portfolio.

In an effort to make your benefit program comprehensive and responsive to your needs, your employer is providing this coverage to you at no cost.

i

**LINA 0422**

LIFE INSURANCE COMPANY OF NORTH AMERICA  
1600 ARCH STREET, PHILADELPHIA, PA  19101  
A STOCK INSURANCE COMPANY

GROUP  
INSURANCE  
CERTIFICATE

We, the Life Insurance Company of North America, have issued a Group Life Insurance Policy to the Policyholder named on page 3.

We certify that we insure all eligible persons, (see page 3) who are enrolled according to the terms of the master policy.  Your coverage will begin according to the terms set forth on page 2.

This certificate describes the benefits and basic provisions of your coverage.  You should read it with care so you will understand your coverage.  This is not the insurance contract.  The master policy is the only contract under which benefits are paid.  You may examine it at the office of the Policyholder or the administrator.

This certificate replaces any and all certificates which may have been issued to you in the past under the Group Policy.

LIFE

INSURANCE COMPANY OF NORTH AMERICA

## TABLE OF CONTENTS

Effective Date; Termination . . . . . . . . . . . . . 2  
Conversion Privilege. . . . . . . . . . . . . . . . . 2  
Eligible Classes. . . . . . . . . . . . . . . . . . . 3  
Schedule of Benefits. . . . . . . . . . . . . . . . . 4  
Life Insurance Benefit. . . . . . . . . . . . . . . . 4  
Beneficiary . . . . . . . . . . . . . . . . . . . . . 5  
General Provisions. . . . . . . . . . . . . . . . . . 5  

-1-

LM-8L81

2

LINA 0423

## INDIVIDUAL INSURANCE

**Effective Date** - Your coverage will begin on the latest of the following dates:

  a)     The policy effective date (shown on page 3).
  b)     The date that you joined an eligible class (see page 3).
  c)     If you were required to enroll for your coverage, on the effective date shown in your enrollment form.

If you were absent from work, because of injury or sickness, on the date your coverage would begin, your coverage will not begin until you have returned full time to the duties of your work.

**Termination** - Your coverage will end when any of these things happen:

  a)     On the date the group policy is terminated.
  b)     On the date that you are no longer in an eligible class (see page 3).
  c)     On the date you are no longer actively employed. This does not apply if you are:
      1)     disabled;
      2)     on a leave of absence not to exceed __six__ month(s); or
  d)     At the end of the period for which a contribution has been made, if you fail to make a contribution required by the policy.
  e)     If the policy is issued to an employer association, or a multiple employer trust fund, on the next premium due date when your employer no longer participates in the insurance plan.

Termination will not affect a claim which begins while coverage is in force.

## CONVERSION PRIVILEGE

If your coverage ends, for any reason except not paying premiums, then you may have us issue you a policy of individual life insurance.

You may choose any type of life insurance that we issue to persons of your age in the amount applied for, except:

  a)     You may not choose term insurance.
  b)     You may not apply for an amount greater than your coverage under this policy.
  c)     The policy will not contain disability or other extra benefits.
  d)     If the group policy is terminated, you may not convert unless you have been covered for at least 3 years. In this case, you may not apply for more than $10,000 of insurance.

To get such a policy, you must:

  a)     apply within 31 days after your coverage under this policy ends; and
  b)     pay the required premium, based on our table of rates for such policies, your age and class of risk.

You need not show us that you are insurable.

The policy will take effect at the end of this 31 day conversion period. If you die during this period, then we will pay, as a claim on this policy, the amount of life insurance that you could convert. It does not matter whether you applied for a converted policy. If such policy is issued, it will be in exchange for any further benefits from this policy.

-2-

LINA 0424

## GROUP INSURANCE CERTIFICATE

_____    REVISED AND REISSUED

Policyholder:  FUJITSU BUSINESS COMMUNICATION SYSTEMS, INC.

Policy Number: GL-13814

## ELIGIBLE CLASSES

**Eligible Persons** - No Eligible Person may be covered more than once under this Policy.  If you are covered as an Employee, you cannot be covered as a spouse or dependent child of another Employee, even though you may be eligible under more than one class.  The classes of persons listed below may be covered by this Policy:

All active, full-time, employees of the Policyholder classified as follows:

      Class 1 . . . . . . . . . . Non-Union employees excluding independent contract
                        agents referred to as "selling agents"

The definition of "Selling Agent" is:  An independent agent of Fujitsu, generally housed in Fujitsu facilities in branch cities, whose roll is to sell non-mainline products or to "trial" programs.  Intention is for Fujitsu to install and maintain products sold within branch territory.

An employee who works the number of hours in the normal work week established by the Policyholder, but not less than 30 hours per week shall be considered a full-time employee of the Policyholder.

**Eligibility Dates** - An employee may enroll for coverage as follows:

      He is eligible on the first day of active employment.

Contributions: Contributions for your coverage are not required.

Class 1

**LINA 0425**

## SCHEDULE OF BENEFITS

LIFE INSURANCE

Class 1

Amount of Basic Life Insurance:    An amount equal to one times the
employee's Basic Annual Earnings* rounded to the next higher $1,000., if not already a
multiple thereof, but not more than $300,000.

*"Basic Annual Earnings" means an employee's earnings for normal work weeks established by the Policyholder for his job classification, including sales commission, but excluding bonus and overtime pay.

