**LIFE INSURANCE COMPANY OF NORTH AMERICA**
**(herein called the Company)**

Amendment to be attached to and made a part of the Group Policy
A Contract between the Company and

FUJITSU BUSINESS COMMUNICATION SYSTEMS

(herein called the Policyholder)

Group Policy No.: GL-13814                          Effective Date: January 1, 1994

The Company and the Policyholder hereby agree that the Policy is amended as follows:

As of the Effective Date shown above, the following rates will be inforce for coverage under the Group Policy.

The premium will be determined at the rate of $.216 per month per $1,000 of Life coverage.

No change in rates will be made until 12 months after the Effective Date of this Amendment. However, the Insurance Company reserves the right to change the rates at any time if: 1) the terms of the policy change; 2) a division, subsidiary, affiliated company or eligible class is added or deleted from the policy; 3) there is a change in the factors bearing on the risk assumed; or 4) any federal or state law or regulation is amended to the extent that the Company's benefit obligation is affected.

Except for the above, this amendment does not change the Policy in any way.

It is agreed that the Amendment will be made a part of the Policy, but not unless both the Company and the Policyholder have hereto affixed their respective signatures.

FOR THE COMPANY                                    FOR THE POLICYHOLDER

By:                                                By
                                                      Signature

Date: March 14, 1994                                  Title

LINA 0451

<u>**INTEROFFICE CORRESPONDENCE**</u>

To    San Francisco Sales Office                                        Date
      Christine Moose

From    Group Issue - Dita Abalos

Subject  FUJITSU BUSINESS COMMUNICATION SYSTEMS                GL-13814

Enclosed are the following materials pertaining to the change on this In-Force Plan effective January 1, 1994.

<u>> X ></u>Please have an authorized representative sign the original and one copy of the attached amendment and return the copy to
          my attention for the Home Office files. One copy of the signed amendment should be attached to the
          Policyholder's copy of the Contract. The three Specimen copies are for the Claims Office, Agent's and Service
          Office files respectively.

<u>> X ></u> Certificate Materials

              <u>> __ ></u>Certificate Riders for presently insured employees.

              <u>> __ ></u>Certificate Riders for new additions.

              <u>> X ></u>No Certificate action required.

              <u>> __ ></u>Certificate riders will follow.

<u>> __ ></u>Other Materials

<u>> X ></u>Special Instructions: THE THREE <u>SPECIMEN</u> COPIES ARE FOR THE CLAIMS, AGENT'S AND SERVICE OFFICE
          FILES. PLEASE RETURN THE SIGNED <u>NON-SPECIMEN COPY</u>.

IS-202a

LINA 0452

INTEROFFICE CORRESPONDENCE/INA CORPORATION COMPANIES

GROUP DEPARTMENT _____ Date

GROUP ADMINISTRATION _____ Telephone #

SUBJECT: FUJITSU BUSINESS COMMUNICATION SYSTEMS  POLICY # GL-13814

Attention of Data Card Holders:

Attached is your copy of change Data Card No. (s)_____.  Changes have been made as follows, effective ___1-1-94 _unless otherwise indicated below:

Changed:  Life Rate Only

___X___    The Policy is being Amended.

___X___    Rates are adjusted accordingly.

Underwriting, Cash Unit, Processing, Commission Unit, Production Unit, Actuarial Dept., Main Correspondence File.

Claims Manager _____ Dallas SRO

Group Manager _____ San Francisco S/O

IS-212d

**LIFE INSURANCE COMPANY OF NORTH AMERICA**
**(herein called the Company)**

Amendment to be attached to and made a part of the Group Policy
A Contract between the Company and

FUJITSU BUSINESS COMMUNICATIONS SYSTEMS, INC.

(herein called the Policyholder)

Group Policy No.: GL-13814                          Effective Date: June 1, 1993

Applicable to Class 1 and Class 2 Only

The Company and the Policyholder hereby agree that the Policy is amended as follows:

As of the Effective Date shown above, the following rates will be inforce for coverage under the Group Policy.

The premium will be determined at the rate of $.176 per month per $1,000 of Life Insurance coverage.

The premium will be determined at the step rates shown below per month per $1,000 of Supplemental Life coverage.

No change in rates will be made until 12 months after the Effective Date of this Amendment. However, the Insurance Company reserves the right to change the rates at any time if: 1) the terms of the policy change; 2) a division, subsidiary, affiliated company or eligible class is added or deleted from the policy; 3) there is a change in the factors bearing on the risk assumed; or 4) any federal or state law or regulation is amended to the extent that the Company's benefit obligation is affected.

| | | | |
|---|---|---|---|
| Under 30 | $.078 | 50-54 | $.461 |
| 30-34 | $.088 | 55-59 | $.707 |
| 35-39 | $.108 | 60-64 | $1.089 |
| 40-44 | $.157 | 65-69 | $1.845 |
| 45-49 | $.275 | 70 and Over | $3.258 |

Except for the above, this amendment does not change the Policy in any way.

