**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: September 10, 2008

Case No.  C 07-06214 WHA

Title: ANDY E. CHAN v. LIFE INS CO OF NORTH AMERICA

Plaintiff Attorneys: Brent Brehm

Defense Attorneys: Dennis Rhodes

Deputy Clerk:  Dawn Toland          Court Reporter: Kathy Wyatt

**PROCEEDINGS**

1)   Further CMC - HELD

2)   _____

Continued to  2/17/09 at 7:30am  for Bench Trial

**ORDERED AFTER HEARING:**

Parties can stipulate on the day of trial to not call witnesses. If, any party plans to put in depositions or live witnesses at trial, they shall disclose it in the 1/19/09 filing. Since, the parties intend to limit the trial to the admin record, the Court did not set any other deadlines or set a pretrial conference.