1  ADRIENNE C. PUBLICOVER (SBN #161432)
   Email: adrienne.publicover@wilsonelser.com
2  DENNIS J. RHODES (SBN #168417)
   Email: dennis.rhodes@wilsonelser.com
3  WILSON, ELSER, MOSKOWITZ,
      EDELMAN & DICKER LLP
4  525 Market St., 17th Floor
   San Francisco, California 94105
5  Tel:  (415) 433-0990
   Fax:  (415) 434-1370
6
7  Attorneys for Defendants
   LIFE INSURANCE COMPANY OF NORTH AMERICA
   And FUJITSU BUSINESS COMMUNICATIONS
8  SYSTEMS, INC. LONG TERM DISABILITY PLAN
9
10 GLENN R. KANTOR (SBN #122643)
   Email: gkantor@kantorlaw.net
11 PETER S. SESSIONS (SBN #193301)
   Email: psessions@kantorlaw.net
12 KANTOR & KANTOR, LLP
   19839 Nordhoff Street
13 Northridge, CA 91324
   Tel:  (818) 886-2525
14 Fax:  (818) 350-6272

15 Attorneys for Plaintiff
   ANDY E. CHAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDY E. CHAN,<br><br>    Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA; and FUJITSU BUSINESS COMMUNICATION SYSTEMS, INC. LONG TERM DISABILITY PLAN,<br><br>    Defendants. | Case No.:   CV07-06214 WHA<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND [~~PROPOSED~~] ORDER THEREON**<br><br>Ctrm:   9<br>Floor:   19th Floor<br>Before:  Honorable William H. Alsup |

Plaintiff Andy Chan ("Chan") and Defendants Life Insurance Company of North America ("LINA") and Fujitsu Business Communications Systems, Inc. Long Term Disability Plan ("the

Plan") (collectively, "Defendants"), by and through their respective counsel of record, Glenn R. Kantor, Esq. and Peter S. Sessions, Esq. of Kantor & Kantor, LLP, on behalf of plaintiff, and Dennis J. Rhodes, Esq., of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, on behalf of defendants, HEREBY STIPULATE that the above-captioned matter and all claims of relief therein can be dismissed with prejudice in its entirety as to all parties pursuant to the parties' agreement to resolve the disputed claim. Each party to bear its own fees and costs.

Date: January 23, 2009                                KANTOR & KANTOR, LLP


By:  /s/ Glenn R. Kantor
     Glenn R. Kantor, Esq.
     Peter S. Sessions, Esq.
     Attorneys for Plaintiff
     ANDY E. CHAN


Date: January 23, 2009                                WILSON, ELSER, MOSKOWITZ,
                                                      EDELMAN & DICKER LLP


By:  /s/ Dennis J. Rhodes
     Adrienne C. Publicover
     Dennis J. Rhodes
     Attorneys for Defendants
     LIFE INSURANCE COMPANY OF NORTH
     AMERICA and FUJITSU BUSINESS
     COMMUNICATIONS SYSTEMS, INC.
     LONG TERM DISABILITY PLAN


**ORDER**

**IT IS SO ORDERED.**

Date: January 26, 2009        By: _____
                              HONORABLE WILLIAM H. ALSUP
                              UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED. Judge William Alsup*

---

2
**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON**
USDC NDCA Case # CV07-06214 WHA
414564.1

# CERTIFICATE OF SERVICE
*Andy E. Chan v. Life Insurance Company of North America, et al.*
*USDC NDCA Case #CV07-06214 WHA*

I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address are 525 Market Street, 17th Floor, and San Francisco, California 94105-2725.

On this date I served the following document(s):

**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON**

on the part(y)(ies) identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

→ : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

: **By Personal Service** -- I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

: **By Overnight Courier** -- I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the addressee on the next business day.

: **Facsimile** -- (Only where permitted. Must consult CCP §1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.CA.)

Glenn R. Kantor, Esq.
Peter S. Sessions, Esq.
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Tel: (818) 886-2525
Fax: (818) 350-6272

*Attorneys for Plaintiff*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED on **January 23, 2009**, at San Francisco, California.

_____
Nancy Li