*An increase or decrease in an employee's amount of insurance, due to a change in his earnings, will be effective on the date of the change.

Changes in amounts of insurance due to a change in an employee's classification shall be effective on the date of the classification change. However, if the employee is not actively at work on the date the amounts of insurance would otherwise increase, the effective date of any increase will be deferred until the day he returns to work.

## LIFE INSURANCE BENEFIT

If you die while you are covered by the policy, we will pay the life insurance benefit shown in the Schedule of Benefits above. We will pay this amount as soon as we receive due proof of your death. This benefit is subject to all of the terms of the Master Policy.

## BENEFICIARY

Benefits paid on account of your death will be paid to the beneficiary you have chosen. These terms are set forth in detail on page 5.

LINA 0426

## BENEFICIARY

**Employee's Death Benefits**-Benefits paid on account of your death will be paid to the beneficiary you have chosen. This choice must be in writing and filed with the Policyholder or at our home office. You may change the beneficiary by sending us written notice. You do not need the beneficiary's consent.

No selection or change of beneficiary will take effect unless it has been duly filed; but if it is so filed it will take effect on the date you signed it, even if you die before it is filed. Any payment we make before it is filed fulfills our duty to pay that amount.

If a beneficiary dies before you, his interest will end; his share will be paid in equal shares to the other beneficiaries, if there are any. This does not apply if other arrangements have been made.

If you have not chosen a beneficiary, or if there is no beneficiary alive when you die, we will pay benefits:
   1)    to your spouse, if living.
   2)    If not, in equal shares to your living children.
   3)    If there are none, in equal shares to your living parents.
   4)    If there are none, in equal shares to your living brothers and sisters.
   5)    If there are none, to your estate.

If a beneficiary is a minor, or can not give a valid release, we will pay:
   1)    his duly appointed guardian or committee, if payment is requested.
   2)    If not, we may pay a person or institution who we think has assumed the custody and chief support of the beneficiary. In that case, we will pay $100.00 at first and $50.00 per month after that. Payment to any such person fulfills our duty to pay that amount; we are not responsible for how the money is used.

**Optional Modes Of Settlement**-Instead of a lump sum payment, you (while living) or the beneficiary (after your death) may choose installment payments from one of the settlement options we are then offering. You may at any time before your death revoke or change your choice. Any such choice must be in writing.

## GENERAL PROVISIONS

**Incontestable**-We may not contest the group policy after it has been in force for 2 years, except for non-payment of premiums. We may not use statements made by a person which relate to whether or not he is insurable:
   a)    if they are not in an application signed by him, a copy of which has been given to him; or
   b)    after he has been covered for 2 years during his lifetime.
Except in case of fraud, such statements are representations and not warranties.

**Clerical Error**-A person's coverage will not be affected by error or delay in keeping records of insurance under the policy. If such an error or delay is found, the premium will be adjusted fairly.

## BENEFICIARY (Continued)

**Misstatement Of Facts**-If a fact which affects a person's coverage has not been correctly reported, the correct information will be used to judge whether coverage is in force, and in what amount.

**Assignment**-If you assign your rights or benefits from the policy, you must do so in writing. We will not be bound until we receive and have acknowledged a signed copy of it. We are not responsible for its validity or sufficiency.

Your insurance may not be levied on, attached, garnished, or otherwise taken for person's debts. This does not apply where it is contrary to law.

LM-8L81                                    ~5~   6

LINA 0427

**Certificate Of Insurance-**You may only have one certificate in force at a time under the group policy.  If you have more than one, then you (or your beneficiary or estate, if you are dead) may choose which one will be in force.  We will return the premiums paid for the others.

**Examination Of The Policy-**You may examine the master policy at the office of the Policyholder or the administrator.

LINA 0428

## WAIVER OF PREMIUM BENEFIT

We will not require any further life insurance premium to be paid for you:

    a)      after you have given us proof that you are disabled; and

    b)      after you have been disabled for 9 straight months; and

    c)      if you became disabled before your 60th birthday.

You will be deemed "disabled," as used here, only if you can not do any work for wage or profit.

You must give us proof that you are disabled not more than 12 months after you became disabled, and every 12 months after that. If you die before such proof has been given, we will still pay the life insurance benefit, as long as such proof is given not more than 12 months after you became disabled. We may have you examined as often as reasonably necessary while you are disabled, but not more than once a year after two years.

You will still be covered for the life insurance benefit. No charge will be made for your premium. If the group policy provides other benefits, you will not be covered for them while your premium is waived. The benefit will be the lesser of:

    a)      the amount you were covered for when you become disabled; and

    b)      the amount you would be covered for if you were not disabled.

We will only pay this benefit if written notice of claim is sent to our home office not more than 12 months after your death. Except for the above, all other terms of the policy will apply.

This coverage will end when any of these things happen:

    a)      31 days after you are no longer disabled, if premium payments are not resumed.

    b)      31 days after you are no longer eligible, for any reason other than being disabled.

    c)      31 days after you refuse to be examined or fail to provide proof that you are disabled, as required above.

During this 31 day period, you may apply for an individual life insurance policy. These terms are set forth in detail under Conversion Privilege.

LINA 0429

## FOREWORD

Life insurance provides individuals and their families with financial protection. The group term life insurance described in this booklet will help secure your family's financial security in the event of your death.