It is agreed that the Amendment will be made a part of the Policy, but not unless both the Company and the Policyholder have hereto affixed their respective signatures.

FOR THE COMPANY                                      FOR THE POLICYHOLDER

By:                                                  By
                                                       Signature

Date: February 15, 1994

                                                     Title

LINA 0454

## INTEROFFICE CORRESPONDENCE

To   San Francisco Sales Office                                    Date
     Ms. Michelle Souza

From   Group Issue - Ms. Erica Sterling

Subject   FUJITSU BUSINESS COMMUNICATIONS SYSTEMS, INC.                     GL-13814

Enclosed are the following materials pertaining to the change on this In-Force Plan effective June 1, 1993.

> X >Please have an authorized representative sign the original and one copy of the attached amendment and return the copy to
        my attention for the Home Office files.  One copy of the signed amendment should be attached to the
        Policyholder's copy of the Contract.  The three Specimen copies are for the Claims Office, Agent's and Service
        Office files respectively.

> X >  Certificate Materials

        > __ >Certificate Riders for presently insured employees.

        > __ >Certificate Riders for new additions.

        > X >No Certificate action required.

        > __ >Certificate riders will follow.

> __ >Other Materials

> X >Special Instructions:  THE THREE SPECIMEN COPIES ARE FOR THE CLAIMS, AGENT'S AND SERVICE OFFICE
        FILES.  PLEASE RETURN THE SIGNED NON-SPECIMEN COPY.

IS-202a

LINA 0455

## INTEROFFICE CORRESPONDENCE/INA CORPORATION COMPANIES

GROUP DEPARTMENT _____ Date

GROUP ADMINISTRATION _____ Telephone #

**SUBJECT:** FUJITSU BUSINESS COMMUNICATIONS SYSTEMS, INC.POLICY # GL-13814

Attention of Data Card Holders:

Attached is your copy of change Data Card No. (s)__10__. Changes have been made as follows, effective __June 1, 1993__ _____unless otherwise indicated below:

> Changed:Life Insurance Rate
> Supplemental Life Insurance Rate

__X__    The Policy is being Amended.

__X__    Rates are adjusted accordingly.

Underwriting, Cash Unit, Processing, Commission Unit, Production Unit, Actuarial Dept., Main Correspondence File.

Claims Manager _____Dallas  SRO

Group Manager _____San Francisco  S/O

IS-212d

LINA 0456

**LIFE INSURANCE COMPANY OF NORTH AMERICA**
1600 ARCH STREET, PHILADELPHIA, PA  19101
A STOCK INSURANCE COMPANY

**GROUP INSURANCE POLICY**

**(Non-Participating)**

Policy Number:  GL-13814    State Of Delivery:  AZ

Effective Date:  January 1, 1989    Anniversary Date:  Each January 1

Premium Due Dates:  Monthly in advance on the first day of each month.

In return for the payment of premiums, we, the Life Insurance Company of North America, agree with you,

FUJITSU BUSINESS COMMUNICATION SYSTEMS, INC.

(the Policyholder)

to provide the benefits described in this policy to all eligible persons who are enrolled according to the terms of the policy.

This policy shall begin on the effective date shown above, at 12:01 a.m. standard time at your address. The policy will stay in force as long as the premium is paid, until it is terminated by you or us (see page 8).

This policy shall be governed by the laws of the state in which it is delivered. As used in this policy, "he" and "his" includes "she" and "her".

IN WITNESS WHEREOF, we have signed this                    policy at
Philadelphia, Pennsylvania.

Registrar

### TABLE OF CONTENTS

Eligible Classes.............................................2
Enrollment; Termination......................................3
Conversion Privilege.........................................4
Premiums; Grace Period.......................................5
Schedule Of Benefits.........................................6
Payment Of Claims............................................7
General Provisions...........................................8
Description Of Coverages;Exclusions....................Insert

REVISED AND REISSUED EFFECTIVE MAY 1, 1990

LINA 0457

GROUP INSURANCE POLICY

INDIVIDUAL INSURANCE

**Eligible Persons** - No Eligible Person may be covered more than once under this Policy.  If he is covered as an Employee, he cannot be covered as a spouse or dependent child of another Employee, even though he may be eligible under more than one class.  The classes of persons listed below may be covered by this Policy:

All active, full-time employees of the Policyholder classified as follows:

        Class 1........................Non-Union employees excluding independent contract
                                       agents referred to as "selling agents"
        Class 2........................Union employees

The definition of "Selling Agent" is:  An independent agent of Fujitsu, generally housed in Fujitsu facilities in branch cities, whose roll is to sell non-mainline products or to "trial" programs.  Intention is for Fujitsu to install and maintain products sold within branch territory.