The need for life insurance protection depends on individual circumstances and financial situations. Your employer is offering you the opportunity to purchase this coverage so that your benefit program is more comprehensive and responsive to your needs.

The following pages describe the main provisions of the group term life plan, the benefits that you may select and the affordable group premium rates payable through payroll deductions.

Any insurance benefit described in the following pages will apply to an Employee only if: a) he has elected that benefit; and b) the required premium has been paid.

9

LINA 0430

**LIFE INSURANCE COMPANY OF NORTH AMERICA**            **GROUP**
1600 ARCH STREET, PHILADELPHIA, PA 19101            **INSURANCE**
         A STOCK INSURANCE COMPANY            **CERTIFICATE**

We, the Life Insurance Company of North America, have issued a Group Life Insurance Policy to the Policyholder named on page 3.

We certify that we insure all eligible persons, (see page 3) who are enrolled according to the terms of the master policy. Your coverage will begin according to the terms set forth on page 2.

This certificate describes the benefits and basic provisions of your coverage. You should read it with care so you will understand your coverage. This is not the insurance contract. The master policy is the only contract under which benefits are paid. You may examine it at the office of the Policyholder or the administrator.

This certificate replaces any and all certificates which may have been issued to you in the past under the Group Policy.

LIFE INSURANCE COMPANY OF NORTH AMERICA

### TABLE OF CONTENTS

Effective Date; Termination . . . . . . . . . . . . . 2
Conversion Privilege. . . . . . . . . . . . . . . . 2
Eligible Classes. . . . . . . . . . . . . . . . . . 3
Schedule of Benefits. . . . . . . . . . . . . . . . 4
Life Insurance Benefit. . . . . . . . . . . . . . . 4
Beneficiary . . . . . . . . . . . . . . . . . . . . 5
General Provisions. . . . . . . . . . . . . . . . . 5

-1-

LM-8L81                                    10

**LINA 0431**

## INDIVIDUAL INSURANCE

**Effective Date** - Your coverage will begin on the latest of the following dates:
- a)    The policy effective date (shown on page 3).
- b)    The date that you joined an eligible class (see page 3).
- c)    If you were required to enroll for your coverage, on the effective date shown in your enrollment form.

If you were absent from work, because of injury or sickness, on the date your coverage would begin, your coverage will not begin until you have returned full time to the duties of your work.

**Termination** - Your coverage will end when any of these things happen:
- a)    On the date the group policy is terminated.
- b)    On the date that you are no longer in an eligible class (see page 3).
- c)    30 days after termination of employment. This does not apply if you are:
  - 1)    disabled;
  - 2)    on a leave of absence not to exceed __six__ month(s); or
- d)    At the end of the period for which a contribution has been made, if you fail to make a contribution required by the policy.
- e)    If the policy is issued to an employer association, or a multiple employer trust fund, on the next premium due date when your employer no longer participates in the insurance plan.

Termination will not affect a claim which begins while coverage is in force.

## CONVERSION PRIVILEGE

If your coverage ends, for any reason except not paying premiums, then you may have us issue you a policy of individual life insurance.

You may choose any type of life insurance that we issue to persons of your age in the amount applied for, except:
- a)    You may not choose term insurance.
- b)    You may not apply for an amount greater than your coverage under this policy.
- c)    The policy will not contain disability or other extra benefits.
- d)    If the group policy is terminated, you may not convert unless you have been covered for at least 3 years. In this case, you may not apply for more than $10,000 of insurance.

To get such a policy, you must:
- a)    apply within 31 days after your coverage under this policy ends; and
- b)    pay the required premium, based on our table of rates for such policies, your age and class of risk.

You need not show us that you are insurable.

The policy will take effect at the end of this 31 day conversion period. If you die during this period, then we will pay, as a claim on this policy, the amount of life insurance that you could convert. It does not matter whether you applied for a converted policy. If such policy is issued, it will be in exchange for any further benefits from this policy.

-2-

LINA 0432

## GROUP INSURANCE CERTIFICATE

### REVISED AND REISSUED

Policyholder:  FUJITSU BUSINESS COMMUNICATION SYSTEMS, INC.

Policy Number: GL-13814

## ELIGIBLE CLASSES

**Eligible Persons** - No Eligible Person may be covered more than once under this Policy.  If you are covered as an Employee, you cannot be covered as a spouse or dependent child of another Employee, even though you may be eligible under more than one class.  The classes of persons listed below may be covered by this Policy:

All active, full-time employees of the Policyholder classified as follows:

   Class 2......................................Union employees

An employee who works the number of hours in the normal work week established by the Policyholder, but not less than 20 hours per week shall be considered a full-time employee of the Policyholder.

**Eligibility Dates** - An employee may enroll for coverage as follows:

1)   Immediately if you are in an eligible class on the effective date of the policy.

2)   On the first day of the month following completion of 30 days of employment in an eligible class if you are not in an eligible class on the effective date of the policy.

Contributions: Contributions for coverage are required.

Class 2

LM-8L83            -3-    12

**LINA 0433**

## SCHEDULE OF BENEFITS

SUPPLEMENTAL LIFE INSURANCE

Classification of Employees:  All Covered Employees

Class 2

Option I

Amount of Supplemental Life Insurance:    An amount equal to one times the employee's Basic Annual Earnings* rounded to the next higher $1,000., if not already a multiple thereof, but not more than $400,000.**

*"Basic Annual Earnings" means an employee's earnings for normal work weeks established by the Policyholder for his job classification, including sales commission, but excluding bonus and overtime pay.