Eligible employees of Federal Business Systems, Inc., subsidiary to or affiliated with the Policyholder shall be considered employees of the Policyholder.

An employee who works the number of hours in the normal work week established by the Policyholder shall be considered a full-time employee as follows:

        Class 1 - not less than 30 hours
        Class 2 - not less than 20 hours

Eligible Dependents:  An employee's eligible dependents are his spouse (unless legally separated) and his unmarried children from birth to nineteen years of age.  Unmarried children from nineteen to twenty-five years of age may also be covered if they 1) are chiefly dependent upon the employee for support and maintenance, 2) have the same permanent address and 3) are students attending a school, college or university on a full-time basis.

"Children" means the employee's own children and any step-children, foster children and other children who depend upon the employee for support and live with the employee in a regular parent-child relationship.

In no event will a Dependent Child be eligible to become insured by more than one eligible Employee.

If an unmarried dependent child becomes ineligible by reaching a maximum age, coverage will stay in force if the child can not earn a living because of mental retardation or physical handicap.  To keep this coverage in force, the employee must provide us with proof that the child is disabled no more than 31 days after the child reaches the maximum age.  We may later require proof that the child is still disabled, but not more than once a year after two years.

Continued on the next page

2

LINA 0458

GROUP INSURANCE POLICY

INDIVIDUAL INSURANCE (Continued)

**Eligibility Dates** - An employee may enroll for coverage as follows:

With respect to Class 1:

He is eligible on the first day of active employment.

With respect to Class 2:

1)    Immediately if he is in an eligible class on the effective date of the policy.

2)    On the first day of the month following completion of 30 days of employment in an eligible class if he is not in an eligible class on the effective date of the policy.

If an employee has in force a policy of life insurance converted from group insurance provided by this policy, he will not become eligible until either:

   a)    he has provided, at no expense to us, medical evidence that he is insurable; or

   b)    he surrenders the converted policy to us.

LINA 0459

GROUP INSURANCE POLICY

**INDIVIDUAL INSURANCE (Cont'd)**

**Definitions** - As used in this policy:
"Employee" means only an employee in one of the eligible classes (other than dependents) set forth above.
"Covered employee" means an employee who is covered by this policy, under the terms set forth on page 3.

**Changes In Eligible Classes** - Eligible classes may be added or removed if you request it in writing. Any such change will take effect on the next premium due date on or after the date we accept your request. The change may take effect later if you so specify.

**Enrollment** - An employee may enroll by making a written request on forms supplied by us, and by agreeing to pay the required premium contribution.

**Contributions** - Contributions from covered employees are required, except for Basic Life Insurance.

**Effective Date** - Insurance will go into effect on the policy effective date, for all employees who have enrolled by then.

An employee who later becomes eligible may be insured as follows:
- a) If he enrolls before he becomes eligible, his coverage will begin on the date he becomes eligible.
- b) If he enrolls within 31 days after he becomes eligible, his coverage will begin on the date we receive his request.
- c) If he enrolls after that, his coverage will begin on the date we approve his request. In this case we may require him to provide, at no expense to us, medical evidence that he is insurable.

If an employee is absent from work, because of injury or sickness, on the date his coverage would begin, his coverage will not begin until he has returned full time to the duties of his work.

**Termination** - An employee's coverage will end when any of these things happen:
- a) On the date the group policy is terminated.
- b) On the date that he is no longer in an eligible class.
- c) Class 1 - On the date he is no longer actively employed.
  Class 2 - 30 days after termination of employment.
  This does not apply if he is
  1) disabled;
  2) on a leave of absence not to exceed ___six___ month(s); or
- d) At the end of the period for which a contribution has been made, if he fails to make a contribution required by this policy.
- e) On the next premium due date on or after the date he reaches the maximum age shown in the Schedule of Benefits on page 6.
- f) If this policy is issued to an employer association, or a multiple employer trust fund, on the next premium due date when his employer no longer participates in the insurance plan.

LINA 0460

## GROUP INSURANCE POLICY

### CONVERSION PRIVILEGE

If an employee's life insurance ends, for any reason except not paying premiums, then he may have us issue him a policy of individual life insurance.

He may choose any type of life insurance that we issue to persons of his age in the amount applied for, except:

a) He may not choose term insurance.
b) He may not apply for an amount greater than his coverage under this policy.
c) The policy will not contain disability or other extra benefits.
d) If the group policy is terminated, he may not convert unless he has been covered for at least 3 years.  In this case, he may not apply for more than $10,000 of insurance.

To get such a policy, he must:

a) apply within 31 days after his coverage under this policy ends; and
b) pay the required premium, based on our table of rates for such policies, his age and class of risk.

He need not show us that he is insurable.