*An increase or decrease in an employee's amount of insurance, due to a change in his earnings, will be effective on the date of the change.

**Amounts in excess of $75,000. require satisfactory evidence of insurability.

Changes in amounts of insurance due to a change in an employee's classification shall be effective on the date of the classification change.  However, if the employee is not actively at work on the date the amounts of insurance would otherwise increase, the effective date of any increase will be deferred until the day he returns to work.

### LIFE INSURANCE BENEFIT

If you die while you are covered by the policy, we will pay the life insurance benefit shown in the Schedule of Benefits above. We will pay this amount as soon as we receive due proof of your death.  This benefit is subject to all of the terms of the Master Policy.

### BENEFICIARY

Benefits paid on account of your death will be paid to the beneficiary you have chosen.  These terms are set forth in detail on page 5.

LINA 0434

## SCHEDULE OF BENEFITS

SUPPLEMENTAL LIFE INSURANCE

Classification of Employees:  All Covered Employees

Class 2

Option II

Amount of Supplemental Life Insurance:    An amount equal to two times the employee's Basic Annual Earnings* rounded to the next higher $1,000., if not already a multiple thereof, but not more than $400,000.**

*"Basic Annual Earnings" means an employee's earnings for normal work weeks established by the Policyholder for his job classification, including sales commission, but excluding bonus and overtime pay.

*An increase or decrease in an employee's amount of insurance, due to a change in his earnings, will be effective on the date of the change.

**Amounts in excess of $75,000. require satisfactory evidence of insurability.

Changes in amounts of insurance due to a change in an employee's classification shall be effective on the date of the classification change.  However, if the employee is not actively at work on the date the amounts of insurance would otherwise increase, the effective date of any increase will be deferred until the day he returns to work.

### LIFE INSURANCE BENEFIT

If you die while you are covered by the policy, we will pay the life insurance benefit shown in the Schedule of Benefits above. We will pay this amount as soon as we receive due proof of your death.  This benefit is subject to all of the terms of the Master Policy.

### BENEFICIARY

Benefits paid on account of your death will be paid to the beneficiary you have chosen.  These terms are set forth in detail on page 5.

LM-8L83a                                    -4b-  14

**LINA 0435**

## SCHEDULE OF BENEFITS

SUPPLEMENTAL LIFE INSURANCE

Classification of Employees:  All Covered Employees

Class 2

Option III

Amount of Supplemental Life Insurance:     An amount equal to three times the employee's Basic Annual Earnings* rounded to the next higher $1,000., if not already a multiple thereof, but not more than $400,000.**

*"Basic Annual Earnings" means an employee's earnings for normal work weeks established by the Policyholder for his job classification, including sales commission, but excluding bonus and overtime pay.

*An increase or decrease in an employee's amount of insurance, due to a change in his earnings, will be effective on the date of the change.

**Amounts in excess of $75,000. require satisfactory evidence of insurability.

Changes in amounts of insurance due to a change in an employee's classification shall be effective on the date of the classification change.  However, if the employee is not actively at work on the date the amounts of insurance would otherwise increase, the effective date of any increase will be deferred until the day he returns to work.

## LIFE INSURANCE BENEFIT

If you die while you are covered by the policy, we will pay the life insurance benefit shown in the Schedule of Benefits above. We will pay this amount as soon as we receive due proof of your death.  This benefit is subject to all of the terms of the Master Policy.

## BENEFICIARY

Benefits paid on account of your death will be paid to the beneficiary you have chosen.  These terms are set forth in detail on page 5.

LM-6L83a                                  -4c-  15

LINA 0436

FUJITSU BUSINESS COMMUNICATION SYSTEMS, INC. GL-13814

## SCHEDULE OF BENEFITS (Cont'd)

Class 2
DEPENDENT LIFE INSURANCE

Amount of Life Insurance: Plan A    Plan B    Plan C

| | Plan A | Plan B | Plan C |
|---|---|---|---|
| Dependent Spouse | $5,000 | $10,000 | $15,000 |
| Dependent Child - Age at Death: | | | |
| Birth to 6 months of age | $1,000 | $2,000 | $3,000 |
| 6 months to 19 years of age | $1,000 | $2,000 | $3,000 |
| 19 years to 25 years of age  (if eligible) | $1,000 | $2,000 | $3,000 |

In no event shall the Amount of Dependent Life Insurance provided above exceed 50% of the employee's insurance provided under the Policy.

LINA 0437

## BENEFICIARY

**Employee's Death Benefits**-Benefits paid on account of your death will be paid to the beneficiary you have chosen. This choice must be in writing and filed with the Policyholder or at our home office. You may change the beneficiary by sending us written notice. You do not need the beneficiary's consent.

No selection or change of beneficiary will take effect unless it has been duly filed; but if it is so filed it will take effect on the date you signed it, even if you die before it is filed. Any payment we make before it is filed fulfills our duty to pay that amount.

If a beneficiary dies before you, his interest will end; his share will be paid in equal shares to the other beneficiaries, if there are any. This does not apply if other arrangements have been made.