The policy will take effect at the end of this 31 day conversion period.  If he dies during this 31 day period, then we will pay, as a claim on this policy, the amount of life insurance that he could convert.  It does not matter whether he applied for a converted policy.  If such a policy is issued, it will be in exchange for any further benefits from this policy.

LINA 0461

## GROUP INSURANCE POLICY

### PREMIUMS

The premiums for this policy shall be figured using the rates set forth below.

Life - $.17 per month per $1,000.00 of coverage.

Supplemental Life

      According to ages as follows:

| | | | |
|---|---|---|---|
| less than 30 | | $.07 | 50 - 54 | $.40 |
| 30 - 34 | $.08 | 55 - 59 | $.61 |
| 35 - 39 | $.09 | 60 - 64 | $.95 |
| 40 - 44 | $.14 | 65 - 69 | $1.61 |
| 45 - 49 | $.24 | 70 - 74 | $2.84 |

Dependent Life - Plan A - $.70 per month per family unit.
                  Plan B - $1.30 per month per family unit.
                  Plan C - $1.90 per month per family unit.

**Premium Payments** - Unless we provide otherwise, coverage which goes into effect will be charged for from the first day of the policy month on or after the date that the coverage goes into effect.  If any coverage ends, premium charges for it will end on the last day of the month in which coverage ends.  Policy months shall be figured from the Policy Anniversary Date shown on page 1.

If premiums are paid yearly, every 6 months, or every 3 months, then the payments required above will be pro rated for the premium period.

**Rate Changes** - We may change the premium rates as follows:
    a)    When a class of persons is made eligible or not eligible.
    b)    When there is a change in the factors bearing on the risk we have assumed.
    c)    When it is required by the experience of the risk, or by a change in our table of rates for a risk.  In this case, a rate change will go into effect on the next premium due date.  We may do this only after this policy has been in force for 12 months, and at least 12 months after the last rate change.

We may only change premium rates if we give you at least 31 days written notice.

This policy will not be entitled to share in our surplus earnings.

**Grace Period** - There is a 31 day grace period after each premium due date after the first.  Coverage will stay in force during this period if the premium is late.  Coverage will end if the premium is not paid by the end of the grace period.  If this happens, you will still owe us the premium for the grace period.

This provision will not apply if a person's coverage would end for some reason other than not paying premiums.

LINA 0462

GROUP INSURANCE POLICY

SCHEDULE OF BENEFITS

LIFE INSURANCE BENEFIT

Class 1

Amount of Basic Life Insurance:     An amount equal to one times the employee's Basic Annual Earnings* rounded to the next higher $1,000., if not already a multiple thereof, but not more than $300,000.

Class 2

Option I

Amount of Supplemental Life Insurance:     An amount equal to one times the employee's Basic Annual Earnings* rounded to the next higher $1,000., if not already a multiple thereof, but not more than $400,000.**

Option II

Amount of Supplemental Life Insurance:     An amount equal to two times the employee's Basic Annual Earnings* rounded to the next higher $1,000., if not already a multiple thereof, but not more than $400,000.**

Option III

Amount of Supplemental Life Insurance:     An amount equal to three times the employee's Basic Annual Earnings* rounded to the next higher $1,000., if not already a multiple thereof, but not more than $400,000.**

TABLES OF COVERAGES

We agree to pay the benefits described in the forms listed below.  These forms are part of this policy and follow this page.

| Form No. | Description | Applies to Class(es) |
|---|---|---|
| LM-8L72 | Supplemental Life | Class 2 only |
| LM-8L73a | Waiver of Premium | Class 1 only |
| LM-8L74 (13814) | Permanent Total Disability | Class 2 only |
| LM-8L79 | Dependent Life | Class 2 only |

LINA 0463

GROUP INSURANCE POLICY

SCHEDULE OF BENEFITS (Cont'd)

Class 2
DEPENDENT LIFE INSURANCE

Amount of Life Insurance:        Plan A        Plan B        Plan C

| | | | |
|---|---|---|---|
| Dependent Spouse $5,000 | $10,000 | $15,000 | |
| Dependent Child - Age at Death: | | | |
| Birth to 6 months of age | $1,000 | $2,000 | $3,000 |
| 6 months to 19 years of age | $1,000 | $2,000 | $3,000 |
| 19 years to 25 years of age (if eligible) | $1,000 | $2,000 | $3,000 |

*"Basic Annual Earnings" means an employee's earnings for normal work weeks established by the Policyholder for his job classification, including sales commission, but excluding bonus and overtime pay.

*An increase or decrease in an employee's amount of insurance, due to a change in his earnings, will be effective on the date of the change.

In no event shall the Amount of Dependent Life Insurance provided above exceed 50% of the employee's insurance provided under the Policy.