If you have not chosen a beneficiary, or  if there is no beneficiary alive when you die, we will pay benefits:
  1) to your spouse, if living.
  2) If not, in equal shares to your living children.
  3) If there are none, in equal shares to your living parents.
  4) If there are none, in equal shares to your living brothers and sisters.
  5) If there are none, to your estate.

If a beneficiary is a minor, or can not give a valid release, we will pay:
  1) his duly appointed guardian or committee, if payment is requested.
  2) If not, we may pay a person or institution who we think has assumed the custody and chief support of the beneficiary. In that case, we will pay $100.00 at first and $50.00 per month after that. Payment to any such person fulfills our duty to pay that amount; we are not responsible for how the money is used.

**Optional Modes Of Settlement**-Instead of a lump-sum payment, you (while living) or the beneficiary (after your death) may choose installment payments from one of the settlement options we are then offering. You may at any time before your death revoke or change your choice. Any such choice must be in writing.

## GENERAL PROVISIONS

**Incontestable**-We may not contest the group policy after it has been in force for 2 years, except for non-payment of premiums. We may not use statements made by a person which relate to whether or not he is insurable:
  a) if they are not in an application signed by him, a copy of which has been given to him; or
  b) after he has been covered for 2 years during his lifetime.
Except in case of fraud, such statements are representations and not warranties.

**Clerical Error**-A person's coverage will not be affected by error or delay in keeping records of insurance under the policy. If such an error or delay is found, the premium will be adjusted fairly.

## BENEFICIARY (Continued)

**Misstatement Of Facts**-If a fact which affects a person's coverage has not been correctly reported, the correct information will be used to judge whether coverage is in force, and in what amount.

**Assignment**-If you assign your rights or benefits from the policy, you must do so in writing. We will not be bound until we receive and have acknowledged a signed copy of it. We are not responsible for its validity or sufficiency.

Your insurance may not be levied on, attached, garnished, or otherwise taken for person's debts. This does not apply where it is contrary to law.

LM-8L81                                     -5-   17

LINA 0438

**Certificate Of Insurance**-You may only have one certificate in force at a time under the group policy. If you have more than one, then you (or your beneficiary or estate, if you are dead) may choose which one will be in force. We will return the premiums paid for the others.

**Examination Of The Policy**-You may examine the master policy at the office of the Policyholder or the administrator.

LINA 0439

## SUPPLEMENTAL LIFE INSURANCE BENEFIT

We will pay the supplemental life insurance benefit if you die while you are covered for this benefit. The amount of this benefit is shown in the Schedule of Benefits on page 4. We will pay this amount as soon as we receive due proof of your death.

**Beneficiary** - This benefit will be paid to your beneficiary. These terms are set forth in detail on page 5.

**Eligible Classes** - You may be covered for this benefit if you are in one of the eligible classes set forth in the Schedule of Benefits on page 4.

**Enrollment** - You may enroll for this benefit by making a written request on forms supplied by us, and by agreeing to pay the required premium contribution.

**Medical Evidence Of Insurability** - We may require you to provide, at no expense to us, medical evidence that you are insurable, if:

a)    less than 75% of those eligible apply for this benefit; or
b)    you apply more than 31 days after you first become eligible for this benefit; or
c)    your life insurance benefit exceeds the maximum amount shown in the Schedule of Benefits on page 4. In this case medical evidence will only be required for the excess coverage.

**Effective Date** - Your coverage will begin on the date we approve your application, subject to all of the above terms.

If you are absent from work, because of injury or sickness, on the date your coverage would begin, your coverage will not begin until you have returned full time to the duties of your work.

**Termination** - This coverage will end when you are no longer in a class eligible for this benefit. This is in addition to the termination provisions on page 2.

LINA 0440

## PERMANENT TOTAL DISABILITY BENEFIT

If you:
  a) have been covered by the policy for at least 6 months; and
  b) become permanently disabled before your 60th birthday; and
  c) are so disabled for at least 12 months; and
  d) send us proof that you are so disabled not more than 12 months after you    became disabled;
then we will pay you your life insurance benefit in monthly installments.

You are considered Totally Disabled if:
  a) you are completely unable to engage in any occupation or employment for which you are or may become qualified because of education, training or experience; and
  b) you are not engaged in any occupation or employment for remuneration or profit; or
  c) you have entire and irrecoverable loss of sight of both eyes or the use of both hands or both feet or of one hand and one foot.

| Table of Monthly Installments Number of Months | Installments per $1,000 of Life Insurance |
|---|---|
| 60 | $17.91 |
| 72 | $15.14 |
| 84 | $13.16 |
| 96 | $11.68 |
| 108 | $10.53 |
| 120 | $ 9.61 |
| 132 | $ 8.86 |
| 144 | $ 6.24 |
| 156 | $ 7.71 |
| 168 | $ 7.26 |
| 180 | $ 6.87 |
| 192 | $ 6.53 |
| 204 | $ 6.23 |
| 216 | $ 5.96 |
| 228 | $ 5.73 |
| 240 | $ 5.51 |

The first installment will be due six months after the disability began if your claim is approved by that date. If the claim is not approved by that date, installments will be due three months after the date it is approved. You may elect to receive monthly payments for a period of no less than 5 years and no more than 20 years. If you die before the full amount has been paid, we will pay the rest in a lump sum to your beneficiary, as set forth under Employee's Death Benefits.