**Supplemental Life Insurance amounts in excess of $75,000, require satisfactory evidence of insurability.

Changes in amounts of insurance due to a change in an employee's classification shall be effective on the date of the classification change. However, if the employee is not actively at work on the date the amounts of insurance would otherwise increase, the effective date of any increase will be deferred until the day he returns to work.

LINA 0464

## GROUP INSURANCE POLICY

### PERMANENT TOTAL DISABILITY BENEFIT

If a covered employee:
    a) has been covered by this policy for at least 6 months; and
    b) becomes permanently disabled before his 60th birthday; and
    c) is so disabled for at least 12 months; and
    d) sends us proof that he is so disabled not more than 12 months after he
  became disabled;
then we will pay him his life insurance benefit in monthly installments.

The covered employee will be considered Totally Disabled if:
    a)    he is completely unable to engage in any occupation or employment for which he
        is or may become qualified because of education, training or experience; and
    b)    he is not engaged in any occupation or employment for remuneration or profit;
        or
    c)    he has entire and irrecoverable loss of sight of both eyes or the use of both
        hands or both feet or of one hand and one foot.

Table of Monthly Installments  Installments per $1,000

| Number of Months | of Life Insurance |
|---|---|
| 60 | $17.91 |
| 72 | $15.14 |
| 84 | $13.16 |
| 96 | $11.68 |
| 108 | $10.53 |
| 120 | $ 9.61 |
| 132 | $ 8.86 |
| 144 | $ 8.24 |
| 156 | $ 7.71 |
| 168 | $ 7.26 |
| 180 | $ 6.87 |
| 192 | $ 6.53 |
| 204 | $ 6.23 |
| 216 | $ 5.96 |
| 228 | $ 5.73 |
| 240 | $ 5.51 |

The first installment will be due six months after the disability began if his claim is
approved by that date.  If the claim is not approved by that date, installments will be
due three months after the date it is approved.  The employee may elect to receive monthly
payments for a period of no less than 5 years and no more than 20 years.  If he dies
before the full amount has been paid, we will pay the rest in a lump sum to his
beneficiary, as set forth on page 7.

After he has been permanently disabled for 12 months, and while he is so disabled:
    a)    No charge will be made for his life insurance premium.
    b)    If this policy provides other benefits, he will not be covered for them.
    c)    We may require proof of his continued disability at any time but, not more
        than once a year after the first two years following the date his claim was
        approved.

If the covered employee recovers and returns to active work, he will be insured for the
unpaid balance.

(Continued)

9

GROUP INSURANCE POLICY

PERMANENT TOTAL DISABILITY BENEFIT (continued)

This coverage will end when any of these things happen:
   a)    after he is no longer disabled.
   b)    fails to provide proof that he is disabled.

The covered employee may apply for individual life insurance policy.

Monthly installments will be made to the covered employee unless he is mentally incapacitated.  In this case, we may then pay the monthly installments to his beneficiary, as trustee for him.  Two doctors must certify the mental capacity.

LINA 0466

GROUP INSURANCE POLICY

PAYMENT OF CLAIMS

**Beneficiary** - Benefits paid on account of the death of a covered employee will be paid to the beneficiary he has chosen. This choice must be in writing and filed with you or at our home office. The employee may change the beneficiary by sending us written notice. He does not need the beneficiary's consent.

No selection or change of beneficiary will take effect unless it has been duly filed; but if it is so filed it will take effect on the date he signed it, even if he dies before it is filed. Any payment we make before it is filed fulfills our duty to pay that amount.

If a beneficiary dies before the employee, his interest will end; his share will be paid in equal shares to the other beneficiaries, if there are any. This does not apply if other arrangements have been made.

If the employee has not chosen a beneficiary, or if there is no beneficiary alive when he dies, we will pay benefits:
1)   to his spouse, if living.
2)   If not, in equal shares to his living children.
3)   If there are none, in equal shares to his living parents.
4)   If there are none, in equal shares to his living brothers and sisters.
5)   If there are none, to his estate.

If a beneficiary is a minor, or can not give a valid release, we will pay:
1)   his duly appointed guardian or committee, if payment is requested.
2)   If not, we may pay a person or institution who we think has assumed the custody and chief support of the beneficiary. In that case, we will pay $100.00 at first and $50.00 per month after that. Payment to any such person fulfills our duty to pay that amount; we are not responsible for how the money is used.

**Optional Modes Of Settlement** - Instead of a lump sum payment, the employee (while living) or the beneficiary (after the employee's death) may choose installment payments from one of the settlement options we are then offering. The employee may at any time before his death revoke or change his choice. Any such choice must be in writing.

# GROUP INSURANCE POLICY

## GENERAL PROVISIONS

**Entire Contract;Changes** - This policy, your application, and the requests of employees for coverage is the entire contract. No change in this policy is valid unless it has been approved by one of our executive officers. This approval must be attached to or endorsed on this policy. No agent may change this policy or waive any provision. This policy may be changed at any time by written agreement between you and us; no other person's consent is needed.