After you have been permanently disabled for 12 months, and while you are so disabled:
  a) No charge will be made for your life insurance premium.
  b) If the policy provides other benefits, you will not be covered for them.
  c) We may require proof of your continued disability at any time but, not more than once a year after the first two years following the date your claim was approved.

This coverage will end when any of these things happen:
a)  after you are no longer disabled.
b)  failure to provide proof that you are disabled.

You may apply for individual life insurance policy.

Monthly installments will be made to you unless you are mentally incapacitated. In this case, we may then pay the monthly installments to your beneficiary, as trustee for you. Two doctors must certify the mental capacity.

LINA 0441

**LIFE INSURANCE COMPANY OF NORTH AMERICA**
(herein called the Company)

**Rider to be Attached to and made a Part of Group Insurance
Certificates issued to the Individuals referred to below.**

Group Policy No: GL-13814              Effective Date of Rider:
                                       February 1, 1989

Individuals:  All Eligible Insureds in Class 2 only

Your eligible dependents and the benefit amounts are shown below.

Eligible Dependents:  An employee's eligible dependents are his spouse (unless legally separated) and his unmarried children from birth to nineteen years of age.  Unmarried children from nineteen to twenty-five years of age may also be covered if they 1) are chiefly dependent upon the employee for support and maintenance, 2) have the same permanent address and 3) are students attending a school, college or university on a full-time basis.

"Children" means the employee's own children and any step-children, foster children and other children who depend upon the employee for support and live with the employee in a regular parent-child relationship.

If an unmarried dependent child becomes ineligible by reaching a maximum age, coverage will stay in force if the child cannot earn a living because of mental retardation or physical handicap.  To keep this coverage in force, the employee must provide us with proof that the child is disabled no more than 31 days after the child reaches the maximum age.  We may later require proof that the child is still disabled, but not more than once a year after two years.

## SCHEDULE OF BENEFITS

AMOUNT OF DEPENDENT LIFE INSURANCE
                        Plan A
    Dependent Spouse                    $5,000.00
    Dependent Child - Age at Death:
    Birth to 6 months of age    $1,000.00
    6 months to 19 years of age          $1,000.00
    19 years to 25 years of age  (if eligible)    $1,000.00

In no event shall the Amount of Dependent Life Insurance provided above exceed 50% of the employee's insurance provided under the Policy.

(Continued on Reverse Side)

**LIFE INSURANCE COMPANY OF NORTH AMERICA**

In consideration of your premium contribution, form LM-8L91 shown on the reverse side hereof, entitled DEPENDENT LIFE INSURANCE, is added to your Certificate.      21

**LINA 0442**

## DEPENDENT LIFE INSURANCE

**ELIGIBLE DEPENDENTS** - The classes of dependents described on page 1 of the rider may be covered by the policy. Your dependents may only be covered while you are covered.

As used in this section:
> "Dependent" means only a dependent who is eligible to be covered by the policy.
> "Covered dependent" means a dependent who is covered by the policy, according to the terms set forth below.

**Enrollment** - You may enroll dependents by making a written request on forms supplied by us, and by agreeing to pay the required premium contribution.

**Contributions** - Premium contributions are required to cover your dependents.

**Effective Date** - Insurance will take effect on the policy effective date, for all dependents who have been enrolled by then.

A dependent who later becomes eligible may be insured as follows:
> a)    If you enroll him before he becomes eligible, his coverage will begin on the date he becomes eligible.
> b)    If you enroll him within 31 days after he becomes eligible, his coverage will begin on the date we receive your request.
> c)    If you enroll him after that, his coverage will begin on the date we approve your request. In this case we may require you to provide, at no expense to us, medical evidence that the dependent is insurable.

If the dependent cannot perform the normal activities of a person of his age and sex, on the date his coverage would begin, his coverage will not begin until he is so able.

**Termination** - A dependent's coverage will end when any of these things happen:
> a)    When your coverage ends.
> b)    When the dependent is no longer in an eligible class.
> c)    At the end of the period for which a contribution has been made, if you fail to make a contribution for the dependent's coverage required by the policy.

**Conversion Privilege** - The Conversion Privilege, set forth on page 2 of your Certificate, shall also apply to your dependents.

**Life Insurance Benefit** - If a dependent dies while he is covered by the policy, we will pay the life insurance benefit shown in the Schedule of Benefits on page 1 of the rider. We will pay this amount as soon as we receive due proof of his death. This benefit is subject to all of the terms of the Master Policy.

**Beneficiary** - Life insurance benefits paid on account of the death of a covered dependent will be paid to you, if you are living. If not, we will pay the dependent's estate. This does not apply if other arrangements have been made.

LINA 0443

**LIFE INSURANCE COMPANY OF NORTH AMERICA**
(herein called the Company)

**Rider to be Attached to and made a Part of Group Insurance
Certificates issued to the Individuals referred to below.**

Group Policy No: GL-13814          Effective Date of Rider:
                                  February 1, 1989

Individuals: All Eligible Insureds in Class 2 only

Your eligible dependents and the benefit amounts are shown below.

Eligible Dependents: An employee's eligible dependents are his spouse (unless legally separated) and his unmarried children from birth to nineteen years of age. Unmarried children from nineteen to twenty-five years of age may also be covered if they 1) are chiefly dependent upon the employee for support and maintenance, 2) have the same permanent address and 3) are students attending a school, college or university on a full-time basis.

"Children" means the employee's own children and any step-children, foster children and other children who depend upon the employee for support and live with the employee in a regular parent-child relationship.