Except in case of fraud, all statements contained in the applications are representations and not warranties. No such statement may be used to deny a claim unless it is contained in a signed application.

**Termination Of The Policy** - Either you or we may terminate this policy on any premium due date. At least 31 days' written notice to the other is required. This policy will also be terminated if premiums are not paid within the grace period of 31 days after they are due. Termination will not affect a claim for a loss which occurs while the policy is in force.

**Incontestable** - We may not contest this policy after it has been in force for 2 years, except for non-payment of premiums. We may not use statements by a person which relate to whether or not he is insurable:

    a)    If they are not in an application signed by him, a copy of which has been given to him; or

    b)    after he has been covered for 2 years during his lifetime.

**Insurance Data** - You shall provide to us any information which may reasonably relate to insurance under this policy. We may inspect your records which affect this insurance at any reasonable time.

**Clerical Error** - A person's coverage will not be affected by error or delay in keeping records of insurance under this policy. If such an error or delay is found, the premium will be adjusted fairly.

**Misstatement Of Facts** - If a fact which affects a person's coverage has not been correctly reported, the correct information will be used to judge whether coverage is in force, and in what amount.

**Assignment** - If an employee assigns his rights or benefits from this policy, he must do so in writing. We will not be bound until we receive and have acknowledged a signed copy of it. We are not responsible for its validity or sufficiency.

This insurance may not be levied on, attached, garnished, or otherwise taken for a person's debts. This does not apply where it is contrary to law.

**Certificates Of Insurance** - We will provide you with individual certificates of insurance, to be delivered to your covered employees. These will describe the benefits and basic provisions of this insurance, and will state to whom benefits are payable. An employee may have only one certificate in force at one time under this policy. If he has more than one, then he (or his beneficiary or estate, if he is dead) may choose which one will be in force. We will return the premiums paid for the others.

**Examination Of The Policy** - This policy may be examined at your office or the office of the administrator.

LINA 0468

## GROUP INSURANCE POLICY

### LIFE INSURANCE BENEFIT

If an employee dies while he is covered by this policy, we will pay the life insurance benefit shown in the Schedule of Benefits on page 6. We will pay this amount as soon as we receive due proof of his death. This benefit is subject to all of the terms of this policy.

### BENEFICIARY

Benefits for the death of a covered employee will be paid to his beneficiary. These terms are set forth in detail on page 7.

LINA 0469

## GROUP INSURANCE POLICY

### SUPPLEMENTAL LIFE INSURANCE BENEFIT

We will pay the supplemental life insurance benefit if an employee dies while he is covered for this benefit. The amount of this benefit is shown in the Schedule of Benefits on page 6. We will pay this amount as soon as we receive due proof of his death.

**Beneficiary** - This benefit will be paid to the employee's beneficiary. These terms are set forth in detail on page 7.

**Eligible Classes** - The classes of employees who may be covered for this benefit are set forth in the Schedule of Benefits on page 6.

**Enrollment** - An employee may enroll for this benefit by making a written request on forms supplied by us, and by agreeing to pay the required premium contribution.

**Medical Evidence Of Insurability** - We may require the employee to provide, at no expense to us, medical evidence that he is insurable, if:

    a)    less than 75% of those eligible apply for this benefit; or

    b)    the employee applies more than 31 days after he first becomes eligible for this benefit; or

    c)    the employee's total life insurance benefit (basic plus supplemental) exceeds the maximum amount shown in the Schedule of Benefits on page 6. In this case medical evidence will only be required for the excess coverage.

**Effective Date** - An employee's coverage will begin on the date we approve his application, subject to all of the above terms.

If the employee is absent from work, because of injury or sickness, on the date his coverage would begin, his coverage will not begin until he has returned full time to the duties of his work.

**Termination** - This coverage will end when the employee is no longer in a class eligible for this benefit. This is in addition to the termination provisions on page 3.

GROUP INSURANCE POLICY

WAIVER OF PREMIUM BENEFIT

We will not require any further life insurance premium to be paid for a covered employee:
  a) after he has given us proof that he is disabled; and
  b) after he has been disabled for 9 straight months; and
  c) if he became disabled before his 60th birthday.

A covered employee will be deemed "disabled," as used here, only if he can not do any work for wage or profit.

He must give us proof that he is disabled not more than 12 months after he became disabled, and every 12 months after that. If he dies before such proof has been given, we will still pay the life insurance benefit, as long as such proof is given not more than 12 months after he became disabled. We may have him examined as often as reasonably necessary while he is disabled, but not more than once a year after two years.

The employee will still be covered for the life insurance benefit. No charge will be made for his premium. If this policy provides other benefits, he will not be covered for them while his premium is waived. The benefit will be the lesser of:
  a) the amount he was covered for when he became disabled; and
  b) the amount he would be covered for if he were not disabled.
We will only pay this benefit if written notice of claim is sent to our home office not more than 12 months after his death. Except for the above, all other terms of the policy will apply.