If an unmarried dependent child becomes ineligible by reaching a maximum age, coverage will stay in force if the child cannot earn a living because of mental retardation or physical handicap. To keep this coverage in force, the employee must provide us with proof that the child is disabled no more than 31 days after the child reaches the maximum age. We may later require proof that the child is still disabled, but not more than once a year after two years.

### SCHEDULE OF BENEFITS

AMOUNT OF DEPENDENT LIFE INSURANCE
Plan B

| | |
|---|---|
| Dependent Spouse | $10,000.00 |
| Dependent Child - Age at Death: | |
| Birth to 6 months of age | $2,000.00 |
| 6 months to 19 years of age | $2,000.00 |
| 19 years to 25 years of age  (if eligible) | $2,000.00 |

In no event shall the Amount of Dependent Life Insurance provided above exceed 50% of the employee's insurance provided under the Policy.

(Continued on Reverse Side)

**LIFE INSURANCE COMPANY OF NORTH AMERICA**

In consideration of your premium contribution, form LM-8L91 shown on the reverse side hereof, entitled DEPENDENT LIFE INSURANCE, is added to your Certificate.    23

LINA 0444

## DEPENDENT LIFE INSURANCE

**ELIGIBLE DEPENDENTS** - The classes of dependents described on page 1 of the rider may be covered by the policy. Your dependents may only be covered while you are covered.

As used in this section:
    "Dependent" means only a dependent who is eligible to be covered by the policy.
    "Covered dependent" means a dependent who is covered by the policy, according to the terms set forth below.

**Enrollment** - You may enroll dependents by making a written request on forms supplied by us, and by agreeing to pay the required premium contribution.

**Contributions** - Premium contributions are required to cover your dependents.

**Effective Date** - Insurance will take effect on the policy effective date, for all dependents who have been enrolled by then.

A dependent who later becomes eligible may be insured as follows:
    a)    If you enroll him before he becomes eligible, his coverage will begin on the date he becomes eligible.
    b)    If you enroll him within 31 days after he becomes eligible, his coverage will begin on the date we receive your request.
    c)    If you enroll him after that, his coverage will begin on the date we approve your request. In this case we may require you to provide, at no expense to us, medical evidence that the dependent is insurable.

If the dependent cannot perform the normal activities of a person of his age and sex, on the date his coverage would begin, his coverage will not begin until he is so able.

**Termination** - A dependent's coverage will end when any of these things happen:
    a)    When your coverage ends.
    b)    When the dependent is no longer in an eligible class.
    c)    At the end of the period for which a contribution has been made, if you fail to make a contribution for the dependent's coverage required by the policy.

**Conversion Privilege** - The Conversion Privilege, set forth on page 2 of your Certficate, shall also apply to your dependents.

**Life Insurance Benefit** - If a dependent dies while he is covered by the policy, we will pay the life insurance benefit shown in the Schedule of Benefits on page 1 of the rider. We will pay this amount as soon as we receive due proof of his death. This benefit is subject to all of the terms of the Master Policy.

**Beneficiary** - Life insurance benefits paid on account of the death of a covered dependent will be paid to you, if you are living. If not, we will pay the dependent's estate. This does not apply if other arrangements have been made.

**LINA 0445**

**LIFE INSURANCE COMPANY OF NORTH AMERICA**
(herein called the Company)

**Rider to be Attached to and made a Part of Group Insurance
Certificates issued to the Individuals referred to below.**

Group Policy No: GL-13814              Effective Date of Rider:
                                      February 1, 1989

Individuals:  All Eligible Insureds in Class 2 only

Your eligible dependents and the benefit amounts are shown below.

Eligible Dependents:  An employee's eligible dependents are his spouse (unless legally separated) and his unmarried children from birth to nineteen years of age.  Unmarried children from nineteen to twenty-five years of age may also be covered if they 1) are chiefly dependent upon the employee for support and maintenance, 2) have the same permanent address and 3) are students attending a school, college or university on a full-time basis.

"Children" means the employee's own children and any step-children, foster children and other children who depend upon the employee for support and live with the employee in a regular parent-child relationship.

If an unmarried dependent child becomes ineligible by reaching a maximum age, coverage will stay in force if the child cannot earn a living because of mental retardation or physical handicap.  To keep this coverage in force, the employee must provide us with proof that the child is disabled no more than 31 days after the child reaches the maximum age.  We may later require proof that the child is still disabled, but not more than once a year after two years.

### SCHEDULE OF BENEFITS

AMOUNT OF DEPENDENT LIFE INSURANCE
                    Plan C
        Dependent Spouse                    $15,000.00
        Dependent Child - Age at Death:
        Birth to 6 months of age    $3,000.00
        6 months to 19 years of age         $3,000.00
        19 years to 25 years of age  (if eligible)      $3,000.00

In no event shall the Amount of Dependent Life Insurance provided above exceed 50% of the employee's insurance provided under the Policy.

(Continued on Reverse Side)

**LIFE INSURANCE COMPANY OF NORTH AMERICA**

In consideration of your premium contribution, form LM-8L91 shown on the reverse side hereof, entitled DEPENDENT LIFE INSURANCE, is added to your Certificate.      25

LINA 0446

## DEPENDENT LIFE INSURANCE

**ELIGIBLE DEPENDENTS** - The classes of dependents described on page 1 of the rider may be covered by the policy. Your dependents may only be covered while you are covered.