This coverage will end when any of these things happen:
  a) 31 days after he is no longer disabled, if premium payments are not resumed.
  b) 31 days after he is no longer eligible, for any reason other than being disabled.
  c) 31 days after he refuses to be examined or fails to provide proof that he is disabled, as required above.

During this 31 day period, the covered employee may apply for an individual life insurance policy. These terms are set forth in detail on page 4 under "Conversion Privilege."

LINA 0471

GROUP INSURANCE POLICY

DEPENDENT LIFE INSURANCE

**ELIGIBLE DEPENDENTS** - The classes of dependents described on page 2 may be covered by this policy. An employee's dependents may only be covered while the employee is covered.

As used in this section:
"Dependent" means only a dependent who is eligible to be covered by this policy.
"Covered dependent" means a dependent who is covered by this policy, according to the terms set forth below.

**Enrollment** - An employee may enroll his dependents by making a written request on forms supplied by us, and by agreeing to pay the required premium contribution.

**Contribution** - Premium contributions are required to cover dependents.

**Effective Date** - Insurance will take effect on the policy effective date, for all dependents who have been enrolled by then.

A dependent who later becomes eligible may be insured as follows:
a)  If he is enrolled before he becomes eligible, his coverage will begin on the date he becomes eligible.
b)  If he is enrolled within 31 days after he becomes eligible, his coverage will begin on the date we receive the employee's request.
c)  If he is enrolled after that, his coverage will begin on the date we approve the employee's request. In this case we may require the employee to provide, at no expense to us, medical evidence that the dependent is insurable.

If the dependent cannot perform the normal activities of a person of his age and sex, on the date his coverage would begin, his coverage will not begin until he is so able.

**Termination** - A dependent's coverage will end when any of these things happen:
a)  When the employee's coverage ends.
b)  When the dependent is no longer in an eligible class.
c)  At the end of the period for which a contribution has been made, if the employee fails to make a contribution for the dependent's coverage required by this policy.

**Conversion Privilege** - The Conversion Privilege, set forth on page 4, shall also apply to dependents.

**Life Insurance Benefit** - If a dependent dies while he is covered by this policy, we will pay the life insurance benefit shown in the Schedule of Benefits on page 6. We will pay this amount as soon as we receive due proof of his death. This benefit is subject to all of the terms of this Policy.

**Beneficiary** - Life insurance benefits paid on account of the death of a covered dependent will be paid to the employee, if he is living. If not, we will pay the dependent's estate. This does not apply if other arrangements have been made.

LINA 0472

**LIFE INSURANCE COMPANY OF NORTH AMERICA**
**Philadelphia, Pennsylvania**

We, FUJITSU BUSINESS COMMUNICATIONS SYSTEMS, INC.,

whose main office address is Tempe, AZ,

hereby apply to the Life Insurance Company of North America for Group Policy

No. GL-13814.

We approve and accept the terms of this Group Policy.
This application is to be signed in duplicate. One part is to be attached to the Group
Policy; the other part is to be returned to the Life Insurance Company of North America.

This application supersedes any previous application for this Group Policy.

FUJITSU BUSINESS COMMUNICATIONS SYSTEMS, INC.
(Full or Corporate Name of Applicant)

Signed at_____ By
                                                        (Signature and Title)

On_____ Witness
             (To be signed by Licensed Resident Agent where required by law)

LM-1K59        (This Copy Is To Remain Attached To The Policy)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**LIFE INSURANCE COMPANY OF NORTH AMERICA**
**Philadelphia, Pennsylvania**

We, FUJITSU BUSINESS COMMUNICATIONS SYSTEMS, INC.,

whose main office address is  Tempe, AZ,

hereby apply to the Life Insurance Company of North America for Group Policy

No. GL-13814.

We approve and accept the terms of this Group Policy.
This application is to be signed in duplicate. One part is to be attached to the Group
Policy; the other part is to be returned to the Life Insurance Company of North America.

This application supersedes any previous application for this Group Policy.

FUJITSU BUSINESS COMMUNICATIONS SYSTEMS, INC.
(Full or Corporate Name of Applicant)

Signed at_____ By
                                                        (Signature and Title)

On_____ Witness
             (To be signed by Licensed Resident Agent where required by law)

LM-1K59        (This Copy Is To Be Returned To Us)

17

LINA 0473

LIFE INSURANCE COMPANY OF NORTH AMERICA
Group Department, Philadelphia, Pennsylvania 19101

To      San Francisco Service Office        Date
        Lucille Washington
From    Group Issue - Dita Abalos   File Number  GL-13814

Subject  FUJITSU BUSINESS COMMUNICATIONS SYSTEMS, INC.