As used in this section:

"Dependent" means only a dependent who is eligible to be covered by the policy.

"Covered dependent" means a dependent who is covered by the policy, according to the terms set forth below.

**Enrollment** - You may enroll dependents by making a written request on forms supplied by us, and by agreeing to pay the required premium contribution.

**Contributions** - Premium contributions are required to cover your dependents.

**Effective Date** - Insurance will take effect on the policy effective date, for all dependents who have been enrolled by then.

A dependent who later becomes eligible may be insured as follows:

a)    If you enroll him before he becomes eligible, his coverage will begin on the date he becomes eligible.

b)    If you enroll him within 31 days after he becomes eligible, his coverage will begin on the date we receive your request.

c)    If you enroll him after that, his coverage will begin on the date we approve your request. In this case we may require you to provide, at no expense to us, medical evidence that the dependent is insurable.

If the dependent cannot perform the normal activities of a person of his age and sex, on the date his coverage would begin, his coverage will not begin until he is so able.

**Termination** - A dependent's coverage will end when any of these things happen:

a)    When your coverage ends.

b)    When the dependent is no longer in an eligible class.

c)    At the end of the period for which a contribution has been made, if you fail to make a contribution for the dependent's coverage required by the policy.

**Conversion Privilege** - The Conversion Privilege, set forth on page 2 of your Certficate, shall also apply to your dependents.

**Life Insurance Benefit** - If a dependent dies while he is covered by the policy, we will pay the life insurance benefit shown in the Schedule of Benefits on page 1 of the rider. We will pay this amount as soon as we receive due proof of his death. This benefit is subject to all of the terms of the Master Policy.

**Beneficiary** - Life insurance benefits paid on account of the death of a covered dependent will be paid to you, if you are living. If not, we will pay the dependent's estate. This does not apply if other arrangements have been made.

LINA 0447

**LIFE INSURANCE COMPANY OF NORTH AMERICA**
(herein called the Company)

**Rider to be Attached to and made a Part of Group Insurance
Certificates issued to the Individuals referred to below.**

Group Policy No: ][    Effective Date of Rider:

][

Individuals: All Insured Employees

The amount of your benefit is shown below.

### SCHEDULE OF BENEFITS

Amount of Supplemental Life Insurance*:    An amount equal to    times the    employee's Basic Annual Earnings** rounded to
the    $    , if not already a multiple thereof, but not more than
$

*The amount of Supplemental Life Insurance indicated above applies to each covered employee under age    on the date he
becomes insured. An employee's Life Insurance shall be reduced, at the end of the month coinciding with or next following his
th birthday, to   % of the amount for which he was insured on the day before his   th birthday.  If an employee is age   or over
on the date he becomes insured, the amount of Life Insurance applicable to him shall be   % of the amount of Life Insurance
indicated above for his class.

**"Basic Annual Earnings" means an employee's earnings for normal work weeks established by the Policyholder for his job
classification, exclusive of bonus and overtime pay.  An increase or decrease in an employee's amount of insurance, due to a
change in his earnings, will be effective on the                 coinciding with or next following the date of the changes.

No increase or decrease in the amount of insurance (other than a decrease on account of attainment of a specified age) shall be
made in connection with a change in the employee's classification on or after his attainment of age   .

Changes in amounts of insurance due to a change in an employee's classification shall be effective on                 the
date of the classification change. However, if the employee is not actively at work on the date the amounts of insurance would
otherwise change, the effective date of such changes will be deferred until the day he returns to work.

(Continued on Reverse Side)

**LIFE INSURANCE COMPANY OF NORTH AMERICA**

In consideration of your premium contribution, form LM-8L84 shown on the reverse side
hereof, entitled SUPPLEMENTAL LIFE INSURANCE BENEFIT, is added to your Certificate.
27

**LINA 0448**

## SUPPLEMENTAL LIFE INSURANCE BENEFIT

We will pay the supplemental life insurance benefit if you die while you are covered for this benefit. The amount of this benefit is shown in the Schedule of Benefits on page 1 of the rider. We will pay this amount as soon as we receive due proof of your death.

**Beneficiary** - This benefit will be paid to your beneficiary. These terms are set forth in detail on page 5 of your Certificate.

**Eligible Classes** - You may be covered for this benefit if you are in one of the eligible classes set forth on page 3 of your Certificate.

**Enrollment** - You may enroll for this benefit by making a written request on forms supplied by us, and by agreeing to pay the required premium contribution.

**Medical Evidence Of Insurability** - We may require you to provide, at no expense to us, medical evidence that you are insurable, if:

    a)      less than 75% of those eligible apply for this benefit; or
    b)      you apply more than 31 days after you first become eligible for this benefit; or
    c)      your total life insurance benefit (basic plus supplemental) exceeds the maximum amount shown in the Schedule of Benefits on page 4 of your Certificate. In this case medical evidence will only be required for the excess coverage.

**Effective Date** - Your coverage will begin on the date we approve your application, subject to all of the above terms.

If you are absent from work, because of injury or sickness, on the date your coverage would begin, your coverage will not begin until you have returned full time to the duties of your work.

**Termination** - This coverage will end when you are no longer in a class eligible for this benefit. This is in addition to the termination provisions on page 2 of your Certificate.

29

LINA 0450