The following items for the subject new Group case are being transmitted to you:

FOR DELIVERY TO THE POLICYHOLDER:

Enclosed      Separately

___X___       _____   Group Policy Number(s)  GL-13814

___X___       _____   2 copies of Application for Group Policy
                    Note:  Obtain authorized signatures on both copies of item
                           checked above and return appropriate copy to my attention.

_____   ___X___       Individual's Certificates

_____   ___X___       A supply of blank Certificates

Please notify me when the above item(s) have been delivered

FOR THE SERVICE OFFICE FILES:

___X___       _____   Policy & Correspondence File (contains copy of Group Policy)

FOR DELIVERY TO WRITING AGENT:

___X___       _____   A copy of Group Policy

FOR CLAIMS OFFICE FILES:

___X___       _____   A copy of the Group Policy

NOTE:         TO REPRESENTATIVE:
              After case has been installed, please return this form to Your Group Service
              Coordinator.


cc: Your Group Service Coordinator
    San Francisco Service Office
    Milton Braselton

    Walnut Creek Special Risk Operations
    Larry Tong


IS-105   Date_____Installed by:_____By


18

LINA 0474

LIFE INSURANCE COMPANY OF NORTH AMERICA
(herein called the Company)

Amendment to be attached to and made a part of Group Policy No. GL-13814
A Contract between the Company and

FUJITSU BUSINESS COMMUNICATION SYSTEMS, INC.

(herein called the Policyholder)

2)    Effective February 1, 1989, pages LM-8L60a(B), LM-8L62b(13814), LM-8L66(A) and
      LM-8L66-1(A) attached to the Policy and forming a part thereof, are replaced by
      pages LM-8L60a(C), LM-8L62b(13814)(A), LM-8L66(B), LM-8L66-1(B) and LM-8L74(13814),
      attached hereto and made a part hereof.

3)    Effective May 1, 1990, pages LM-8L60a(C), LM-8L66(B) and LM-8L66-1(B) attached to
      the Policy and forming a part thereof, are replaced by pages LM-8L60a(D), LM-8L66(C)
      and LM-8L66-1(C) attached hereto and made a part hereof.

It is agreed that the Amendment will be made a part of the Policy, but not unless both the
Company and the Policyholder have hereto affixed their respective signatures.

FOR THE COMPANY                                    FOR THE POLICYHOLDER

By                                                 By

                                                                          (Signa
ture)

Registrar

Dated    December 5, 1991                                          Title

                                                   Date

Amendment No.  2
IS-157a

The Company and the Policyholder hereby agree that the Policy is amended as follows:
LM-8L80, attached to the Policy and forming a part thereof, are                    19

LINA 0475

**INTEROFFICE CORRESPONDENCE**

To        San Francisco Sales Office                                          Date
          Ms. Lucille Washington

From      Group Issue - Cathy Packer

Subject   FUJITSU BUSINESS COMMUNICATIONS SYSTEMS, INC.
          GL-13814

Enclosed are the following materials pertaining to the change on this In-Force Plan
effective various.

| X | An original and four copies of Amendment No. 2.  Please have an authorized
       representative sign the original and first copy and return the copy to my attention
       for the Home Office files.  The original should be attached to the Policyholder's
       copy of the Contract.  The three Specimen copies are for the Claims Office, Agent's
       and Service Office files respectively.

| X | Certificate Materials

        | X |        Replacement Certificates for presently insured employees.

        |___|        Certificates or Certificate Riders for new additions.

        |___|        No Certificate action required.

        | X |        Certificate materials will follow.

        |___|        Certificate riders will follow.

|___|   Other Materials

| X |   Special Instructions:  THE THREE SPECIMEN COPIES ARE FOR THE CLAIMS, AGENT'S
        AND SERVICE OFFICE FILES.  PLEASE RETURN THE SIGNED NON-SPECIMEN COPY.


IS-202a

20

LINA 0476

INTEROFFICE CORRESPONDENCE/INA CORPORATION COMPANIES

GROUP DEPARTMENT _____ Date _____

GROUP ADMINISTRATION _____ Telephone # ____

**SUBJECT:** FUJITSU BUSINESS COMMUNICATIONS SYSTEMS, INC. **POLICY #** GL-13814

Attention of Data Card Holders:

Attached is your copy of change Data Card No. (s)___7___.  Changes have been made as follows, effective ___5-1-90_____unless otherwise indicated below:

    Changed:  Termination Provision


        __X__        The Policy is being Amended.

        _____      Rates are adjusted accordingly.


    Underwriting, Cash Unit, Processing, Commission Unit, Production Unit, Acturial Dept., Main Correspondence File.

    Claims Manager __Walnut Creek SRO__

    Group Manager __San Francisco S/O__


IS-212d

21

22

LINA 0478